**From:** **Rivera, Marie** MARIE@NYMC.EDU 🚩
**Subject:** RE: FT position, an instructor position in Ophthalmology Department
**Date:** May 11, 2016 at 12:16 PM
**To:** Amro Ali amro.ali9@icloud.com



You're welcome.

Marie

Marie A. Rivera
Administrator, Office of Faculty Records
School of Medicine
New York Medical College
40 Sunshine Cottage Road, Rm 141A
Valhalla, NY  10595

phone: 914/594-4523
fax: 914/594-4565
e-mail: marie@nymc.edu

*A Member of the Touro College and University System*

**From:** Amro Ali [mailto:amro.ali9@icloud.com]
**Sent:** Wednesday, May 11, 2016 11:48 AM
**To:** Rivera, Marie
**Cc:** Wong, Raymond; HughesGreene, Wanda; Sharma, Sansar
**Subject:** Re: FT position, an instructor position in Ophthalmology Department

Thanks All for your help and support in this regard.
Amro

On May 11, 2016, at 11:43 AM, "Rivera, Marie" <MARIE@NYMC.EDU> wrote:

> Thank you Dr. Wong, I will process immediately.
>
> Marie
>
> Please copy Wanda_HughesGreene@nymc.edu on all faculty related correspondence.  Thank you.
>
> Marie A. Rivera
> Administrator, Office of Faculty Records
> School of Medicine
> New York Medical College
> 40 Sunshine Cottage Road, Rm 141A
> Valhalla, NY  10595
>
> phone: 914/594-4523
> fax: 914/594-4565
> e-mail: marie@nymc.edu
>
> *A Member of the Touro College and University System*

**From:** Wong, Raymond
**Sent:** Wednesday, May 11, 2016 11:42 AM
**To:** Rivera, Marie
**Cc:** HughesGreene, Wanda; amro.ali9@icloud.com; Sharma, Sansar
**Subject:** RE: FT position, an instructor position in Ophthalmology Department

Hello Marie

Dr. Miller has not replied to my email regarding Dr. Ali.  As you suggested I have attached a signed letter addressed to him regarding this for you to process.  Please let me know if you need anything further.

Thanks

R. Wong, MD

**From:** Rivera, Marie
**Sent:** Thursday, May 05, 2016 8:19 AM
**To:** Wong, Raymond
**Cc:** Affairs, Faculty
**Subject:** RE: FT position, an instructor position in Ophthalmology Department

Good Morning Dr. Wong,

If Dr. Miller has not replied to you, it is best that you put this request in writing on your letterhead.  You may scan and email it to me for processing.

Marie

Please copy Wanda_HughesGreene@nymc.edu on all faculty related correspondence.  Thank you.

Marie A. Rivera
Administrator, Office of Faculty Records
School of Medicine
New York Medical College
40 Sunshine Cottage Road, Rm 141A
Valhalla, NY  10595

phone: 914/594-4523
fax: 914/594-4565
e-mail: marie@nymc.edu

*A Member of the Touro College and University System*

**From:** Wong, Raymond
**Sent:** Monday, April 25, 2016 11:55 AM
**To:** Miller, DDouglas; DeanDirect, SOM
**Cc:** Rivera, Marie; HughesGreene, Wanda; amro.ali9@icloud.com; Sharma, Sansar

**Subject:** FW: FT position, an instructor position in Ophthalmology Department

Dear Dean Miller

We would like to bring Dr. Amro Ali on board in the Department of Ophthalmology as a full time instructor.  He is an experienced researcher and will be submitting grant and IRB proposals.  This is in line with your recent initiatives to enhance research at the SOM.

Thank you.

Ray

Raymond Wong, MD

Interim Chairman

Department of Ophthalmology

School of Medicine

New York Medical College

---

**From:** Rivera, Marie
**Sent:** Friday, April 22, 2016 7:54 AM
**To:** Wong, Raymond
**Subject:** RE: FT position, an instructor position in Ophthalmology Department

Good Morning Dr. Wong,

We need a letter to the Dean from you stating that Dr. Ali is full-time, that's it.

Have a nice weekend,

Marie

Please copy Wanda_HughesGreene@nymc.edu on all faculty related correspondence.  Thank you.

Marie A. Rivera
Administrator, Office of Faculty Records

Administrator, Office of Faculty Records
School of Medicine
New York Medical College
40 Sunshine Cottage Road, Rm 141A
Valhalla, NY  10595

phone: 914/594-4523
fax: 914/594-4565
e-mail: marie@nymc.edu


*A Member of the Touro College and University System*

---

**From:** Wong, Raymond
**Sent:** Thursday, April 21, 2016 6:36 PM
**To:** Rivera, Marie
**Subject:** FW: FT position, an instructor position in Opthalmology Department


Hello Marie

How do we proceed to grant Dr Ali a full time position in the Department of Ophthalmology.  As a researcher he will have no clinical responsibilities.

Thanks

RW

---

**From:** Amro Ali [amro.ali9@icloud.com]
**Sent:** Thursday, April 21, 2016 12:02 PM
**To:** Wong, Raymond
**Cc:** Hartman, Randi; Amro Ali
**Subject:** FT position, an instructor position in Opthalmology Department

Hi Dr.Wong,
I hope this email finds you ok, I would like to know if there is any update about the  FT position.
This position  will allow me to submit a grant and/or IRB form the department and I can not submit anything without.
Your kind help is really appreciated
We are on hold till I get this so I can submit IRB/grant.
Amro Ali.