**From:** **Amro Ali** amro.ali9@icloud.com
**Subject:** Re: Thanks and have happy New Year.
**Date:** December 31, 2016 at 11:14 AM
**To:** Wandel, Tad Tad.Wandel@wmchealth.org



Dear Professor Wandel,
This is my dream, Thanks you for this great trust.
I will do everything to prove myself and to meet your expectations.
Amro

On Dec 30, 2016, at 07:42 PM, "Wandel, Tad" <Tad.Wandel@wmchealth.org> wrote:

> Hi Ali
> Take Step 3 on the earliest date - 1/23-24 will have to do .
> There is a high likelihood that you might start as soon as we learn that you passed Step 3 - not 7/1/2018.
> Happy New Year for you and your family
> TW
>
> _____
> From: Amro Ali [amro.ali9@icloud.com]
> Sent: Friday, December 30, 2016 3:33 PM
> To: Wandel, Tad; wandel@wcmc.com
> Subject: Thanks and have happy New Year.
>
>
> Dear Dr.Wandel,
>
> Due to technical problem on my first day of USMLE step 3 exam, prometric center have to reschedule me and other candidates for other dates.
>
> I tried to get the first date to comply with the department expectaions but no exams will be administered from January 1-15. Please see the link below.
>
> http://fsmb.org/licensure/usmle-step-3
>
> I have been rescheduled by the center for January, 23 and 24th as the earliest possible day. I am still trying to take this exam earlier even if I have to take in another state.
>
> I hope this unexpected delay of 20 days would not interfere with my chances.
>
>
> I am also submitting my rank list and I hope that I will match in your outstanding program.
>
>
> Thanks and have happy New Year.
>
> Amro
>
> Attention WMCHealth users: Do not open attachments or click on links contained in emails from unexpected sources or unknown senders.