**From:** Amro Ali amro.ali9@icloud.com 🚩
**Subject:** Fwd: Step 3 update
**Date:** July 6, 2018 at 2:41 PM
**To:** Sansar Sharma SANSAR_SHARMA@NYMC.EDU



Begin forwarded message:

**From:** "Wandel, Tad" <Tad.Wandel@wmchealth.org>
**Subject: RE: Step 3 update**
**Date:** March 20, 2017 at 6:41:56 PM EDT
**To:** Amro Ali <amro.ali9@icloud.com>

Great  - Arrange with Randi ,the Program Co-ordinator at Met, to accelerate your entry - Her phone is   212 423 6080 . By the end of April you should know all the locations and people at Met and plan on spending two days up at WMC  to shadow the residents here .    TW

_____

From: Amro Ali [amro.ali9@icloud.com]
Sent: Monday, March 20, 2017 11:10 AM
To: Sansar Sharma; wandel@wcmc.com; Wandel, Tad
Subject: Step 3 update

Dear Drs. Wandel and Sharma,
I spoke to Federal State Medical Board trying to find a way to accelerate the results of my exam, the answer was no as they have to establish the new curve and SD.
I would like to reassure you that I did very well and from 500 questions, I was not confident only in less than 10% of questions.
This percentage should keep me on the 90 percentile of examinee.
I would like to reassure you that I am confident that I will pass this exam.
Thanks,
Amro

Sent from my iPhone
Attention WMCHealth users: Do not open attachments or click on links contained in emails from unexpected sources or unknown senders.