# EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES



CERTIFIES THAT

## AMRO MOHAMED MOHAMOUD

HAS SATISFIED ALL THE REQUIREMENTS OF THE COMMISSION, SUCCESSFULLY PASSED ITS EXAMINATIONS AND HAS BEEN AWARDED THIS CERTIFICATE.

CERTIFICATE NUMBER  0-560-500-1
MEDICAL EXAMINATION
BASIC SCIENCE  OCTOBER 21, 1998
CLINICAL SCIENCE  MARCH 4, 1998
ENGLISH EXAMINATION  CERTIFICATE NUMBER  0-560-500-1
ENGLISH EXAMINATION
VALID THROUGH  July 24, 2001
VALID INDEFINITELY

CLINICAL SKILLS ASSESSMENT  OCTOBER 17, 1999
VALID THROUGH
CERTIFICATE NUMBER
0-560-500-1
CLINICAL SKILLS
October 17, 1999
VALID INDEFINITELY

CHAIRMAN, BOARD OF TRUSTEES
PRESIDENT, CHIEF EXECUTIVE OFFICER

DATE ISSUED  FEBRUARY 25, 2000



American Academy of Ophthalmology

Be it known that

Amro Mohamed Ali, MD

has been duly elected

Active Member

2004

President

Executive Vice President

FCVS — FEDERATION CREDENTIALS VERIFICATION SERVICE

Ali, Amro

FID: 202056727    FCVS ID: 76057

**Review Your Application**

You must resolve the following:

- You still need to explain gap/overlap in Chronology section

| | |
|---|---|
| Disciplined: | No |
| Negative Reports: | No |
| Limitations: | No |
| | |
| Institution: | Hosfstra North Shore-Long Island Jewish SOM |
| Address Line 1: | 145 Community Drive |
| Address Line 2: | |
| Address Location: | Manhasset, New York, UNITED STATES 11030 |
| Specialty: | Surgery-General |
| Program Type: | Internship |
| Date Of Attendance: | 07 / 2002 To 06 / 2003 |
| Training Level: | 1 |
| Completed Successfully: | Yes |
| Unusual Circumstances | |
| Leave/Extension: | No |
| Extension Duration Date: | |
| Explanation: | |
| Probation: | No |
| Disciplined: | No |
| Negative Reports: | No |
| Limitations: | No |

Navigation tabs: Home | Credentials | Personal Information | Pre-Medical Education | Medical Education | Postgraduate Training | Licensure | Certification | Review & Submit | Chronology of Activities | Recipient Designations | Review

Authorized Contacts | Designations | Documents | Payments | Messages

Continue



270-05 76th Avenue
New Hyde Park, NY 11040
Tel (718) 470-4475
Fax (718) 962-2239

Victoria M. Waithe

Residency Program Supervisor
Department of Surgery

January 28, 2014

**RE: Amro Ali, MD**

To whom it may concern,

As per your request, below is information that verifies the following:

According to our records **Amro Ali** began our ACGME accredited General Surgery Residency Program as a PGY1 resident on **July 01, 2002** and completed **one year of training** on **June 30, 2003**.

If you need any further information please feel free to contact me.

Thank You,

Victoria M. Waithe
Residency Program Supervisor
Department of General Surgery
☎ 718.470.4475 (Phone)
📠 718.962.2239 (Fax)
✉ vruiz@nshs.edu



It is hereby certified that

# Amro Mahmoud Mohamoud Ali, M.D.

has completed subspecialty fellowship training at

# Henry Ford Hospital

Detroit, Michigan

in the field of

# Medical Retinal Diseases

from July 1, 2004 to June 30, 2005

Paul A. Edwards, M.D.
Chairman, Department of Ophthalmology

Henry Ford Medical Group, Board of Governors

# Uveitis and Ocular Immunology
## In the Department of
# Ophthalmology

at The New York Eye and Ear Infirmary

New York, New York

During the period of

July 1, 2007 - June 30, 2009

*Professor & Chairman*

*Preceptor*

*President*

*Preceptor*

10



# OREGON HEALTH & SCIENCE UNIVERSITY

To all to whom this writing may come, Greeting:

Be it known that

## Amro Ali, M.D.

having acceptably fulfilled the duties of

## Post-doctoral Clinical Fellowship in Uveitis and Ocular Inflammation

at the Casey Eye Institute, Oregon Health & Science University **two years** beginning July 1, 2009  and ending June 30, 2011 is hereby granted this Certificate in acknowledgment of services loyally performed with all rights and privileges due thereunto appertaining

Dated at Portland, Oregon, June 30, 2011

David J. Wilson, M.D.
Professor and Chairman
Department of Ophthalmology
Director, Casey Eye Institute

James T. Rosenbaum, M.D.
Director, Uveitis Clinic

Eric B. Suhler, M.D.
Co-Director, Uveitis Clinic

11



# NYU School of Medicine

**David L. Keefe, MD**
The Stanley H. Kaplan Professor and Chair
Department of Obstetrics and Gynecology

June 28, 2013

Re:   Amro Ali, MD

Dear Program Director:

I am writing in strong support of the application of Dr. Amro Ali for a residency position in the Ophthalmology Department at your institution. Dr. Ali is currently an associate research scientist in the laboratory of Dr. Frederick Naftolin, Professor of Obstetrics and Gynecology at the New York University School of Medicine. I have known Dr. Ali and observed his work since he joined our department in 2011.

Dr. Ali is a highly qualified applicant, having completed his undergraduate medical training and masters degree in ophthalmology, plus an additional two years of general ophthalmology experience in Alexandria, Egypt. He has completed fellowships in a number of prestigious US programs, including Henry Ford Health Care (neuro-ophthalmology, retinal disease), New York Eye and Ear Infirmary (uveitis), and the Casey Eye Institute of Oregon Health Science University (uveitis, retinal disease). He has general surgical experience obtained as an intern at North Shore University.

In his capacity at NYU, Dr. Ali is investigating the effect of female sex steroid hormones on the course of ocular inflammatory disease and the effects of neuroprotective agents, including CD34 positive stem cells on injured retinal ganglion cells. He recently co-authored a book chapter on CMV retinitis for the Wills Eye Institute, and a book chapter concerning diagnostic leads for uveitis in the publication *Curbside Consultation in Uveitis: 49 Clinical Questions*. Along with these publications, Dr. Ali has produced eight peer-reviewed articles and four abstracts of high caliber. He is extremely proactive in envisioning new areas of research and in the design and initiation of original studies. He has been an invaluable member of the research team in Dr. Naftolin's program and he has contributed significantly to the studies undertaken with his extensive ophthalmologic experience that is unique in our department.

Dr. Ali has the intense dedication and interest that make an excellent resident, along with a warm and caring approach to patient care. He is hardworking, respectful, creative and diligent in his work and it is my hope you will strongly consider him for your program. You will find that his background and mature judgment make him an outstanding addition to the team and his patient care skills will be a model for others. I recommend him to your program without reservation and would be happy to discuss his capabilities in more detail if you wish.

Sincerely,

*[signature]*

David Keefe, MD
Professor and Chair
Department of Obstetrics and Gynecology

550 First Avenue, NBV 9N1-A, New York, NY 10016 • tel: 212.263.0774 • fax: 212.263.7904 • david.keefe@nyumc.org