

**New York Eye and Ear Infirmary of Mount Sinai**

Affiliated Teaching
Hospital of New York
Medical College

**The New York Eye and Ear Infirmary**
310 East 14th Street
New York, NY 10003-4297
Tel: 212 979 4000

**C. MICHAEL SAMSON, M.D. , MBA**
CO-DIRECTOR, OCULAR IMMUNOLOGY AND
UVEITIS SERVICE

**14th Street Office**
**Phone:**(212) 979-4515  **Fax:**(212) 979-4512
**Tribeca Office**
**Phone:**(212) 966-3901  **Fax:**(212) 966-6295

July 22, 2013

Re: Amro M. Ali, M.D.

To Whom It May Concern:

It is with great pleasure that I write a letter of recommendation for Amro Ali.

I came to know Amro when he was our fellow on the Ocular Inflammation and Uveitis Research Fellowship with me at the NYEEI, starting in June 2007. His duties as a clinical fellow included management of patients on my private practice and the NYEEI residency teaching clinics, as well as research duties. His required research duties involved all aspects of research, from formulation of research ideas to preparation of manuscripts for peer review.

Amro's primary strength is his sincere dedication to his work. He has always made himself available to staff to handle emergency visits and phone calls, and the office staff even today consider him among the 'best and easiest' doctor to work with among the fellows, residents, and medical students who have spent time on my service. Many of my patients also still recall his pleasant demeanor and caring attitude.

Amro was also dedicated to his research. I recall him taking on a project with me to review uveitis associated with spondylarthropathy within the first few days of his fellowship, which eventually became a published manuscript. He was also very active in designing his own research programs based on ideas he came up with, including his curiosity and insight into the relationship of estrogen to flare-ups of uveitis disease. At the NYEEI (and probably elsewhere), most fellows are focused on developing their clinical skills, and Amro is among the special few who pursue research knowledge and skill with equal vigor as his clinical knowledge.

I've kept in touch with Amro since he's moved on to other pursuits. I see he's continued to publish in the field of uveitis, under the mentorship of Drs. J. T. Rosenbaum and Eric Schuler, known leaders in our field. I was also pleasantly surprised to see him back in

Re: Amro M. Ali, M.D.
Page 2

New York, where he is pursuing research, and he and I have been in touch with the consideration of collaboration on future studies related to ocular inflammation.

In summary, Amro represents those qualities highly sought out among academic physicians: excellent clinical diagnostic skills as a result of both extensive training and experience, paired with a kind personality and solid work ethic. I continue to wish him the best in his endeavors, and have no doubt he will continue to contribute greatly to those fortunate to work with him.

Please to not hesitate to contact me for any questions.

Sincerely,

C. Michael Samson, MD
Co-director, Uveitis Service
Department of Ophthalmology
The New York Eye & Ear Infirmary
Phone: (212) 979-4515
E-mail: csamson@nyee.edu



Continuum
Health Partners, Inc.

Affiliated Teaching Hospital
of New York Medical College



**DEPARTMENT OF OPHTHALMOLOGY**
WWW.NYEE.EDU/EAF.HTML

August 25, 2008

RE: Dr. Amro Mohamed Mohamoud Ali

**ADMINISTRATION**
**JOSEPH B. WALSH,** MD
Chairman

**RICHARD B. ROSEN,** MD
Vice-Chairman

**PAUL A. SIDOTI,** MD
Residency Program Director

**LOIS M. MCNALLY,** MD
Director of Medical Student Education

**GREGORY ATWATER,** MS
Administrator

**FACULTY PRACTICE**
VITREO-RETINAL DISEASES
**JOSEPH B. WALSH,** MD
**RICHARD B. ROSEN,** MD
**RONALD C. GENTILE,** MD
**ALFONSO PONCE,** MD

GLAUCOMA
**PAUL A. SIDOTI,** MD

OCULAR IMMUNOLOGY & UVEITIS
**C. MICHAEL SAMSON,** MD
**SANJAY R. KEDHAR,** MD

CORNEA, ANTERIOR SEGMENT
& EXTERNAL DISEASE
**ANNE KO,** MD
**TERRY L. KAIURA,** MD
**KIRA MANUSIS,** MD
**SANJAY R. KEDHAR,** MD

KERATOREFRATIVE SURGERY
**TERRY L. KAIURA,** MD
**KIRA MANUSIS,** MD

COMPREHENSIVE OPHTHALMOLOGY
**LOIS M. MCNALLY,** MD
**ANNE KO,** MD
**TERRY L. KAIURA,** MD
**KIRA MANUSIS,** MD

OCULAR PATHOLOGY
**LOIS M. MCNALLY,** MD

OCULAR TRAUMA
**RONALD C. GENTILE,** MD
**RICHARD B. ROSEN,** MD

OFFICE MANAGER
**MARA B. GOLD**

CLINICAL RESEARCH MANAGER
**KATY W. TAI,** MA, CRC

Dear Program Director,

It is a great pleasure for me to write this letter in support of Dr. Amro Ali's application for residency.

Dr. Ali is currently serving as a Fellow on the Ocular Immunology and Uveitis Service at The New York Eye & Ear Infirmary, a position he began in June of 2007. I have known him since November 2007, when I joined the faculty here.

Over the last ten months, I have had the opportunity to directly supervise Dr. Ali in both the clinical and research settings. One of the things that has stood out about Amro is his passion for ophthalmology, a running theme in all his work. Dr. Ali is a remarkably dedicated scholar, regularly doing extensive background reading for his clinical work without the need for external encouragement. As a result, he is able to engage in extensive discussions with me regarding patient diagnoses and treatments and to think critically about what he is told. Amro's intelligence is evident in the questions he asks and I am pleased to be challenged by such a bright fellow. It is apparent to me that he does this not only from a desire to provide quality patient care, but also out of a genuine interest in the field.

Amro completed his medical training as well as 2 years of post-graduate training in ophthalmology at Alexandria University in Egypt. Subsequently, he has completed clinical fellowships in neuro-ophthalmology, medical retina and now uveitis. Rather than suggest an unfocused approach, I think this speaks to the breadth and depth of Dr. Ali's interests in the field. Supervisors from each fellowship have uniformly praised his energy, work and attitude towards learning. Having worked closely with Dr. Ali over the last year, I can say that he has lived up to these commendations. I have worked with many residents and fellows at various institutions and I can honestly say that Dr. Ali's enthusiasm is sincere and unique.

Dr. Ali's attitude carries through to his research endeavors as well. He has initiated multiple research projects on our service, often locating the appropriate laboratories for collaboration and independently seeking out sources of funding support. Most recently, Dr. Ali has been studying the course of uveitis in women relative to their reproductive cycle. Amro was critical to the initiation of the project, but also to formulating the extension of this project, studying the role of estrogen as a protective factor in uveitis. He has not shied away from writing grants or IRB submissions, and has become increasingly facile at these tasks.

310 EAST 14TH STREET  SUITE 319 SOUTH
NEW YORK, NY 10003
TEL 212-979-4500   FAX 212-979-4512

200 OLD COUNTRY ROAD SUITE 130
MINEOLA, NY 11501
TEL 516-408-4900   FAX 516-408-4911

2560 OCEAN AVENUE  SUITE 2A
BROOKLYN, NY 11229
TEL 718-616-0080   FAX 718-616-1110

In addition, Dr. Ali has shown his ability to collaborate with others, as he is involved in several research projects outside our service. He has regular interactions with residents and research fellows from other services and serves as a sounding board for new ideas. Dr. Ali's industriousness is demonstrated by his completion and journal acceptance of a manuscript on uveitis and seronegative spondyloarthropathies within one month of his arrival last year.

Amro's character is beyond reproach. He has impressed me with his kindness and integrity during the time I have known him. In our uveitis clinic, the patient load can sometimes be upwards of 70 patients in a day. These clinic days could bring out the worst in a resident's or fellow's personality, and yet Amro continues to treat each patient and co-worker with kindness and respect (in addition to remaining calm!). He is always respectful in his interactions with me and is a genuine pleasure to work with.

In summary, I believe Dr. Ali to possess the qualities and character necessary to become a successful resident and an excellent ophthalmologist. His personality, intelligence and drive will be an asset to any program that is fortunate to have him. Should you have any questions or require further information regarding Dr. Ali please do not hesitate to contact me directly.

Sincerely,

Sanjay Kedhar, MD

Cornea, External Disease and Uveitis

Assistant Professor of Ophthalmology

The New York Eye & Ear Infirmary

New York Medical College



Affiliated Teaching
Hospital of New York
Medical College

**The New York Eye and Ear Infirmary**
310 East 14th Street
New York, NY 10003-4297

**RONALD C. GENTILE, M.D.**
**FACS, FASRS**
ASSOCIATE PROFESSOR OF OPHTHALMOLOGY
CO-DIRECTOR, OCULAR TRAUMA SERVICE
Coordinator Vitreoretinal Service
Retinal Consultations, Laser and Surgery

Phone:   (212) 979-4120
Fax:       (212) 979-4512

October 1, 2007

RE:  Amro M. Ali, M.D.

Subject:  Support for a position in an ophthalmology residency

Dear Program Director:

I have known Dr. Ali Amro since June 2007, at which time he began a uveitis pre-residency fellowship at the New York Eye and Ear Infirmary under the supervision of Dr. Michael Samson. He performed examinations, work-ups and treatment of uveitis patients and participated in many research projects and presentations.

Dr. Ali Amro graduated with honors from one of the oldest and most prestigious medical institution in Egypt, Alexandria University, in 1994. His exposure to ophthalmology has been extensive and diverse both in the United States and in Egypt. In Egypt he did three years of ophthalmology. His initial exposure to ophthalmology in the States began at the Harkness Eye Institute, Columbia-Presbyterian Medical Center under Dr. Peter Gouras. He worked as a research assistant investigating RPE cell transplantation and gene therapy for retinitis pigmentosa. This experience seemed to fortify his desire to complete formal training in the United States. He subsequently did a neuro-ophthalmolgy and medical retina fellowship at The Henry Ford Health Care System with Dr. Barry Skark, Dr. Paul Edwards, and Dr. Uday Desai. He also worked with Dr. Hassen El Hakeem in Michagan prior to joining us at The New York Eye and Ear Infirmary.

At the New York Eye and Ear Infirmary, Amro became an active member of the uveitis service. He was very busy and was active in many research protocols. Amro was very dedicated and spent many late nights reading references and preparing for the next day. He was dedicated, respectable, and dependable. He is extremely conscientious and takes his responsibilities very seriously.  He presented many cases to attending staff in addition to grand rounds.

Professionally, Dr. Ali relates well to others.  He is a team player and easy to get along with.   He is eager to learn and will make an outstanding resident and future ophthalmologist.  It is with pleasure that I recommend Dr. Ali to you for a position in an ophthalmology residency.

Please feel free to contact me, if you have any other questions.

Sincerely,

Ronald C. Gentile, M.D.

**Continuum** Health Partners, Inc.







17



EYE CARE SERVICES
*Henry Ford Hospital & Medical Centers*

Henry Ford Medical Center
Troy
2825 Livernois
Troy, MI 48083-1214
(810) 528-2777 Office
(810) 689-5092 Fax

Clinical Trials Unit

Comprehensive Ophthalmology

Contact Lens Service

Cornea & Anterior Segment

Eye Research Laboratories

Glaucoma

Keratorefractive Surgery

Laser Surgery

Neuro-Ophthalmology

Ophthalmic Pathology

Ophthalmic Photography

Ophthalmic Ultrasonography

Optical Shops

Optometry

Orbital Surgery

Pediatric Ophthalmology &
    Strabismus

Reconstructive & Plastic Surgery

Retina & Vitreous

Visual Electrophysiology &
    Psychophysics

August 16, 2005

RE:   Amro M. Ali, M.D.

Dear Doctor:

It gives me great pleasure to recommend Dr. Ali for a residency in Ophthalmology. Dr. Ali brings with him much experience in the field of Ophthalmology. He also brings with him a great desire to increase his academic knowledge in this given field. He has completed a master's degree in Ophthalmology in Egypt, and subsequent to this, he finished a research fellowship at Harkens Eye Institute at Columbia University in New York.

We have had the pleasure of having Dr. Ali in our department, at the Henry Ford Health System Department of Ophthalmology, since 2003. He has completed one year of fellowship in Neuro-Ophthalmology and he has completed one year of Medical Retina fellowship. He is currently spending a few months with me in our Surgical Retina Department.

Dr. Ali has always been very eager to learn from the very moment that he arrived at our hospital. Even though he was doing a Neuro-Ophthalmology fellowship, whenever he would run into me, he would always offer to spend time with me so that he could learn about the field of Retina and Vitreoretinal Surgery. I have had the last few months' opportunity to have him participate in my clinics, and I find him to be a very eager worker who appreciates the role of running an efficient clinic. He is very sensible and understands when it is appropriate to ask questions and also when it is appropriate not to ask questions. Our clinic is quite busy, in some cases up to 40 patients in a half day, and Dr. Ali has been very valuable in allowing us to run this clinic as efficiently as possible.

I find that for his level, he is quite competent and we would feel that if he was to come into the Ophthalmology residency at a year one or year two level, he would be near the top of the class with regards to his didactic as well as procedural knowledge. I would also like to say that Dr. Ali is not only interested in clinical work, but he has also had experience in our basic science laboratories and



has been doing some great work in the field of stem cell research. I feel that Dr. Ali would be a very valuable addition to a residency program, and I give him my highest recommendations.

If you have any questions, do not hesitate to give me a call at 248-528-2777.


Sincerely,


Uday R. Desai, M.D.
Director, Retina Service

URD:ke

 **WESTCHESTER MEDICAL CENTER**
ACADEMIC HEALTH CENTER
OF NEW YORK MEDICAL COLLEGE

**DEPARTMENT OF SURGERY**

 **NEW YORK MEDICAL COLLEGE**

JAY A. YELON, D.O., FACS
ASSOCIATE PROFESSOR OF SURGERY
NEW YORK MEDICAL COLLEGE
CHIEF, TRAUMA & SURGICAL CRITICAL CARE
WESTCHESTER MEDICAL CENTER

914-594-4829
914-493-7221
914-594-4359 FAX
EMAIL: Jay_Yelon@nymc.edu

June 20, 2007

Re:  **Amro Ali, MD**

Dear Program Director:

It is my pleasure to write this letter of support and recommendation for Dr. Amro Ali.  I had the opportunity to become familiar with Dr. Ali during his PGY-1 year in the General Surgery residency at the North Shore University Hospital in 2002.  Dr. Ali was extremely successful during his year at North Shore.  He was well liked by the faculty and the surgical housestaff.  His evaluations were universally excellent.  Dr. Ali spent time with me on the trauma surgery service, as well as, time in the surgical intensive care unit.  During both these rotations, Dr. Ali functioned at an extremely high level and performed at a much more senior level than his stated PGY-1 level.  His base knowledge was extremely solid.

Dr. Ali has a strong interest in basic sciences and plans to incorporate this into his professional career in his development as an academic physician.  His curriculum vitae supports his ongoing interest in basic science research.

On a more personal note, Dr. Ali is a mature individual with focused goals for his professional future.  As such, I recommend him to the highest degree without reservations.  Should you have any questions regarding my recommendation of Dr. Ali, please feel free to contact me.

Sincerely,

Jay A. Yelon, DO, FACS, FCCM
Associate Professor of Surgery & Anesthesiology
Chief, Trauma & Surgical Critical Care
Program Director, Surgical Critical Care
New York Medical College
Westchester Medical Center

NEW YORK MEDICAL COLLEGE, DEPARTMENT OF SURGERY, MUNGER PAVILLION, VALHALLA, NEW YORK 10595

# NORTH SHORE SURGICAL SPECIALISTS, M.D., P.C.

310 EAST SHORE ROAD • SUITE 203
GREAT NECK, NEW YORK 11023
(516) 482-8657 • FAX (516) 829-0002

DOMINIC A. FILARDI, M.D., F.A.C.S.
DOMINICK GADALETA, M.D., F.A.C.S.
MARC L. GREENWALD, M.D., F.A.C.S., F.A.S.C.R.S.
DAVID C. LEVINE, M.D., F.A.C.S.
ANGELO J. PROCACCINO, M.D., F.A.C.S.
RUSSELL M. REISNER, M.D., F.A.C.S.
LARRY GELLMAN, M.D.
SUSAN M. PALLESCHI, M.D.

General Surgery
Breast Surgery
Colon & Rectal Surgery
Laparoscopic, Abdominal Surgery
Surgical Oncology
Bariatric Surgery

October 21, 2002

To Whom It May Concern:

I am pleased to write a professional letter of recommendation for Dr. Amro Mohamed Mohamoudali. I have had numerous opportunities to work with Dr. Ali in his capacity as a resident in the General Surgery Department at North Shore University Hospital. His duties were that of an intern in the Department of General Surgery. I have found him to be an excellent resident who is completely trustworthy and always follows through on his duties. He has been a pleasure to work with, both in the operating room and in patient care. I have heard numerous compliments regarding the ease at which he gets along with staff. His clinical skills and bedside maneuvers were excellent and he is quick to be of assistance not only for his duties, but others. His clinical knowledge was at or above his stage. It is without hesitation that I give him my highest recommendation. There is no question in my mind that he will be an asset to whichever program is fortunate enough to have him as a resident.

As always, if you have any questions regarding this resident, please do not hesitate to call.

Sincerely,

Larry Gellman, M.D.
Assistant Director of Surgery
New York University Hospital
Associate Director of Laparoscopic Surgery
North Shore University Hospital

LG:kl