**From:** Amro Ali amro.ali9@icloud.com
**Subject:** Fwd: Ophthalmology is the finest art of medicine./ Ophthalmology Residency
**Date:** October 21, 2015 at 12:32 PM
**To:** Sansar Sharma SANSAR_SHARMA@NYMC.EDU
**Cc:** Amro Ali amro.ali9@icloud.com



Dear Dr.Sharma,
I am resending my email to you, I am looking for your kind care and support for my application.
You know how much I am dedicated to ophthalmology and I promise not to be a sisal resident and I will do my best to get fund for the department during my residency under your kind supervision.
P.S. I know a professor at NYU who has resources for animistic stem cells and I spoke to him that we may use his cells in an experiment , co-culture technique.
I know that you are interested in RGCs and I will be happy to help in that if you are inserted.

Amro

Begin forwarded message:

> **From:** Amro Ali <amro.ali9@icloud.com>
> **Date:** October 16, 2015 1:43:21 PM
> **To:** Raymond Wong <raymond_wong@nymc.edu>,tad_wandel@nymc.edu,Sansar Sharma <SANSAR_SHARMA@NYMC.EDU>
> **Cc:** Amro Ali <amro.ali9@icloud.com>
> **Subject: Ophthalmology is the finest art of medicine.**
>
> Dear Drs. Wong,Wandel and Sharma,
>
> This letter is part of my formal application to PGY2, the residency position available at the Department of Ophthalmology at New York Medical College. The enclosed CV contains the full information about my past experiences in addition to my SF application; however, I would like to bring to your kind attention certain points that I believe demonstrate how my background precisely fits your ongoing needs.
>
> The core values of New York Medical College are Excellence, Collegiality, and Integrity, which create an ideal atmosphere for working productively. New York Medical College is a unique program due to its collegial atmosphere for world-class patient care. New York Medical College is characterized by outstanding clinical training, is an internationally recognized faculty, as well as offering extensive opportunities for international clinical and surgical experiences and unique research opportunities.
>
> With more than 10 years of clinical and research experience in ophthalmology, I believe my background and expertise uniquely fit your needs. In addition to my MD degree acquired from Alexandria University in Egypt, I hold an MSC in Ophthalmology and Visual Sciences from Alexandria University, Egypt. To improve my clinical skills further following graduation, I pursued training in many clinical fellowships in the U.S. These fellowships expanded my knowledge and further strengthened my background. Both the degrees and training I have gained over these years fulfill your department requirements I believe.
>
> During my fellowship training in uveitis, I handled minor procedures and cataract surgeries; some were uveitis complicated cataract surgeries. These experiences boosted my already solid clinical and research foundation still further. I was also able to work on research while fulfilling my clinical duties and published ten articles and four book chapters during that time. I was always fully compliant with the team and a real team player, but found I also work well independently.
>
> I have been with NYU as an associate research scientist since 2012, and my primary goal has been to further improve my own ophthalmology research. After years of hard work and attending

grantmanship workshops, I was able to write and fully develop a unique project on "Anti-glycan antibody Immunoprofiles as biomarkers in early detection of exfoliation syndrome" with my colleagues Because of the uniqueness of this project, the Glaucoma Foundation funded it for a full year.

My overriding goal is to develop a career as a physician-scientist and to pursue my research interests in the laboratory. I can also teach, treat patients, conduct basic science, and perform translational or clinical research. I am looking forward to work in at academic institute. I am also working with Drs.Sharma and Kaul ( Bariatric Surgery) to study the impact of laparoscopic sleeve gastrectomy on the course of diabetic retinopathy. In addition to that we are exploring the role of volatile anesthetics in triggering neurodegerative diseases, macular degeneration in vivo and by using functional MRI. I am looking forward to transfer this health system and residency program curriculum to the hospitals in Egypt.

I look forward to hearing from you soon. Thank you for your kind consideration.

Regards,

 Amro

**Amro Ali, MD**

**347-623-5406**

**amro.ali0@icloud.com**


AMMA.2015.pdf


Amro Ali.Oph…15.pdf


Reserch Activities.pptx