**From:** Amro Ali amro.ali9@icloud.com
**Subject:** Request for clinical privileges
**Date:** July 10, 2016 at 3:40 PM
**To:** Tad Wandel tad.wandel@wmchealth.org, Sansar Sharma SANSAR_SHARMA@NYMC.EDU

Dear Drs. Wandel and Sharma,

I am submitting these documents to support my request for obtaining clinical privileges at the department of Ophthalmology. These clinical privileges will help me to participate in exposing the residents to clinical aspect of uveitis curriculum and to serve the department whenever and wherever it is possible under your guidance and supervision.

These documents includes my certifications of completed four clinical fellowships in ophthalmology ( one fellowship in neuro-ophthalmology, one fellowship in medical retina, two fellowships in uveitis and ocular immunology) in addition to one year internship in general surgery at North shote University. They also includes my active and inactive license status in three states New York, Oregon and Michigan.

Thanks for your kind consideration,

Amro Ali

   

MI.docx    OREGON MEDIC...D.docx    NY 2.docx    Amro Ali.Oph...ller.pdf