**From:** **Valetutti, Valerie** Valerie.Valetutti@wmchealth.org
**Subject:** OPphthalmology Residency
**Date:** April 6, 2017 at 9:23 AM
**To:** amro.ali9@icloud.com
**Cc:** Wandel, Tad Tad.Wandel@wmchealth.org



Can you please send me the date you took the USMLE 3?

Valerie Valetutti
Ophthalmology Residency Coordinator
Westchester Medical Center
Macy Pavilion Room 1044
Valhalla, NY  10595
914-493-7671
914-493-3450 (Fax)
Valerie.Valetutti@wmchealth.org