| | |
|---|---|
| **From:** | Legal legal@acgme.org |
| **Subject:** | RE: IMG |
| **Date:** | July 11, 2018 at 11:00 AM |
| **To:** | Amro Ali amro.ali9@icloud.com, Legal legal@acgme.org |

Please review the program requirements. With the exception of the eligibility requirements, the ACGME has no requirements regarding the timing of the step 3 exam. If a program is treating IMGs and AMGs differently, that *may* fall under the requirement regarding policies to prevent harassment.

Again, I think the best resource for you will be the Ombudsperson. Please see the links below for contact information.

**Teri E. Robins, JD, MBA**
Senior Attorney



Accreditation Council for Graduate Medical Education
401North Michigan Avenue, Suite 2000
Chicago, IL 60611
Office: 312-755-5000
Direct:  312-755-7080
TRobins@acgme.org

**From:** Amro Ali <amro.ali9@icloud.com>
**Sent:** Tuesday, July 10, 2018 5:45 PM
**To:** Legal <legal@acgme.org>
**Subject:** Re: IMG

Thanks for your kind reply.
I have a simple question, does any program have the right to ask for step 3 to start because he is IMG and allows AMG to start without the same request.
Especially if the contract doesn't denotes that.

A

On Jul 10, 2018, at 6:00 PM, Legal <legal@acgme.org> wrote:

> Please review the Institutional Requirements and the Common Program Requirements which outline eligibility which can be found here http://www.acgme.org/Portals/0/PFAssets/InstitutionalRequirements/000InstitutionalRequirements2018.pdf?ver=2018-02-19-132236-600 and here http://www.acgme.org/Portals/0/PFAssets/ProgramRequirements/CPRs_2017-07-01.pdf.  The Institutional Requirements also includes a requirement requiring the institution to have a policy preventing harassment.

If you feel that your program has not complied with the requirements, you can report an issue as described on this page http://www.acgme.org/Residents-and-Fellows/Report-an-Issue.

I think your best resource will be the Office of the Ombudsperson or the Office of Complaints, but if I can be of further assistance, please do not hesitate to reach out.

---

**Teri E. Robins, JD, MBA**
Senior Attorney

<image003.jpg> Accreditation Council for Graduate Medical Education
401 North Michigan Avenue, Suite 2000
Chicago, IL 60611
Office: 312-755-5000
Direct:  312-755-7080
TRobins@acgme.org

---

-----Original Message-----
From: Amro Ali <amro.ali9@icloud.com>
Sent: Tuesday, July 10, 2018 4:04 PM
To: Legal <legal@acgme.org>
Subject: IMG

Dear Madam/Sir,

I am IMG who applied for residency Program in NYC, I have been asked to pass step 3 before I start my PGY2 although institute contract posted online denoted that I can take the exam during my PGY2.
When I asked FSMB, the denoted that step 3 only for licensure and not for starting residency, Head of GME and Program director made mentioned this contract rules fits only for American graduate but not for Foreign graduate. He said All FMG should pass step 3 and this is his/hospital policy.

Is this legitimate to make such difference between American graduate and Foreign graduate although we should comply to same rules and same contract without extra requirement or discrimination based on being AMG or IMG.

Pease advice, can you send me phone number to communicate directly.

Dr.A
Cell: 347-623-5406
" I would prefer to be unanimous"