**From:** **Amro Ali** amro.ali9@icloud.com
**Subject:** Fwd: Ophthalmology Residency/I am looking forward to come to shadow residents
**Date:** July 18, 2018 at 11:15 AM
**To:**



> Begin forwarded message:
>
> **From:** "Wandel, Tad" <Tad.Wandel@wmchealth.org>
> **Subject: RE: Ophthalmology Residency/I am looking forward to come to shadow residents**
> **Date:** April 17, 2017 at 10:11:21 AM EDT
> **To:** Amro Ali <amro.ali9@icloud.com>
>
> You will need to learn how to work in the clinic and handle admissions etc - any day should work    TW
>
> _____
> From: Amro Ali [amro.ali9@icloud.com]
> Sent: Wednesday, April 12, 2017 11:39 AM
> To: Valetutti, Valerie; Wandel, Tad
> Cc: Amro Ali
> Subject: : Ophthalmology Residency/I am looking forward to come to shadow residents
>
> Dear Valerie,
> I hope this hail finds you great, I am looking forward to come to shadow residents once a week as I am planning to spent rest of the week at Metropolitan.
> I hope the ok with you and Dr. Wandel.
> let me know if you have any preference.
> Amro
>
> Attention WMCHealth users: Do not open attachments or click on links contained in emails from unexpected sources or unknown senders.