From: **Amro Ali** amro.ali9@icloud.com 📎
Subject: Rec. letter from Program director
Date: August 14, 2018 at 4:55 PM
To: Robert Sadowski rsadowski@sadowskikatz.com



Begin forwarded message:

**From:** Amro Ali <amro.ali9@icloud.com>
**Date:** August 14, 2018 at 4:52:02 PM EDT
**To:** amro.ali9@icloud.com



NEW YORK MEDICAL COLLEGE

DEPARTMENT OF OPHTHALMOLOGY
WESTCHESTER MEDICAL CENTER AFFILIATION
MACY PAVILION ~ ROOM 1044
VALHALLA, NEW YORK 10595  TEL 914-493-7671  FAX 914-493-7445

THADDEUS WANDEL, M.D.
PROGRAM DIRECTOR

Re  Amro Ali , M.D.                                    Sept 10,2016

Dear Chairperson:

It is with great pleasure that I can highly recommend Dr. Ali for a PGY2 position as a resident in Ophthalmology .

I have known Dr. Ali for over a year ; he is a clinical instructor and has worked with  Dr. Sansar Sharma in clinical and basic Ophthalmology research projects .

He sets himself apart from other candidates for a Residency position by dedication and willingness to help in all aspects of teaching , his development of research projects that involve  residents , and his  desi learn. When you review his CV , his Fellowships in Uveitis , Retina , an Neuro-Ophthalmology place him on a level where he can lecture on th subspecialties  . Indeed , he volunteered and has started a series of lectures that will review the Basic Science Volume  9 , "Ocular Inflammation,"  in our Basic Science Course . He has 10 peer –revie publications and a similar number of posters and presentations .

Dr. Ali is a true team player who excels in making his co-workers fee they are all working for a common goal . He has the highest level of integrity , kindness , and respect for others.



*Integrity , kindness , and respect for others .*



*Trained in Egypt as an Ophthalmologist , I can understand his frustration a not being able to examine patients without supervision . We will welcom him back once he has completed his training in the USA .*

*Please feel free to contact me if you have any questions*

*Sincerely*

Thaddeus Wandel  MD

*Program Director*

