**From:** **Hutcheson, Kelly** Kelly.Hutcheson@wmchealth.org
**Subject:** Your research project
**Date:** April 13, 2018 at 3:48 PM
**To:** amro.ali9@icloud.com



Please put together a less than one page request for funding for me for the $1000 for your study so that I can submit it to be approved through the medical College.

Dr Hutcheson

Kelly A. Hutcheson, M.D., M

Kelly A. Hutcheson, M.D., MBA