**From:** **Hutcheson, Kelly** Kelly.Hutcheson@wmchealth.org 🚩
**Subject:** RE: impact of bariatric surgery on the course of diabetic retinopathy.
**Date:** May 7, 2018 at 2:15 PM
**To:** Amro Ali  amro.ali9@icloud.com



Dear Dr. Ali,

Would you be willing to give a lecture to our residents on Ocular Immunology over the summer? We would value your contribution.

Thank you,

Dr. Hutcheson

Kelly A. Hutcheson, MD, MBA, FAAO
Director of Ophthalmology, Westchester Health Network
Chairman, Department of Ophthalmology
New York Medical College

---

**From:** Amro Ali [mailto:amro.ali9@icloud.com]
**Sent:** Thursday, April 26, 2018 4:56 PM
**To:** RJ2526@aol.com
**Cc:** Hutcheson, Kelly; Sansar Sharma; Wandel, Tad
**Subject:** impact of bariatric surgery on the course of diabetic retinopathy.

Dear Dr. Josephberg,
My name is Amro Ali and I working in Dr. Sharma's lab. We are proposing two studies regarding the impact of bariatric surgery on the course of diabetic retinopathy. Dr. Hutcheson advised us to contact you for your guidance and support in this work.

1. Retrospective study:  L-12,047 Approved by NYMC and Pending by WMC:
   Progression of Diabetic Retinopathy after bariatric surgery. In this retrospective, we will collect data from medical records and we will look at changes in the body mass index, lipid profile on their eye examination, from their medical records. (SEE Attachment)
2. Prospective study: L-11,998 Pending by NYMC:
   Impact of Bariatric surgery on the course of Diabetic Retinopathy." Pilot Study." In this prospective study, we will recruit patients before bariatric surgery and will follow up with them along the course of the study with multiple time points with eye examination and collection of blood samples. (I will send you the protocol soon for this study)

We have a deadline and we have to submit the retrospective study, L-12,047 to WMC IRB committee on April,30. We will be delighted to add you as co-investigator if you are ok with that.
We are looking for your feedback and comments regarding this protocol.

My CV is attached.

Amro Ali.MD
Cell: 347-623-5406

Attention WMCHealth users: Do not open attachments or click on links contained in emails from unexpected sources or unknown senders.