**From:** **Hutcheson, Kelly** Kelly.Hutcheson@wmchealth.org 🚩 
**Subject:** Fwd: Action Needed: New York Medical College - GraphPad Software Inc, Purcha [CAS [CASE#876531]
**Date:** May 15, 2018 at 9:44 AM
**To:** amro.ali9@icloud.com

Is this something that you could make use of?

Kelly A. Hutcheson, M.D., MBA

Begin forwarded message:

From: "Paredes, Ernesto" <Ernesto_Paredes@NYMC.EDU<mailto:Ernesto_Paredes@NYMC.EDU>>
Date: May 15, 2018 at 9:03:33 AM EDT
To: "Pisciotta, Steven" <Steven_Pisciotta@nymc.edu<mailto:Steven_Pisciotta@nymc.edu>>, "Killian, Claudette" <Claudette_Killian@nymc.edu<mailto:Claudette_Killian@nymc.edu>>
Cc: "Reynolds, Padraic" <Paddy_Reynolds@nymc.edu<mailto:Paddy_Reynolds@nymc.edu>>, "Hutcheson, Kelly" <Kelly.Hutcheson@wmchealth.org<mailto:Kelly.Hutcheson@wmchealth.org>>
Subject: RE: Action Needed: New York Medical College - GraphPad Software Inc, Purcha [CAS [CASE#876531]

Hi Paddy,

It has been bought by a credit card already, I have the licenses and I'm just waiting for a list of who wants the license since we got it under our account.

-Ernesto

-----Original Message-----
From: Pisciotta, Steven
Sent: Monday, May 14, 2018 4:55 PM
To: Paredes, Ernesto; Killian, Claudette
Cc: Reynolds, Padraic; Hutcheson Kelly A
Subject: RE: Action Needed: New York Medical College - GraphPad Software Inc, Purcha [CAS [CASE#876531]

Hi Claudette and Ernesto,

I just wanted to follow up on this.

Thanks,
Steven

-----Original Message-----
From: Pisciotta, Steven
Sent: Friday, May 11, 2018 10:08 AM
To: Paredes, Ernesto; Killian, Claudette
Cc: Reynolds, Padraic
Subject: FW: Action Needed: New York Medical College - GraphPad Software Inc, Purcha [CAS [CASE#876531]

Hi Claudette and Ernesto,

Can you please complete this order with the college credit card?

Thanks,
Steven

-----Original Message-----
From: Hutcheson, Kelly [mailto:Kelly.Hutcheson@wmchealth.org]
Sent: Thursday, May 10, 2018 1:48 PM
To: support@graphpad.com<mailto:support@graphpad.com>; Reynolds, Padraic
Cc: Pisciotta, Steven
Subject: RE: Action Needed: New York Medical College - GraphPad Software Inc, Purcha [CAS [CASE#876531]

Steven, can you assist with this payment as we did before?

Thank you.

Kelly A. Hutcheson, MD, MBA, FAAO
Director of Ophthalmology, Westchester Health Network Chairman, Department of Ophthalmology New York Medical College

-----Original Message-----
From: support@graphpad.com<mailto:support@graphpad.com> [mailto:support@graphpad.com]

From: support@graphpad.com<mailto:support@graphpad.com> [mailto:support@graphpad.com]
Sent: Thursday, May 10, 2018 11:22 AM
To: Hutcheson, Kelly; Paddy_Reynolds@nymc.edu<mailto:Paddy_Reynolds@nymc.edu>
Subject: RE: Action Needed: New York Medical College - GraphPad Software Inc, Purcha [CAS [CASE#876531]

Copy of message sent to Claudette_Killian@nymc.edu<mailto:Claudette_Killian@nymc.edu>. Case 876531.

Thank you for your reply. If you would like to pay via phone using a Visa or MasterCard, you can call our office at 858.454.5577 between the hours of 7:30am-3:30pm Pacific, and we'll be happy to process your payment via phone. Please reference your quote number (38021042) when calling.

Alternately, you can complete a group license purchase online using a Visa, MasterCard, or PayPal at https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Furldefense.proofpoint.com%2Fv2%2Furl%3Fu%3Dhttps-3A__na01.safelinks.protection.outlook.com_-3Furl-3Dhttp-253A-252F-252Fwww.graphpad.com-252Fhow-2Dto-2Dbuy-252F-26data-3D02-257C01-257Ckelly.hutcheson-2540wmchealth.org-257C0200538a59504dfa6cf308d5b689c963-257C04a4e212fbc24cbdacc567389ee10acb-257C0-257C0-257C636615625701116878-26sdata-3Dme9djajn0VgtBvNfPuRVqBLaWHO-252FrvUdLUcvMsIEFgo-253D-26reserved-3D0%26d%3DDwIGaQ%26c%3DA51OX6aSaU1ywwq_3bUC2Q%26r%3DeitnHv-XFLmBtouQ0Uc3l09AOYcGnIlRUX6H_P_i_34%26m%3DQ4pW1wved2-6kXPevPM7KUCJo-3RBcB9cMALCHrY2rk%26s%3DiZaM6kp73AjdndBRmfNXZTNmeBqo4gP4NFOO4Z4qkGk%26e&data=02%7C01%7Ckelly.hutcheson%40wmchealth.org<http://40wmchealth.org>%7Cad11286fddfb4c7c2f8108d5ba644467%7C04a4e212fbc24cbdacc567389ee10acb%7C0%7C0%7C636619862174753503&sdata=EzU%2FwHLSuwdRLwyvc%2FVsPzb5fP9crQRDOZmYn9bfI4k%3D&reserved=0=.

If you have any questions, please let me know. Thanks!

Kind regards,
Kim
GraphPad Customer Service

cc: kelly.hutcheson@wmchealth.org<mailto:kelly.hutcheson@wmchealth.org>,
Paddy_Reynolds@nymc.edu<mailto:Paddy_Reynolds@nymc.edu>
---------
On 2018-05-10 07:32:02.513 you wrote:

We are not able to revise our payment terms.  Let's proceed with a credit card payment.

Regards,

Claudette M. Killian
Assistant Director of Procurement Service-TCUS New York Medical College
40 Sunshine Cottage Rd Valhalla, NY 10595
Phone: 914-594-4696
Fax: 914-594-4968
Email: claudette_killian@nymc.edu<mailto:claudette_killian@nymc.edu>

-----Original Message-----
From: Reynolds, Padraic
Sent: Thursday, May 10, 2018 8:01 AM
To: Killian, Claudette <Claudette_Killian@nymc.edu<mailto:Claudette_Killian@nymc.edu>>
Cc: Hutcheson Kelly A <kelly.hutcheson@wmchealth.org<mailto:kelly.hutcheson@wmchealth.org>>; support@graphpad.com<mailto:support@graphpad.com>
Subject: FW: Action Needed: New York Medical College - GraphPad Software Inc, Purcha [CASE#876267]
Importance: High

HI Claudette,

See vendors questions below, can we update the payment terms?

Or can Dr. Hutcheson receive the download link from you if you were to purchase with College credit card now?

Please let us know.

Thanks,
Paddy

-----Original Message-----
From: support@graphpad.com<mailto:support@graphpad.com> [mailto:support@graphpad.com]
Sent: Wednesday, May 9, 2018 1:47 PM
To: Reynolds, Padraic <Paddy_Reynolds@nymc.edu<mailto:Paddy_Reynolds@nymc.edu>>
Subject: Action Needed: New York Medical College - GraphPad Software Inc, Purcha [CASE#876267]

Hello Padraic,

I'm following up to see if you had an update on PO #UP115540. Again, we will need stated Net 30 payment terms listed on the PO. We do not accept POs with Net 60 terms.

I look forward to hearing from you. Thanks!

Kind regards,
Kim
GraphPad Customer Service

--------- 05/07/2018 15:49 PM
Hello Padraic,

Thank you for sending PO #UP115540. Before we can process your order, we will need you to update the payment terms to Net 30. We do not accept POs with Net 60 terms.

I look forward to hearing from you. Thanks!

Kind regards,
Kim
GraphPad Customer Service
---------
On 2018-05-07 15:34:04.677 you wrote:

---------- Forwarded message ----------
From: <eProOrders@touro.edu<mailto:eProOrders@touro.edu>>
Date: Mon, May 7, 2018 at 12:00 PM
Subject: New York Medical College - GraphPad Software Inc, Purchase Order: UP115540
To: info@graphpad.com<mailto:info@graphpad.com>
Cc: padraic_reynolds@nymc.edu<mailto:padraic_reynolds@nymc.edu>


New York Medical College GraphPad Software Inc, Purchase Order UP115540 *Created Date: * 5/7/2018 2:59 PM Supplier Ship To Bill To GraphPad Software Inc,
7825 Fay Ave.
Suite 230
La Jolla CA 92037
United States
info@graphpad.com<mailto:info@graphpad.com>
Attn: Padraic Reynolds
New York Medical College [NYMC2]
15 Dana Road
BSB
New York Medical College
Valhalla NY 10595
United States
Attn:
New York Medical College [NYMC1]
40 Sunshine Cottage Road
Administration Building
Valhalla NY 10595
United States

Buyer Contact Terms Currency Shipping
Padraic Reynolds
padraic_reynolds@nymc.edu<mailto:padraic_reynolds@nymc.edu>
914-5943677 On Account - Default USD Manual Order Delivery

Delivery Note
https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Furldefense.proofpoint.com%2Fv2%2Furl%3Fu%3Dhttps-3A__na01.safelinks.protection.outlook.com_-3Furl-3Dhttps-253A-252F-252Furldefense.proofpoint.com-252Fv2-252Furl-253Fu-253Dhttps-2D3A-5F-5Fwww.graphpad.com-5Fecommerce-5F-2526d-253DDwIGaQ-2526c-253DA51OX6aSaU1ywwq-5F3bUC2Q-2526r-253DuHLsA4W5Cux-2DJoIWFw-2DhwKOmDVMakmPEItO6pq9kgQ-2526m-253DqbVfXthRBaer0QoGYWdD-5FhNW8iE-5F3QqQT7A6K7iiRyk-2526s-253DBeuITKJiR9QNnkEPivnVVzDZjZa-5FefbYmHJUubmoTt4-2526e-26data-3D02-257C01-257Ckelly.hutcheson-2540wmchealth.org-257C0200538a59504dfa6cf308d5b689c963-257C04a4e212fbc24cbdacc567389ee10acb-257C0-257C0-257C636615625701116878-26sdata-3D2w-252FdgN-252FwMJsAc-252B6yhSpQmCwbPbzJwpSYGQU5S9R2nss-253D-26reserved-3D0-3D%26d%3DDwIGaQ%26c%3DA51OX6aSaU1ywwq_3bUC2Q%26r%3DeitnHv-XFLmBtouQ0Uc3l09AOYcGnIlRUX6H_P_i_34%26m%3DQ4pW1wved2-6kXPevPM7KUCJo-3RBcB9cMALCHrY2rk%26s%3DDyFx8-YAWGf2K2KjX0gxNKbvqZHmwDXnVl9HYYYIIogg%26e&data=02%7C01%7Ckelly.hutcheson%40wmchealth.org%7Cad11286fddfb4c

7c2f8108d5ba644467%7C04a4e212fbc24cbdacc567389ee10acb%7C0%7C0%7C636619862174753503&sdata=%2FM7P4U%2F2fEGhHr601R4YJasYT7mQiqOkf%2Fu66WAEe0s%3D&reserved=0=

Line Item Qty Price Total
1
*GraphPad Prism Subscription 5 activations, Expires on May 01, 2019 Windows and/or Mac Download Academic use only*
*Notes:* Order online https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Furldefense.proofpoint.com%2Fv2%2Furl%3Fu%3Dhttps-3A__na01.safelinks.protection.outlook.com_-3Furl-3Dhttps-253A-252F-252Furldefense.proofpoint.com-252Fv2-252Furl-253Fu-253Dhttps-2D3A-5F-5Fwww.graphpad.com-5Fecommerce-5F-2526d-253DDwICaQ-2526c-253DA51OX6aSaU1ywwq-5F3bUC2Q-2526r-253DuHLsA4W5Cux-2DJoIWFw5-2DhwKOmDVMakmPEItO6pq9kgQ-2526m-253DqbVfXthRBaer0QoGYWdD-5FhNW8iE-5F3QqQT7A6K7iiRyk-2526s-253DBeuITKJiR9QNnkEPivnVVzDZjZa-5FefbYmHJUubmoTt4-2526e-26data-3D02-257C01-257Ckelly.hutcheson-2540wmchealth.org-257C0200538a59504dfa6cf308d5b689c963-257C04a4e212fbc24cbdacc567389ee10acb-257C0-257C0-257C636615625701116878-26sdata-3D2w-252FdgN-252FwMJsAc-252B6yhSpQmCwbPbzJwpSYGQU5S9R2nss-253D-26reserved-3D0-3D%26d%3DDwIGaQ%26c%3DA51OX6aSaU1ywwq_3bUC2Q%26r%3DeitnHv-XFLmBtouQ0Uc3l09AOYcGnIlRUX6H_P_i_34%26m%3DQ4pW1wved2-6kXPevPM7KUCJo-3RBcB9cMALCHrY2rk%26s%3DyFx8-YAWGf2K2KjX0gxNKbvqZHmwDXnVl9HYYYIIoqg%26e&data=02%7C01%7Ckelly.hutcheson%40wmchealth.org%7Cad11286fddfb4c7c2f8108d5ba644467%7C04a4e212fbc24cbdacc567389ee10acb%7C0%7C0%7C636619862174753503&sdata=%2FM7P4U%2F2fEGhHr601R4YJasYT7mQiqOkf%2Fu66WAEe0s%3D&reserved=0=
1 $675.00 / Each $675.00
Subtotal $675.00
Shipping $0.00
Tax $0.00
TOTAL $675.00
This Purchase Order was issued under the following Terms and Conditions https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Furldefense.proofpoint.com%2Fv2%2Furl%3Fu%3Dhttps-3A__na01.safelinks.protection.outlook.com_-3Furl-3Dhttps-253A-252F-252Furldefense.proofpoint.com-252Fv2-252Furl-253Fu-253Dhttps-2D3A-5F-5Ftouro.box.com-5Fv-5Funimarkettermsandconditions-2526d-253DDwICaQ-2526c-253DA51OX6aSaU1ywwq-5F3bUC2Q-2526r-253DuHLsA4W5Cux-2DJoIWFw5-2DhwKOmDVMakmPEItO6pq9kgQ-2526m-253DqbVfXthRBaer0QoGYWdD-5FhNW8iE-5F3QqQT7A6K7iiRyk-2526s-253DzofZVvzjkF-5FBWMJ-2D-5FL2f18bnCmb-2DI3-2D-5FtVXbBedC9uo-2526e-26data-3D02-257C01-257Ckelly.hutcheson-2540wmchealth.org-257C0200538a59504dfa6cf308d5b689c963-257C04a4e212fbc24cbdacc567389ee10acb-257C0-257C0-257C636615625701116878-26sdata-3DfcT8BVZZ3jhD51i-252Bxm6bEKVp7zVoJ0dWforpgurTznc-253D-26reserved-3D0-3D%26d%3DDwIGaQ%26c%3DA51OX6aSaU1ywwq_3bUC2Q%26r%3DeitnHv-XFLmBtouQ0Uc3l09AOYcGnIlRUX6H_P_i_34%26m%3DQ4pW1wved2-6kXPevPM7KUCJo-3RBcB9cMALCHrY2rk%26s%3D60b_Ro-k9qfvijo3pT-477xvmRdlg43q-0KzNS4qygk%26e&data=02%7C01%7Ckelly.hutcheson%40wmchealth.org%7Cad11286fddfb4c7c2f8108d5ba644467%7C04a4e212fbc24cbdacc567389ee10acb%7C0%7C0%7C636619862174753503&sdata=gC4u57kQh2IW20Ei7unttfqTL0sKGcPnfPYVi%2F4H1sM%3D&reserved=0=
The link above contains the full terms and conditions which you agree to by accepting this PO and delivering goods or performing services.
For prompt payment please ensure the invoices is sent to the proper Accounts Payable as listed on this PO. The document must clearly show the PO number.
[image: Unimarket]


[attachments: GraphPad Software 675 estimate.pdf ]


[CC: Hutcheson Kelly A <kelly.hutcheson@wmchealth.org<mailto:kelly.hutcheson@wmchealth.org>>,
"support@graphpad.com<mailto:support@graphpad.com>"
<support@graphpad.com<mailto:support@graphpad.com>>]
Attention WMCHealth users: Do not open attachments or click on links contained in emails from unexpected sources or unknown senders.
Attention WMCHealth users: Do not open attachments or click on links contained in emails from unexpected sources or unknown senders.