**From:** **Hutcheson, Kelly** Kelly.Hutcheson@wmchealth.org 🚩
**Subject:** Re: Contribute to Advances in the Diagnosis and Management of Uveitis
**Date:** June 12, 2018 at 3:17 PM
**To:** Amro Ali amro.ali9@icloud.com



Amro, I am so dreadfully sorry to hear that. I'm so glad you went home. My condolences.

Dr Hutcheson

Kelly A. Hutcheson, M.D., MBA

> On Jun 12, 2018, at 2:54 PM, Amro Ali <amro.ali9@icloud.com> wrote:
>
> Unfortunately, my mom can not make it. She passed away but at least I was there.
> Thanks for your kind care.
> A
>
>> On Jun 12, 2018, at 2:49 PM, Hutcheson, Kelly <Kelly.Hutcheson@wmchealth.org> wrote:
>>
>> You are most welcome, I'm doing what I can with limited resources.  I hope everything went well on your trip home
>>
>> Kelly A. Hutcheson, M.D., MBA
>>
>>> On Jun 12, 2018, at 2:34 PM, Amro Ali <amro.ali9@icloud.com> wrote:
>>>
>>> Thanks, I will work on it and send it to you in the final format.
>>> I completely understand you have a lot of responsibilities and limited time.
>>>
>>> Really Dr.Hutchesnon, you did a lot of great changes in the department in a very short period. Thanks for that.
>>>
>>> Amro
>>>
>>>> On Jun 12, 2018, at 2:29 PM, Hutcheson, Kelly <Kelly.Hutcheson@wmchealth.org> wrote:
>>>>
>>>> Amro,  I am supportive of your initiative and would try to read over something that you wrote, but I can't commit myself to get involved in any other projects right now. I'm sure you understand.   I support your doing so.  Thank you for inquiring,
>>>>
>>>> Kelly A. Hutcheson, M.D., MBA
>>>>
>>>> On Jun 12, 2018, at 12:51 PM, Amro Ali <amro.ali9@icloud.com<mailto:amro.ali9@icloud.com>> wrote:
>>>>
>>>> Dear Dr,.Hutcheson,
>>>>
>>>> We got this invitation from Dr.Stephen Foster (Harvard)to write a chapter in uveitis text book,
>>>> I am thinking about uveitis in pediatrics, would you be interested in that.
>>>> Best Regards,
>>>>
>>>> Amro A
>>>>
>>>> Begin forwarded message:
>>>>
>>>> From: Maja Bozicevic | IntechOpen <bozicevic@intechopen.com<mailto:bozicevic@intechopen.com>>
>>>> Date: June 12, 2018 at 11:50:03 AM EDT
>>>> To: amro.ali9@icloud.com<mailto:amro.ali9@icloud.com>
>>>> Subject: Contribute to Advances in the Diagnosis and Management of Uveitis
>>>>
>>>> [https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.intech.sch-design.net%2Fpictures%2F%2FWORDM_IVORY_RGB.png&data=02%7C01%7CKelly.Hutcheson%40wmchealth.org%7C93250de44f6346e39fc008d5d0932a56%7C04a4e212fbc24cbdacc567389ee10acb%7C0%7C0%7C636644252849615999&sdata=8LHhwA7lRlR2Q8pD72qJfJZR0%2FChSfDHaILmeZGK6fE%3D&reserved=0]
>>>>
>>>> We are IntechOpen, the world's largest
>>>> scientific publisher of Open Access books
>>>>
>>>>
>>>> [https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.intech.sch-design.net%2Fpictures%2F%2FLOGO_IVORY_RGB.png&data=02%7C01%7CKelly.Hutcheson%40wmchealth.org%7C93250de44f6346e39fc008d5d0932a56%7C04a4e212fbc24cbdacc567389ee10acb%7C0%7C0%7C636644252849615999&sdata=9aFFPC9mgKnJXPFBDVwAt5bG7zvMCHMHRqmDf5woJzc%3D&reserved=0]

> Dear Dr. Ali,
>
> Due to your involvement in the field, and the research you published in your paper, "Chronic uveitis following neodymium-doped yttrium aluminum garnet laser peripheral iridotomy," IntechOpen invites you to extend your work and offer a more comprehensive overview of your studies. Contribute a chapter to "Advances in the Diagnosis and Management of Uveitis," an upcoming Open Access book edited by Dr. Alejandro Rodriguez-Garcia and Dr. C. Stephen Foster.
>
> Work with an internationally recognized peer group and gain increased visibility for your published work. Please visit the book project page<https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmts.intechopen.com%2Fwelcome%2Fa81511ced9080932669447918c9b5f72%2Famro.ali9%40icloud.com&data=02%7C01%7CKelly.Hutcheson%40wmchealth.org%7C1ef48a56f389475b2b3308d5d084ad79%7C04a4e212fbc24cbdacc567389ee10acb%7C0%7C0%7C636644190626180787&sdata=Cq77PpB98TGQjEmWKSwzI8VakkHcTeWuEZlQ9LiiGZA%3D&reserved=0> to register your interest.
>
> We look forward to hearing from you.
>
> Kind Regards,
>
> Maja Bozicevic, from IntechOpen
> Author Service Manager
>
> IntechOpen currently works with world renowned institutions including: [https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fcdn.intechopen.com%2Fpublic%2Fimages%2Funiversities.png&data=02%7C01%7CKelly.Hutcheson%40wmchealth.org%7C93250de44f6346e39fc008d5d0932a56%7C04a4e212fbc24cbdacc567389ee10acb%7C0%7C0%7C636644252849615999&sdata=NwTX6JY9fgHtT7CVyV46jkj2A9BWUBCbayFX8Ls7sRk%3D&reserved=0]
>
>
> Can't view email? View online<https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmts.intechopen.com%2Finvitation%2Ffirstcallnewusertitle%3FprojectTitle%3DAdvances%2Bin%2Bthe%2BDiagnosis%2Band%2BManagement%2Bof%2BUveitis%26chapterProposalSubmissionDeadline%3D03%2BJul%252C%2B2018%26manuscriptSubmissionDeadline%3D01%2BSep%252C%2B2018%26projectIsNumber%3D978-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-5%26paperTitle%3DChronic%2Buveitis%2Bfollowing%2Bneodymium-doped%2Byttrium%2Baluminum%2Bgarnet%2Blaser%2Bperipheral%2Biridotomy%26recipientLastNameWithTitle%3DDr.%2BAli%26recipientEmail%3Damro.ali9%2540icloud.com%26senderFullName%3DMaja%2BBozicevic%26ppmFirstName%3DMaja%26ppmFullName%3DMaja%2BBozicevic%26senderEmail%3Dbozicevic%2540intechopen.com%26senderPhoneNumber%3D%252B385%2B%252851%2529%2B770%2B447%26apc%3D670%26siteUrl%3Dhttp%253A%252F%252Fmts.intechopen.com%26projectInvitationLink%3Dhttps%253A%252F%252Fmts.intechopen.com%252Fwelcome%252Fa81511ced9080932669447918c9b5f72%26callUnsubscribeLink%3Dhttp%253A%252F%252Fcall.intechopen.com%252Fapplication%252Femailfeedback%252Funsubscribe%252Fcallhash%252F172da6397924ca7740573d17eefadc91%26subjectLink%3Dhttps%253A%252F%252Fmts.intechopen.com%252Fsubjects%252Fhealth-sciences%26editorFullNameWithTitle%3DDr.%2BAlejandro%2BRodriguez-Garcia%2Band%2B%2BDr.%2BC.%2BStephen%2BFoster%26editorFullName%3DAlejandro%2BRodriguez-Garcia%2Band%2B%2BDr.%2BC.%2BStephen%2BFoster&data=02%7C01%7CKelly.Hutcheson%40wmchealth.org%7C1ef48a56f389475b2b3308d5d084ad79%7C04a4e212fbc24cbdacc567389ee10acb%7C0%7C0%7C636644190626180787&sdata=D%2BX5EjHKRxCIhYt8xwgXevtG23o09zTAqH5bb3RP9RA%3D&reserved=0> - Unsubscribe<https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fcall.intechopen.com%2Fapplication%2Femailfeedback%2Funsubscribe%2Fcallhash%2F172da6397924ca7740573d17eefadc91&data=02%7C01%7CKelly.Hutcheson%40wmchealth.org%7C1ef48a56f389475b2b3308d5d084ad79%7C04a4e212fbc24cbdacc567389ee10acb%7C0%7C0%7C636644190626180787&sdata=wUD6%2BrsX4R8vjHOU2XNUM9vaWD9ZJuNlRB%2BdEeKhYhQ%3D&reserved=0> ©IntechOpen 2018
>
>
> Attention WMCHealth users: Do not open attachments or click on links contained in emails from unexpected sources or unknown senders.

Attention WMCHealth users: Do not open attachments or click on links contained in emails from unexpected sources or unknown senders.

Attention WMCHealth users: Do not open attachments or click on links contained in emails from unexpected sources or unknown senders.