**From:** **Hutcheson, Kelly** Kelly.Hutcheson@wmchealth.org
**Subject:** RE: The Use of Bioinformatics in Diabetic Retinopathy Fundus Eye Examination.
**Date:** May 4, 2018 at 10:58 AM
**To:** Amro Ali amro.ali9@icloud.com

My colleagues replied that at this time they are only focusing on ROP.

Kelly A. Hutcheson, MD, MBA, FAAO
Director of Ophthalmology, Westchester Health Network
Chairman, Department of Ophthalmology
New York Medical College

-----Original Message-----
From: Amro Ali [mailto:amro.ali9@icloud.com]
Sent: Thursday, May 03, 2018 4:03 PM
To: Hutcheson, Kelly
Subject: Re: The Use of Bioinformatics in Diabetic Retinopathy Fundus Eye Examination.

> This draft have more details, I hope you are ok with it.
> Amro
>
>> On May 3, 2018, at 10:44 AM, Hutcheson, Kelly <Kelly.Hutcheson@wmchealth.org> wrote:
>>
>> Can you provide slightly more information about the digital image analysis and porotype, please?  What is it, how does it work.
>>
>> Kelly A. Hutcheson, MD, MBA, FAAO
>> Director of Ophthalmology, Westchester Health Network Chairman,
>> Department of Ophthalmology New York Medical College
>>
>>
>> -----Original Message-----
>> From: Amro Ali [mailto:amro.ali9@icloud.com]
>> Sent: Wednesday, May 02, 2018 5:43 PM
>> To: Hutcheson, Kelly
>> Subject: The Use of Bioinformatics in Diabetic Retinopathy Fundus Eye Examination.
>>
>> Hi Dr.Hutcheson,
>>
>> This is a summary for our project that we can use it to share with other institute.
>>
>> Amro
>>
>>
>> Attention WMCHealth users: Do not open attachments or click on links contained in emails from unexpected sources or unknown senders.

Attention WMCHealth users: Do not open attachments or click on links contained in emails from unexpected sources or unknown senders.