

**From:** Hutcheson, Kelly Kelly.Hutcheson@wmchealth.org 🚩
**Subject:** Re: impact of bariatric surgery on the course of diabetic retinopathy.
**Date:** April 27, 2018 at 1:02 PM
**To:** Robert Josephberg rj2526@aol.com
**Cc:** amro.ali9@icloud.com, SANSAR_SHARMA@NYMC.EDU, Wandel, Tad Tad.Wandel@wmchealth.org

Thanks, Robert. This is really good quality research. It will be good for the department as a whole.

Kelly A. Hutcheson, M.D., MBA

On Apr 27, 2018, at 12:58 PM, Robert Josephberg <rj2526@aol.com<mailto:rj2526@aol.com>> wrote:

Hi Amro,

I just saw below in my spam folder . I just discussed this with Dr Hutcheson and would be more then happy to be a co-investigator . If you need my signature or to speak to

me please call me at 914 707 2113

or my email at RJ2526@aol.com<mailto:RJ2526@aol.com>

Thank you
Robert Josephberg MD
Slideshow
Amro Ali amro.ali9@icloud.com<mailto:amro.ali9@icloud.com>Hide
To    RJ2526 RJ2526@aol.com<mailto:RJ2526@aol.com>
Cc    Hutcheson, Kelly Kelly.Hutcheson@wmchealth.org<mailto:Kelly.Hutcheson@wmchealth.org>, Sansar Sharma SANSAR_SHARMA@NYMC.EDU<mailto:SANSAR_SHARMA@NYMC.EDU>, Tad Wandel tad.wandel@wmchealth.org<mailto:tad.wandel@wmchealth.org>
Bcc
Slideshow
Progression of Diabetic Retino...docx (113 KB)
CV.AMMA.2018.2.docx (78 KB)


-----Original Message-----
From: Amro Ali <amro.ali9@icloud.com<mailto:amro.ali9@icloud.com>>
To: RJ2526 <RJ2526@aol.com<mailto:RJ2526@aol.com>>
Cc: Hutcheson, Kelly <Kelly.Hutcheson@wmchealth.org<mailto:Kelly.Hutcheson@wmchealth.org>>; Sansar Sharma <SANSAR_SHARMA@NYMC.EDU<mailto:SANSAR_SHARMA@NYMC.EDU>>; Tad Wandel <tad.wandel@wmchealth.org<mailto:tad.wandel@wmchealth.org>>
Sent: Thu, Apr 26, 2018 4:55 pm
Subject: impact of bariatric surgery on the course of diabetic retinopathy.

Dear Dr. Josephberg,
My name is Amro Ali and I working in Dr. Sharma's lab. We are proposing two studies regarding the impact of bariatric surgery on the course of diabetic retinopathy. Dr. Hutcheson advised us to contact you for your guidance and support in this work.
1.    Retrospective study:  L-12,047 Approved by NYMC and Pending by WMC:
Progression of Diabetic Retinopathy after bariatric surgery. In this retrospective, we will collect data from medical records and we will look at changes in the body mass index, lipid profile on their eye examination, from their medical records. (SEE Attachment)
2.    Prospective study: L-11,998 Pending by NYMC:
Impact of Bariatric surgery on the course of Diabetic Retinopathy." Pilot Study." In this prospective study, we will recruit patients before bariatric surgery and will follow up with them along the course of the study with multiple time points with eye examination and collection of blood samples. (I will send you the protocol soon for this study)

We have a deadline and we have to submit the retrospective study, L-12,047 to WMC IRB committee on April,30. We will be delighted to add you as co-investigator if you are ok with that.
We are looking for your feedback and comments regarding this protocol.

My CV is attached.

Amro Ali.MD
Cell: 347-623-5406


Attention WMCHealth users: Do not open attachments or click on links contained in emails from unexpected sources or unknown

Attention WMCHealth users: Do not open attachments or click on links contained in emails from unexpected sources or unknown senders.