| | |
|---|---|
| **From:** | Amro Ali amro.ali9@icloud.com |
| **Subject:** | Fwd: The Role of Estradiol in Idiopathic Anterior Uveitis during Eumenorrheic Stage of Life Stage of Life, another article has been pubslished. |
| **Date:** | August 14, 2018 at 4:35 PM |
| **To:** | Amro Ali amro.ali9@icloud.com |



Begin forwarded message:

**From:** "Hutcheson, Kelly" <Kelly.Hutcheson@wmchealth.org>
**Subject: Re: The Role of Estradiol in Idiopathic Anterior Uveitis during Eumenorrheic Stage of Life Stage of Life, another article has been pubslished.**
**Date:** April 12, 2018 at 5:07:14 PM EDT
**To:** Amro Ali <amro.ali9@icloud.com>
**Cc:** Sansar Sharma <SANSAR_SHARMA@NYMC.EDU>, "wandel@wcmc.com" <wandel@wcmc.com>, "Wandel, Tad" <Tad.Wandel@wmchealth.org>

Again, congratulations to you.  You are making the department shine.

Kelly A. Hutcheson, M.D., MBA

On Apr 12, 2018, at 4:36 PM, Amro Ali <amro.ali9@icloud.com<mailto:amro.ali9@icloud.com>> wrote:

 1.
Dear Drs. Hutcheson,Sharma and Wandel,
This is another article which has been published and the link is below.
Thanks for your kind support.
Amro

The Role of Estradiol in Idiopathic Anterior Uveitis during<https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fr.search.yahoo.com%2F_ylt%3DA0geKV7Gwc9aOe4ATB0PxQt.%3B_ylu%3DX3oDMTByOHZyb21tBGNvbG8DYmYxBHBvcwMxBHZ0aWQDBHNlYwNzcg--%2FRV%3D2%2FRE%3D1523593798%2FRO%3D10%2FRU%3Dhttp%253a%252f%252fcrimsonpublishers.com%252fmsor%252fpdf%252fMSOR.000507.pdf%2FRK%3D2%2FRS%3DX7jOMNwugvxOnHr03YfuBBx5y.4-&data=02%7C01%7CKelly.Hutcheson%40wmchealth.org%7Cc10df2027b704d5c9dfa08d5a0b51375%7C04a4e212fbc24cbdacc567389ee10acb%7C0%7C1%7C636591621929390846&sdata=ALbjvhgm5aQz3yaqQxpYLpLoBYFZlmNj5XxfpqxODHs%3D&reserved=0> Eumenorrheic Stage of Life Stage of Life
crimsonpublishers.com/msor/pdf/MSOR.000507.pdf<https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fcrimsonpublishers.com%2Fmsor%2Fpdf%2FMSOR.000507.pdf&data=02%7C01%7CKelly.Hutcheson%40wmchealth.org%7Cc10df2027b704d5c9dfa08d5a0b51375%7C04a4e212fbc24cbdacc567389ee10acb%7C0%7C1%7C636591621929390846&sdata=BH%2FvPCiRw2RLykCs38ojdVXE3wDLrJNkLKm8gBDu8a0%3D&reserved=0>
1/6 Volume 1 Issue 2 Inroucion Noninfectious uveitis is the most common form of uveitis observed in the United States, and approimately 81% of non

Attention WMCHealth users: Do not open attachments or click on links contained in emails from unexpected sources or unknown senders.