**From:** **Amro Ali** amro.ali9@icloud.com
**Subject:** Fwd: Dr. Amro Ali
**Date:** July 7, 2019 at 6:16 PM
**To:**
**Cc:** Amro Ali amro.ali9@icloud.com



**From:** Kukowski, Barbara <Barbara.Kukowski@wmchealth.org>
**Sent:** Tuesday, September 25, 2018 3:26 PM
**To:** Robert Sadowski
**Subject:** Dr. Amro Ali

Please let me know when you would like to speak about Dr. Ali.  For the purposes of that telephone call, let me share some background that I've been told about Dr. Ali:

He graduated medical school in 1994
Passed the USMLE Step 1 and 2 with low scores in 1998
Completed his PGY 1 year in 2003 - why didn't he continue/complete his residency training at NorthShore LIJ?
Had many, many years (15) to take and pass step 3, but did not until 2018
His non-accredited fellowships were in subspecialty areas of ophthalmology – they do not count towards board certification and did not teach or re-enforce his general medical knowledge or knowledge of general ophthalmology
His volunteer research was for New York Medical College, **not** Westchester Medical Center.  He did not treat patients at WMC
He was in the lower third of the approximately 40 candidates for the San Francisco Match in 2016 for which there were only 2 or 3 slots at WMC.  Obviously he did not match with any other programs, probably for all of the objective reasons he did not match at WMC.

Passing the USMLE Step 3 was a condition to being considered for the off match slot that opened in 2017 because he was many years removed from medical school and his PGY 1 general medical education, and had zero years of general ophthalmology training.  Step 3 passage was required of Dr. Ali to address concern that the passage of time had eroded the basic clinical knowledge required of PGY2 residents and for patient safety reasons.  It had nothing to do with his being an International Medical School graduate and would have been required of him if he had graduated from an American School given his unusually protracted training.  However he failed the Step 3 while that slot was open.  He was not promised a Residency slot if and when he passed Step 3.  That was a one-time opportunity.   Dr. Ali does not compare favorably to the Resident from Qatar.  That Resident had superior credentials, i.e., coming off an NIH grant at John's Hopkins, had impressive Step 1 and 2 scores and passed step 3.    Each of the institutions at which Dr. Ali did his non-accredited fellowships has an ophthalmology residency program.  I suspect he was not accepted in their programs either. In short, Dr. Ali is not a strong candidate for a highly competitive Residency program and WMC does not appear alone in that assessment.


Barbara F. Kukowski
Vice President, Legal Affairs
Westchester Medical Center Health Network
Office of Legal Affairs
100 Woods Rd., Taylor Pavilion, 2nd Floor
Valhalla, NY  10595
914-493-2929
Barbara.Kukowski@WMCHealth.org