**From:** Amro Ali amro.ali9@icloud.com
**Subject:** Fwd: Does starting residency in Ophthalmology require passing USMLE step 3? Please help
**Date:** July 10, 2018 at 4:03 PM
**To:** Sansar Sharma SANSAR_SHARMA@NYMC.EDU



> Begin forwarded message:
>
> **From:** Amro Ali <amro.ali9@icloud.com>
> **Subject: Fwd: Does starting residency in Ophthalmology require passing USMLE step 3? Please help**
> **Date:** February 6, 2017 at 1:30:39 PM EST
> **To:** Sansar Sharma <SANSAR_SHARMA@NYMC.EDU>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Amro Ali <amro.ali9@icloud.com>
>> **Date:** February 2, 2017 at 4:02:07 PM EST
>> **To:** "Sharma, Sansar" <SANSAR_SHARMA@NYMC.EDU>
>> **Subject: Re: Does starting residency in Ophthalmology require passing USMLE step 3? Please help**
>>
>> Thanks Dr.Sharma,
>> I left home now but I will work on it tonight.
>> Best,
>> A
>>
>> Sent from my iPhone
>>
>> On Feb 2, 2017, at 3:58 PM, Sharma, Sansar <SANSAR_SHARMA@NYMC.EDU> wrote:
>>
>>> Amro
>>> Here is one list showing what is not posted.
>>>
>>> **From:** Amro Ali [mailto:amro.ali9@icloud.com]
>>> **Sent:** Monday, January 30, 2017 3:14 PM
>>> **To:** Sharma, Sansar <SANSAR_SHARMA@NYMC.EDU>
>>> **Subject:** Re: Does starting residency in Ophthalmology require passing USMLE step 3? Please help
>>>
>>> I am sorry,
>>> To be more clear NYSMB not require me taking step 3 exam to start my residence as IMG?
>>> Regardless the license situation, I am specific about the exam.
>>> A
>>>
>>> Sent from my iPhone
>>>
>>> On Jan 30, 2017, at 3:06 PM, Amro Ali <amro.ali9@icloud.com> wrote:
>>>
>>>> Sent from my iPhone

Begin forwarded message:

**From:** MEDBD <MEDBD@nysed.gov>
**Date:** January 30, 2017 at 2:56:47 PM EST
**To:** Amro Ali <amro.ali9@icloud.com>
**Subject: RE: Does starting residency in Ophthalmology require passing USMLE step 3? Please help**

Hello,

If you are in an ACGME-approved residency you do not need a Limited Permit or full license in order to perform the residency, unless the employer requires it. If it is not approved, you will need either the Limited Permit or the license. The Limited Permit requires medical education and either 3 years of ACGME-approved post-graduate training, or 6 years of non-ACGME-approved post-graduate training, but not a passing score for USMLE Step 3. The Limited Permit gives you two years in which to take and pass the exam and is renewable once. The full license requires the same education and training requirements and also a passing score for all 3 USMLE exams. I hope that answers your questions.

Kind Regards,

NYS Boards for Medicine, Veterinary Medicine and Dietetics and Nutrition; and State Committees for Athletic Training, Medical Physics and Perfusion.
518-474-3817 ext 560
518-486-4846 fax

---

**From:** Amro Ali [mailto:amro.ali9@icloud.com]
**Sent:** Monday, January 30, 2017 1:10 PM
**To:** OPUNIT2
**Cc:** Amro Ali
**Subject:** Does starting residency in Ophthalmology require passing USMLE step 3? Please help

NYS Medical Board

Dear Madam and Sir,

I am international Medical Graduate who graduated 1994-1995 and I passed mu USMLE step 1 and step 2 in 1998 and 1999 consecutive. I attended the exam for USMLE step 3 In January 23 and 24 of year 2017 and I am waiting for the

January 23 and 24 of year 2017 and I am waiting for the results. During this period, I completed three clinical fellowships in ophthalmology in USA and I am applying for my residency in Ophthalmology in a program in NY,

My question to you is the following?

Does passing Step 3 is required by NYS Medical board to start my residency in Ophthalmology?

I know that it may vary from one program to another but Is there is any law any regulation that forbidden international Medical Graduate from starting their residency training in NY before passing step 3 exam.

Amro Ali

ECFMG ID : 0-560-500-1

Phone: 347-623-5406

**Confidentiality Notice**

This email including all attachments is confidential and intended solely for the use of the individual or entity to which it is addressed. This communication may contain information that is protected from disclosure under State and/or Federal law. Please notify the sender immediately if you have received this communication in error and delete this email from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

\<ResearchGate.html\>