**METROPOLITAN HOSPITAL CENTER**
1901 FIRST AVENUE, NEW YORK, NY 10029    TEL: 212-423-6262

D. Douglas Miller, M.D., C.M., M.B.A.
Dean, School of Medicine
New York Medical College
40 Sunshine Cottage Road
Valhalla, New York 10595

May 10, 2016

Dear Dean Miller,

We would like to bring Dr. Amro Ali on board in the Department of Ophthalmology as a full time instructor. He is an experienced researcher and will be submitting grant and IRB proposals. This is in line with your recent initiatives to enhance research at the SOM.

Thank you.

Raymond Wong, MD
Interim Chairman
Department of Ophthalmology
School of Medicine
New York Medical College