**From:** **Amro Ali** amro.ali9@icloud.com
**Subject:** My Next Lecture is ready
**Date:** February 10, 2017 at 11:53 AM
**To:** Tad Wandel tad.wandel@wmchealth.org, wandel@wcmc.com, Sansar Sharma SANSAR_SHARMA@NYMC.EDU
**Cc:** Amro Ali amro.ali9@icloud.com

Dear Drs.Wandel and Sahrma,
This is my next lecture and it is in final draft.
I am ready for the lecture at any time as per your convenience.
please see attachment.
Thanks
Amro



Basic Concepts
in Imm…L .pptx