# Robert W. Sadowski PLLC

800 Third Avenue, 28th Floor
New York, New York 10022
Phone: 646-503-5341

Fax: 646-503-5348
rsadowski@robertwsadowski.com

*Via ECF*

Hon. Denise L. Cote
United States District Judge
United States District Court
500 Pearl Street, Room 1910
New York, New York 10007

February 11, 2020

**MEMO ENDORSED**

Re: *Dr. Amro Ali v. Westchester Medical Center et al.,* 1:19-cv-08324 (DLC)

Dear Judge Cote:

We represent the Plaintiff Dr. Amro Ali ("Dr. Ali") in the above-referenced action, which is currently scheduled for the initial scheduling conference on February 28, 2020 at 11:00 a.m. We are requesting a brief adjournment of the conference. This is the first request for an adjournment, and counsel for defendants have graciously agreed to an adjournment of the conference. The reason for the request for an adjournment is that I am scheduled to be in Washington, D.C., at a False Claims Act conference sponsored by the American Bar Association on February 27 & 28, 2020.

Respectfully submitted,

s/Robert W. Sadowski

Robert W. Sadowski

*The conference is adjourned to 3/6/20 at 2:00 pm.*

*Denise Cote*
*2/12/20*