UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
AMRO ALI, M.D.,                             :
                                            :
                Plaintiff,  :
      v.                              :    Civil Action No. 19-CV-8324-DLC-DCF
                                            :
WESTCHESTER MEDICAL CENTER                  :    **NOTICE OF MOTION**
and NEW YORK MEDICAL COLLEGE,               :
                                            :
                Defendants. :
------------------------------------------- X

      PLEASE TAKE NOTICE that, upon the annexed Declaration of Paul F. Millus, dated October 30, 2020, Defendants' Rule 56.1 Statement, the accompanying Memorandum of Law in support, and all of the pleadings and proceedings heretofore had herein, Defendants will move the United States District Court for the Southern District of New York (Cote, J.), at the United States Courthouse, 500 Pearl Street, New York, New York, for an order, pursuant to Fed. R. Civ. P. 56, granting Defendants summary judgment dismissing all of Plaintiff's claims and providing such other and further relief as the Court may deem just and proper.

Dated:    Garden City, New York
             October 30, 2020

                                              MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

                                              By:    *s/ Paul F. Millus*
                                                     Paul F. Millus, Esq.
                                                     Daniel B. Rinaldi, Esq.
                                  990 Stewart Avenue, Suite 300
                                  P.O. Box 9194
                                  Garden City, New York 11530-9194
                                  (516) 741-6565
                                  *Attorneys for Defendants*

TO:    Robert W. Sadowski, Esq.
         ROBERT W. SADOWSKI PLLC
         800 Third Avenue, 28th Floor
         New York, New York 10022
         (646) 503-5341
         *Attorneys for Plaintiff*

4452952