UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
AMRO ALI, M.D.,

                Plaintiff,

      v.

WESTCHESTER MEDICAL CENTER
and NEW YORK MEDICAL COLLEGE,

                Defendants.

------------------------------------------- X

Civil Action No. 19-CV-8324-DLC-DCF

**DECLARATION OF
PAUL F. MILLUS IN SUPPORT
OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT**

      PAUL F. MILLUS declares the following pursuant to 28 U.S.C. § 1746:

      1.      I am a Member of Meyer, Suozzi, English & Klein, P.C., attorneys for Defendants Westchester Medical Center and New York Medical College (Together, "Defendants") in the above-captioned matter, and, as such, I am fully familiar with the facts and circumstances set forth herein.

      2.      I submit this Declaration in support of Defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 56.

      3.      Exhibit A is a true and correct copy of the complaint filed by Plaintiff Amro Ali, M.D. ("Plaintiff") on September 6, 2019.

      4.      Exhibit B is a true and correct copy of Defendants' answer to Plaintiff's complaint.

      5.      Exhibit C is a true and correct copy of Plaintiff's curriculum vitae.

      6.      Exhibit D is a true and correct copy of the transcript of Plaintiff's deposition taken on September 29, 2020.

      7.      Exhibit E is a true and correct copy of the transcript of Dr. Sansar Sharma's deposition taken on September 21, 2020.

2

8.  Exhibit F is a true and correct copy of the transcript of Dr. Fredrick Bierman's deposition taken on September 23, 2020.

9.  Exhibit G is a true and correct copy of the transcript of Dr. Kelly Hutcheson's deposition taken on September 25, 2020.

10. Exhibit H is a true and correct copy of the transcript of Dr. Thaddeus Wandel's deposition taken on September 30, 2020.

11. Exhibit I is a true and correct copy of Plaintiff's "Recommendation for NYMC Faculty Appointment/Promotion," dated February 10, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  Garden City, New York
        October 30, 2020

                                              *s/ Paul F. Millus*
                                              PAUL F. MILLUS