1

2                    UNITED STATES DISTRICT COURT

3                 SOUTHERN DISTRICT OF NEW YORK

4

5      AMRO ALI, M.D.,                 )
                                       )
6                    Plaintiff,        ) Case No.
                                       ) 19-cv-08324
7              vs.                     ) (DLC)(DCF)
                                       )
8      WESTCHESTER MEDICAL COLLEGE     )
       and NEW YORK MEDICAL COLLEGE,   )
9                                      )
                     Defendants.       )
10     ------------------------------)

11

12

13

14              DEPOSITION OF AMRO ALI

15                Via Videoconference

16               Hackensack, New Jersey

17            Tuesday, September 29, 2020

18

19

20

21

22

23     Reported by:

24     KRISTIN KOCH, RPR, RMR, CRR

25     JOB NO. 184246

1

2

3

4                    September 29, 2020

5                    10:02 a.m.

6

7

8        Deposition of AMRO ALI, Via

9    Videoconference, before Kristin Koch, a

10   Registered Professional Reporter,

11   Registered Merit Reporter, Certified

12   Realtime Reporter and Notary Public of the

13   State of New York.

14

15

16

17

18

19

20

21

22

23

24

25

1

2  A P P E A R A N C E S:  (Via Videoconference)

3

4

5      ROBERT W. SADOWSKI PLLC

6      Attorneys for Plaintiff

7          800 Third Avenue

8          New York, New York 10022

9      BY:  ROBERT W. SADOWSKI, ESQ.

10

11

12     MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

13     Attorneys for Defendants

14          990 Stewart Avenue

15          Garden City, New York 11530

16     BY:  PAUL F. MILLUS, ESQ.

17          DANIEL B. RINALDI, ESQ.

18

19

20  ALSO PRESENT:

21

22  NEWMAN J. HOFFMAN, ESQ., New York Medical

23  College

24

25

1                         A. Ali

2              THE COURT REPORTER:  Due to the

3        severity of COVID-19 and following the

4        practice of social distancing, I will not

5        be in the same room with the witness.

6        Instead, I will be reporting remotely and

7        will swear in the witness remotely.

8              Do all parties stipulate to the

9        validity of the remote reporting and remote

10       swearing and that it will be admissible as

11       if it had been taken following the Federal

12       Rules of Civil Procedure and the State's

13       rules where this case is pending?

14             MR. SADOWSKI:  So stipulated by the

15       plaintiff.

16             MR. MILLUS:  Same here.

17  A M R O   A L I,

18       called as a witness, having been duly sworn

19       by a Notary Public, was examined and

20       testified as follows:

21  EXAMINATION BY

22  MR. MILLUS:

23       Q.   Good morning, Dr. Ali.  How are you?

24       A.   Good morning, Mr. Millus.  How you

25  are you doing today?

```
 1                    A. Ali
 2       Q.    Good, thank you.  So we are going to
 3  take your deposition today under oath and the
 4  first question I ask is have you ever taken a
 5  deposition before?
 6       A.    No, never.
 7       Q.    You have been listening to
 8  depositions taking place and your counsel has
 9  given certain instructions very consistent with
10  mine.
11            I am going to be asking you
12  questions.  I don't want you to guess.  Please
13  answer the question the best you can.  If you
14  don't understand a question, please let me
15  know, because if you answer the question, I
16  have an assumption that you understood it.  We
17  can have it read back, I could repeat it, I
18  could rephrase it, whatever needs to be to
19  done.  Is that okay?
20       A.    Okay.  Thank you.
21       Q.    If a question is before you and you
22  want to speak to your attorney, answer my
23  question first.  You can take a break at any
24  time to speak to your attorney.  Are you still
25  there?
```

```
1                         A. Ali

2        A.    Yes.

3        Q.    Okay.  Because I lost you.  I gotta

4   get you back on.  Can you get back on, sir?

5        A.    Yeah.  Yeah.  There is high echo and

6   sometimes I don't hear voice, you know, there

7   is some vibration.  I don't know why.

8        Q.    I will back up from the speaker a

9   little bit.

10       A.    Okay.

11       Q.    So those are the basic instructions

12  during the course of this exam.  I am going to

13  do this exam in essentially five phases.  I

14  want you to understand that, because it will

15  make it easier as we go along and more

16  efficient.

17            First I am going to ask you about

18  your background, personal and professional, all

19  the way up to the point where you joined NYMC

20  as an instructor.

21            Then I am going to ask you about the

22  promise that you have alleged to have been

23  made, by whom, when, who else was there, how

24  was it made, how many times, things like that.

25            Then I am going to ask you a little
```

```
 1                       A. Ali
 2  bit about your work history while at NYMC, the
 3  type of things you did, although I am not going
 4  to go into great detail regarding your
 5  research, because I hear from everyone that it
 6  was very good and I don't think that is at
 7  issue.
 8            Then I am going to go into the basis
 9  for your claim that there might have been
10  discrimination based on whatever factor that
11  you think that might have occurred and we will
12  go into detail regarding that.  Allegedly
13  discriminated, when, how, whatever that you
14  have in those regards.
15            Next I am going to go into
16  essentially what your damages are.  You are
17  going to claim damages in this case,
18  contractual and/or emotional distress.  I am
19  going to ask you about that.
20            THE COURT REPORTER:  I'm sorry,
21       Mr. Millus, I'm not hearing you well.
22       "Contractual and" --
23       Q.    Emotional distress.
24            And then I am finally going to ask
25  you about what you have done since you have
```

                         A. Ali

1                        A. Ali

2   left NYMC.  Okay?

3        A.    Okay.

4        Q.    So let's start.  If you will grab

5   Exhibit A, which is the -- your curriculum

6   vitae or resume that you provided, I believe,

7   to Touro, and we will confirm that.

8        A.    Yes.

9        Q.    Okay.  Do you have Exhibit A before

10  you?

11       A.    Yes.

12            MR. MILLUS:  For the record, this is

13       Exhibit A.  This is Bates stamped NYMC/WMC

14       001991 through 001995.

15            (Defendants' Exhibit A, Curriculum

16       Vitae, Bates stamped NYMC/WMC 001991

17       through NYMC/WMC 001995, marked for

18       identification.)

19       Q.    Now, you may refer to that or I may

20  ask questions regarding what's in it.

21            Where were you born, sir?

22       A.    Alexandria, Egypt.

23       Q.    Do you consider your nationality to

24  be Egyptian, despite the fact that you were

25  simply born in Egypt?

Case 1:19-cv-08324-DLC   Document 33-4   Filed 10/30/20   Page 9 of 206

```
 1                      A. Ali

 2        A.    Yes.

 3        Q.    You are an Egyptian who was born in

 4   Egypt.

 5              Now, when did you attend medical

 6   school?

 7        A.    I start my medical school 1988.

 8        Q.    And when did you graduate?

 9        A.    1994.

10        Q.    Now, is that customary, is that the

11   number of years, is it more or less in terms of

12   an Egyptian medical education?

13        A.    No, this is customary the number of

14   years.

15        Q.    Now, you graduated.  What I want to

16   understand in a general sense, if you know,

17   when doctors graduate from medical school in

18   Egypt, is there a course of conduct, some may

19   do different things, some may go to law school,

20   but I am wondering is there a general course of

21   conduct that doctors take in terms of their

22   profession?

23        A.    Yes, of course.

24        Q.    What do they do?

25        A.    Once you finish your M.D. and you
```

```
 1                        A. Ali
 2   start having an interest in subspecialty, you
 3   apply for it, but there is always a gap of time
 4   one year, and this year you can spend it in the
 5   way that you like, you can do some private
 6   practice, you can apply for external resident
 7   in the university to improve your chances.
 8   This is all around one year.
 9               After that there is two routes.
10   Either you go to the military service if you
11   are required to.  If you don't go to the
12   military service, you go to work in underserved
13   area for two years, and that's what I did.  I
14   did this in a small city called Fuka
15   (phonetic).  You work as a general practition.
16   After that you start your residency.  You
17   cannot start your residency before you perform
18   your military service or working in underserved
19   area.
20       Q.    So if my math is correct, and
21   correct me if I am wrong, after medical school
22   it's about three years before you generally
23   would start your residency in Egypt?
24       A.    Around.
25       Q.    So you said particularly yourself
```

```
 1                       A. Ali
 2   you did that, you had that year in between, you
 3   did two years serving in an underserved area.
 4           When you were serving in the
 5   underserved area, were you specializing in
 6   anything or was it just general medicine?
 7       A.   No, they are required by the health
 8   minister at this time, or until now, that you
 9   work on an underserved area as a general
10   practition, and this is to compensate for
11   people who don't have enough doctors there, so
12   no one working in the underserved area are
13   subspecialized.
14       Q.   Now, so I guess this takes us to
15   about 1997.  You apply for a residency in
16   Egypt.
17       A.   Yeah, I applied before that.
18       Q.   Okay.
19       A.   But I got it by that time.
20       Q.   Okay.  Did you perform a residency
21   in Egypt?
22       A.   Did I what?  I'm sorry.
23       Q.   Did you actually do a residency
24   while in Egypt?
25       A.   Yes, I did.
```

```
 1                      A. Ali

 2        Q.    And the residency was in what

 3   specialty?

 4        A.    Ophthalmology.

 5        Q.    How long did that residency last?

 6        A.    This residency can be last from

 7   three years to five years.  It depends on the

 8   practice itself and the location.  If you get

 9   the residency in the university program, it be

10   done in three years.  If you take it in the

11   health minister hospital, it can take more than

12   that.

13        Q.    What did you do?  What did you do,

14   specifically?

15        A.    I went -- I did it in health

16   minister hospital.

17        Q.    How long did it take you?

18        A.    It took around four and -- four and

19   a half years.  And just to be clear, during

20   this residency I came here and I did six months

21   of research in Columbia University at Harkness

22   Eye Institute, so that made it also longer.

23        Q.    So while you were in the residency

24   in the Egypt residency program, you were in the

25   United States for six months performing
```

1                          A. Ali

2    research; correct?

3         A.     Yes, correct.

4         Q.     Nothing clinical at that point;

5    correct?

6         A.     No.  No.

7         Q.     So now what happens after you finish

8    the residency program in Egypt?

9         A.     I got the opportunity to get my

10   Green Card and I came here, I applied for my

11   internship.  I was lucky I matched North Shore

12   University at Manhasset for one year.  It's a

13   preliminary spot, and after completion of this

14   spot I had been offered to stay as a

15   categorical, but because of my previous and

16   former training of ophthalmology and interest

17   of ophthalmology, I match in a position at

18   neuro ophthalmology fellowship.

19              THE COURT REPORTER:  I'm sorry?

20        "Position" --

21        A.     Neuro ophthalmology fellowship at

22   Henry Ford Hospital.

23        Q.     Let me take you through that.

24              So at North Shore University your

25   curriculum vitae states you were there from

1                    A. Ali

2   July 2002 to June of 2003, that's the one year;

3   correct?

4        A.    Yes.

5        Q.    Now, even though you were in an

6   ophthalmology residency and that was your

7   subspecialty in Egypt, is there a reason that

8   you had a general surgery internship at North

9   Shore University?

10        A.    There are many reasons for that.

11   First, when you come from overseas to practice

12   in America, if you are looking for subspecialty

13   like ophthalmology or neurosurgery, people need

14   to trust your clinical skills, your clinical

15   judgment, your background, and they don't want

16   test this in the OR, so they always got

17   bridging to get one year of general surgery for

18   internal medicine to be involved in the system

19   to get the recommendation letter, let people

20   know you better, and I get -- based on the

21   recommendation letter from there I had been

22   offered to stay for a PGY2 in surgery, but

23   because of my interest of ophthalmology I

24   didn't accept that.  I continued -- I decided

25   to go for a fellowship in ophthalmology.

1               A. Ali

2     Q.     Let me ask you this.

3     A.     Please.

4     Q.     I understand your rationale for it.

5   What I am interested in is could you have

6   interned as an ophthalmologist in the United

7   States right after arriving?

8     A.     No.  You don't -- in the match, in

9   the San Francisco match you apply in

10  ophthalmology separate from your internship.

11  Now this year the system is changing.  You

12  apply combined.  You apply for four years.  So

13  the program itself offer you the internship and

14  the three years.  Before, no.  Before you have

15  to go with your internship on your own and you

16  have to apply for the ophthalmology on your

17  own.  So different system.  The internship is

18  NRMPP (phonetic).  The ophthalmology is San

19  Francisco match.

20    Q.     Okay.  So in other words, when you

21  were offered to stay for another year of

22  general surgery, you wanted to move on to

23  ophthalmology; correct?

24    A.     I want to move on to improve my

25  skills and my chances in ophthalmology through

```
 1                      A. Ali
 2  fellowships, yes.
 3       Q.    So the Henry Ford Health Care, where
 4  is that located?
 5       A.    Michigan, Detroit.
 6       Q.    Now, what is an ophthalmology
 7  fellowship?
 8       A.    Okay.  Ophthalmology fellowship is a
 9  clinical training or, just to be more specific,
10  ophthalmology fellowship can be clinical or
11  research.  All fellowship that I will describe
12  now is the clinical one, which is -- I work
13  with.  Ophthalmology fellowship is being
14  subspecialized in area of ophthalmology.
15  Ophthalmology is like eleven subspecialty.
16  After you finish your residency training, you
17  have a general knowledge about everything, but
18  if you need to practice something more
19  specific, you have to spend time in that, and I
20  did neuro-ophthalmology, I did uveitis, I did
21  retina.  During this fellowship you are
22  licensed, you are seeing patient, you have full
23  responsibility to taking care of your patient,
24  and some fellowship like the uveitis you
25  operate in the OR, you can be the first surgeon
```

```
 1                    A. Ali
 2   on the table, and in all that you are licensed.
 3   You can't practice without license, without med
 4   practice, without all these things.
 5             The other thing, to have a
 6   fellowship in ophthalmology, it means that the
 7   person who hire you have a strong confidence in
 8   your general knowledge in ophthalmology, have a
 9   strong belief in your foundation, because when
10   you are a fellow you work hand to hand with an
11   American graduate who graduate for a residency
12   program in U.S., so you have to compete with
13   that.  They have to trust you.  And that's what
14   I did.
15        Q.   On your Curriculum Vitae, Exhibit A,
16   it appears that you were at Henry Ford in two
17   different fellowships --
18        A.   Yes.
19        Q.   -- from June 2003 through December
20   of 2006.  Am I correct?
21        A.   Correct.
22        Q.   Now, after you completed the
23   neuro-ophthalmology fellowship in June of 2004,
24   couldn't you have then sought out a residency
25   program for ophthalmology either at Henry Ford
```

```
 1                      A. Ali
 2   Health Care or any other hospital?
 3        A.    That's a very good question.  My
 4   neuro-ophthalmology fellowship, it was the
 5   first fellowship on my CV, and I'm sure if you
 6   look at my CV, I built up my CV over years.  So
 7   by the time I was in Henry Ford Health Care
 8   System, I just came from Egypt.  I have only
 9   master degree, I have an internship.  The
10   second thing, Henry Ford, he didn't promise me
11   anything.  I work in Henry Ford in a paid
12   position, with paid position for four years, so
13   I didn't work there for free for three years as
14   I did with Westchester.  I never been promised
15   anything.  All that I did, I did my job, I
16   applied one time and I didn't match, and that's
17   it.  The point is ophthalmology is very
18   competitive and I know that.  That's why I
19   sacrificed a lot of years and time to build up
20   my CV.  When I was at Henry Ford, I have zero
21   publications.  Today I have twenty.  When I was
22   with Henry Ford, I have no grants.  Today I
23   have one.  At Henry Ford I have no chapter in
24   textbook.  Today I have three.  When at Henry
25   Ford I was not awarded by active member of
```

```
 1                      A. Ali

 2   Academy of Ophthalmology.  When I was at Henry

 3   Ford, I was not in the editorial board for

 4   three journal of ophthalmology and reviewing

 5   people publications.  I been awarded as F1000,

 6   and just for clerical, F1000 it means your

 7   publication in the top notch 5 percent in the

 8   whole world which can change the management of

 9   diseases.

10       Q.    If I may, and I don't mean to --

11       A.    No, no, please.

12       Q.    I just want to make it clear.  I

13   don't want to mischaracterize your testimony.

14   All right?

15       A.    Okay.

16       Q.    I think what you have just told me

17   is you felt the better path was establishing

18   your bona fides in research and understanding

19   of the field of ophthalmology rather than apply

20   for a residency at that time.  Am I correct or

21   no?

22       A.    No, you are not correct.

23       Q.    Okay.

24       A.    All what I said is to apply for

25   residency you have to have a strong CV.  To be
```

1                        A. Ali

2    competing with other people who graduated from

3    here, you have to have something special to

4    justify why I should offer you something and I

5    don't offer to the candidate who graduated from

6    here.  So that's what I did.  I worked very

7    hard to build up that year after year.

8         Q.    Okay.  I think we are saying the

9    same thing.  I just want to close the loop on

10   it.

11              In other words, while you were at

12   Henry Ford, you decided that you wanted to

13   build up your CV in the field of ophthalmology

14   and you thought that was helpful to you in your

15   career; correct?

16        A.    Correct.

17        Q.    All right.  But even though that's

18   the decision you made, and I'm not challenging

19   it, what I'd like to know is irrespective of

20   that, could you have sought a residency at

21   Henry Ford if you wanted to, if you decided "I

22   don't need to take another fellowship" or that

23   you thought you had enough information, could

24   you have?

25        A.    This is a hypothetical question that

```
 1                      A. Ali
 2   I cannot answer.  I know from day 1 that I will
 3   need to proceed and to build up my CV.  I don't
 4   know if I decide something different what would
 5   happen.
 6        Q.    Let me -- and, again, I don't want
 7   to get into hypotheticals, but I want to have
 8   an understanding of this.
 9             Do you know in general how other
10   ophthalmologists have furthered their career?
11        A.    I'm sorry.  I can't hear you.
12        Q.    Do you know how other
13   ophthalmologists have furthered their career,
14   the choices that they have made to get
15   residencies?
16        A.    Yes.  Yes.
17        Q.    Generally.
18        A.    Okay.
19        Q.    I am going to ask you a question.
20             Now, what I am interested in is
21   this:  Is it required to do fellowships before
22   you can seek out a residency, or is that a
23   choice you made that you thought was the better
24   course of action?
25        A.    No, it's not required.  I say it's
```

```
 1                       A. Ali

 2   better course of action, because many people

 3   that I know, other international grad, who

 4   maybe have even a Ph.D. in ophthalmology, they

 5   came here, they approach ophthalmology, they

 6   didn't match first time, second time, they

 7   decided to change their career.  Some people

 8   decide to do neurology, some people decide to

 9   do medicine, some people they try to do general

10   surgery.  But I didn't give up.  I just

11   continued, because I believe what I am doing is

12   the right track and will take me to what I

13   want, but I have many of my colleagues they

14   gave up and did many things else.

15        Q.    Would you agree with me in general

16   obtaining an ophthalmology residency is more

17   difficult than some other specialties in

18   medicine?

19        A.    I agree.

20        Q.    So you finish up at Henry Ford and

21   then you go to New York Eye and Ear Infirmary

22   in June of 2007; correct?

23        A.    Correct.

24        Q.    Now, this was another fellowship;

25   correct?
```

1                    A. Ali

2        A.    Yes.

3        Q.    Another fellowship in ophthalmology;

4   correct?

5        A.    Yes.

6        Q.    Okay.  And would I be correct that

7   your decision to take another fellowship was,

8   again, another example of your trying to

9   establish your bona fides in ophthalmology?

10       A.    Yes.  I don't mean to interrupt you.

11   I would like to clarify something.

12       Q.    Please.

13       A.    Regarding -- because I understand

14   that question.  Regarding New York Eye and Ear

15   and regarding Casey and regarding all these

16   institute, according to the records, New York

17   Eye and Ear --

18       Q.    Go ahead.  I'll unplug my phone.

19   Okay.  Continue, please.

20       A.    Okay.  New York Eye and Ear, Casey

21   Eye Institute especially, they considered in

22   the top-notch their program nationwide, and to

23   get into ophthalmology it's a process

24   categorized between two things, you as a

25   candidate and the program.  So when you look at

Page 24

```
 1                        A. Ali
 2   New York Eye and Ear and Casey and you see how
 3   they arrived at number 9 and number 10 in the
 4   country, you will see that your chances, it
 5   will be great to get a great experience, to get
 6   a great work, to get a great exposure, to get
 7   the best recommendation letter from nationwide
 8   great ophthalmologists, but when comes a point
 9   to match there, it's the same like you are
10   going to apply in Harvard or apply in New York
11   Medical College.  What's your chances to apply
12   in Harvard compared to New York Medical
13   College.  That's the point.  Your chances
14   definitely would be much lower in Harvard or
15   Johns Hopkins and all these places.  So when I
16   was trained, I decided to be trained in the
17   best places because to get the best
18   recommendation letter, because I know that
19   would help me to go down to other programs,
20   which I can help them with area.
21             So to answer your question, if I
22   didn't match in these places, it doesn't mean
23   there is something wrong, and the proof was
24   that even in New York Medical College, Daniel,
25   who got the position at 2016, is an American
```

Page 25

```
 1                        A. Ali
 2   grad, he is a student of New York Medical
 3   College, and he didn't match.  He got his
 4   position after the match as opposed to match
 5   position.  So not matching is not a stigma.
 6   Not matching in big top-notch programs is not a
 7   stigma.  But for this program to accept you as
 8   an international graduate and to be responsible
 9   for the patient, dealing, treating, operate on
10   the patient, this is high confidence and high
11   trust I think they have for me and that's
12   supported by all recommendation letters I had
13   from there.  So if I didn't -- if your point
14   that, oh, you went to New York Eye and Ear or
15   Casey and you didn't match there, yes, I didn't
16   match there.  This is a very high competitive
17   program.  They didn't even take people from the
18   Ivy League sometimes.
19        Q.    I understand you may try to
20   anticipate what I am thinking.  It's probably
21   best not to.  We will move a little faster.
22        A.    I'm sorry.  I'm sorry.
23        Q.    It's okay.  It's okay.  You are
24   answering the questions.  That's all I could
25   ask.  But you bring up the concept of the match
```

```
 1                    A. Ali
 2  again.
 3            While you were at the New York Eye
 4  and Ear Infirmary, did you apply anywhere for a
 5  residency in ophthalmology?
 6       A.    Usually I apply for very few
 7  position.  This is the route.  Because we --
 8  people in the field know very well that your
 9  chances number one in the position that you are
10  in.  Why?  They know you, they work with you,
11  they know your pro and cons, and your chances
12  are always.  And most of my friends who match
13  in different program, other IMG, they match
14  where they are working.
15       Q.    Let me give you kind of an example
16  where I am going, because I don't know if you
17  answered the question directly.
18            Let's say I wanted to go to Harvard
19  undergrad, but I would never get in, so I might
20  choose for four years to do something else,
21  maybe gain some sort of knowledge in some sort
22  of field or whatever to enhance my bona fides,
23  and for those four years I am not going to
24  apply to Harvard, because I know I have got to
25  put four years in and maybe they will take me
```

```
 1                      A. Ali
 2   as an older student.
 3                What I am trying to understand is is
 4   that during the period of time -- we are going
 5   to go through each of these fellowships -- was
 6   there any time that you said, "you know what, I
 7   think I have enough under my belt in terms of
 8   qualifications, I am going to take a plunge and
 9   try to match and try to be an ophthalmologist
10   resident," did you do that while at the
11   New York Ear and Eye Infirmary?
12        A.    I did one time, yes.
13        Q.    Okay.  And what year was that you
14   applied for the match, was it during that 2007
15   to, I guess, 2009?
16        A.    I don't recall the year actually.
17   Maybe 2008, 2009.  It's one time.
18        Q.    So you testified earlier that you
19   wanted to really understand the profession,
20   establish your bona fides, and you felt
21   fellowships were helpful in that regard.
22        A.    Yes.
23        Q.    And now you decided to, okay, let me
24   see if I can get a residency.  Did that happen?
25   The answer is probably no, but I just need you
```

```
 1                    A. Ali
 2    to tell me.
 3        A.    I'm sorry.  Can you repeat the
 4    question again.
 5        Q.    Did you match anywhere between 2007
 6    and 2009?
 7        A.    Did I match?
 8        Q.    Yes.
 9        A.    If I match, I should be in
10    residency.  No, I didn't match.
11        Q.    I know, but I just want to get it on
12    the record.  But you did try and did not match.
13    Not criticizing, just asking.
14        A.    That's fine.
15        Q.    Now, when you did not match, did you
16    inquire to determine why you did not match?
17        A.    Yes.  I spoke to the program
18    director, Paul Sidoti, and I spoke to my
19    mentor, Michael Samson, and he said that I did
20    a good job and they asked me to stay one year
21    more and next year I should be have a better
22    chance at a match, but I felt it's two years,
23    should be enough to try there, and at the same
24    time I get the opportunity to do more uveitis
25    service, more uveitis training at Casey Eye
```

```
 1                        A. Ali
 2   Institute with Dr. Rosenbaum, and it was great
 3   chance, and uveitis I learned a lot and, you
 4   know, he is one -- Dr. James Rosenbaum, he is
 5   top person in uveitis in the whole world, so
 6   get an opportunity to work with him at Casey
 7   Oregon University was something that you cannot
 8   just turn it down.
 9        Q.    Okay.  You told me that they thought
10   you did a good job and they gave you some
11   recommendations.
12        A.    Yes.
13        Q.    We will get there in a moment.
14             But did you ask specifically why you
15   did not match and did you receive a response?
16        A.    I remember that when I ask Dr. Paul
17   Sidoti, that was in Dr. Samson office, they
18   said it was competitive this year and you just
19   came in, you did a great job, we need you to be
20   more with us so we can support you more.
21        Q.    Now, at the time I gather you did
22   not believe that you had been discriminated
23   against on the basis of national origin or age
24   when you failed to get that match while at the
25   New York Eye and Ear Infirmary; correct?
```

                          A. Ali

1

2        A.     Because at that time I didn't work

3    for free for three years.  I didn't get verbal

4    or written promises.  I didn't help New York

5    Medical College to establish any of research.

6    I didn't offered a spot outside the match.  I

7    didn't see that there are other position

8    created for other people offered without an

9    interview plus visa for other just for their

10   own interest.  I never saw that.  And just to

11   add on the record, I had a meeting with Dr.

12   James Tsai who was the chairman of the New York

13   Eye and Ear and was the chairman at Yale chair

14   before that, and during this meeting he

15   discussed with me that he had been offered

16   $1 million at Yale to hire somebody from Gulf

17   area, and he told me it's against their ethics,

18   "we don't do that, I refuse that."  So I saw

19   there something different, I work hard, I did

20   uveitis, until now my patients remember me --

21              THE COURT REPORTER:  I'm sorry, sir.

22        Could you repeat that.

23        A.    I work hard.  I did uveitis.  Until

24   now my patients remember me.  I put the Samson

25   recommendation letter and I did great in what

```
1                    A. Ali
2  I'm doing.  If I didn't match, I still have all
3  respect for them.  They didn't promise me
4  anything.  And at least I have -- I'm a
5  full-time employee, well paid, well respected,
6  with no -- I don't know what the best way --
7  with no implement of any false promises.
8       Q.    The short answer is you didn't feel
9  you were discriminated against; correct?
10      A.    I'm sorry?
11      Q.    The short answer is you didn't feel
12 you were discriminated against based on your
13 national origin or age; correct?
14      A.    Why should I feel discriminated?
15      Q.    Exactly.  So there wasn't and that's
16 the answer.  I get it.
17           Now, you go to Casey Eye Institute.
18      A.    No, no, just question.  I said why
19 should I feel discriminated?  What did they do?
20 What did they do to make me feel discriminated?
21 Because I didn't match?
22      Q.    Apparently, nothing, so therefore
23 you concluded --
24      A.    Okay, because they did nothing.
25 They promised nothing.  They didn't do anything
```

1                          A. Ali

2    wrong or non-professional, so...

3         Q.    I am trying to keep the promise --

4         A.    Okay.  No, okay.

5         Q.    -- separate from national origin,

6    but if you want to put them together, that's

7    your prerogative.

8              Now, Casey Eye Institute, you were

9    there from June 2009 through June of 2012.

10   Okay.

11             Now, let me ask you about the retina

12   service in 2011, 2012.  Did that include

13   patient care?

14        A.    Yes.  Dr. Flaxel.

15        Q.    And when you were at the uveitis

16   fellowship, you say in your resume that you

17   applied for one grant, but I assume -- what was

18   that, was that a mixture of research,

19   application for grants and clinical, what was

20   that the, first one?

21        A.    I'm sorry.  Can you rephrase your

22   question, please.

23        Q.    Yes, sure.

24             The first uveitis fellowship of two

25   years at the Casey Eye Institute in Oregon,

```
1                    A. Ali
2   what were your duties?
3        A.    Oh, my main duties was patient care,
4   and I was licensed.
5        Q.    And you were what?  I'm sorry.
6        A.    I had my license, faculty license,
7   and my main priority every day I have a
8   full-time clinic, it's patient care, and going
9   to the OR too.
10       Q.    Explain to me, because it's probably
11  easy for you to do, so if you have your
12  license, why would one need a residency?  I
13  know it's a basic question.  Could you explain
14  what that means?  Because the court will be
15  reading this transcript at some point.  If you
16  are licensed, you still need a residency?  How
17  does it work?
18       A.    Okay.  There is different kind of
19  license.  It varies from one state to another.
20  There is a limited, they call it sometimes
21  limited permit, or faculty license, or full
22  unrestricted license.  The license that you
23  have when you practice without formal residency
24  training in U.S., it can be one of two things,
25  either a limited permit which allow you to
```

1                          A. Ali

2    function fully but under the umbrella of the

3    hospital.  It means you can see patients,

4    prescribe medicine, go to the OR, do

5    everything, but only under the hospital itself.

6    When you go on a higher level, like I was at

7    Casey, you have a faculty license, which is

8    also offered for you if you don't get your

9    training in U.S.  But all this kind of license,

10   it's allow you full responsibility when you

11   practice seeing patient, operating, and doing

12   different things under patient care umbrella.

13        Q.    What kind of license did you have in

14   Oregon?

15        A.    In Oregon?

16        Q.    Yes.

17        A.    I have faculty license.

18        Q.    So while you were at the Casey

19   Institute from June 2009 to June 2012, did you

20   again apply for the match?

21        A.    Yes, I applied one time.

22        Q.    Okay.  And this is one time in

23   addition to the time you applied when you were

24   at the New York Eye and Ear Infirmary; correct?

25        A.    Yes, yes.

```
 1                    A. Ali

 2        Q.    Again, by virtue of the fact we know

 3   it's clear that you did not get the match the

 4   second time; correct?

 5        A.    Okay, yes.

 6        Q.    Did you inquire of anyone as to why

 7   they thought or why you did not get the match?

 8        A.    Yes, I did.

 9        Q.    Who did you inquire of?

10        A.    I'm sorry?

11        Q.    Who did you inquire of?

12        A.    Dr. Rosenbaum.   James Rosenbaum, my

13   mentor.

14        Q.    Where?

15        A.    At Casey Eye Institute.

16        Q.    Okay.  And what did you say to him

17   and what did he say to you?

18        A.    By that time like I accepted him

19   that I work hard, I publish in interest.  The

20   problem that we have another uveitis fellow

21   which was senior to me and she was

22   international medical graduate and she match

23   one year before me and it was very hard to get

24   two IMG back to back in two years.  So by that

25   time I been advised next year I have been
```

```
 1                     A. Ali
 2   offered a faculty position so I finish my
 3   fellowship, I been faculty there, I work, but
 4   during this time I have to move to New York
 5   because my wife, she match in medicine and I
 6   have a family and kids, so it was not feasible
 7   for me to continue in Oregon and my family in
 8   New York, so I decided to move with the family.
 9        Q.    And, again, I am only asking so I
10   can -- well, before we do that, IMG, would you
11   explain what that means?
12        A.    IMG is the new terminology for FMG.
13   Before it used to be called foreign medical
14   graduate, but now they use international
15   medical graduate, so they make it close --
16   better.
17        Q.    Now, in not getting the match while
18   you were at Casey Institute, did you believe
19   that not getting that match had something to do
20   with your age or your national origin or
21   anything else other than what you have
22   described?
23        A.    No.  First of all, people in Oregon,
24   they were very supportive, people very nice,
25   even they offer my wife a voluntary chance to
```

Page 37

```
 1                     A. Ali
 2  do some research there.  I got great support
 3  from them.  Maybe you don't have the
 4  recommendation letter from Dr. Rosenbaum,
 5  because his philosophy always is in the letter
 6  directly the institute where I applied, but I
 7  have continuing support from them, I just even
 8  talk with him recently about what happened in
 9  Oregon, California.  They are very honest, very
10  straightforward people.  Again, I go there for
11  a job.  I go there for a uveitis fellowship.  I
12  know I sign on a contract for uveitis
13  fellowship.  I know my jobs.  I know my duties.
14  I am clear.  Yeah, I have expectation.  But the
15  expectation is based in two things, based on
16  your work and based on the institute you are
17  working for.  So expectation from Casey
18  different from Harvard, different from New York
19  Medical College, different from Bronx Lebanon.
20  Each program have the pro and cons.  That's
21  what I learned my time.  So I work with Casey.
22  I was very happy.  I mean, of course I wasn't
23  happy that I didn't match, but I know that
24  someone matched before me, I know her, she is a
25  very good friend, but she was there before me
```

```
 1                    A. Ali
 2   and she applied and because she worked before
 3   me, so it was a priority to give her the
 4   position more than me.
 5        Q.   Now, it says in your resume that you
 6   were at New York University from June of 2011
 7   to the present, we will get to what present is,
 8   and that you were still at Casey Eye Institute.
 9             Were you doing both things at the
10   same time?
11        A.   Yes.
12        Q.   And for New York University, was it
13   strictly limited to research?
14        A.   Yes.
15        Q.   Were you offered a fellowship or did
16   you seek out a fellowship at New York
17   University?
18        A.   Say again.
19        Q.   Were you offered a fellowship or did
20   you seek out a fellowship at NYU?
21        A.   NYU was not a fellowship.  NYU was a
22   associate research scientist position.
23        Q.   Do they have fellowships in some of
24   the sub-fields of ophthalmology just like other
25   hospitals?
```

```
 1                    A. Ali
 2      A.    Very few because of department at
 3 NYU by that time, the chairman, who was
 4 Dr. Jack Dodick.  It was mainly clinical
 5 department based on private clinics.  It's the
 6 same like New York Medical College.  It was
 7 just -- they have no fellowship.  Most of this
 8 attending, everybody have his own satellite,
 9 his own clinic, he gets resident helping, and
10 they have no fellowship.  So if I would say to
11 be more clear, at NYU maybe they have one
12 subspecialty which is neuroophthalmology, but
13 the program was not structured as a kind of
14 academic fellowship positions.
15      Q.    When you decided that you had to
16 come back to New York, did you a apply for
17 fellowships at any other medical school or
18 hospitals in New York?
19      A.    The only position I applied for by
20 that time at SUNY Downstate.
21      Q.    And what happened with that?
22      A.    I think -- that was a while ago.  If
23 I recall right, the position was offered from
24 someone even when it was posted.  That's what I
25 heard from some people inside.
```

1                      A. Ali

2        Q.    So you begin work as an associate

3    research scientist in June of 2011 and this

4    says to the present.

5              When was this curriculum vitae

6    prepared?  Was it prepared right before you

7    went and associated yourself with NYMC?

8        A.    Around that time, I believe.

9        Q.    Here you are an associate research

10   scientist.  Are you doing any clinical work

11   while at NYU?

12       A.    No.

13       Q.    By this time how many publications

14   had you written, by the time you prepared this

15   curriculum vitae?

16       A.    I -- I don't count.  I can count it

17   now.

18       Q.    I mean, I see in the back it says

19   four.  I just want to make sure.  Actually, it

20   has posters and abstracts and publications.

21       A.    The publication is ten.

22       Q.    Ten.

23       A.    And poster is four.

24       Q.    Okay.  Very good.

25              So how is it that you decided to

```
 1                    A. Ali
 2  apply to NYMC?
 3       A.    How I decide to apply for NYMC?  Is
 4  that -- I'm sorry.  Can you repeat the question
 5  again?
 6       Q.    You are here in New York.  You are
 7  working as an associate research scientist for
 8  NYU.  And what makes you apply to NYMC or to
 9  try to --
10       A.    Okay.  I got the question.  So I
11  know Dr. Sharma at NYMC since I was at New York
12  Eye and Ear.  In 2007, 2009 the chairman was
13  Dr. George Walsh and during this time New York
14  Medical College and New York Eye and Ear was
15  under the same umbrella, so I have many
16  interactions with Dr. Sharma through Dr. Walsh,
17  so I was aware about him and his work, and
18  during my stay at NYU I was develop cooperation
19  with different departments inside NYU and
20  outside NYU, and one of the people I approach
21  from different people is Dr. Sharma to work on
22  a project with a stem cell transplant and I had
23  known him from before, so we met couple of
24  times, we talk, he liked my projects, he liked
25  what I do at NYU.  Then we interact the idea
```

```
 1                    A. Ali
 2   about what's going on at New York Medical
 3   College regarding the citation or the problem
 4   with the research, and my presence would be
 5   helpful there.  I was very clear to him by that
 6   time.  I said you know what, I got the offer at
 7   NYU, it's a very good offer, but my planning
 8   is not to spend all my life to in research, I
 9   like research, but I like also patient care, so
10   I expressed him clearly my interest, especially
11   he knows me from before when I was NYU, as I
12   said, he liked the work I did and he told me --
13   I expressed him that my interest do a
14   residency, and because it's a very clear that
15   people offer you a position or offer you
16   something and then by the time of the match
17   they come back and tell you, "oh, we didn't
18   know that you are this age, we didn't know that
19   you are foreign grad, we didn't know that this
20   is your board score" and --
21            THE COURT REPORTER:  I'm sorry, sir.
22       I didn't hear the last part.  "Foreign
23       grad" --
24       A.    Board scores and different kind of
25   excuses then to get away from what they
```

```
 1                    A. Ali

 2   promised.  I was clear with him from day 1

 3   where I was born, my age, my board score, and

 4   everything.  Not only that.  In October 2015 of

 5   the same year I met with him.  I applied for

 6   PGY2 advanced position and I submit my

 7   application and I sent a copy of it to him and

 8   to Dr. Wandel.  So since October 2015 they have

 9   my application with my score with my

10   recommendation, the ones that's here as exhibit

11   today, with all my certificate and everything

12   about my life.  So I don't know.  For some

13   reason he didn't see this except after the

14   match.  Although they support me to get an

15   advanced position.  Okay.  So when I apply for

16   this position as advanced position as PGY2,

17   which is you start on a higher level than the

18   American graduate.  American grad is PGY1

19   ophthalmology.  But they felt I have extensive

20   experience in ophthalmology which allow me to

21   start at a higher level, and for this reason I

22   contact the American Board of Ophthalmology and

23   ACGME and they said that completely should be

24   fine --

25               THE COURT REPORTER:  I'm sorry, sir,
```

```
 1                    A. Ali

 2        you need to repeat that last part.

 3        A.    I contact the American Board of

 4   Ophthalmology, I contact the ACGME and they all

 5   said I can start my training on a higher level

 6   if the program director approve it, but by that

 7   time Dr. Bierman object and he thought that --

 8   that's what I heard from Mr. Wandel.  I didn't

 9   interact with him directly.  He thought that he

10   need someone who completed one year of training

11   in ophthalmology residency program.

12        Q.    Sir, I have to interrupt only

13   because I know you want to get this in, I know

14   this is your theme, but I am asking questions.

15   I promise you I will get up to there and give

16   you a chance to talk.

17        A.    Okay.

18        Q.    Just let me ask you this.

19        A.    Go ahead.

20        Q.    Of all the places in New York after

21   you leave NYU that you can apply to, just tell

22   me directly why did you choose NYMC and did you

23   try and apply anyplace else in New York for

24   anything?

25        A.    Apply for what?  Apply for --
```

1                          A. Ali

2        Q.    I know that -- again, I'm not trying

3   to trick you.

4        A.    No.

5        Q.    You go from NYU to NYMC; right?

6        A.    Yes.

7        Q.    Okay.  You filed an application,

8   which we will get to, which is Exhibit F.

9              What I am wondering is did you apply

10  anyplace else for any other position, whether

11  it be clinical, research function?

12       A.    No, because I have been -- I have

13  been asked to apply for New York Medical

14  College.

15       Q.    Okay.

16       A.    That's based on the letter, the

17  e-mail from Dr. Sharma, Dr. Wong.  They ask me

18  to apply for that position.

19       Q.    Okay.  Now you mentioned step 1,

20  step 2.  I just want to clarify something.

21  Step 1 you passed in October of 1998; correct?

22       A.    Around, yes.  I don't recall the

23  date.

24       Q.    Now, is that judged on a pass/fail

25  score or is there a particular score which

```
 1                    A. Ali
 2  happened to be a passing score that you
 3  received?
 4        A.    No, it has standard deviation and
 5  scores, yes.
 6        Q.    What was your score on the step 1?
 7        A.    I believe it was 78, 79, something
 8  like that.  Below 80.  It's in the record.
 9  It's 78, I believe.
10        Q.    Okay.  And, again, if you recall
11  that's fine.  If you don't, you can tell me
12  that.
13              What is passing?  What is a passing
14  grade?
15        A.    75.
16        Q.    So step 2, what is a passing grade?
17        A.    The passing grade is always 75, but
18  it doesn't go by the grade.  Because there is
19  always standard deviation.  So 75 reflect
20  definitely the score and, for example, today
21  the passing score is 75.  Fifteen years ago
22  when I took the test the passing score is 75,
23  but the mean and the average changed.  The mean
24  and the average by that time was 85.  Now
25  according to USMLE it's 98.  So the curve
```

```
 1                    A. Ali
 2   itself has changed.  It's not about pass or
 3   fail, not only that, because I know you are
 4   asking about the score.  According to the USMLE
 5   AMA now, they decided to close the score to be
 6   pass or fail only, because they found that the
 7   score have not much value in assessment and
 8   this is published online by USMLE.
 9        Q.    When did they decide your --
10        A.    This is online.  This is online  I
11   can send it to you.  This is publication from
12   the USMLE.  It's available online.  AMA also.
13   Because they found the value of a score in
14   evaluating outstanding physician becomes
15   relative.
16        Q.    Okay.  Jump to Exhibit F, if you
17   will.  We are going to skip the other ones.  Go
18   to Exhibit F.
19            (Defendants' Exhibit F, New York
20        Medical College Recommendation for NYMC
21        Faculty Appointment/Promotion, Bates
22        stamped NYMC/WMC 001996 through NYMC/WMC
23        002000, marked for identification.)
24        A.    Can you give me a minute to get
25   that, please.
```

1                    A. Ali

2       Q.    Yes.

3       A.    Oh, New York Medical College, yes, I

4    have it.

5       Q.    Are you familiar with this document?

6       A.    Part of it.

7       Q.    Now, let me ask you something.  Did

8    you fill this out or did you provide this

9    information?  How was it completed, if you

10   know?

11      A.    Okay.  I filled page number 1, page

12   number 2, 3.  After that I didn't see it.

13      Q.    Okay.  Okay.  Go to page 3, which is

14   NYMC/WMC 001998.  Go to that page.

15            MR. SADOWSKI:  One thing, Paul, on

16       the first page of Exhibit F Dr. Ali's

17       Social Security number is there.  If we

18       could, if you could in the exhibit that

19       goes with the transcript, if we could

20       redact the Social Security number.

21            MR. MILLUS:  Sure.  No problem.

22      Q.    Okay.  Go to 1998.  Do you see that

23   page?

24      A.    Yes.

25      Q.    Now, in the Professional

```
 1                        A. Ali
 2   Appointments and Activities section, the first
 3   one up, Title Associate Research Scientist,
 4   7/1/2012 to present, New York University.  It
 5   says department is obstetrics and gynecology.
 6        A.    Yes.
 7        Q.    Why were you in that department?
 8        A.    Thank you for that question.  So
 9   being in this department I worked with one of
10   the worldwide neuro scientists, Dr. Frederick
11   Naftolin, who is mainly OB/GYN, just to know
12   what we are doing there and why is it relevant
13   to OB/GYN.  My major is ophthalmology and neuro
14   signs.  Dr. Frederick Naftolin is the first one
15   in the world who established the presence of
16   estrogen in the brain and its neuro protective
17   effect on the eye.
18             THE COURT REPORTER:  I'm sorry, sir.
19        A.    Neuro protective effect.
20   Dr. Naftolin was the chair on the neuroscience
21   at Yale for 25 years and I knew him when I was
22   at New York Eye and Ear.  That was the main
23   reason to join under his umbrella.  And as a
24   researcher, you can get your first appointment
25   at anywhere, but once you get funded and you
```

```
 1                        A. Ali
 2   get grant, you can take secondary appointment
 3   or third appointment.  So my work was mainly in
 4   neuroscience if you see my publications during
 5   this time, and even during this time I have
 6   been funded by the Glaucoma Foundation, which
 7   is, as you imagine, Glaucoma Foundation of
 8   Ophthalmology, I have been funded the Glaucoma
 9   Foundation by a grant for two years as one of
10   five people nationwide.  So Glaucoma funded me
11   as one of top five people nationwide to study
12   the exfoliation glaucoma.  So it's very clear
13   that my work was in ophthalmology and
14   neuroscience.  It's just a matter of
15   appointment and where the money comes from, and
16   that's how it is in research.  It's not like
17   clinic.
18        Q.    Go to Exhibit G, sir.
19        A.    G?
20        Q.    Exhibit G.
21        A.    Can I -- before we get that, can I
22   mention something?
23        Q.    Sure, go ahead.
24        A.     In page 1999, if you see my current
25   title, it says "clinical instructor" and I see
```

1                          A. Ali

2    someone cross it out, "clinical."  That's -- I

3    didn't -- I didn't see this paper.  I don't

4    know who did and why.

5              The other thing, in page 2000 you

6    will see pending New York, New York license is

7    pending, and dated.  So that's just for the

8    record that my appointment was for clinical.

9              The other thing, my name here was

10   misspelled, Amaro, Ali.  So I'm not the one who

11   filled these things.  Even the person who wrote

12   my name, he wrote it wrong.

13        Q.    All right.

14        A.    Thank you.

15        Q.    Go to Exhibit G, please.  For the

16   record, Exhibit G is --

17              THE WITNESS:  Do you mind if I take

18        a short break, bathroom break.

19              MR. MILLUS:  That's fine.  Let's

20        take five minutes.

21              THE WITNESS:  Five minutes.  Thank

22        you.

23              (Recess was taken from 10:54 to

24        11:03.)

25              (Defendants' Exhibit G, letter dated

```
 1                    A. Ali
 2        June 20, 2007, NYMC/WMC 000206 and NYMC/WMC
 3        000207, marked for identification.)
 4   BY MR. MILLUS:
 5        Q.    Do you have Exhibit G in front of
 6   you?
 7        A.    I'm sorry.  G or J?
 8        Q.    G as in George.
 9        A.    Okay.  I'm sorry.  I'm sorry.  I
10   don't see the exhibit.  Can you tell me what
11   it's about so I can look it up by the content.
12        Q.    It's a letter dated June 20, 2007,
13   Dr. Yelon, Y-E-L-O-N.
14        A.    Oh, okay.
15        Q.    Regarding you to the program
16   director.
17        A.    Yes, I have it.  Thank you.
18        Q.    Now, this document is a letter dated
19   June 20th, 2007, re Amro Ali.  Okay.  Dear
20   Program Director from Yelon.  It is Bates
21   stamped NYMC/WMC 000206.
22              Sir, this letter, was this
23   submitted -- and there might be two letters
24   attached.  Let's just look at the first page.
25              This letter, again, dated 2007, was
```

1                     A. Ali

2    this submitted by you to NYMC as part of a

3    package of recommendation letters?

4         A.    Submitted by me, yes.

5         Q.    We know that you are applying for

6    the position in 2012, I believe, at NYMC.  Why

7    did you choose to send a -- or give a letter to

8    NYMC that was dated five years before?

9         A.    I have my recommendation letters

10   since I get my M.D. until the last letter from

11   Dr. Wandel, so I found continuity of this

12   support and show people every year what you are

13   doing is important.

14        Q.    In other words, tell me if I am

15   wrong, you had a series of recommendation

16   letters that you had used previously that you

17   felt were relevant to submit to NYMC as well;

18   correct?

19        A.    No, I submit all recommendation

20   letter.  It doesn't have to be relevant or

21   irrelevant to NYMC.

22        Q.    What I am saying is the 2007 letter

23   couldn't possibly have been prepared for NYMC,

24   because you didn't apply to NYMC until 2012, so

25   this letter was prepared for another

1                      A. Ali

2    recommendation for another purpose; am I

3    correct?

4        A.    No.  This letter we always take it

5    from our director or chairman you are prepared

6    for position you finish any training, and once

7    in a while like if you get an old letter, it's

8    important to contact your mentor or supervisor

9    to get an updated one if you are applying or

10   you are not applying.  It's good for your

11   records to have updated recommendations even if

12   you practiced with them a while ago.

13       Q.    These letters I am going to be

14   showing you, separate exhibits, many of them

15   predate your application to NYMC by years.

16            Did you obtain or attempt to obtain

17   any updated letters from these people

18   recommending you, or did you simply utilize

19   prior recommendations that had been made?

20       A.    Some of them I updated, some of them

21   not.

22       Q.    Look at Exhibit G, second paragraph.

23   It reads:  "Dr. Ali has a strong interest in

24   basic sciences and plans to incorporate this

25   into his professional career in his development

```
 1                        A. Ali
 2    as an academic physician.  His curriculum vitae
 3    supports his ongoing interest in basic science
 4    research."
 5              When that was written in 2007, was
 6    that accurate in describing you?
 7         A.    Okay.  The second paragraph.
 8    "Dr. Ali has a strong interest in basic
 9    sciences and plans to incorporate this into his
10    professional career in his development as an
11    academic physician."  Yes.
12         Q.    Okay.  Now, so as of 2007 were you
13    looking to develop as an academic physician
14    and, please, explain to me what an academic
15    physician is?
16         A.    Thank you.  There is two kind of
17    physician.  There is academic and non-academic
18    or private.  Academic physician, who is
19    assigned part of his time -- first of all, you
20    have to be appointed at university and you have
21    to have part of this time for research.
22    That's, you know, like for any big university,
23    give you three days clinic or four days clinic
24    and one day research.  So being academic
25    physician it means you have to finish your
```

```
1                        A. Ali
2    training to be board certified to do extensive
3    training in your fellowship, then you go in one
4    of the high university where they assign you
5    lab so you can see patient and you operate and
6    you do science, basic science research.
7                (Defendants' Exhibit H, letter dated
8          October 1, 2007, Bates stamped NYMC/WMC
9          000203, marked for identification.)
10        Q.    Go to Exhibit H.  This is a letter
11   from the New York Eye & Ear Infirmary dated
12   October 1st, 2007, re Amro Ali signed by
13   Dr. Ronald C. Gentile.
14        A.    Yes.
15        Q.    Do you see that?
16        A.    Yes.
17        Q.    Okay.  If you look at the last
18   sentence of the first paragraph:  "He performed
19   examinations, work-ups and treatment of uveitis
20   patients and participated in many research
21   projects and presentations."
22                So am I correct that while at
23   New York Eye & Ear Infirmary you also obtained
24   knowledge in researching projects and writing
25   and presenting projects; am I correct?
```

```
 1                    A. Ali
 2        A.    It was very -- it was very limited
 3   there because --
 4              THE COURT REPORTER:  I'm sorry, sir?
 5        A.    It was limited, research was limited
 6   there, because of high volume of patient you
 7   don't have that much time to do research, but
 8   of course as a fellow you have to do some
 9   research, but --
10        Q.    Okay.  I'm sorry.  Go ahead.
11        A.    Okay.  No, that's it.  That's my
12   answer.
13        Q.    In the second paragraph, six lines
14   down, it says:  "He worked as a research
15   assistant investigating RPE cell
16   transplantation and gene therapy for retinitis
17   pigmentosa."  Do you see that?
18        A.    Yes.
19        Q.    Was that accurate?
20        A.    Of course.
21        Q.    Third paragraph begins --
22        A.    Just -- just mention something,
23   that's what I told you I did during my
24   residency when I came to Columbia as research,
25   six months research which I did it in the
```

1                    A. Ali

2  middle of my residency in Egypt.  So when you

3  ask me it was research, I said yes, it was all

4  completely research.  So this six months in

5  Columbia was done when I was intermittent

6  residency in Egypt, not when I was staying here

7  between my fellowships.

8              (Defendants' Exhibit I, letter dated

9         August 16, 2005, Bates stamped NYMC/WMC

10         000204 and NYMC/WMC 000205, marked for

11         identification.)

12       Q.    Now, let's go to Exhibit I, please.

13       A.    Sure.

14       Q.    Exhibit I, for the record, is a

15  two-page letter Bates stamped NYMC/WMC 000204

16  and 205 from Uday R. Desai, M.D., of the Henry

17  Ford health system dated August 16, 2005, re

18  Amro M. Ali, M.D.

19              Do you have that in front of you,

20  sir?

21       A.    No.  Give me a second, please.

22       Q.    Take your time.

23       A.    Okay.  What is that exhibit number?

24       Q.    Exhibit I.

25       A.    This is a letter from New York

```
 1                    A. Ali
 2  Medical College?
 3       Q.    It's a letter -- it's a letter that
 4  is a recommendation for a residency for you.
 5       A.    Oh.  I'm sorry.  Who wrote the
 6  letter?
 7       Q.    The letter is from the Henry Ford
 8  Health System by Dr. Desai.
 9       A.    Okay.  Yes.  Desai.  I have it.
10  Thank you.
11       Q.    Now, the first sentence:  "It gives
12  me great pleasure to recommend Dr. Ali for a
13  residency in Ophthalmology."  Do you see that?
14       A.    Yes.
15       Q.    Did you ask the doctor to prepare
16  this letter on your behalf?
17       A.    I always ask doctors I work with for
18  recommendation letters before I leave.
19       Q.    Was there a particular residency
20  that this was being sent to, a particular
21  hospital, or was this for the match?  Please
22  explain who it was going to go to.
23       A.    I don't recall, but by that time it
24  should be to Henry Ford Health Care System.
25       Q.    In other words, you were applying
```

```
 1                      A. Ali

 2   for a residency at the Henry Ford Health Care

 3   System?

 4        A.    Yes.

 5        Q.    Okay.  And someone associated with

 6   Eye Care Services there gave you a

 7   recommendation; correct?

 8        A.    Yes.

 9        Q.    Yet you did not get the residency;

10   correct?

11        A.    Yes.

12        Q.    That was in 2005.

13              Let's go to Exhibit J, if you would.

14              (Defendants' Exhibit J, letter dated

15        August 25, 2008, Bates stamped NYMC/WMC

16        000201 and NYMC/WMC 000202, marked for

17        identification.)

18        Q.    Do you have Exhibit J?  A letter

19   from the New York Eye & Ear Infirmary dated

20   August 25th, 2008, from Sanjay Kedhar.

21        A.    Yes, I have it.

22        Q.    For the record, Bates stamp NYMC/WMC

23   201 to 202.  Do you have that in front of you,

24   sir?

25        A.    Yes.
```

```
1                    A. Ali

2      Q.    Now, this one also begins in the

3  first sentence:  "It is a great pleasure for me

4  to write this letter in support of Dr. Amro

5  Ali's application for residency."

6            You see that; right?

7      A.    Yes.

8      Q.    Which residency was this letter

9  going to, which program, as a recommendation?

10     A.    Again, we are talking about eleven

11  years, but -- I don't recall, but if I will

12  say, if it had New York Eye & Ear, so my best

13  bet I was applying at New York Eye & Ear.

14     Q.    You didn't get that residency;

15  correct?

16     A.    No.

17            (Defendants' Exhibit K, letter dated

18       June 28, 2013, Bates stamped NYMC/WMC

19       000198, marked for identification.)

20     Q.    Go to Exhibit K, please.  Exhibit K,

21  for the record, is a letter from Dr. David L.

22  Keefe, M.D., NYU School of Medicine dated June

23  28, 2013, Bates stamp the NYMC/WMC 198.

24            Do you have that in front of you,

25  sir?
```

```
 1                       A. Ali

 2       A.    Yes.

 3       Q.    Now, this letter is -- the first

 4  sentence:  "I am writing in strong support of

 5  the application of Dr. Amro Ali for a residency

 6  position in the Ophthalmology Department at

 7  your institution."

 8             What institution was he referring

 9  to?

10       A.    This is generic, "Dear Program

11  Director."

12       Q.    Then tell me, what were you applying

13  for and where?  Withdrawn.

14             Where were you applying for a

15  residency as of June of 2013?

16       A.    As I said, usually I get these kind

17  of e-mail or letter of recommendation if I like

18  to apply any place or apply for any job, so I

19  always take it for the record, as I explained

20  before.  During this time I didn't apply at

21  NYU.  I don't recall where this was going for,

22  but I would say it was not going for NYU.  I

23  think it's just a generic recommendation letter

24  the same I take from different mentors for me.

25       Q.    Would I be correct that at times you
```

1                    A. Ali

2   request recommendation letters that are going

3   to be directed towards a specific application,

4   other times you simply want to have them when

5   you apply for a residency; am I correct?

6        A.    Most of the time I take it because I

7   need -- I have need to have it when I need to

8   apply for application, because sometimes people

9   busy, sometimes people moving, sometimes

10  changing the location, so it's important to

11  have a recommendation letter if you work with

12  someone.

13               (Defendants' Exhibit L, letter dated

14          July 22, 2013, Bates stamped NYMC/WMC

15          000199 and NYMC/WMC 000200, marked for

16          identification.)

17       Q.    Go to Exhibit L, sir.

18       A.    Exhibit what?

19       Q.    L as in Larry.

20       A.    Okay.  I have it.

21       Q.    For the record, a two-page letter

22  from Dr. C. Michael Samson of the New York

23  Eye & Ear Infirmary of Mount Sinai dated July

24  22nd, 2013, Bates stamped NYMC/WMC 000199

25  through 200.

```
 1                       A. Ali

 2              This particular letter says -- it

 3   starts in the first paragraph:  "It is with

 4   great pleasure that I write a letter of

 5   recommendation for Amro Ali."

 6              Now, do you know if this letter --

 7   and you can look at it -- had anything to do

 8   with being recommended for a residency or for

 9   some other purpose?

10        A.    I need a minute to read, please.

11              (Document review.)

12        A.    From what I am reading, it can go

13   for residency, it can go for any other job.

14        Q.    If you go to the last paragraph on

15   this page, the sentence that begins:  "I was

16   also pleasantly surprised to see him back in

17   New York, where he is pursuing research."

18        A.    Yes.

19        Q.    Okay.  And dot, dot, dot, close

20   quotes.

21              Did you ever ask Dr. Samson why he

22   was pleasantly surprised?

23        A.    Yeah, because he thought I would

24   continue at Casey, but by this time he didn't

25   know that my family moved to New York.
```

```
 1                      A. Ali
 2      Q.    And it's true you were pursuing
 3 research coming back to New York; correct?
 4      A.    Yes.
 5      Q.    Now, so when did you first meet
 6 anyone associated with the ophthalmology
 7 program at NYMC?  And who did you first meet?
 8      A.    In what setting?  In what setting?
 9 Because I met people from NYMC when I was at
10 New York Eye & Ear in 2007.  So what is the
11 setting we are talking about?
12      Q.    When did you first meet anyone where
13 a possibility of your obtaining a position on
14 the faculty was discussed?
15      A.    Oh, that's Dr. Sharma and that was
16 in October or November, the winter of 2015.
17      Q.    '15?
18      A.    '15.
19      Q.    When did you start at NYMC?
20      A.    The appointment letter that I got
21 was in February, but it was dated in December,
22 starting date, 2015.
23      Q.    So up to the point that you started
24 at NYMC, were you still working at NYU?
25      A.    Yes.
```

```
 1                    A. Ali
 2      Q.    You were still performing research?
 3      A.    But -- I was performing, but during
 4  this time I had a car accident.  I was sick for
 5  like two month at least.  I was in a cane, I
 6  was broken, but technically I was at NYU, yes.
 7      Q.    While at NYU did you perform any
 8  clinical work?
 9      A.    Why I didn't perform?
10      Q.    No.  While you were there at NYU,
11  did you perform any clinical work?
12      A.    Oh, no, I didn't.
13      Q.    So Dr. Sharma meets with you, I
14  think you said October, and talks about a
15  position.  What does he tell you?
16      A.    The first talk we had was about
17  research and my work would be important to
18  strengthen the area of weakness.  I explained
19  to him that I am doing already research at NYU,
20  which is technically higher place, and there is
21  no point for me to move from research to
22  research, especially if I didn't pursue
23  residency by the end, so he raise a point that
24  we can establish uveitis service and can take
25  clinical privilege by --
```

```
 1                    A. Ali

 2            THE COURT REPORTER:  I'm sorry, sir.

 3        Could you repeat that last part.

 4        A.    He raise a point that I can start

 5   uveitis clinic and I can get my license,

 6   because he have no uveitis service at

 7   Westchester Medical Center, and he also

 8   mentioned that I can be help to teach the

 9   residents uveitis, because I got two

10   fellowships in uveitis, each one was two years,

11   so my presence would be useful from the

12   research point and from the clinical point.

13        Q.    Anything else that he told you?

14        A.    In the first meeting -- again, I

15   don't recall the first or second meeting, but

16   in the setting of this conversation we talk

17   about my situation, I explain to him I need to

18   be clear, because I don't want

19   miscommunication.  I told him this is my

20   history, this is my CV, and I sent him my CV

21   with all recommendation letter you have it, the

22   dated and the outdated one, and I told him this

23   is my board score and he told me "you have a

24   low board score, but with the research and we

25   improving this area of the department, we can
```

```
 1                      A. Ali
 2   overcome that and will speak to Dr. Wandel.
 3            THE COURT REPORTER:  I'm sorry, sir.
 4        "We can overcome that and" --
 5        A.    And we can speak to Dr. Wandel.  And
 6   in the same setting I was clear with him that I
 7   would things to be clear from the beginning
 8   with him.
 9        Q.    Let's stick with Dr. Sharma.  I
10   don't want to jump.  It just makes it easier.
11        A.    Okay.
12        Q.    The first meeting you had was just
13   with Dr. Sharma; correct?
14        A.    Yes.
15        Q.    At that meeting did you tell him
16   that you wanted to get in to be a resident?
17        A.    Of course I did.
18        Q.    Okay.  And what did he say in
19   response?
20        A.    He said, "With your good work, we
21   can get you residency here."
22        Q.    Before you even talked about
23   residency, in terms of the position that he was
24   offering or discussing with you, was it a paid
25   position, did you talk about money?
```

```
 1                      A. Ali
 2      A.    No.  The plan was clear.  He said,
 3  "I don't have money, but with your good
 4  research and good work, you will be -- have
 5  your residency."  So it was very clear his
 6  exchange to work for free for residency from
 7  day 1.
 8      Q.    Does Dr. Sharma have any control
 9  over the San Francisco match, who gets matched
10  or not?
11      A.    On San Francisco match, no.
12      Q.    So if you were to apply for a San
13  Francisco match, Dr. Sharma's, quote unquote,
14  promise would mean nothing; correct?
15      A.    Correct.  But just to add something,
16  at Westchester Medical Center they always
17  offered position outside the match.  The same
18  happened with Eric Rosenberg, the same how it
19  happened with Daniel, the same which happened
20  with last candidate from Gulf area.  So we know
21  for the last ten years that Westchester Medical
22  Center goes a match with two position and keep
23  one position outside the match and give it to
24  the people who work with Dr. Sharma.  This is a
25  fact had been ongoing for the last ten years.
```

1                     A. Ali

2         Q.    Did anyone at Westchester Medical

3    Center promise you that you would receive a

4    residency if you performed good research for

5    NYMC?

6         A.    Dr. Wandel.

7         Q.    Dr. Wandel?

8         A.    Dr. Tad Wandel, yes.

9         Q.    And was he associated with

10   Westchester Medical Center or NYMC at the time?

11        A.    With both.

12        Q.    We will get into Dr. Wandel in a

13   second.

14        A.    Sure.

15        Q.    When you sent over your resume to

16   Dr. Sharma, how did you send it?

17        A.    I sent it two ways:  By San

18   Francisco match to the department and by

19   e-mail.

20        Q.    And in that e-mail communication,

21   did you repeat that Dr. Sharma and you had

22   worked out a deal that if you did well for

23   research, you would be receiving a residency,

24   did you repeat that in the e-mail?

25        A.    The e-mail I sent for Dr. Sharma was

```
 1                    A. Ali

 2  two e-mails:  One for a faculty position and

 3  one for a PGY2 position, so there was no

 4  setting in the e-mail to mention that.

 5      Q.    There was no what?  I'm sorry.  Say

 6  again.

 7      A.    There was -- I sent Dr. Sharma two

 8  e-mails with my -- with my application.  The

 9  first one was October 15 for advance position

10  as a PGY2, and the second one for a faculty

11  position.  So there was no setting in these two

12  e-mails to mention to Dr. Sharma or Dr. Wandel

13  you promised it.

14      Q.    But you came aboard and left NYU

15  when you were doing research because even

16  though you would be doing research at NYMC,

17  that you thought you would get a residency if

18  you did well; correct?

19      A.    No, that's not correct.  If you

20  review the exhibit that you saw on -- one

21  second, please.

22      Q.    Please.

23      A.    Okay.  Exhibit F.

24      Q.    Yes.

25      A.    You see that the title that I was
```

```
 1                    A. Ali

 2   getting, clinical instructor, I have a license

 3   signed by Dr. Wandel and plan to get the

 4   clinical privilege and to establish uveitis

 5   service, and I was clear in my testimony

 6   earlier I told Dr. Sharma I'm not moving from

 7   research at NYU to research at NYMC.  I was

 8   moving because I promised clinical privilege

 9   and that's why Dr. Wandel he signed my license

10   and that's why my title here was clinical

11   instructor and the appointment letter of the

12   dean was clinical instructor too.

13        Q.    Is there anything in writing,

14   anything, an e-mail exchange, prior to the time

15   that you came aboard at NYMC that repeated that

16   Dr. Wandel or Dr. Sharma had promised you that

17   if you performed well, you would receive a

18   residency, anything?

19        A.    After that, yes.  Before that, no.

20        Q.    We will get into that in a second.

21              So you come aboard.  You start your

22   research.  Correct?

23        A.    Correct.

24        Q.    In terms of your first attempt to

25   obtain a residency while you were doing only
```

```
 1                    A. Ali
 2  research at NYMC, tell me when was that?
 3       A.    That was November 2016.
 4       Q.    So how long had you been performing
 5  research up to that point at NYMC?
 6       A.    One year and three months, year and
 7  a half.
 8       Q.    All that time did you receive any
 9  remuneration, salary, wages, for the work that
10  you were doing?
11       A.    No.  As I had been told, the
12  department had no money and I would get my
13  residency in exchange.
14       Q.    Did you understand at the time that
15  when you took on the position, that you would
16  not be paid for it, you would be a volunteer?
17       A.    I know that I would be volunteer,
18  but I know that I would get my residency in
19  exchange, because there was no point for me to
20  move from a paid position to unpaid position
21  without promising something in return.
22       Q.    You could have gotten both, right,
23  you could have gotten paid for the work you
24  were doing and still had the, quote unquote,
25  promise to get the residency; correct?
```

```
 1                      A. Ali

 2      A.    Not correct.  The department had no

 3  money.

 4      Q.    And you knew that at the time;

 5  correct?

 6      A.    Yeah.

 7      Q.    So I would take it that you never

 8  requested in writing that you be paid for your

 9  services in terms of salary or wages; am I

10  correct?

11      A.    I had been told, again, that I would

12  not be paid, because in return I would get my

13  residency, because if you -- your question in

14  separate setting I didn't request salary, but

15  they promised to deliver something in return,

16  so I didn't just work for free, because it

17  would be making no sense to move from a paid

18  position to an unpaid position just to waste my

19  time.

20            (Defendants' Exhibit M, New York

21         Medical College School of Medicine,

22         Academic Appointment, Promotion & Tenure

23         Policy & Procedure, Bates stamped NYMC/WMC

24         001974 through NYMC/WMC 001990, marked for

25         identification.)
```

1                     A. Ali

2       Q.     If you go to Exhibit M, sir, M as in

3  Mary.

4       A.     One second, please.  Okay.  Yes.

5       Q.     Now, do you see that?

6       A.     Yes.

7       Q.     Okay.  This is a faculty handbook

8  effective 5/15/2015, Bates stamped NYMC/WMC

9  1974 through 1990.

10            Did you receive a copy of this when

11  you began your work as a volunteer?

12      A.     It was an attachment on the Dean's

13  letter I received.

14      Q.     Did you have a chance to review it?

15  Did you review it?

16      A.     No, I didn't review it except

17  yesterday.

18      Q.     Let's go to page 1976.

19      A.     Yes.

20      Q.     It says -- if you go to the word

21  Voluntary and it reads:  "Voluntary:  An

22  individual is considered a voluntary faculty

23  member of the SOM if they:  Have been granted

24  a faculty appointment and are neither an

25  academically-salaried, nor a

1                    A. Ali

2    professionally-salaried faculty member."

3              That describes what you were;

4    correct?

5        A.    Yes, I assume so.

6        Q.    Now, I take it that -- would you

7    agree with me -- we don't have to review the

8    whole document -- that there is nothing in the

9    handbook, the faculty handbook that says if you

10   perform well as a voluntary researcher, you

11   will obtain a residency position; correct?

12       A.    Nobody would write this in any

13   handbook.

14       Q.    It isn't.  Thank you.

15             Let's go on.  We get to the November

16   match, November 2016.

17       A.    You want me to move this away?

18       Q.    You can put it away.  We are done.

19       A.    Okay.

20       Q.    You get to the November '16.

21       A.    Yes.

22       Q.    So between the time that you started

23   and November 2016, were there any other

24   residency positions with Westchester Medical

25   Center that you asked about or applied for?

```
 1                    A. Ali
 2      A.    Yes.  As I mentioned earlier,
 3 October 2015 there was advanced position at the
 4 PGY2 ophthalmology and I applied for that
 5 through the San Francisco match and I sent my
 6 application by e-mail to Dr. Wandel and
 7 Dr. Sharma, so by that time they should have
 8 full application with more than twenty
 9 recommendation letter, with my board score,
10 with everything in my history, and nobody
11 mentioned anything except that Dr. Bierman
12 object the fact that I didn't finish one year
13 of training in U.S.A. residency program.
14 That's the objection at that time.
15      Q.    This was a match in October of 2015;
16 correct?
17      A.    No, that was not match.  That's not
18 match.  That was a spot outside the match.
19 Match occurred in November.
20      Q.    So, again, pardon me because I
21 forgot, when did you start at NYMC?
22      A.    My first interaction with them was
23 around the winter, maybe October, November.  So
24 the first position I applied to when I was just
25 starting with them.
```

1                    A. Ali

2        Q.    Was when?  I'm sorry.

3        A.    The first position I applied to when

4   I first interacted with them before I performed

5   research.

6        Q.    Right.  I am just -- again, when did

7   you start as a researcher at NYMC?

8        A.    Again, the Dean's letter comes out

9   on February, but it was back-dated and I

10  started December.

11       Q.    Please tell me the year.  Okay?

12  February and December don't do me any good.

13       A.    Okay.  Okay.  So the Dean's letter

14  came out February 2016, but it showed the

15  effective date from 2015, if I recall right.

16       Q.    Well, whenever it was effective,

17  when did you start performing your services,

18  voluntary --

19       A.    End of 2015.

20       Q.    So are you saying that Dr. Sharma

21  promised you prior to December of 2015 that if

22  you performed research, you would obtain a

23  residency position?

24       A.    Yes.  Yes.

25       Q.    Did Dr. Wandel promise you that

```
 1                     A. Ali
 2  either December 2015 or prior?
 3      A.    Dr. Wandel promise that after
 4  Dr. Sharma.  It's two setting.  What I have
 5  been told by Dr. Sharma is the following:  That
 6  Dr. Wandel promised him many time over the
 7  phone and in person that he will offer the
 8  position.  That's from Dr. Sharma.  From
 9  Dr. Wandel, on different occasions, I don't
10  recall the date, maybe 2015, I'm sure many
11  times during 2016, he mentioned, "You are doing
12  a great job, I will get you position."  Not
13  only that, I saw myself an e-mail on
14  Dr. Sharma's screen that Dr. Wandel writing to
15  Dr. Sharma the following:  "Amro is doing a
16  great job.  We have to find him a position."
17  And this e-mail was not delivered from the
18  e-mail we ask for.
19      Q.    Again, let's slow down, if we can.
20      A.    Okay.
21      Q.    Dr. Sharma is the first one to tell
22  you if you perform research and you do it well,
23  you will obtain a position; correct?
24      A.    Correct.
25      Q.    We will get to Dr. Wandel in a
```

```
1                         A. Ali
2    moment.
3         A.     Okay, sure.
4         Q.     But the first match is in late 2015,
5    correct, the first match?
6         A.     Yeah, I did apply this match.
7         Q.     You did apply or you didn't?
8         A.     No.  I apply for unfilled position
9    outside the match in October 2015.
10         Q.     Well, had you performed any research
11    services at all, let alone good research
12    services, by October 2015?
13         A.     No.
14         Q.     Well, therefore, the promise, you
15    would agree with me, that you say was made had
16    nothing to do with that first attempt at a
17    match, because you hadn't held up your end of
18    the bargain, you hadn't performed research by
19    that point; correct?
20              MR. SADOWSKI:  Objection.
21              You can answer.
22         A.     Okay.  Let me clarify something.
23         Q.     Please.
24         A.     When the position was open for 2015,
25    I applied for it through e-mail for match.
```

```
 1                      A. Ali
 2   Through match it means you just send your
 3   application.  You know, any position open in
 4   the country, usually people post it online, so
 5   you have to send your application through the
 6   match as a process.  That doesn't mean you
 7   going through the match process.  You just
 8   sending your application through the match, and
 9   that's usually for the advanced position.  This
10   will carry the importance that people will know
11   your score, your background, they have the same
12   application that's used in normal match.  What
13   I am saying, when the position opened in
14   October 2015, even before my research and my
15   promise and all these things, I apply for it.
16   The fact that I applied for this position even
17   without the promise shows that Westchester had
18   my scores, had my experience, had everything in
19   details by that time before promise me and
20   before let me work for there for free.  So I
21   hope I make it clear.
22        Q.    Okay.  So in other words, the
23   promise, as you say, had nothing to do with
24   your not getting the match for the position in
25   2015, correct, had nothing to do with it?
```

```
 1                    A. Ali

 2        A.    No.  Again, it's not -- it's not

 3   match.  Again, it's just apply for a position.

 4        Q.    Right.  And it had to do -- in other

 5   words, they couldn't make good on their, quote

 6   unquote, promise, because you hadn't started to

 7   perform research yet, that was simply another

 8   application you had made that you didn't get;

 9   correct?

10        A.    No.  The main problem for this

11   position, it was advanced.  I supposed to go

12   for the first year of ophthalmology because I

13   finished my internship.  This position was

14   supposed to go for second year of

15   ophthalmology.  I didn't finish my first year

16   of ophthalmology, so going to second year

17   would be exception, which again objected by

18   Dr. Bierman.  So that was the reason not to

19   offer me the position.  I didn't complete one

20   year of training of ophthalmology in U.S.

21        Q.    I will get to Dr. Bierman in a

22   little bit.

23              So you testified regarding

24   Dr. Sharma's alleged promise.  Would you tell

25   me when was the first time that Dr. Wandel
```

```
 1                     A. Ali
 2  promised you that if you did well in research,
 3  you would obtain the residency position?
 4        A.    That happened on multiple occasions
 5  in 2016.  I don't recall the date.  I think it
 6  would be in the beginning, maybe February or
 7  January, around this time, but it happened
 8  multiple time with me, it happened multiple
 9  time with Dr. Sharma.
10        Q.    So was anyone else present when
11  Dr. Wandel made this alleged promise to you on
12  multiple occasions beginning in or around
13  February 2016?
14        A.    Usually when I have a conversation
15  with him it is one to one in his office or in
16  the cafeteria or something.  I don't -- I don't
17  bring any witnesses.  I don't recall anybody
18  with us.
19        Q.    Now, did Dr. Wandel ever promise in
20  writing, to your knowledge, that said in words
21  or substance 'if you perform your research
22  well, then we will get you a residency
23  position'?
24        A.    Yes.  He sent this e-mail to
25  Dr. Sharma.  I saw it myself on his screen.
```

```
 1                    A. Ali

 2        Q.    Now, are you saying Dr. Sharma

 3   received that e-mail from Dr. Wandel that you

 4   read on Dr. Sharma's screen?

 5        A.    Yes.

 6        Q.    How was it that you got an

 7   opportunity to read an e-mail on Dr. Sharma's

 8   screen?

 9        A.    Dr. Sharma showed it to me himself.

10        Q.    Did he give you a copy of it?

11        A.    No.  I would not ask for a copy, but

12   I assume it should be come in the e-mail

13   produced by Westchester.

14        Q.    Now, did the e-mail specifically

15   state that 'we gotta get him a position as a

16   resident because he is doing a good job'?

17        A.    Okay.  You asked me how he phrased

18   the sentence.  Amro did a great -- even I wrote

19   it in one of -- I wrote it in the appeal

20   letter.  'Amro did a great job in research.  We

21   have to find him a residency position or a

22   spot.'  That's according to the best of my

23   recall.

24        Q.    Okay.  Do you recall anything else

25   about this e-mail?
```

```
1                    A. Ali

2        A.    No.  It just was one line.  It just

3   was one line.

4        Q.    Well, did you read the entirety of

5   the e-mail or just one portion?

6        A.    No, I read the entire e-mail.

7   Dr. Sharma, I was sitting next to him, he asked

8   me, "Wandel is happy with your work, look what

9   he said."

10       Q.    Other than Dr. Sharma and

11  Dr. Wandel, did anyone else associated with

12  either NYMC or WMC ever promise you that if you

13  did good in research, you would get the

14  position of a resident?

15       A.    Doctor -- the acting chair by that

16  time, Dr. Wong, who technically hire me or

17  support me with the appointment with the Dean

18  letter, he was aware that I would be one of the

19  resident and he was training me in the retina,

20  because I have to cover him when he would be

21  away before I get the results with Step 3, so

22  he was aware that I am starting as a resident,

23  but he didn't -- he is not the one who promised

24  me, but he was aware about the promise.

25       Q.    He was aware about the promise?
```

```
 1                    A. Ali
 2      A.    Yes.
 3      Q.    How do you know that?
 4      A.    I'm sorry?
 5      Q.    How do you know he was aware about
 6   the verbal promise?
 7      A.    Because I had been called by his
 8   office, by his assistant, Randi Hartman, and
 9   she told me, "You need to come over, start your
10   orientation and do your physical and to do your
11   medical, so you will start at Metropolitan once
12   you pass the Step 3."  And she took me around
13   in the whole hospital, Metropolitan, introduced
14   me to everybody, "Dr. Ali, he will join us as a
15   resident, PGY2, after he passing his Step 3."
16      Q.    Let's try to stick with Dr. Sharma
17   for a moment.  Dr. Sharma, he is not a medical
18   doctor; correct?
19      A.    What I know, that -- what I know,
20   that he have an M.D. degree, but he is mainly
21   research.  Maybe I am wrong.  I didn't review
22   his CV, but what I know that he have an M.D.
23   degree.  At point of time he mentions it.
24      Q.    Would you agree with me that
25   Dr. Sharma, even if he made this promise, was
```

```
 1                         A. Ali
 2   not empowered to make good on it because he did
 3   not have the authority to have you appointed as
 4   a resident, would you agree with me?
 5        A.    No, I don't --
 6              THE COURT REPORTER:  I'm sorry, sir.
 7        You cut out.  Your audio cut out.  Could
 8        you repeat that.
 9        A.    I say I don't know.  I can't answer
10   this question.  I don't know his power in the
11   department.  I don't know his authority.  What
12   I know from before, that he was involved with
13   and hiring many residents in the past few
14   years, but what his authority, if he can do it
15   or he cannot do it, this is kind of department
16   thing which --
17        Q.    So you don't know what his authority
18   is either way; correct?
19        A.    No, no, you ask me if Dr. Sharma is
20   in power to do that.  My answer, I don't know
21   what he is in power to do or not to do, but
22   from my experience he did this to many people
23   before.
24        Q.    Tell me what people Dr. Sharma was
25   able to effectuate residencies for.  Tell me
```

```
1                        A. Ali
2    who and when.
3         A.    Eric Rosenberg, that's one.  Daniel,
4    that's two.  And he have other people.  I don't
5    recall the name.
6         Q.    Take Eric Rosenberg.  When did Eric
7    Rosenberg obtain a residency?
8         A.    Just -- when I was there.  I
9    don't -- I think July 2016 or '17.  I don't
10   recall, but --
11        Q.    How did he obtain a residency, was
12   it through a match or was it through an opening
13   in a position?
14        A.    An opening position.
15        Q.    And tell us do you know anything
16   about his background?
17        A.    Yeah, he did, I think, one or two
18   years in surgery and his wife was the chief
19   resident by that time.  I worked with him very
20   closely and we worked together, we published
21   work together.  I wrote three chapters in a
22   textbook.  He was an editor on it.  I got a lot
23   of support from him.  That's what I know so
24   far.
25        Q.    What school did he go to, medical
```

```
 1                    A. Ali
 2   school?
 3        A.    He is D.O.
 4        Q.    I'm sorry.
 5        A.    D.O., doctor of osteopathy.
 6        Q.    But where did he go to school?
 7        A.    New York Medical College, D.O.
 8        Q.    And do you know if his wife, as
 9   chief resident, had anything to do with getting
10   him a residency position?
11        A.    I cannot answer this question.  You
12   know, I mean, if I don't know anything for
13   fact, I don't want just point at people.
14        Q.    Let me ask you this:  How do you
15   know that Dr. Sharma had anything to do with
16   it?  And if you do know, what did he do to get
17   Rosenberg the residency position?
18        A.    What I know, that Eric was working
19   in the lab with me, you know, and Eric did two
20   years of general surgery, so if Eric was a
21   candidate who can go through the match as
22   American grad, there was no way for -- there
23   was no need for him to spend two years of
24   general surgery and then do research to get to
25   ophthalmology.  It would be much feasible for
```

```
 1                      A. Ali
 2  him as American grad to go through the match
 3  and to match with other people, but he spent
 4  two years in general surgery and he spent one
 5  and a half years in research, and how
 6  Dr. Sharma is involved in that?  You hear this
 7  in conversation every day, you hear this from
 8  phone calls to Dr. Wandel, you hear it from
 9  Dr. Wandel when he say that, "oh, Dr. Sharma
10  highly recommend you" and you hear this from
11  Eric himself that Dr. Sharma support his
12  application for residency.
13      Q.    But you know that Dr. Sharma
14  supported your application, he wrote letters of
15  recommendation for you; correct?
16      A.    Yes, and he --
17      Q.    So, in other words -- in other
18  words, in your mind, is there a difference
19  between supporting someone for residency and
20  getting them a residency?
21      A.    Okay.  I was not around when Eric
22  came over and how did it work with Eric, so I
23  can't speak about Eric's situation, if he was
24  promised to get the position or he is promised
25  to get the support for the position, but I know
```

```
1                    A. Ali

2   about my situation that I had been promised to

3   offer the position, to get the position.

4       Q.   Okay.  Daniel, do you know Daniel's

5   full name?

6       A.   Yes.  Daniel full name?  No, but I

7   can send it to you.

8       Q.   Okay.  Let's leave a blank in the

9   transcript and you could provide that upon your

10  return of the transcript.

11      A.   Sure.

12  TO BE FURNISHED:_____.

13      Q.   Now, when did Daniel get a residency

14  position?

15      A.   Daniel, he get a residency position

16  in match of November 2016 when he interviewed

17  with me.

18      Q.   That was the same match that you

19  applied for; correct?

20      A.   Exactly.  Exactly.

21      Q.   Do you believe that Dr. Sharma had

22  anything to do with Daniel getting that

23  position?

24      A.    In the post match, yes, because in

25  the post match we have -- as usual, Westchester
```

                         A. Ali

1    the match was two spots.  The resident who

2    match, his name is Evans Scott, E-V-A-N-S,

3    Scott, S-C-O-T-T.  The other position was

4    unfilled.  That day I was in the office.

5    Daniel, he came and he was so panic and he was

6    so upset that he didn't match.

7            THE COURT REPORTER:  I'm sorry, sir.

8        I'm sorry.  Could you repeat that part.

9        "He was so upset that he didn't match" --

10       A.    Daniel, I was there that day in the

11   office when Daniel didn't match.  He came to

12   the office while I was sitting with Dr. Sharma.

13   He was so panicked, very upset that he didn't

14   match.  He spoke to the Dean's office and he

15   came and spoke to Dr. Sharma, which is right

16   away Dr. Sharma make a phone call to Dr. Wandel

17   and Daniel stayed in the office until

18   Dr. Wandel called back and offered him the

19   position.

20       Q.    You were present at the time when

21   this conversation took place over the phone?

22       A.    I was sitting when he come in.  I

23   attend everything.  And even he ask him, "Shake

24   hands with Amro who will be with you in the

```
 1                         A. Ali

 2    same class," and Daniel give me a hug, I gave

 3    him a hug, congratulate that he match with us.

 4         Q.    So let me get this straight and I

 5    apologize.

 6         A.    Please.

 7         Q.    At some point there is a

 8    conversation over the phone.  Is it on a

 9    speakerphone?

10         A.    On the speakerphone?  No.  No.

11         Q.    Who is the conversation -- who was

12    on the phone line, between Dr. Wandel and who?

13         A.    Dr. Sharma.  I was in Dr. Sharma's

14    office.

15         Q.    So you were in Dr. Sharma's office.

16    I am trying to get the setting.

17         A.    Yes.

18         Q.    And when was this, approximately?

19         A.    It was the date of the match.  I can

20    get the date exactly.  It was the date of the

21    result.  I think January 14, but I can get you

22    the date.

23         Q.    Around January of 2017 that's when

24    the match results come out?

25         A.    Exactly.
```

```
 1                    A. Ali

 2        Q.    Evans Scott makes the match, so he

 3   is in.  Daniel doesn't.  Are you both present

 4   in Dr. Sharma's office at the time?

 5        A.    Who is both?

 6        Q.    You and Daniel.

 7        A.    I was there with Dr. Sharma.  Then

 8   Daniel come when I was sitting with Dr. Sharma.

 9        Q.    This was the same match you were

10   applying for as well; right?

11        A.    Yes.

12        Q.    So obviously Evans was the only one

13   who matched.  You and Daniel didn't.  You are

14   saying there was another position open.  You

15   are in Dr. Sharma's office.  He is talking to

16   Dr. Wandel on the phone.  Have I got that

17   right?

18        A.    Right.

19        Q.    Are you expecting that you will get

20   the position because of the, quote unquote,

21   promise that was given to you?

22        A.    I had been told by Dr. Sharma and

23   Dr. Wandel by that time that my spot would be

24   secured outside the match, the third spot, so I

25   know I am getting the third spot.
```

Page 95

```
 1                    A. Ali
 2        Q.    This was -- this conversation that's
 3   taking place is regarding a match -- a spot
 4   outside the match; correct?
 5        A.    Yes.
 6        Q.    Okay.  So in other words, this was
 7   the type of spot that if you didn't match, you
 8   had an expectation of getting based upon the
 9   so-called promise; correct?
10        A.    No, no, no.
11        Q.    Please explain.
12        A.    Sure.  Westchester, they have a code
13   every year, like they have the right to code
14   their match with three residents.  Okay.  They
15   can decide to go by the match by three or by
16   two.  So Westchester always goes the match by
17   two and they keep one spot on the side for
18   whoever they want to offer.  So for the match
19   they went only by two:  One for Scott, the
20   other one was unfilled.  The unfilled through
21   the match had been offered to Daniel with
22   Dr. Sharma's support.  Mine was completely out
23   of that.  Mine was supposed to be in July '18
24   as per Dr. Wandel.
25        Q.    I am trying to follow and I
```

```
 1                    A. Ali
 2  apologize.
 3       A.    I'm sorry.  I'm sorry.  It's kind of
 4  an old date, so maybe it's a little bit
 5  confusing, but --
 6       Q.    It's not my expertise.  But so this
 7  particular match was outside the spot.  This
 8  was one of the positions that you could have
 9  gotten as a resident based upon the promise;
10  correct?
11       A.    Correct, but I already offered the
12  spot out -- outside of that, because if I know
13  I have no spot outside of that, the first thing
14  I will ask Dr. Sharma at least support me, I
15  need this spot, but I know the spot was
16  secured.
17       Q.    Okay.  I'm sorry.  And, again, I
18  apologize.  I have to do this so I make sure I
19  am getting it right.
20             We know that Evans Scott matched.
21       A.    Yes.
22       Q.    We know that Daniel didn't.  Daniel
23  was like you.  He wanted a residency; correct?
24       A.    Yes.
25       Q.    Okay.  The spot eventually went to
```

```
 1                      A. Ali
 2  Daniel; correct?
 3      A.    Correct.
 4      Q.    Based upon a conversation that you
 5  were not a party to, but you were in the room
 6  at the time; correct?
 7      A.    Yes, correct.
 8      Q.    Now, when Daniel got that position,
 9  were you upset that you didn't get the
10  position?
11      A.    Not at all.
12      Q.    Why not?
13      A.    First of all, it's not my character
14  or quality to upset when people get something
15  good for them.  That's number one.
16            Number two, I know that I have my
17  spot starting July '18.  So why I should be
18  upset?  I been promised by the program
19  director.  So I assume he would tell -- he
20  would not lie to me or not mislead me.  I have
21  no reason to think that he plan or they planned
22  something in their mind.  Otherwise you are
23  right, I should be upset, I should speak up, I
24  should send an e-mail, "You know what, why you
25  offer this to Daniel and not to me?"  I didn't
```

```
 1                       A. Ali
```

 2    because I was promised.

 3        Q.    I know you were promised.  Now, this

 4    promise, though, by that time did you think you

 5    had an exact spot waiting for you or were you

 6    simply waiting for the promise for the next

 7    spot?  You mentioned that you had a spot ready.

 8    Was there another spot that was promised to you

 9    that you knew was gonna happen on a particular

10    date?

11        A.    Yes.

12        Q.    When?

13        A.    July '18.

14        Q.    Okay.  Why did you know there would

15    be a spot the following July?

16        A.    Because as I mentioned, that's how

17    Westchester operate.  They have three spots,

18    they go the match, and that's what I had been

19    told by Dr. Wandel.  They go to the match only

20    with two spots and they keep one spot outside.

21        Q.    So you have the match spot.  Evans

22    gets another spot.  There is one more spot that

23    you understand will be filled in July; correct?

24        A.    I understand.  Okay, go ahead.

25        Q.    Prior to the time that Evans was

```
 1                       A. Ali
 2    told that he would get that second spot, did
 3    you already know that you weren't gonna get the
 4    second spot, that you were gonna get the third
 5    spot in July, did you already know that?
 6         A.    Yes.  I already know from Dr. Wandel
 7    that I will not match.
 8         Q.    Okay.  We know, again, we know that
 9    Evans got the match.  Okay.  We know that
10    Daniel got the second spot.
11              When were you told by Dr. Wandel
12    when you did not match, because Evans got it,
13    when were you told, "Don't worry, we are gonna
14    give you the July spot," when did he tell you
15    that?
16         A.    I had been told that from -- in
17    December in the phase between the interview and
18    the match results, I had been told this in
19    person from Dr. Sharma, I had been told this
20    from Dr. Wandel.  Not only that.  I had --
21         Q.    So -- I'm sorry.  Go ahead.
22         A.    Not only that.  I had been even
23    asked to start earlier than I'm expected to,
24    December 26.
25         Q.    So before the results came out when
```

```
 1                    A. Ali
 2   Evans was upset -- not Evans.
 3        A.    Daniel.
 4        Q.    When Daniel was upset, you didn't
 5   really care about that spot, because you had
 6   already been told, according to your testimony,
 7   that Dr. Wandel had promised you that spot in
 8   July; correct?
 9        A.    Yes.  I was taught in the same
10   class.  That's why even Dr. Sharma ask Daniel
11   to shake hand and tell him, "Amro will start
12   with you."
13        Q.    Okay.  Now let's move on.  Daniel
14   moves on and gets the residency.  We are in
15   2017 now.
16             As we come closer to the July spot
17   that you believe you had been promised by
18   Dr. Wandel, does there come a time when you
19   learn that you are not going to get the spot?
20        A.    Okay.  Just small correction.  This
21   conversation -- the match occurs November 2016.
22   So they assume that you have to do an
23   internship.  So this conversation regarding a
24   position start July '18, not July '17, because
25   from July '16 to July '17 they assume that you
```

```
1                        A. Ali
2   are doing your internship.
3        Q.   Okay.  In other words, I just want
4   to make it -- and it may not be simple.  The
5   third spot, the residency that you were
6   promised in late December if you didn't match,
7   which you didn't know yet because you didn't
8   get the results, but that spot, when was that
9   gonna start?
10       A.   July 2018.
11       Q.   2018?
12       A.   Yes.  That I was a match.
13       Q.   When Daniel gets the spot in 2017,
14  that second spot, when does he start?
15       A.   July 2018.
16       Q.   All right.  So am I correct the spot
17  would be open until July 2018, so you have to
18  wait throughout all of '17 and seven months or
19  so of '18 before you get that spot and actually
20  start; correct?
21       A.   Yes, because that's what I had been
22  told.
23       Q.   Okay.  Now, between January 2017 and
24  July of 2018, did you apply at any time for the
25  San Francisco match again?
```

```
 1                    A. Ali

 2       A.    No.  No.  I was very confident that

 3  things are going the right way, I was happy

 4  with the people, I was productive.

 5       Q.    All that time between January 2017

 6  and July of 2018 you continued to perform

 7  voluntary unpaid services; correct?

 8       A.    Correct.

 9       Q.    Now, so now we are in 2018.  You

10  have been waiting a long time.  Okay.  When do

11  you learn that you are not going to get that

12  position?

13       A.    By the end of 2017 they start to get

14  interview for a new chairman.  Nobody told me

15  anything, but I was concerned that new

16  chairman, different management, and I don't

17  know if people would keep promises or not.  The

18  time that I felt that this promise will not be

19  delivered when I knew that there is a candidate

20  from Qatar who came and who took the position

21  for July '18, because I know they cannot make

22  more than three spots per year.  It's not

23  allowed by ACGME.  So I know my spot went

24  somewhere else.

25       Q.    You will agree with me that the spot
```

```
 1                      A. Ali
 2   that Evans received --
 3        A.    You mean Daniel.
 4        Q.    No, the spot that Evans received.
 5        A.    Okay.
 6        Q.    The San Francisco match spot.  Okay?
 7        A.    Yeah.
 8        Q.    You would agree with me that neither
 9   Dr. Wandel, nor Dr. Sharma broke their promise
10   insofar as the spot that Evans received,
11   because he matched; correct?
12        A.    No.
13        Q.    I'm sorry?
14        A.    They broke their promise regarding
15   Evans Scott?
16        Q.    I am saying the fact that Evans
17   Scott got the position, the fact that he
18   matched, that had nothing to do with
19   Dr. Wandel's or Dr. Sharma's alleged promise;
20   correct?
21        A.    No.
22        Q.    Did it have anything to do with it
23   or -- maybe it's a poor question.  Did that
24   promise -- should that promise have been made
25   good in connection with the spot that Evans
```

```
 1                     A. Ali
 2  received?
 3      A.    I'm sorry.  I don't understand the
 4  question.  What is the relation?  Evan is
 5  graduate from Louisiana State University and he
 6  applied with a match and he got the position
 7  through the match.  How can be this relevant to
 8  me?  I'm sorry.  I cannot see the question.
 9      Q.    Again, maybe because it's so
10  obvious.  Neither Dr. Wandel, nor Dr. Sharma
11  could ever promise you anything in connection
12  with whether you would be the match in the San
13  Francisco match; correct?
14      A.    No.  No.  If they need you to match,
15  they can make you to match by rank you high.
16  That's -- that's how it is in the ranking
17  system.  They are the one who decide who go
18  number one on the list and who number ten and
19  they can change that even after the interview.
20  Okay.  This is --
21      Q.    Did you ever go up to Dr. Wandel or
22  Dr. Sharma when Evans had matched and said to
23  them, "Doctors, you had promised me a position
24  and by my not getting the position in the match
25  you breached that promise," did you ever tell
```

1                        A. Ali

2    them that?

3        A.    No, because Dr. Wandel called me

4    himself, spoke to me himself -- in person, not

5    called, he spoke to me in person and he spoke

6    to Dr. Sharma and he said, "Amro will not

7    match, but we will give him that position,

8    because this is the philosophy or this is the

9    way, we have to rank high the American grad,

10   then Amro will get his spot outside the match."

11   Dr. Wandel himself said so.  So why I would go

12   ask him the question he has already answered to

13   me earlier.

14       Q.    Is there anyone associated with the

15   match that has nothing to do with NYMC or WMC

16   in making the selection, or is the choice made

17   by NYMC and/or WMC?

18              MR. SADOWSKI:  Objection.

19              You can answer.

20       A.    I'm sorry.  I don't --

21       Q.    I'll rephrase.

22       A.    I lost the question.  I'm sorry.

23       Q.    I'm almost close to tying this down.

24   I just want to make sure.

25              Did anyone associated with WMC or

```
 1                    A. Ali
 2  NYMC undermine you in any way that you felt
 3  resulted in your not getting the match in 2016?
 4       A.    "Undermine you in any way"?
 5       Q.    Did anything wrong, hurt you, did
 6  something that prevented you from getting the
 7  match.
 8       A.    The only -- the only -- yeah, I get
 9  your point.  The only thing I had been told
10  from Dr. Wandel to Dr. Sharma to me, that
11  resident he didn't support me, and the only
12  resident they referred to Eric Rosenberg, which
13  I worked with, and which is -- was not true, of
14  course, based on many factors, so this is the
15  only thing I had been referred to at this point
16  of time and this is one of the reason
17  Dr. Wandel justify himself in addition not to
18  be American grad that he cannot rank me high on
19  the list, because, you know, resident is not
20  happy and he will have to put -- he cannot go
21  against their will, so he have to put me
22  outside the match.  That's the only thing I
23  remember he mentioned, and after that I spoke
24  to Eric himself over the phone and he denied
25  all that.
```

```
 1                    A. Ali

 2        Q.    What is an American grad?

 3        A.    Okay.  American grad -- there is two

 4   terms being used, American grad and

 5   international medical grad.  American grad is

 6   he who graduated from American medical school.

 7        Q.    And what's a foreign grad?

 8        A.    Foreign grad are people graduate

 9   from foreign medical school.

10        Q.    Do you have any understanding

11   whether or not there are foreign students who

12   graduate from United States medical schools?

13        A.    Foreign student graduate from

14   American medical school?

15        Q.    Yes.

16        A.    I'm sure there is.  I'm not aware

17   about it, but...

18        Q.    Are you aware that American students

19   sometimes attend foreign medical schools to

20   obtain their medical degrees?

21        A.    This is I know about, the Caribbean,

22   yes.

23        Q.    Did you ever have any Americans in

24   your class in Egypt?

25        A.    No.
```

```
 1                      A. Ali
 2        Q.    Any foreigners in your class in
 3   Egypt at all other than Egyptians?
 4        A.    No, there is.  From Gulf area, from
 5   different places, yes.
 6        Q.    You mentioned a moment ago -- let me
 7   just get that straight.  Oh, yes.  The
 8   residents.  You say it's untrue that you
 9   received poor reviews from the residents, the
10   other residents.  How do you know that's
11   untrue?
12        A.    First of all, you been working with
13   these people for one year, you interact with
14   the resident for one year, you have lunch with
15   them, dinner with them, you go out with them.
16   Not everybody likes you, but you can have an
17   impression overall that if you go with them,
18   you get along together or not.  So I think one
19   and a half year should be enough for any mature
20   person to understand if he is really -- do you
21   like him, do you care about him.  That's number
22   one.
23             Number two.  I work -- they referred
24   to Eric Rosenberg.  I work a lot with Eric
25   Rosenberg.  We publish papers.  We publish
```

1                        A. Ali

2    chapter in textbook.  We go out all the time.

3    So there is no reason for him to do that.

4              Number three, which is I confirm it.

5    I made a phone call to him and I told him,

6    "Eric, listen, everybody will do it in his own

7    way.  I need a clear statement.  Did you say

8    so?"  And he said, "I have a question.  Why

9    should I say that?  You are not competing with

10   me, there is nothing wrong happening with us,"

11   and he stated Wandel always lies and he doesn't

12   like put American -- foreign grad, but he has

13   tried to get away with this thing.

14        Q.    Eric Rosenberg, when did you have

15   that phone call with him?

16        A.    I had this phone call in -- I have

17   the exact date and time, but it should be

18   around July 2018.

19        Q.    I would like to leave a blank in the

20   record for the exact date and time.

21        A.    Yeah, sure.

22   TO BE FURNISHED:_____.

23        Q.    Now, did you record the call with

24   any recording device?

25        A.    It's not from my behavior or

```
 1                    A. Ali

 2  personality to record people when they talk to

 3  me.

 4        Q.    Did you take any contemporaneous

 5  notes regarding the call at the time that he

 6  told you that?

 7        A.    No, but I called Sharma and I told

 8  him that.

 9        Q.    You called Sharma and told him about

10  your conversation with --

11        A.    With Eric.

12        Q.    -- Eric?

13        A.    Yes.

14        Q.    What did Sharma say to you regarding

15  that conversation that you recall?

16        A.    He told me, "I'm not surprised.

17  Wandel lies a lot."  And now he is understand

18  Dr. Hutcheson, new chairman.

19              MR. MILLUS:  Let's take five

20         minutes.  We have still got a ways to go,

21         but let's take a break.  We have been going

22         for --

23              THE WITNESS:  Okay.  Thank you.

24              MR. MILLUS:  So take five, relax --

25              THE WITNESS:  Thank you.
```

```
 1                      A. Ali

 2             MR. MILLUS:  -- and we will come

 3       back.  Thank you.

 4             THE WITNESS:  Appreciate it.

 5             (Recess was taken from 12:12 to

 6       12:22.)

 7             (Defendants' Exhibit N, e-mail dated

 8       October 11, 2016, Bates stamped NYMC/WMC

 9       000208, marked for identification.)

10  BY MR. MILLUS:

11       Q.    Doctor, if you go to Exhibit N as in

12  Nancy.

13       A.    Can you tell me what is that?

14       Q.    It is an e-mail from you dated

15  October 11, 2016, to Dr. Wandel, Bates stamped

16  000208.

17       A.    Yes, I have it.

18       Q.    Do you have Exhibit N in front of

19  you?

20       A.    Yes.

21       Q.    Okay.  It says -- it begins:  "Dear

22  Dr. Wandel, as per your advice, I registered

23  for step 3."

24             When did Dr. Wandel first give you

25  that advice?
```

1                    A. Ali

2        A.    Maybe before that time like two or

3    three months.  I don't have the exact date, but

4    should be like a couple of months before that.

5        Q.    Did he expand upon that, did he tell

6    you why he was giving you that advice?

7        A.    Yes.  He was very clear that

8    Dr. Bierman doesn't allow any IMG without

9    step 3.

10        Q.    Now, was this before you actually

11    started working for Touro or you were there

12    already?  I'm sorry.

13        A.    I was there already for more than --

14    around one year.

15        Q.    When you found that out, did you

16    feel that the promise that was allegedly made

17    to you by Dr. Wandel and Dr. Sharma was being

18    affected by Dr. Bierman?

19        A.    By that time I was not -- that's

20    what I had been told by Dr. Wandel.  I was not

21    quite sure if really this is Dr. Bierman rule

22    or he just say that to get away from promise or

23    to make it harder for me, because that's what

24    you heard from him and going back you need to

25    remember he promised me before the clinical

```
 1                      A. Ali
 2   privileges and he didn't deliver that, so that
 3   make me concerned that maybe he is saying
 4   directly his own or -- so I was not sure by
 5   that time if Dr. Bierman really is the one
 6   putting this through.
 7        Q.    But when the promise was allegedly
 8   made to you in late 2015 by Dr. Sharma and/or
 9   Dr. Wandel, did either of them mention, "By the
10   way, not only will you have to do a good job
11   for us researching for free, but you will also
12   have to pass step 3," did they ever tell you
13   that?
14        A.    Not at all.
15        Q.    So the exam for step 3, I gather
16   from this e-mail, was going to be -- the
17   earliest was December of 2016; correct?
18        A.    Yes.
19        Q.    All right.  So now, the 2016 exam
20   you did not pass step 3; correct?
21        A.    I didn't pass step 3 the first
22   time -- okay.  As I recall, the first time and
23   there was another e-mail that the exam has been
24   cancelled for technical problems and I sent
25   this to Dr. Wandel, I don't see the e-mail in
```

```
 1                    A. Ali
 2  this exhibit, but it has been submitted to you,
 3  and I get in the second time, I think it was in
 4  March, and by that time they changed the system
 5  for the results, so they postponed the results
 6  three months.  Then I took it I think the next
 7  time was in '18, which I passed.
 8       Q.    Would I be correct that you took
 9  step 3 in approximately April 2017?
10       A.    I passed the result came March 2018,
11  so I took the test -- I passed.  I got the
12  result March 2018.
13       Q.    Go to Exhibit P, please, P as in
14  Peter.
15       A.    Yes.
16             (Defendants' Exhibit P, e-mail dated
17        June 29, 2018, Bates stamped NYMC/WMC
18        000326 through NYMC/WMC 000329, marked for
19        identification.)
20       Q.    This is a string of e-mails.  The
21  first one is from you dated June 29, 2018.
22       A.    Yes.
23       Q.    "Dr. Sharma, I am sorry if previous
24  one was not friendly, I hope you ok with that.
25  I deleted all voice mails.  Best regards to the
```

```
 1                    A. Ali
 2   family.  Amro."  Do you see that?
 3       A.    Yes.
 4       Q.    First off, what did you mean by "I
 5   deleted all voice mails"?
 6       A.    I don't recall, but that was June
 7   29, 2018, so that was after the meeting I had
 8   with Dr. Bierman.  I assume by that time
 9   Dr. Sharma he called me and he left me
10   different voicemail about the situation and he
11   asked me to delete it.
12       Q.    Are you assuming that or do you know
13   when you look at this?
14       A.    When I look at this, that's what I
15   remember.
16       Q.    What voicemails was he telling you
17   to allegedly delete?
18       A.    Okay.  Sometimes Dr. Sharma leave a
19   voicemail for me about situation, about his
20   opinion, but I think around this time he felt
21   that things were heated up and it will not go
22   in the right away, so he asked me to delete the
23   voicemails.
24       Q.    Do you recall what he said in these
25   voicemails?
```

```
 1                    A. Ali

 2        A.    No.  He said the same what he said

 3   in the letters and he dictate in the letter.

 4   He said that I had been promised by Wandel.  He

 5   said I been mistreated, he said I was

 6   discriminated.  That's the same what he put in

 7   his letter to the dean and letter to the

 8   chairman.

 9        Q.    Let's talk about letters.

10        A.    Sure.

11        Q.    Below that e-mail from you there is

12   something that starts "Dear Dr. Hutcheson."  Do

13   you see that?

14        A.    Yes.

15        Q.    Who wrote that?

16        A.    Who wrote that?

17        Q.    Yes.

18        A.    I always write a letter and

19   Dr. Sharma edit it and we provide you last week

20   with the edited letter by Dr. Sharma.  So

21   Dr. Sharma review my letter, edit it, and he

22   agree on the content in writing and write this

23   to me.

24        Q.    When you say Dr. Sharma agrees on

25   the content in writing, are you saying that
```

```
 1                    A. Ali
 2  because he edited it and didn't change
 3  something, that he agreed with it?
 4       A.    No.  He wrote down -- in his
 5  testimony he said it was factual, right, and in
 6  his writing in the e-mail he contents are fine.
 7       Q.    Did Dr. Sharma ever tell you that he
 8  agreed with you that you were discriminated
 9  against on the basis of your national origin or
10  age?
11       A.    Hundred times.
12       Q.    Okay.  We will get into that.
13             Now, the e-mail that's below, was
14  that before or after Dr. Sharma's editing?
15       A.    That I don't recall, but I have the
16  edited version, so it will show the difference,
17  but I assume this one after Dr. Sharma edited
18  it, but again, I have the two version, the two
19  draft, the one before and the one after, and
20  his correction.
21       Q.    Go to the second page of that, 327,
22  page 327.  Do you see that?
23       A.    Yes.  Here.
24       Q.    Go to the third full paragraph that
25  starts with the word "unfortunately."  It says:
```

1                       A. Ali

2     "Unfortunately, I attempted step 3 April 2017

3     and I did not pass on first time for limited

4     resources of money and time."  Do you see that?

5          A.    Yes.

6          Q.    So you failed step 3 in April of

7     2017; correct?

8          A.    Yes, I said that.

9          Q.    Now, remember we were talking a

10    little bit earlier about the position.  You

11    believe that you had secured a position based

12    on the promise and you believed that in January

13    of 2017 that your position would be open in

14    April of 2018; correct?

15         A.    Yes.

16         Q.    Were there any other positions

17    between that time of January of 2017, other

18    than the one Daniel got, up through April of

19    2018 that you did not receive that you thought

20    you should have received as a resident?

21         A.    There was one position opened up in,

22    I believe, April or March 2017.

23         Q.    Who got that position?

24         A.    I don't know.  I don't know if it

25    even had been filled.

```
 1                     A. Ali

 2        Q.    Did you apply for that position?

 3        A.    I spoke to Dr. Wandel and I applied,

 4   you know, and tried to start earlier, but I

 5   think the concern was also step 3.

 6        Q.    I don't want you to speculate.  I

 7   need to know, in other words, by April of 2017

 8   you realized that your not having step 3 passed

 9   would be an impediment to you obtaining a

10   position as a resident?

11        A.    Yes, around that time we start the

12   issue about the step 3 discussion and

13   communication with different institute about

14   it, yes.

15        Q.    So this was an added condition to

16   the original promise that you received that if

17   you did good work, you would get an open

18   residency position; correct?

19        A.    I would not consider it added.  I

20   would consider it changing the plans or putting

21   extra hurdle of one year work.

22             THE COURT REPORTER:  I'm sorry, sir?

23        A.    Putting extra hurdle.  Because if

24   this is a condition, this should be clear from

25   October 2015, not after two years working for
```

```
 1                       A. Ali
 2    them for free they come in to add now step 3 as
 3    an extra requisite, which is not legitimate and
 4    it's not required to be taken.
 5         Q.    Other than that position in 2017, no
 6    other positions were filled up through April of
 7    2017 -- 2018; correct?
 8         A.    The only position after that only
 9    was the other guy who came.  That's the only
10    position I know about.
11         Q.    Okay.  That you know about.  So
12    let's go through it.
13              You think you are gonna get the
14    position in July of 2018.  When do you find out
15    that it goes to someone else?
16         A.    In February 2018.
17         Q.    What did you find out and from whom?
18         A.    I found out from Dr. Sharma.
19    Dr. Wandel called him.  He told him
20    Dr. Hutcheson she brought -- or she promised
21    another guy from her previous program to join
22    and Dr. Wandel by that time was very upset.  I
23    didn't hear the phone call, it was not on the
24    speaker, but this is the feedback I got from
25    Dr. Sharma and he said that, "I didn't even
```

```
 1                         A. Ali
```

```
 2    have the chance to interview him or to know,

 3    him, she just get him on board and nobody know

 4    anything," and this also has been confirmed by

 5    Dr. Sharma testimony and when he said that he

 6    and Dr. Wandel were not aware about him at all.

 7         Q.   Dr. Hutcheson had what position at

 8    that time?

 9         A.   What time?

10         Q.   At the time that that position was

11    filled that --

12         A.   She was just -- she was just newly

13    hired chairman.

14         Q.   Chairman of what?

15         A.   Ophthalmology department at New York

16    Medical College and Westchester Medical Center.

17         Q.   Okay.  Well, why should she have any

18    impact on the promise that Dr. Wandel allegedly

19    made to you?

20         A.   Because she has only one spot to

21    start July '18 and now it has to be go to one

22    of us, either the other candidate or myself.

23    The other candidate he trained with her, so

24    simple.

25         Q.   Did Dr. Wandel tell you that he
```

```
1                    A. Ali
```

2    spoke with Kelly Hutcheson and told her about

3    the promise he had supposedly made to you?

4        A.    He told Dr. Sharma that, and when I

5    met with him he told me that he told her.  I

6    met with him June 2nd -- I'm sorry -- July 2nd,

7    2018.  He told me that he told her and -- I

8    will jump in the time, maybe it's not the area

9    that you asked, but just to confirm what you

10   said, I told him in the meeting that, "you told

11   Dr. Sharma and you don't know anything about

12   this guy," and he said yes, she brought him, so

13   he changed the story.  Dr. Sharma said

14   Dr. Wandel didn't meet him, but when I said to

15   Dr. Wandel, he said "you know what, I just have

16   an interview phone call with him for the sake

17   of the completion of the process."  I asked

18   him, "is it usually common to interview

19   candidate in Qatar over the phone for

20   ophthalmology?"  He said, "You know what, we

21   have to complete the process.  I have no say on

22   that.  She wants the guy."  So I told him

23   because she make up the position for him, so I

24   hope you can guys keep your promises and give

25   me position for me.  After that I wrote a memo

1                    A. Ali

2    with the meeting and I sent it to him in the

3    same day at 5 p.m.

4         Q.    Do you know who would be involved in

5    selecting a resident outside of the match for

6    Westchester Medical Center, how many people

7    were involved and who would they be, if you

8    know?

9         A.    I don't know for sure, because I was

10   not in this position before, but what I know,

11   that in other program it's common, it's a

12   common thing happen every day, people get

13   application from different people.  First of

14   all, people post the position so they can offer

15   equal chances to people.  Maybe there are some

16   people outside better than me for the position.

17   And then they get the application.  They review

18   it.  They select for each position their

19   candidate.  They offer fair interview for each

20   one.  They sit, make a committee and they

21   decide.  But what happened, it was not like

22   that.  What happened, the position created,

23   founded for no reasons, and according to

24   Dr. Hutcheson testimony, she said there is

25   increase in the program need.  There is no

1                        A. Ali

2    increase in the program need.  And the proof of

3    that, the resident struggles to get the number

4    of cases of surgery every day.  They cannot get

5    the number of cases that they want.  So getting

6    one more resident make the cases divided on

7    three people and make it harder for them to get

8    their number of procedures that they have to do

9    to graduate from residency, and there is no

10   more clinic has been opened, there is no more

11   hospital affiliation, so there was no --

12            THE COURT REPORTER:  I'm sorry, sir?

13       A.    There is no more affiliation with

14   any program, there was no any more

15   justification to create a position from scratch

16   and to get fund and to get GME approval and to

17   get the visa, except personal interest.

18       Q.    Let me ask you this:  Your attorney

19   during some of his questioning mentioned two

20   people who got residencies and I believe, and

21   correct me if I am wrong, that he mentioned

22   there might have been a donation made in

23   connection with those --

24       A.    Yes.

25       Q.    You recall that testimony; right?

                        A. Ali

1

2       A.    Yes.

3       Q.    Those positions that those two

4  people got, those residencies, and I can't

5  remember their names right now --

6       A.    Dr. Doss.

7       Q.    Were those positions ever opened for

8  you?  Were they in ophthalmology?  I just want

9  to clarify that.

10       A.    Okay.  These two positions were in

11  ophthalmology and these two candidate they went

12  through the match.  I know there was a donation

13  had been made, $5,000, and was supposed to be

14  every month, and for some reason it interrupted

15  and I don't know what --

16             THE COURT REPORTER:  I'm sorry, sir.

17        I'm sorry.  Could you repeat that last

18        part.  "$5,000, and was supposed to be

19        every month" --

20       A.    Every month, then interrupted.

21  These two brother and sister, and my

22  recollection, this donation start before hiring

23  the first -- the sister, and continue somehow

24  and it would be on and off until the brother

25  get in.

```
 1                      A. Ali

 2      Q.    Where did you get that information,

 3   by the way, that $5,000 was changing hands

 4   every month?

 5      A.    Dr. Sharma.

 6      Q.    How did he know?

 7      A.    You ask him.

 8      Q.    Do you know?  Did you ask him how he

 9   knew?

10      A.    I don't ask these kind of questions.

11   Not my business.

12      Q.    Okay.  So you are saying that

13   sometimes money may play a role in someone

14   getting a residency; correct?

15      A.    In some situation, yes.

16      Q.    I'm sorry?

17      A.    In some situation, yes, with certain

18   people, yes.

19      Q.    Okay.  So here you find out you are

20   not gonna get the position.

21            Why didn't Dr. Wandel simply

22   overrule Kelly Hutcheson and say no?

23      A.    He cannot.

24      Q.    Why not?

25      A.    He want to keep his job.
```

```
1                        A. Ali

2         Q.    Couldn't he overrule her?  Did he

3   have the authority to overrule her selection?

4         A.    If he is strong program director, he

5   can do that.  Strong program director is the

6   one is in charge in front of the ACGME, because

7   if the ACGME come and they find the program is

8   bad or the resident is bad, they fire the PD,

9   they don't fire the chairman.

10        Q.    And this resident's name in 2018 was

11  what?

12        A.    Oh, the guy from the Gulf area?

13        Q.    Yes.

14        A.    Sameer Al-Shweiki, I believe.

15        Q.    Okay.  We will just go with Sameer.

16  All right?

17        A.    Okay.  Sameer.

18        Q.    Do you believe you were more

19  qualified than Sameer?

20        A.    According to records, yes.

21        Q.    Why?

22        A.    Simply you can compare the

23  achievement and the contribution to the

24  society.  He have zero publication.  I have

25  twenty.  He have zero grant, although you
```

```
 1                    A. Ali
 2  mentioned in your testimony that he has an NIH
 3  grant, which been denied by the chairman.  He
 4  have no grant.  I have a grant.  I have three
 5  chapter in textbook.  He have nothing.
 6            THE COURT REPORTER:  I'm sorry.
 7       Could you repeat the last part.
 8       A.    Sure.  Let me repeat.  I have twenty
 9  publications.  He have zero publication.  I
10  have one grant.  He have zero grant.  I have
11  four chapters in textbook.  He has nothing.  I
12  have four clinical fellowships in
13  ophthalmology.  He has none.  I complete my
14  residency in ophthalmology.  He didn't.  I work
15  very hard for three years for free to get the
16  position.  He did nothing except that he work
17  with the chairman and had the pleasure to work
18  with the chairman.
19       Q.    Did he pass the step 3, if you know?
20       A.    I didn't know.  I had been told that
21  he had passed.  But, I'm sorry, I don't trust
22  that.  We would need the record for that, when
23  he passed, because they said he has NIH grant
24  and we found out that he have no grants.  He
25  said that he came from Hopkins and he didn't
```

```
 1                    A. Ali
 2   come from Hopkins.  So the same way maybe they
 3   said he passed the step 3 and he didn't pass
 4   the step 3.
 5        Q.    So when this position went to
 6   Sameer, did you speak to Kelly Hutcheson
 7   directly about it other than writing to her?
 8        A.    Yes, I sent her e-mail in June
 9   trying to be very polite to her.  I told her I
10   heard there is a position open, because I don't
11   want to confront.  It's not appropriate just to
12   confront her and tell, "oh, you did this and
13   you did this."  So she didn't respond.  That
14   was June 2nd.  I got the auto reply and she
15   said "I'm out" -- auto reply said "I'm out of
16   town," and after that I try to reach in office
17   through Michelle Hodge to the point that I am
18   chasing her to meet with her.  Then finally she
19   scheduled a meeting July 20.  The meeting was
20   supposed to be with me, but I found Dr. Wandel
21   and Dr. Bierman in the meeting.
22        Q.    Did you ever tell her directly face
23   to face or over the phone that Dr. Wandel and
24   Dr. Sharma had promised you a residency
25   position?
```

```
 1                    A. Ali

 2       A.    Yes.

 3       Q.    Did she respond to that in any way?

 4       A.    She said, "I was not aware about

 5  it."

 6             (Defendants' Exhibit R, typewritten

 7       letter, Bates stamped NYMC/WMC 000331

 8       through NYMC/WMC 000334, marked for

 9       identification.)

10       Q.    Please go to Exhibit R.

11       A.    Can you tell me what it is so I

12  can --

13       Q.    Yes.  This is the modified letter

14  which appears to have the changes, I believe,

15  that Dr. Sharma had made.

16       A.    Oh, that's a good e-mail.  Yeah.

17  Thank you.

18       Q.    So am I correct that this document

19  Bates stamped NYMC/WMC 000331 through 334

20  consists of a document drafted by you that was

21  then corrected by Dr. Sharma, am I correct?

22       A.    Exhibit O, right?

23       Q.    I'm sorry?

24             MR. SADOWSKI:  R.

25       A.    Oh, I'm sorry.  What's the question
```

1                    A. Ali

2    again?

3         Q.    Is this your document that was then

4    corrected by Dr. Sharma?

5         A.    Again, I don't see the original

6    e-mail, but it looks like, yes.

7         Q.    Okay.  Now, if you will go to the

8    second page, 332.

9         A.    Yes.

10        Q.    In the second paragraph you talk

11   about November 2016 SF match.  Do you see that?

12        A.    In November, yes.

13        Q.    And then one of the sentences, I

14   guess the third sentence:  "Dr. Wandel

15   interfered and mentioned that the residents

16   (Eric and Adam) gave me negative feedback."  Do

17   you see that?

18        A.    Yes.

19        Q.    We talked about Eric Rosenberg.  Who

20   was Adam?

21        A.    Adam was another resident, but after

22   that I had been told like -- I didn't see him

23   in the interview.  I knew after that he was in

24   vacation, so I felt that it was just making up

25   by Dr. Wandel.

```
 1                   A. Ali
 2       Q.    Were you, in fact, interviewed in
 3  any way by Adam in connection with the November
 4  2016 SF match?
 5       A.    No.
 6       Q.    And did you work with Adam at any
 7  time?  Was he a resident at WMC?
 8       A.    I interact with him.  Even when I
 9  was in Metropolitan Hospital I spent my
10  rotation with him and he is a very nice guy,
11  very polite.  We get along.
12       Q.    Did you ever ask him after
13  Dr. Wandel told you this as to what he may have
14  said to the committee in connection with the
15  residency decision?
16       A.    I'm sorry.  I didn't get the
17  question.  What is the question again?
18       Q.    Did you speak to Adam after
19  Dr. Wandel told you this to ask him --
20       A.    No.  No.  No.
21       Q.    Do you know if during the interview
22  process that they interviewed residents who may
23  not have interviewed you?
24       A.    They interview resident who didn't
25  interview me?  What do you mean by that?
```

```
 1                    A. Ali
 2        Q.    Can a resident who didn't interview
 3   you participate in the decision making in the
 4   SF match?
 5        A.    Not directly.
 6        Q.    Why do you say that?
 7        A.    Why I'm saying that?
 8        Q.    Yes.  Why?
 9        A.    Because interview only by -- I
10   interviewed only by Dr. Zaidman and Dr. Dave.
11        Q.    But Adam was also an ophthalmologist
12   resident; correct?
13        A.    I'm losing the sound.
14        Q.    Was Adam --
15        A.    Now it's good.
16        Q.    Was Adam an ophthalmologist
17   resident?
18        A.    Yes, he was a first year.
19        Q.    Adam had worked with you from time
20   to time?
21        A.    Not during the interview process or
22   during the research time.  I worked with him
23   after that.
24        Q.    Before that you had never worked
25   with him?
```

```
 1                    A. Ali
 2        A.    No.  He was trained with other
 3   researcher.
 4        Q.    So you don't know as you sit here
 5   today whether Adam -- whether he should have
 6   had a bad opinion of you or not, but you don't
 7   know whether he had, in fact, given negative
 8   feedback; correct?
 9        A.    Correct.
10        Q.    Do you know of any other foreign
11   medical student who was told that they could
12   not get a residency by Dr. Bierman or anyone
13   else at the defendants before they passed the
14   step 3, do you know of anyone else except for
15   you?
16        A.    I have been told by Dr. Sharma that
17   his niece, which is a cardiologist right now at
18   Westchester Medical Center, when she joined the
19   residency she have a difficulty with step 3 and
20   she had been asked that maybe she need -- not
21   maybe -- that she has to pass it too before she
22   go to medicine.
23        Q.    Anybody else?
24        A.    No.  I'm sure they told other
25   people, but I don't know how many foreign grad
```

```
 1                    A. Ali

 2   and --

 3        Q.    You don't know any as you sit here

 4   today, other than the ones that you mentioned,

 5   a foreign medical graduate other than you and

 6   that other person had been told you must pass

 7   step 3 before you can start a residency, you

 8   don't know of any person people?

 9        A.    No, this is the only two foreign

10   grad, myself and Dr. Sharma niece.  I don't

11   know other foreign grad.

12             MR. MILLUS:  Okay.  I think this is

13        a good time.  I think I am going to go into

14        the concept of discrimination in connection

15        with the decision, okay, and then damages

16        and what the doctor has done since.  So

17        let's take a half hour and I will move as

18        quickly as I can through the rest of it.  I

19        think we have gotten through the bulk of

20        it, though.

21             THE WITNESS:  Thank you.

22             (Lunch recess was taken at 12:52.)

23

24

25
```

1                        A. Ali

2            A F T E R N O O N   S E S S I O N

3                (Time noted:  1:33 p.m.)

4    A M R O    A L I,

5         resumed as a witness, was examined and

6         testified as follows:

7    CONTINUED EXAMINATION BY

8    MR. MILLUS:

9         Q.    Welcome back.

10        A.    Thank you.

11        Q.    Now, I'd like you, sir, to look at

12   Exhibit O.  It is an e-mail from Dr. Sharma to

13   you, and then from you to Dr. Sharma dated June

14   24, 2018.

15             (Defendants' Exhibit O, e-mail dated

16        June 25, 2018, Bates stamped NYMC/WMC

17        000325, marked for identification.)

18        A.    Yes, I have it.

19        Q.    Now, you had learned that that

20   individual, Sameer, a doctor, was getting the

21   position in February of 2018; am I correct?

22        A.    Yeah, that's when we start to hear

23   that she is bringing someone.

24        Q.    Between February and June, what did

25   you do, if anything, to challenge that decision

```
 1                      A. Ali

 2   or confront anyone regarding the decision that

 3   apparently had been made?

 4        A.    First thing I did, I e-mailed

 5   Dr. Hutcheson I think in February, first

 6   e-mail.  I explained to her about my research,

 7   my work and what I did for the institute.  And

 8   I met with her also one time around April with

 9   Dr. Sharma, and after that I met with her

10   another time alone.

11        Q.    Okay.  And at those meetings, at

12   those meetings did you ever tell Dr. Hutcheson

13   that you thought you were being discriminated

14   against on the basis of your age or national

15   origin?

16        A.    So I had two meeting.  The first one

17   with Dr. Sharma I didn't discuss that, we

18   discussed the agenda and the plan and

19   Dr. Sharma appoint me for the position, and the

20   second one that I had with her with the license

21   I explained to her that I had been promised.  I

22   didn't use the word discriminate.  I had

23   been -- said I had been promised for the

24   position.  I had been asked to take step 3.  I

25   know it's not legitimate.  I discussed with
```

```
 1                    A. Ali
 2   them.  And as I mentioned in my first testimony
 3   in the first hour, she said, "I'm not aware
 4   about that."
 5        Q.    Did Dr. Hutcheson ever tell you that
 6   Dr. Sharma or Dr. Wandel had no power to
 7   promise you such a thing?
 8        A.    No.  It was very clear that
 9   Dr. Hutcheson in the meeting have a short talk,
10   she doesn't want to express anything.  The only
11   thing she always say "I was not -- this was
12   before me and I'm not aware about it, I have
13   not been informed."
14        Q.    In your entire time while working at
15   Touro, did anyone ever say anything to you that
16   you thought was discriminatory against you
17   based on your age or national origin?
18        A.    Yes.  There is Dr. Newman, who is a
19   colleague of Dr. Sharma and in the basic
20   science, he told him a statement, he told him,
21   "if his name was Mike or David, this would
22   not -- never happen to him."  And that
23   Dr. Sharma told me and Dr. Newman is there.
24        Q.    So Dr. Sharma told you that
25   Dr. Newman had said this; correct?
```

```
 1                      A. Ali
 2        A.    Yes.  Yes.
 3        Q.    When did Dr. Newman tell you this?
 4   I'm sorry.
 5        A.    He didn't tell me.
 6        Q.    When did Dr. Sharma tell you that
 7   Dr. Newman had said this?
 8        A.    I don't know when he told him.  I
 9   know that he told me that in 2018.  In the six
10   months of 2018.
11             THE COURT REPORTER:  I'm sorry, sir.
12        Could you repeat that?
13        A.    That happened during the first six
14   months of 2018 when was the heat and the e-mail
15   and all this exchange.
16        Q.    Let me ask you this:  After hearing
17   that someone else supposedly made such a
18   comment, did anyone ever say anything directly
19   to you that you thought was discriminatory on
20   the basis of your national origin or age?
21        A.    After what exactly?  After what?
22        Q.    In other words --
23        A.    No, no, no.  I didn't say no one.  I
24   said after what?  You said me after that
25   anybody told you.  So I am asking after what.
```

```
1                     A. Ali

2      Q.    I am saying at any time.

3      A.    Okay.

4      Q.    At any time that you were there in

5  the NYMC or WMC, did anyone ever say to your

6  face something that you considered to be

7  discriminatory based upon your age or national

8  origin?

9      A.    Okay.  Discrimination is insidious

10 action.  People doesn't write you on paper and

11 say we are discriminating against you or doing

12 this in your face so you go after them and sue

13 them.  People they do everything insidiously to

14 obstruct you to make you cannot do what you

15 supposed to do and say, "oh, we don't mean it,"

16 but if you need to look at the phrases, yes,

17 Dr. Wandel he told Dr. Sharma, as was his

18 testimony, "oh, Amro looks older than his age."

19 The other things -- you hear me?

20     Q.    I do, but you are not answering the

21 question and I don't want to belabor the point.

22 I know you have your own interpretation of

23 discrimination as being insidious.  Maybe you

24 will tell me it's a snake in the grass.

25             What I'd like to know is this:  Has
```

```
 1                        A. Ali
 2   anyone to your face ever said anything to you
 3   that you considered to be discriminatory based
 4   on age or national origin?
 5        A.    Yes.
 6        Q.    Okay.  Stop there.  Who?
 7        A.    That's Dr. Wandel and Dr. Sharma.
 8        Q.    When?
 9        A.    That was before my interview.
10        Q.    Which interview?
11        A.    My November 2016 interview.
12        Q.    And did Dr. Wandel say this to your
13   face?
14        A.    Yes.
15        Q.    Who else was present when this was
16   allegedly said, whatever it was?  We will get
17   to that in a moment.
18        A.    It was in his office.  Nobody was
19   there.
20        Q.    So Dr. Wandel said something to you
21   before your interview in November of 2016 that
22   you considered to be discriminatory.  Was it
23   discriminatory based on your age, national
24   origin, or both?
25        A.    It was -- this instance was age.
```

```
 1                      A. Ali
 2        Q.    Did it have anything to do with your
 3   national origin?
 4        A.    Not at this time.  After that.
 5        Q.    Okay.  We'll get into that.
 6              What did he say to you that you
 7   thought was discriminatory at this meeting
 8   regarding your age?
 9        A.    He was referring that people concern
10   and his concern if I get a phone call in the
11   middle of the night I will wake up, because,
12   you know, and he said "you know" and then he
13   stop and he was laughing.
14        Q.    Well, other than those exact words
15   that you just said that he said, did he say
16   anything else?
17        A.    Yes, he said to Dr. Sharma that I
18   look older than my age.
19        Q.    Well, was Dr. Sharma in the room
20   when Dr. Wandel told you about waking up or
21   said something about waking up?
22        A.    He told him also the same statement
23   and he told it to me.  No.  I'm sorry.  He was
24   not there.  I'm sorry.  He was not there.
25   Okay.
```

```
 1                    A. Ali

 2        Q.    Okay.  It will just take forever

 3   and I don't --

 4        A.    I know.  I'm sorry.  He was not

 5   there.

 6        Q.    So Dr. Wandel, just to repeat, in

 7   your presence, no one else there, made a joke

 8   about your ability to wake up; correct?

 9        A.    No, it was not a joke.  It was a

10   statement.

11        Q.    You thought it was a statement and

12   you thought that was geared toward your age;

13   correct?

14        A.    Yes.

15        Q.    Did you report that to anyone at

16   NYMC that he made that statement to you that

17   you thought was talking about your age?

18        A.    Yes.

19        Q.    Who did you report it to?

20        A.    Dr. Sharma.

21        Q.    When did you report it to

22   Dr. Sharma?

23        A.    Should be the same -- I don't recall

24   the date, but usually the same day or next day,

25   because I worked with him every day.
```

```
 1                   A. Ali
 2        Q.    And what did Dr. Sharma tell you
 3   after you told him that?
 4        A.    He told me, "I have been told the
 5   same before."
 6        Q.    Who has been told, Dr. Sharma has
 7   been told the same --
 8        A.    Dr. Sharma -- Dr. Sharma had been
 9   told by Dr. Wandel the same statement before.
10        Q.    About you?
11        A.    Yes.
12        Q.    Did he say anything else other than
13   he was told the same statement?
14        A.    No.
15        Q.    So you told Dr. Sharma.
16              Did you think you were being
17   discriminated against by Dr. Wandel at that
18   point?
19        A.    I start to have the feeling that he
20   start discriminate by age.  This is the only
21   explanation for him referring to that.  I have
22   no other reason.
23        Q.    Did you make any formal complaint
24   to NYMC regarding Dr. Wandel purportedly
25   discriminating against you on the basis of your
```

1                     A. Ali

2    age?

3         A.    No.  In the health care field you

4    don't report your director just like that.

5         Q.    All I want to know is whether you

6    did so or not, and you did not; correct?

7         A.    No, I didn't.

8         Q.    Now, did you tell anyone else other

9    than Dr. Sharma about Dr. Wandel's statement?

10        A.    I believe I told Dr. Eric Rosenberg.

11        Q.    Do you believe that, do you recall

12   that?  I just want to know.  You say you

13   believe that.  Do you have a recollection?

14        A.    I'm talking about three years.  Yes,

15   I -- yes, I told him that.  I did.

16        Q.    When?

17        A.    Should be after the meeting.  I

18   don't know when.

19        Q.    Who else was present, if anyone?

20        A.    Say again.

21        Q.    Anyone else present when you told

22   Dr. Rosenberg that?

23        A.    No.

24        Q.    Did you tell Dr. Rosenberg exactly

25   what you just testified to regarding what

```
 1                    A. Ali
 2  Dr. Wandel said about getting up or being able
 3  to get up in the middle of the night?
 4       A.    Yes.
 5       Q.    What did Dr. Rosenbaum say to you,
 6  if anything?
 7       A.    He made no comments.
 8       Q.    Did you tell anybody else?
 9       A.    No.  No.  Dr. Sharma and
10  Dr. Rosenberg.
11       Q.    Were you aware if there was any
12  policy in place at NYMC regarding who and what
13  to report in terms of discriminatory behavior,
14  were you aware of any policy?
15       A.    No.
16       Q.    Did you ask, inquire whether any
17  such policy existed so you could follow it in
18  making such a complaint?
19       A.    I spoke to that Dr. Sharma, but not
20  after this instance -- but not after this
21  instance.
22       Q.    Other than that one instance, what
23  you just told us about, did Dr. Wandel ever
24  say, not do, say anything to you that you
25  thought was discriminatory against you on the
```

```
 1                    A. Ali
 2   basis of your age or national origin?
 3        A.    Yeah.  He said about all foreigners,
 4   foreign grad, they have to take a step 3, and
 5   when I ask him that your American candidate who
 6   match you don't ask them that, he says this is
 7   the policy for foreign medical grad.  It's not
 8   only --
 9             THE COURT REPORTER:  I'm sorry, sir.
10        Could you repeat that last part.
11        A.    Okay.  Dr. Wandel, he referred that
12   the policy for foreign grad is to pass step 3
13   before they get in, and when I dispute that
14   with him in different situation, he explain
15   this is the policy and this is Dr. Bierman
16   dictations and they call it Bierman law, and
17   also there is a chain of e-mail from
18   Dr. Bierman to Wandel to Sharma state that
19   step 3 contingent for candidacy and then the
20   chain of e-mail from me from the New York State
21   medical board, from federal --
22             THE COURT REPORTER:  I'm sorry, sir.
23        Could you just repeat that last part.
24        A.    Dr. Bierman sent to Dr. Wandel
25   e-mail state that step 3 is contingent for
```

```
 1                      A. Ali
 2   candidacy.  Okay.  Dr. Wandel forward this
 3   e-mail to Dr. Sharma and I saw the e-mail, but
 4   with the document production, zed (phonetic).
 5               Two, I got e-mail from -- when I
 6   thought it's a good mistake, I said maybe they
 7   don't know, let me explain to them.  I get an
 8   e-mail from the New York State Medical Board,
 9   from the federal and state medical board, from
10   the ACGME, it state that treating American grad
11   different from foreign medical grad fall under
12   provision of the harassment policy and
13   discrimination and I sent it to them.
14               Number three, I sent appeal letter
15   to Dr. Hutcheson, which is being drafted and
16   Dr. Sharma agree on the content.
17               Four, I drafted a dean -- a letter
18   to the dean, which Dr. Sharma was supportive to
19   it, and he ask me "go and they will call me, I
20   will come and I will follow with you."  But
21   after that he told me the dean will not stand
22   up against the chair, you know.
23               Finally, the minutes meeting which
24   Dr. Bierman was clear about it, he state IMG,
25   step 3, they have to take an IMG -- IMG have to
```

```
 1                      A. Ali

 2   take a step 3 and this is our policy.  It was a

 3   clear statement from him which has been

 4   dictated in the minutes meeting.

 5        Q.    Thank you for setting out your case.

 6   Of course my question was whether Dr. Wandel

 7   had said anything, and then you went off on

 8   your tangent, which I will get into all of it

 9   in a moment.

10            What I want to know, sir, very

11   simple, other than telling you or saying

12   something about you getting up in the morning

13   or telling you that step 3 needed to be passed,

14   did Dr. Wandel say anything, say anything to

15   you --

16        A.    No.  No.

17        Q.    -- that you considered to be

18   discriminatory on the basis of your age or

19   national origin?

20        A.    Yes.

21        Q.    He did not; correct?

22        A.    No, I'm sorry, repeat that question.

23        Q.    Yes.

24        A.    The last question.  The last

25   question.
```

```
1                    A. Ali
2        Q.    I will.
3              Other than Dr. Wandel telling you
4    that you had to pass step 3 or Dr. Wandel
5    saying he wondered whether you would be able to
6    get up in the middle of the night, did he say
7    anything else that you considered to be
8    discriminatory based on your age or national
9    origin, him say to you?
10       A.    No, but I need to correct something.
11   He said step 3 required for foreign medical
12   grad, just passing step 3.  Because if he say
13   passing step 3 for everybody, it's not
14   discrimination, but if he said step 3 only for
15   foreign medical grad, this is a point.
16       Q.    Is there anyone else at NYMC or WMC,
17   that said anything to you while you were
18   working there that you considered to be
19   discriminatory based on your age or national
20   origin?
21       A.    Away from that, no.
22       Q.    Other than that, no.  Okay.
23             Now, did you ever see any sort of
24   posting, any sort of cartoon, any sort of
25   e-mail that you think discriminated against you
```

```
 1                      A. Ali

 2    on the basis of your age or national origin

 3    from anyone at WMC or NYMC?

 4         A.    No.

 5         Q.    Go back to step 3 for a moment.

 6         A.    Sure.

 7         Q.    Who was the person that imposed the

 8    step 3 obligation, to your knowledge?

 9         A.    First one was Dr. Sharma.  And --

10    first one was Dr. Sharma.  Second one was

11    Dr. Wandel.

12         Q.    Correct me if I'm wrong.  All right.

13    I thought you testified earlier today that

14    Dr. Bierman was the one who said that you had

15    to pass step 3?

16         A.    I didn't -- Dr. Bierman dictates the

17    rule.  I never have any direct communication

18    with Dr. Bierman.  My testify in the morning

19    said Dr. Wandel said it's Dr. Bierman

20    regulation that foreign grad have to be step 3.

21    So Dr. Wandel conveyed the message from

22    Dr. Bierman to me and Dr. Sharma.

23         Q.    So was it Dr. Wandel's requirement

24    or Dr. Bierman's, to your knowledge, the step 3

25    requirement?
```

```
1                    A. Ali

2        A.    I got the information from

3   Dr. Wandel, because this is the person I have

4   direct communication with him for the

5   residency.

6        Q.    You said it was Dr. Bierman who

7   established that rule; correct?

8        A.    Okay.  There is -- just to be clear,

9   there is two different thing.  There is someone

10  told me that I have to pass the step 3 and

11  there is someone established the rule.  The

12  person who told me is Dr. Wandel.  According to

13  what he told me, this is up to Dr. Bierman.

14  Another way Dr. Wandel get himself out of

15  situation, he doesn't make the rule, it's

16  Dr. Bierman and we have to follow.

17       Q.    Okay.  The first time you ever heard

18  of step 3 being involved in your residency was

19  from Dr. Wandel; am I correct?

20       A.    It was from Dr. Sharma, as I

21  explained, but it was in general conversation,

22  "oh, you have to past the step 3."

23       Q.    So the first person who said you

24  have to pass step 3 was Dr. Sharma?

25       A.    Yes.
```

```
 1                      A. Ali
 2      Q.    When was that?
 3      A.    That was before the match of
 4  November 2016.
 5      Q.    So you knew as of November --
 6  sometime before November 2013 --
 7      A.    '16.
 8      Q.    -- 2016, excuse me, that you
 9  would need to pass the step 3, according to
10  Dr. Sharma, before you could obtain that open
11  slot residency; correct?
12      A.    He didn't -- he didn't condition it,
13  you know.  He said, "oh, Amro, you have to
14  apply for step 3, you have to take it," but he
15  didn't say, "oh, if you didn't get step 3, you
16  will not get your residency spot."
17      Q.    Well, did you ask him, "doctor,
18  since you told me if I do good work, which I
19  have been doing, why do I have to even consider
20  step 3," did you ask him that?
21      A.    Yes, I ask him, and he said -- and
22  he said, "we don't want increase the bar."
23      Q.    Don't what?
24      A.    In other way, he told me as a
25  foreign grad that we take you.  Now, if the
```

```
 1                    A. Ali
 2   rule or the policy, even if it's not
 3   legitimate, taking step 3, you know, we don't
 4   want to increase the bar.
 5        Q.    When you say as a foreign grad, you
 6   mean as a graduate of a foreign medical school;
 7   correct?
 8        A.    Okay.  Once -- okay.  Once you open
 9   your mouth and you start speak with an accent
10   and you have a different name, you classified
11   as a foreign grad regardless where did you get
12   your degree.
13        Q.    Sir --
14        A.    No, no, no, let me do.  Let me
15   explain to you.  This is science based.
16   Because there is more than one study has been
17   published in PubMed based on that.  You know, I
18   can send you the paper that people made a study
19   and all what they change is the name of the
20   person from American name to Pakistani name and
21   they get different feedback from the residency
22   program.  This article has been published 1999
23   and another one in 2010.
24        Q.    You acknowledged earlier today that
25   there are plenty of foreign medical students
```

```
 1                    A. Ali
 2  who attend -- medical students whose national
 3  origin has nothing to do with America who
 4  attend American medical schools; correct?
 5      A.    No, I didn't say plenty.  I said I'm
 6  sure there are some.  If you go to the record,
 7  we can read it.  I said I'm sure there are
 8  some.  What I said there is plenty, I said
 9  about American who attend the Caribbean
10  programs.
11      Q.    Right, and there are Americans who
12  attend other programs outside of America;
13  correct?
14      A.    Yes.
15      Q.    And they are foreign medical
16  graduates, because they are from a foreign
17  medical school, aren't they?
18      A.    No.  They are treated completely
19  different.  If you look at the policy of the
20  Caribbean hospital, all medical student in the
21  Caribbean program they get their training in
22  U.S.  They get all their rotation of the two
23  clinical years in U.S., so they already exposed
24  here to the system, they do the rotation here,
25  they have a letter from the people here, and
```

```
 1                    A. Ali
 2   also this kind of Caribbean program they pay
 3   the hospital here so they accept them as a
 4   trainee during their clinical rotation.
 5        Q.    Doctor, are you an expert on
 6   Caribbean medical schools and American students
 7   who attend there?  Where did you obtain that
 8   expertise?
 9        A.    I'm sorry?
10        Q.    Where did you obtain any sort of
11   expertise as it pertains to Americans going to
12   Caribbean medical schools?
13             MR. SADOWSKI:  Objection.
14             You can answer.
15        A.    Okay.  Can you rephrase the
16   question, please, just make sure I get it
17   right.
18        Q.    You are talking about Caribbean
19   medical schools, somehow an example of American
20   students who come back to the United States.
21   Where did you get this knowledge?  How did you
22   obtain this knowledge?
23        A.    This is public information and it's
24   very well known people who have low MCAT, you
25   know, living in America, they go to Caribbean,
```

```
1                        A. Ali
2    they can get the loans from U.S. to pay for
3    that, and they come here, they pay for -- they
4    attend all the rotations here and they match
5    here, and not only that, the Caribbean program,
6    they pay many community hospital here like
7    Riverdale, Bronx Lebanon Hospital to accept as
8    trainee.
9         Q.    So do you believe that the step 3
10   requirement was imposed on you because of your
11   age, national origin, both or only one, which
12   is it?
13        A.    Both.
14        Q.    You think it's both, age and
15   national origin?
16        A.    Yes.
17        Q.    Go to Exhibit O, which you have
18   before you.
19        A.    Yes.
20        Q.    In your e-mail of Sunday, June 24,
21   2018, at 11:02, you say:  "Hi Dr. Sharma, you
22   asked me to sit back and to think after this
23   devastating meeting."
24              Okay.  Did he ask you to do that?
25        A.    Yes.
```

```
 1                      A. Ali

 2        Q.     Did you do that?

 3        A.     Did I do what, sit and think about

 4   the meeting?

 5        Q.     Sit back and think.

 6        A.     Yeah, of course.

 7        Q.     How long did you sit back and think?

 8        A.     Weekend.

 9        Q.     Then you wrote:  "It is very clear

10   that I have been treated unfairly and have been

11   discriminated based on my age."  Do you see

12   that?

13        A.     Yes.

14        Q.     So if you thought about it clearly

15   over the weekend, why didn't you include your

16   national origin as being your basis for

17   discrimination?

18        A.     That based on the conversation he

19   conveyed to me from this meeting.

20        Q.     So you are telling me that at the

21   time you wrote this e-mail that you believed

22   that you had been discriminated against based

23   on your national origin up to that point?

24        A.     Yes, but I respond to the e-mail or

25   to the meeting he had.
```

1                    A. Ali

2        Q.    You say you have been discriminated

3   against based upon "my age," "treated

4   unfairly."

5        A.    Yes.

6        Q.    You don't put in national origin.

7   Why not?

8        A.    Why not?

9        Q.    Why not.

10       A.    Because I put it in hundred e-mail

11  before and after that, so if I missed it in one

12  e-mail because I didn't write it, it doesn't

13  mean it's not there.  I can say second thing I

14  was referring to certain meeting he attended.

15       Q.    Let me ask you this:  You say in

16  hundreds of e-mails before that you mentioned

17  your national origin as being a basis of

18  discrimination?

19       A.    I had been mention in many e-mails

20  that I had been discriminated as an IMG.

21       Q.    Who were those e-mails to?

22       A.    To Sharma, to Wandel, to

23  Dr. Hutcheson -- I'm sorry.  I have to say

24  Dr. Sharma, Dr. Wandel, Dr. Hutcheson.

25       Q.    And how many e-mails?  You say it

```
 1                      A. Ali
 2  was hundreds?
 3       A.   Okay.  I didn't count them, but I
 4  promise I can count them for you exactly.  I
 5  would say at least twenty.
 6       Q.   If you wrote such an e-mail, sir,
 7  you would have it on your system; correct?
 8       A.   Yes.
 9       Q.   Okay.  I don't recall seeing
10  hundreds.  I don't recall seek too many at all,
11  if anything, that mentioned national origin.  I
12  know that you mentioned foreign medical student
13  grad, but if you have those, please secure
14  them.  I will check against the production that
15  was made to me and see whether or not I am
16  missing any.  Okay?
17       A.   Okay.
18       Q.   Now, let's go to Exhibit S, please.
19       A.   I'm sorry.  Exhibit O?
20       Q.   Now we are done with that.  Can we
21  go to Exhibit S as in Sam.
22            (Defendants' Exhibit S, e-mail dated
23            July 18, 2018, Bates stamped NYMC/WMC
24            000185 through NYMC/WMC 000189, marked for
25            identification.)
```

```
 1                    A. Ali

 2        Q.    This is your e-mail to

 3   Dr. Hutcheson, appeal letter.  For the record,

 4   it is an e-mail from Amro Ali to Kelly

 5   Hutcheson, Wednesday, July 18, 2018, 7:33 p.m.,

 6   Bates stamped NYMC/WMC 185.

 7        A.    I'm sorry.  Can you say which

 8   exhibit please?

 9        Q.    Yes.  Exhibit S.  It's your appeal

10   letter to Dr. Hutcheson.

11        A.    Oh, okay.

12        Q.    Now, this is an e-mail that you sent

13   to Dr. Hutcheson as an appeal before the

14   meeting that you were going to have with her on

15   July 20th; correct?

16        A.    Yes.

17        Q.    And this is something that you had

18   provided to Dr. Sharma to review?

19        A.    Yes.

20        Q.    Now, if you will go to the second

21   page -- third page of the e-mail, please.  No,

22   second page.  I'm sorry.

23             The last paragraph:  "In November,

24   2016 I applied to the SF match and I got my

25   formal interview at NYMC which I felt I did
```

```
 1                        A. Ali

 2   very well especially when I met attending

 3   physicians later and they showed happiness with

 4   my work.  I believe at that stage Dr. Wandel

 5   interfered and mentioned that the residents

 6   (Eric and Adam) gave me negative feedback."

 7             When you say he interfered, other

 8   than reporting to you purportedly that there

 9   was negative feedback, how did he interfere?

10       A.    He used this negative feedback or

11   assumed negative feedback to justify for me

12   that he cannot rank me high on the San

13   Francisco match.

14       Q.    If Dr. Wandel had ranked you high,

15   was anyone else involved in the rankling

16   process for the San Francisco match?

17       A.    Can you repeat the question again.

18       Q.    Let me rephrase it.

19             Who makes the decision on the San

20   Francisco match?

21       A.    Dr. Wandel.

22       Q.    Only Dr. Wandel?

23       A.    He got feedback from other people

24   who interview you, but he is the one made the

25   final rank list.
```

```
 1                    A. Ali

 2        Q.    Did you think at that time that

 3   Dr. Wandel as early as November of 2016 when

 4   you had been working there approximately 11

 5   months or so, did you think that he was

 6   actively discriminating against you on the

 7   basis of your age or your national origin?

 8        A.    By the time of the match I didn't

 9   think -- let me look here.  Yeah, before that,

10   before that, if I recall right, I have the

11   incident of talking about my age, you know, but

12   the feedback I got from him that he has not

13   ranked me high because the resident talked

14   negative about me, that make me somehow

15   suspicious.  To the extent of the

16   discrimination I get the impression when he

17   talk about my age before November interview --

18   before the matching process one time and when I

19   spoke also to Dr. Sharma.

20        Q.    Before the match takes place he

21   mentions that comment about getting up out of

22   bed.

23        A.    Yes.

24        Q.    Then the match comes out and he told

25   that there was negative feedback.  Did you
```

```
 1                      A. Ali
 2   conclude at that point that he was preventing
 3   you from getting the residency on the basis of
 4   your age or national origin?
 5        A.    If I know he is lying, it would be a
 6   fact for me, but I didn't know that he was
 7   lying by that time.
 8        Q.    Now, you say subsequent to that that
 9   you have reasons to believe it's not true.  "I
10   knew from many sources that these residents
11   were very supportive of my candidacy.
12   Dr. Wandel tried to blame the residents for not
13   ranking me high as he mentioned to me while
14   ago."
15            Okay.  Let me ask you:  How many
16   sources did you consult regarding this as you
17   reported in this e-mail, how many sources?
18        A.    Two sources.
19        Q.    You told me you spoke to Eric
20   Rosenberg.  Who else?
21        A.    Eric Rosenberg and Dr. Sharma, and
22   also the people I got interviewed with them,
23   because I met one of them after that.
24        Q.    I want to know how many people who
25   interviewed you did you speak with?
```

```
 1                      A. Ali

 2      A.    Okay.  I had an interview with two

 3  people, doctor Gerry Zaidman and Dr. Dave.

 4  Dr. Gerry Zaidman, he is a cornea specialist at

 5  Westchester Medical Center.  Dr. Dave, she is

 6  pediatric ophthalmology at metropolitan.

 7            THE COURT REPORTER:  I'm sorry.

 8      Dr. Dave --

 9      A.    Pediatrics ophthalmology at

10  Westchester.  I'm sorry.  At Metropolitan.  I'm

11  sorry.

12      Q.    These were the interviews in

13  connection with the San Francisco match in

14  2016?

15      A.    Correct.

16      Q.    Any other interviews other than

17  those two?

18      A.    No.

19      Q.    Did you speak to any of them after

20  you did not get the match?

21      A.    Yes.

22      Q.    Who?

23      A.    Dr. Dave.

24      Q.    What did he say?

25      A.    She.  I met her when I was doing the
```

1                          A. Ali

2    rotation at Metropolitan and she knew that I am

3    getting my orientation start and she said -- I

4    met her in the train and she was very happy and

5    she told me, "I am very happy that you are

6    here, I know you are doing well and I am happy

7    that you are joining us."

8        Q.    Did she discuss what her

9    recommendations were in connection with the

10   2016 match?

11       A.    No.  No.

12       Q.    Did you ask her?

13       A.    Say again.

14       Q.    Did you ask her what recommendation

15   she made, what match she made in the 2016

16   match?

17       A.    It's not appropriate to ask

18   interviewer about the evaluation for you, so I

19   never asked those questions.

20       Q.    Now, other residents are also

21   interviewed in connection with a question of

22   who is gonna make the match; correct?

23       A.    Can you rephrase the question,

24   please.

25       Q.    You had two doctors who interviewed

```
1                    A. Ali
2  you?
3      A.    Yes.
4      Q.    And you are aware that other
5  residents in the ophthalmology department are
6  talked to regarding the potential candidates;
7  correct?
8      A.    I knew that after from Dr. Wandel.
9  Not during the interview.
10     Q.    I'm sorry.  Say it again.
11     A.    I knew this from Dr. Wandel.  Not --
12  after the interview.
13     Q.    All I am asking is the process, sir.
14  You have been through the match several times.
15         Are you aware that residents who may
16  not interview you but may be interviewed by the
17  interviewers to determine the candidacy for the
18  match?
19     A.    It varied.  Some program yes, some
20  program no.
21     Q.    In this program were you aware if
22  any other residents were spoken to regarding
23  the November, December match of '16?
24     A.    No.  I had been told that Eric was
25  the main one who give the feedback and that was
```

```
 1                      A. Ali

 2    from Dr. Wandel.

 3         Q.    Other than Eric and Adam, and I

 4    don't believe you told me you spoke to Adam --

 5         A.    I said I didn't spoke to Adam after

 6    that.

 7         Q.    But do you know as you sit here

 8    today whether any other residents were, in

 9    fact, spoken to regarding yours or anybody

10    else's candidacy for that 2016 match, do you

11    know?

12         A.    No.

13         Q.    Could you find me in this e-mail,

14    maybe I am just not looking at it properly,

15    whether you told Kelly Hutcheson that you

16    believed that your failure to get a residency

17    position was based on your age or national

18    origin?  Take a moment to look through it.

19               (Document review.)

20         A.    If you look at the page 00187,

21    paragraph number 3 -- I'm sorry.  Third

22    paragraph 5.  According to the NYMC

23    Westchester Medical contract, page 40, passing

24    step 3 is not requirement, and I continue the

25    program director, he mentioned that only accept
```

```
 1                      A. Ali
 2   American without step 3, such contract is only
 3   for American grad, whereas international grad
 4   have to pass step 3.
 5             You don't -- you don't send your
 6   chairman, if you are still working in that
 7   institute, a vile (phonetic) e-mail you tell
 8   him you are discriminating against me.  And I
 9   will need to review this one, which is
10   corrected by Dr. Sharma, the original one that
11   I put, because Dr. Sharma when he edit it he
12   has tried to make it little bit mild so we
13   don't irritate Dr. Hutcheson and we keep open a
14   chance to keep things inside.  So I will ask
15   for a review of the original one and compare to
16   the original one to the changes that has been
17   made by Dr. Sharma and if this changed the
18   content.
19        Q.    In that paragraph you say -- you
20   mention American graduate.  What are you
21   referencing when you speak of American
22   graduate?
23        A.    What I mean -- what I mean by
24   American graduate?
25        Q.    Uh-huh.
```

```
 1                      A. Ali
 2      A.    I mean people graduate from American
 3  school.
 4      Q.    Now, any place in there that you
 5  mention that your age played a role in the
 6  decision making where you did not receive a
 7  residency?
 8      A.    I need to review it all.
 9            (Document review.)
10      A.    Okay.  The only thing I refer to
11  the age in paragraph number 1, which is I
12  mention -- paragraph number -- I'm sorry.
13  Page 2, paragraph 2, when I refer "I was very
14  clear about my age."  And there is other e-mail
15  which I express that.
16            THE COURT REPORTER:  I'm sorry, sir?
17      A.    There is other e-mails where -- like
18  the other e-mail we just discussed we talk
19  about the age.  That was exhibit, I believe, O.
20  Exhibit O we discussed that discrimination was
21  based on the age.
22            (Defendants' Exhibit T, Meeting
23            Minutes dated July 20, 2018, Bates stamped
24            NYMC/WMC 001779 through NYMC/WMC 001781,
25            marked for identification.)
```

```
 1                    A. Ali
 2        Q.    Okay.  If you will go to Exhibit T
 3   as in Tom, please.  This is the meeting minutes
 4   from July 20, 2018.  For the record, these are
 5   meeting minutes dated July 20, 2018, Bates
 6   stamped NYMC/WMC 001779 through 1781.
 7        A.    I'm sorry.  Give me -- give me one
 8   minute more.  One second.  Okay, thank you for
 9   you time.  I have it.
10        Q.    Now, have you had an opportunity to
11   read these minutes since the case started?
12        A.    When the document had been provided,
13   yes.
14        Q.    Do you know as you look at it, and
15   you can take the time, is there anything that's
16   inaccurate in these minutes?
17        A.    Inaccurate, no.  Incomplete, yes.
18        Q.    Incomplete.  What is missing from
19   the minutes that took place at that meeting?
20        A.    When Dr. Bierman said that --
21   countered this is required for IMG, you know,
22   my understanding and my experience that age was
23   a factor also for establishing step 3 as an
24   extra hurdle for me, not only being IMG, but
25   that what he dictate -- that what he said.
```

```
 1                     A. Ali

 2        Q.    So you mentioned age and it didn't

 3   appear in these minutes, is that what you are

 4   saying?

 5        A.    No, I didn't mention age.  When

 6   he said -- okay.  In the page number 2,

 7   paragraph 4, Dr. Ali countered according to WMC

 8   contract step 3 shouldn't have prevented him

 9   from getting.  "Dr. Bierman countered that this

10   is a requirement for IMG."  My impression and

11   my experience with them is not only about being

12   IMG, it's all about my age, and that's what has

13   been stated in your first record from

14   Westchester, that step 3 was asked to me

15   because I am age and years off medical school

16   and lack of ophthalmology knowledge.

17             THE COURT REPORTER:  I'm sorry?

18        A.    In the first letter we got in

19   response to our complaint from New York Medical

20   College, they refer that step 3 has been asked

21   because I was away from my medical school for

22   long time and lack of clinical experience,

23   which, of course, is not true based on my

24   clinical training.  So based on the letter I

25   got from them, I think it's also age.
```

```
1                    A. Ali

2         Q.    If you look at the paragraph just

3    follows that, it says:  "Dr. Bierman countered

4    that this is a requirement for IMG.  He also

5    stated that when there is an unplanned vacancy

6    and a discussion is had about the position, it

7    is not a 'forever offer'."  Let's stop there

8    for a moment.

9         A.    One second.  One second.  Which

10   paragraph?

11        Q.    The paragraph right after the one

12   you read, "Dr. Ali countered."

13        A.    Yes.

14        Q.    The fact is by February of 2018 you

15   had not passed step 3; correct?

16        A.    February 2018 I took the exam.

17        Q.    You didn't pass until April;

18   correct?

19        A.    Yes.

20        Q.    They filled the position before you

21   had passed step 3; correct?

22        A.    I don't know that.

23        Q.    Well, the doctor who came in, Sameer

24   from the UAE, he started before you learned

25   that you had passed the step 3 or not?
```

```
 1                    A. Ali

 2       A.    No, no, no.  He start July '18.

 3       Q.    Did you know that he had received

 4  the position, even if he didn't start until

 5  later, prior to the time that you passed

 6  step 3?

 7       A.    I have no access to this

 8  information, but I know he had been promised

 9  the position since he was in Qatar.

10       Q.    Now, I know there has been some

11  testimony regarding -- or some questions from

12  your counsel regarding how the meeting ended.

13  Were you escorted out by security?

14       A.    No, not at all.

15       Q.    Did the meeting end on a civil note?

16       A.    Very nicely.  Even just to explain

17  something, in Dr. Hutcheson testimony she

18  mentioned that she left the room with Michelle

19  Hodge and left people behind.  That was not

20  correct.  Dr. Bierman is the first one left the

21  room and Dr. Hutcheson and Dr. Wandel, they

22  were sitting.  So he asked them directly, "why

23  you are not sitting, it's time to leave."  So

24  they left with him.  I only left with Michelle

25  Hodge, I shake hands with her, I say thank you
```

1                        A. Ali

2   for the time, and she told me, "I'm sorry, I

3   hope seeing you in better situation."  And when

4   I went down to the security office in the front

5   desk waiting for the car take me to the office,

6   I met Dr. Bierman and who spoke very nicely to

7   me and he told me, "oh, it's a nice day to have

8   a walk."  So that is exactly what happened.

9        Q.    So what was your last day of

10  performing research in your position as a

11  volunteer at Touro, what was your last day?

12       A.     Physically it was July 20.  I didn't

13  go after that, but I continued to work on some

14  paper with Dr. Sharma remotely.

15             (Defendants' Exhibit V, e-mail dated

16             September 27, 2018, NYMC/WMC 000335 through

17             NYMC/WMC 000337, marked for

18             identification.)

19       Q.    If you will go to Exhibit V as in

20  Victor.

21       A.    Can you tell me what it is, please.

22       Q.    V as in Victor is an e-mail, the

23  first e-mail is from Dr. Sharma to you dated

24  September 27, 2018, Bates stamped, for the

25  record, NYMC 000335 through 337.

```
 1                    A. Ali

 2       A.    Yes, I have it.

 3       Q.    Before we get to that, did you

 4  obtain employment anywhere else after July

 5  20th, 2018?

 6       A.    Did I what?

 7       Q.    Employment.  Did you start any job

 8  after July 20th, 2018?

 9       A.    No.

10       Q.    Have you been employed where you

11  have received wages or salary from July 20th,

12  2018, until today?

13       A.    No.

14       Q.    Have you tried to obtain employment

15  anyplace else?

16       A.    Yes.

17       Q.    Where?

18       A.    I applied in positions at Bronx

19  Lebanon, I applied position at SUNY, and it was

20  very clear to me, especially with the Bronx

21  Lebanon, that there is a negative feedback come

22  from somewhere.

23       Q.    We will get to that.  Anyplace else?

24       A.    I applied in many places.  Even I

25  applied at pharmaceutical company just trying
```

```
 1                     A. Ali

 2  to make a living on the side, but of course

 3  because my experience is clinical it was hard.

 4            THE COURT REPORTER:  Sir, I'm sorry.

 5        You said "I applied in many places.  Even I

 6        applied at" --

 7        A.    I applied in different position,

 8  including Bronx Lebanon and SUNY Downstate for

 9  an open position.

10        Q.    I produced to you e-mails from

11  Dr. Sharma's system.  Your counsel has produced

12  to me other e-mails that he says were not

13  produced.  I am looking into that in connection

14  with Dr. Sharma.

15        A.    Thank you.

16  RQ            MR. MILLUS:  I am going to call for

17        the production of any document referring to

18        your attempts to obtain employment

19        subsequent to your leaving Touro, which

20        would include, but not be limited to, cover

21        letters, resumes or CVs, and the responses

22        of those entities to your attempt to obtain

23        a position.  Okay?

24            THE WITNESS:  Okay.

25            MR. MILLUS:  I just put that on the
```

```
 1                      A. Ali

 2       record.  I will follow up in writing, but

 3       these are not just communications between

 4       yourself and Touro, these are

 5       communications with third parties in

 6       attempts that you have made to obtain

 7       employment.

 8       Q.    All right.  Now, so look at

 9  Exhibit V, if you will.  Exhibit V, that e-mail

10  from Dr. Sharma on top, and it includes an

11  e-mail from you.  "Personal statement."

12             Is this a letter of recommendation

13  you are asking Dr. Sharma to sign?

14       A.    No, this was a personal assessment

15  and letter to apply for internal medicine.

16       Q.    So which position was this for?

17  What were you trying to get at this time with

18  this letter?

19       A.    I was applying for internal medicine

20  residency at PGY1.

21       Q.    At where?

22       A.    At North Shore LIJ, Forest Hills.

23       Q.    And this was not in ophthalmology?

24       A.    No.

25       Q.    Okay.  So you applied for a position
```

1                    A. Ali

2    there.  Why did you apply for a position that

3    was not involved in ophthalmology?

4         A.    Because I have to support my family.

5         Q.    Fair enough.

6              And what was the result of your

7    application?

8         A.    I got an interview, but I drop it.

9         Q.    You dropped it?

10        A.    I got the interview, but I dropped

11   the interview.  I didn't go.

12        Q.    Why didn't you go?

13        A.    Because at the last minute I felt

14   it's not fair for me after fifteen years of

15   working hard to achieve ophthalmology I make

16   anybody make me go away from my passion.

17        Q.    I understand you have a passion, but

18   you got competing concerns here.  You want to

19   follow your passion, but you just told me you

20   have to support your family.  So how do you

21   reconcile that?

22        A.    I look for alternatives.  I start to

23   look for things that I owe back home to send

24   it, I start to get support from my family, I

25   get support from my wife.  I look for

1                      A. Ali

2   alternatives.

3               (Defendants' Exhibit W, e-mail dated

4         August 7, 2018, marked for identification.)

5         Q.    Go to Exhibit W.  It's a little bit

6   earlier in time.  It's actually the month

7   before.  Exhibit W.  This is an e-mail from you

8   to Dr. Sharma.  Do you see that?

9         A.    Yes.

10        Q.    This is a document produced by your

11  counsel.  It's not Bates stamped.  It's an

12  e-mail from you to Dr. Sharma dated August 7,

13  2018.

14              Let me ask you, when it says:  "Hi

15  Dr. Sharma, I though" -- I'm sure you meant

16  thought -- "that it is important to let you

17  know that I will call Dean's assistant."

18              What dean's assistant, who were you

19  gonna call?

20        A.    Dr. McCormick (phonetic).

21        Q.    Or where is he located?

22        A.    Dr. McCormick is a DOI of

23  ophthalmology and OB/GYN and he is a close

24  friend to Dr. Sharma.  He knows him very well.

25        Q.    At what hospital?

```
 1                    A. Ali

 2       A.    He is associate assistant dean at

 3  New York Medical College.

 4       Q.    Okay.  And what were you trying to

 5  get?  Were you trying to get a position?

 6       A.    No.  As you see from the e-mail, I

 7  found that I have the problem with the program

 8  director and the GME and they cannot understand

 9  or admit that they put something against me,

10  brought me back, so as I said in the meeting, I

11  try always to resolve problem on a friendly

12  way, so I thought it's important to go to the

13  dean or the dean office before I go outside.

14       Q.    When you say problems, you are

15  talking about you are referring back to not

16  getting the residency, you were going to bring

17  it up with the dean; is that correct?

18       A.    Yes, not the residency, the extra

19  requirement of a step 3, exactly, that was the

20  main issue.

21       Q.    Did you have a meeting with the

22  dean?

23       A.    No.  I wrote the letter, I draft it,

24  Dr. Sharma review it, I ask Dr. Sharma at

25  second page of the letter to join me.  He
```

```
1                       A. Ali

2   advise me to go alone and he will wait for the

3   phone call so he can join.  After that

4   Dr. Sharma he told me nothing will come easy

5   from Westchester and the deans will never

6   assist me against the chairman.

7        Q.    So you never sent it to the dean?

8        A.    No.

9        Q.    Okay.  Please go to Exhibit X,

10  please.

11              (Defendants' Exhibit X, e-mail dated

12         October 22, 2018, Bates stamped NYMC/WMC

13         000338 through NYMC/WMC 000340, marked for

14         identification.)

15       Q.    This is an e-mail from Dr. Sharma on

16  top to you dated October 22, 2018.  This is

17  Bates stamped NYMC/WMC 000338 through 340.

18              Do you see that?

19       A.    Yes, I do.

20       Q.    Okay.  Can you tell me who was this

21  letter going to go to?

22       A.     This is for Dr. Laudi, the program

23  director at SUNY Downstate.

24       Q.    So this is one of the positions you

25  applied for; correct?
```

```
 1                    A. Ali

 2      A.    Yes.  I interviewed too.

 3      Q.    What position was this?

 4      A.    It was a PGY2 ophthalmology.

 5      Q.    In ophthalmology.  Okay.

 6            And who did you interview with?

 7      A.    I interview with Dr. Eric -- the

 8 people I know -- I mean, there was a panel.

 9 The people I know was Dr. Eric Smith and

10 Dr. Danias.

11      Q.    Were you appreciative of

12 Dr. Sharma's help in assisting you in

13 correcting your letters and so forth?

14      A.    Say again.

15      Q.    Were you thankful to Dr. Sharma that

16 after you left NYMC he was still trying to

17 assist you in obtaining a new position?

18      A.    I always have good communication and

19 he is always supportive.

20      Q.    All right.  Now, this particular

21 position, did you get it or not?

22      A.    I didn't get it.

23      Q.    Do you feel that you didn't get it

24 based on your age or national origin?

25      A.    No.  I didn't get it because certain
```

```
 1                      A. Ali
 2  instance, okay, I had the interview with
 3  Dr. Erick Smith, E-R-I-C-K Smith, the chief of
 4  the VA, and Dr. Smith, he offered me a position
 5  before when I was at NYU, and I dropped this
 6  position because by that time I had the fund
 7  from the glaucoma foundation.  He was not happy
 8  that I dropped that position when he offered
 9  me.  That's why he was against me this
10  interview, and that had been told by Dr. Danias
11  to the chairman, Dr. Sharma.
12       Q.    Maybe I am missing something here
13  and I apologize.
14       A.    I'm sorry.
15       Q.    Bottom line is you didn't get this
16  position; correct?
17       A.    No, the bottom line is why.
18       Q.    Okay.  That's the bottom line for me
19  with this question.  You didn't get this
20  position.  I will get back to why in a second.
21       A.    Okay.
22       Q.    Do you believe that someone
23  associated with NYMC or WMC spoke ill of you
24  somehow impacting your not getting this
25  position?
```

1                        A. Ali

2        A.    Maybe.  I don't know.  I don't know

3   the answer, because if they did, how do I know.

4        Q.    Again, all we are looking for is

5   evidence here.  So if you have something, I'd

6   love to know it.  If you said, "Dr. Wandel

7   called up and said I'm the worst guy in the

8   world," which, of course, wasn't true, I'd like

9   to know about it.

10       A.    And if Dr. Wandel called, he would

11   call in front of me?

12       Q.    No, you might find out.  You might

13   find out.

14       A.    Okay.

15       Q.    In other words, you speculate, you

16   think that maybe something happened, but you

17   don't know for sure?

18       A.    No, I don't know for sure.

19       Q.    Any other positions that you applied

20   for that we haven't discussed right here?

21       A.    I -- no, it's not here.  I applied

22   in a position in Bronx Lebanon and it was very

23   interesting.  They called me, they asked me

24   "when would you start," and by that time I was

25   off New York Medical College.  Then they

```
1                    A. Ali
2  vanished, I didn't hear from them, didn't reply
3  to my e-mail, nothing.
4       Q.    Do you think Bronx Lebanon was
5  discriminating against you on the basis of your
6  age or national origin?
7       A.    No, I think somebody Bronx Lebanon
8  as part of the normal system they called
9  Westchester and they got negative feedback.
10           THE COURT REPORTER:  I'm sorry, sir?
11      "Bronx Lebanon as part of the normal
12      system" --
13      A.    That they have to call the last
14 employee, which is the Westchester Medical
15 Center, and I'm sure the way that things
16 appeared after they ask me "when can you start"
17 and if you have a visa issue, and they
18 disappeared after that, they didn't respond to
19 my phone call, they didn't respond my e-mail.
20 Even people when they change their mind or
21 withdraw the position or they fill the position
22 they tell you "thank you, the position has been
23 filled," but people come to you, they call you
24 asking you to come and to start and then they
25 walk away, that's not usual in the field.
```

1                         A. Ali

2        Q.     You don't have any proof of that;

3   right?

4        A.     No.   But I'm sure if there is

5   document production, maybe we can see some

6   e-mails from them.

7        Q.     Let me ask you this:   Other than

8   those positions, any other -- this is for a

9   period of, you know, two years.   Any other

10  positions you applied for other than what you

11  just testified to?

12       A.     I applied in position in

13  pharmaceutical company.   I don't recall for now

14  what was the position and when, but I applied

15  in different things.   I don't have recollection

16  to everything I applied, you know.

17       Q.     Have you applied for the San

18  Francisco match since you left Touro?

19       A.     No.

20       Q.     Could you have?

21       A.     Everything is possible, yes.

22       Q.     Well, everything is possible, I

23  guess.

24       A.     Yeah, I can apply, yes.

25       Q.     I mean, in 2018 at the end of the

```
1                     A. Ali
2    year was there a match?
3         A.    Yes.
4         Q.    2019 at the end of the year was
5    there a match?
6         A.    Yes, and '20 will do the match.
7         Q.    And '20 it's probably not yet;
8    correct?
9         A.    It's coming.
10        Q.    In other words, why wouldn't you if
11   there were other possibilities to keep your
12   passion alive, why wouldn't you try to get into
13   any one of these other matches?
14        A.    Okay.  Again, the same answer I
15   mentioned earlier.  Most of the program they
16   take you as a medical graduate, foreign medical
17   graduate, you have to do something for them.
18   You have to give them something in return.
19   Okay.  I give New York Medical College three
20   years of free work for them.  I give them
21   publication out of work.  So that's why they
22   were entitled to offer me the position as they
23   promised, but now if you go to other program,
24   you did nothing for him, you didn't even post
25   his name on publication.  They don't know you.
```

Page 189

```
 1                    A. Ali
 2   They never saw you.  You are a foreign grad.
 3   Why would even they would think to offer you an
 4   interview.
 5             (Defendants' Exhibit Z, e-mail dated
 6        January 11, 2016, marked for
 7        identification.)
 8        Q.   If you will go to Exhibit Z, please,
 9   Z as in zebra.
10        A.   Yes.
11        Q.   It is an e-mail on top from
12   Dr. Sharma to you, January 11, 2016, document
13   produced by your counsel.  It doesn't have a
14   Bates stamp on it.
15             The below e-mail is from Eric
16   Rosenberg to Dr. Sharma, subject:  "May be
17   worth forwarding to Amro."
18             Is this regarding an ophthalmology
19   position in Shreveport, Louisiana?
20        A.   Yeah, this is offer for San
21   Francisco match.
22        Q.   And did you apply for that position?
23        A.   I don't recall, but usually I apply
24   most of the positions.  I don't recall this one
25   in particular, but usually I apply for all the
```

```
 1                    A. Ali
 2  positions.  Anything open, I apply for.
 3       Q.    And you would apply even though you
 4  had no connection with Shreveport, Louisiana,
 5  you didn't -- they didn't see you perform or
 6  otherwise, because that's what the San
 7  Francisco match is all about, right, you apply
 8  for various positions; am I correct?
 9       A.    Yeah, but San Francisco match is
10  apply for various position, I agree with you,
11  but you should know that your chances are
12  always higher when are you working when people
13  know you.  It doesn't mean that you don't apply
14  and you don't try anything, but you know your
15  chances is much higher where are you work.
16       Q.    I know you said that, but again, and
17  it may be very, very true, but in the past when
18  you applied for the San Francisco match, you
19  applied for multiple potential matches;
20  correct?
21       A.    Very few program.  Not more than
22  ten.
23       Q.    Okay.  But more than one; right?
24       A.    Yeah.  Because you pay the same
25  amount of money.
```

```
1                    A. Ali
2       Q.    But since you have left, since you
3  have left Touro -- excuse me -- NYMC, since you
4  have left, you haven't availed yourself, even
5  though you are not associated with those
6  programs, you haven't tried to match anywhere;
7  correct?
8       A.    I tried to apply other places.  I
9  applied other places.
10      Q.    For open positions?
11      A.    For open positions, yeah.
12      Q.    Okay.  All right.  Okay.  Now, let
13  me ask you -- we are really -- we are on the
14  tail end here.  Very shortly.
15            Have you suffered any mental illness
16  of any kind as a result of what you claim to be
17  Touro's bad behavior -- I'm sorry -- NYMC's bad
18  behavior or WMC?
19      A.    What's your definition for mental
20  illness?
21      Q.    Have you sought out the treatment of
22  a psychiatrist, psychologist or social worker
23  concerning any mental malady that you had that
24  you believe was caused by NYMC or WMC?
25      A.    If you ask me I suffered, of course
```

```
 1                    A. Ali
 2  I suffered a lot.  If I see psychiatrist, no.
 3  I don't like see psychiatrist.
 4       Q.    You haven't sought out treatment
 5  from a medical professional; correct?
 6       A.    No.
 7       Q.    You are not taking any medications
 8  related to any condition that you believe was
 9  caused by NYMC or WMC; correct?
10       A.    There is 90 percent of the people
11  have stress and anxiety and they don't get
12  treatment.
13       Q.    So the answer is no, you haven't
14  sought out any medications, you are not taking
15  any?
16       A.    No, I don't take medications.
17       Q.    And in terms of -- so you are saying
18  that yes, you have suffered stress and anxiety
19  as a result of not getting what you thought you
20  should have gotten based upon reasons that you
21  believe to be unfair and/or unwarranted;
22  correct?
23       A.    Yes.
24       Q.    In terms of dollars and cents, have
25  you sat down and tried to figure out what your
```

```
1                      A. Ali

2    monetary damages would be as a result of your

3    not receiving the residency that you thought

4    you should have received?

5         A.    Okay.  Talking about dollars, I

6    would just like to reveal one thing.  There is

7    no amount of money that you can have can buy

8    you three years of your life.  There is no

9    amount of money you can have that make you take

10   the stress and the depression and the suffering

11   you have from your memory.  There is no amount

12   of money you can have that make you feel always

13   you are not --

14              THE COURT REPORTER:  I'm sorry, sir.

15        "Always you are" --

16        A.    There is no amount of money that you

17   can have to compensate you for the feeling and

18   the frustration that after all this work you

19   are not belonging to here and now you can just

20   walk away.  Only what I can say that there is

21   average income for ophthalmologist.  This thing

22   make we work three years as a research

23   scientist for free.  This thing make me delayed

24   of my graduation of my candidate four years.

25   So four years of being attending physician
```

```
 1                    A. Ali
 2   ophthalmologist and the same salary that come,
 3   there is published numbers, the average income
 4   for academic is around 350,000, if you go to
 5   private it go at 500,000.  This is number
 6   posted online.
 7        Q.    Okay.  Let me start with this.   In
 8   other words, what do you think you should have
 9   been paid per year, assuming that you were to
10   be paid per year, for the services you rendered
11   to NYMC as a writer, researcher and academic,
12   essentially, what should you have earned for a
13   year?
14        A.    For research scientist position?
15        Q.    Yes.
16        A.    I don't have exact answer for
17   research scientist position.
18        Q.    You said you went online.  What were
19   you looking at online?
20        A.    Oh, for the ophthalmology.
21        Q.    Okay.
22        A.    Delay my graduation four years, so I
23   should be more working four years of
24   ophthalmology as attending physician.
25        Q.    Okay.  So let's get to that then.
```

1                      A. Ali

2             In other words, had you obtained

3    residency status, how much would you have made

4    per year?

5         A.    If I work in university, like 300,

6    350.  If I work private, 500,000.

7         Q.    Okay.  And was there anything -- if

8    you did obtain a residency, could you simply

9    open up a shop yourself and open up a private

10   shop or work with a practice?

11        A.    No.  Once you physician -- and that

12   should be my plan in the future, because I

13   don't think any institute will hire me after

14   this lawsuit, so I should go for private

15   practice.  I have no chance for academia.  I

16   was interested to pursue this way, but with

17   this situation, when I finish my residency, I

18   will go for private practice.

19        Q.    Is this -- the fact that you filed a

20   lawsuit, is that preventing you in any way from

21   seeking out another residency someplace else?

22        A.    Of course.  Because people first

23   thing they do is they look up your name online.

24   Who are going to hire someone involved in

25   lawsuit.  Even if he is perfect, he did nothing

1                         A. Ali

2    wrong, people don't care.  You are in lawsuit,

3    you are a liability.  Bye-bye.  Get someone

4    else.

5         Q.    So you are putting all your emphasis

6    on this lawsuit because you think that the

7    lawsuit itself harms your ability to obtain

8    another residency position someplace else;

9    correct?

10        A.    I take all my impact on this lawsuit

11   to get the right thing which has been taken

12   away from me.  That's why I am proceeding this.

13   The second thing, which also the most important

14   thing, I don't want this happen to other

15   people.  So if I suffer, I don't want other

16   people to suffer.  So maybe the lawsuit also

17   will help the college to have better policy to

18   prevent harassment and discrimination.

19             MR. MILLUS:  Okay.  Let's take ten

20        minutes.  I am going to make a couple phone

21        calls and confer with my client and my

22        colleague and we may be able to wrap up.

23        Okay?

24             THE WITNESS:  Thank you.  I

25        appreciate that.

```
 1                    A. Ali

 2            (Recess was taken from 2:44 to

 3       2:53.)

 4  BY MR. MILLUS:

 5       Q.    Dr. Sameer, the person from the UAE,

 6  do you know where he attended medical school?

 7       A.    I think in Jordan.

 8       Q.    Do you know his national origin?

 9       A.    I believe he is Jordanian.

10       Q.    He is what?

11       A.    He is from Jordan, so he would

12  be there, I believe so.

13       Q.    He is not American, though; correct?

14       A.    No.

15       Q.    Okay.

16       A.    But he worked with the chairman.

17       Q.    I know that.

18       A.    That's enough.

19       Q.    One thing -- and I think it's there,

20  but I just want to make sure, so I apologize.

21            Earlier you testified that

22  Dr. Sharma made you an explicit promise that if

23  you do good work, you will get this position,

24  and that was made sometime, I believe, in 2015.

25  Am I correct?
```

1                    A. Ali

2       A.    Yes.

3       Q.    When is the first time that

4  Dr. Wandel made a similar promise?

5       A.    In the same year, because I met with

6  him before I applied for the faculty position

7  and I accept everything.

8       Q.    In 2015?

9       A.    Yes.

10       Q.    Now, what was the relationship

11  between the departments, in other words, did

12  Dr. Wandel, was he part of the ophthalmology

13  department at WMC, was he part of the

14  department at the NYMC?  What did you know

15  about his relationship between the two

16  departments?

17       A.    Relationship between Dr. Wandel and

18  the ophthalmology department?

19       Q.    Yes.  In other words, we know that

20  Dr. Sharma is associated with NYMC, he is the

21  head of the ophthalmology department; correct?

22       A.    Dr. Sharma?

23       Q.    Dr. Sharma.

24       A.    He was the head of the research.

25       Q.    Research.

1                    A. Ali

2          What was Dr. Wandel's position?

3      A.    Dr. Wandel was an assistant

4  professor at New York Medical College and the

5  program director of ophthalmology department at

6  New York Medical College and Westchester

7  Medical Center.

8      Q.    What I want to understand is if

9  Dr. Sharma made you this promise, when you went

10  to Dr. Wandel, did he make this promise based

11  upon your saying the same thing you told

12  Dr. Sharma, "why would I leave NYU, you know,

13  why would I do this for more research," I just

14  want to understand, how did Dr. Wandel say

15  that, why was that?

16      A.    I understand your question.

17  Dr. Sharma had extensive discussion before I

18  joined the New York Medical College as a

19  researcher, because I was clear with him from

20  the beginning, so -- which is something I

21  expected he communicated with Dr. Wandel,

22  that's what he said to me, and he discussed the

23  situation with him and he assured me that

24  Dr. Wandel agreed.  That's from Dr. Sharma.

25  When I met with Dr. Wandel, he talk about the

Page 200

1                         A. Ali

2      residency and the research and I would be

3      rewarded by the residency even -- even when I

4      didn't pass the step 3.  I called Dr. Wandel

5      over the phone the same day.  "I'm sorry, I

6      didn't pass it."  And he said, "you will get

7      the position as long as Dr. Sharma have your

8      support."  So it was clear statement from

9      Dr. Wandel.

10                    (Continued on next page to include

11           jurat.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          A. Ali

2        Q.    So as long as Dr. Sharma has your

3    support.  Was it then contingent upon

4    Dr. Sharma's support or Dr. Wandel's support or

5    both?

6        A.    I don't know who would carry more

7    weight, but I know they are working together

8    for 45 years.

9            MR. MILLUS:  Okay.  Thank you very

10        much for your time.  The deposition is

11        over.  Any questions from, Rob?

12            MR. SADOWSKI:  No, none for me.

13            MR. MILLUS:  Okay.

14            (Time noted:  2:57 p.m.)

15

16

17                    ----------------------

18                    AMRO ALI

19

20    Subscribed and sworn to before me

21    this       day of              2020.

22

23    ----------------------------------------

24

25

1

2                C E R T I F I C A T E

3

4   STATE OF NEW YORK    )

5                        ) ss.:

6   COUNTY OF NASSAU     )

7

8           I, KRISTIN KOCH, a Notary Public

9       within and for the State of New York, do

10      hereby certify:

11          That AMRO ALI, the witness whose

12      deposition is hereinbefore set forth, was

13      duly sworn by me and that such deposition

14      is a true record of the testimony given by

15      such witness.

16          I further certify that I am not

17      related to any of the parties to this

18      action by blood or marriage; and that I am

19      in no way interested in the outcome of this

20      matter.

21          IN WITNESS WHEREOF, I have hereunto

22      set my hand this 9th day of October, 2020.

23      ----------------------------

24          KRISTIN KOCH, RPR, RMR, CRR, CLR

25

1

2      --------------------I N D E X-------------------

3

       WITNESS                     EXAMINATION BY        PAGE
4

5      AMRO ALI                    MR. MILLUS              4

6
       --------------------EXHIBITS-------------------
7

8      DEFENDANTS'                             PAGE LINE

9
       Exhibit A
10     Curriculum Vitae, Bates stamped
       NYMC/WMC 001991 through NYMC/WMC
11     001995.............................. 8    15

12     Exhibit F
       New York Medical College
13     Recommendation for NYMC Faculty
       Appointment/Promotion, Bates
14     stamped NYMC/WMC 001996 through
       NYMC/WMC 002000..................... 47   19
15
       Exhibit G
16     Letter dated June 20, 2007,
       NYMC/WMC 000206 and NYMC/WMC 000207.. 51   25
17
       Exhibit H
18     Letter dated October 1, 2007, Bates
       stamped NYMC/WMC 000203............. 56    7
19
       Exhibit I
20     Letter dated August 16, 2005, Bates
       stamped NYMC/WMC 000204 and
21     NYMC/WMC 000205..................... 58    8

22     Exhibit J
       Letter dated August 25, 2008, Bates
23     stamped NYMC/WMC 000201 and
       NYMC/WMC 000202..................... 60   14
24

25

1

2      --------------------EXHIBITS--------------------

3
       DEFENDANTS'                        PAGE LINE
4

5      Exhibit K
       Letter dated June 28, 2013, Bates
6      stamped NYMC/WMC 000198.............. 61   17

7      Exhibit L
       Letter dated July 22, 2013, Bates
8      stamped NYMC/WMC 000199 and
       NYMC/WMC 000200..................... 63   13
9
       Exhibit M
10     New York Medical College School of
       Medicine, Academic Appointment,
11     Promotion & Tenure Policy &
       Procedure, Bates stamped NYMC/WMC
12     001974 through NYMC/WMC 001990....... 74   20

13     Exhibit N
       E-mail dated October 11, 2016,
14     Bates stamped NYMC/WMC 000208........ 111  7

15     Exhibit P
       E-mail dated June 29, 2018, Bates
16     stamped NYMC/WMC 000326 through
       NYMC/WMC 000329..................... 114  16
17
       Exhibit R
18     Typewritten letter, Bates stamped
       NYMC/WMC 000331 through NYMC/WMC
19     000334.............................. 130  6

20     Exhibit O
       E-mail dated June 25, 2018, Bates
21     stamped NYMC/WMC 000325.............. 136  15

22     Exhibit S
       E-mail dated July 18, 2018, Bates
23     stamped NYMC/WMC 000185 through
       NYMC/WMC 000189..................... 160  22
24

25

1

2      --------------------EXHIBITS--------------------

3
       DEFENDANTS'                              PAGE LINE
4

5      Exhibit T
       Meeting Minutes dated July 20,
6      2018, Bates stamped NYMC/WMC 001779
       through NYMC/WMC 001781.............. 170  22
7
       Exhibit V
8      E-mail dated September 27, 2018,
       NYMC/WMC 000335 through NYMC/WMC
9      000337.............................. 175  15

10     Exhibit W
       E-mail dated August 7, 2018.......... 180  3
11
       Exhibit X
12     E-mail dated October 22, 2018,
       Bates stamped NYMC/WMC 000338
13     through NYMC/WMC 000340.............. 182  11

14     Exhibit Z
       E-mail dated January 11, 2016....... 189  5
15

16     --------------------REQUESTS--------------------

17     Page 177   Any document referring to
                  attempts to obtain employment
18                subsequent to leaving Touro, which
                  would include, but not be limited
19                to, cover letters, resumes or CVs,
                  and the responses of those entities
20

21     ----------------TO BE FURNISHED----------------

22
       Page 91    Daniel's full name
23
           109    Date and time of phone call with
24                Eric Rosenberg

25

1

2          ERRATA SHEET FOR THE TRANSCRIPT OF:

3    Case Name:        Ali v. Westchester Medical
     Dep. Date:        September 29, 2020
4    Deponent:         Amro Ali

5                    CORRECTIONS:

6    Pg. Ln.   Now Reads          Should Read        Reason

7    ____ ____ _____   _____   _____

8    ____ ____ _____   _____   _____

9    ____ ____ _____   _____   _____

10   ____ ____ _____   _____   _____

11   ____ ____ _____   _____   _____

12   ____ ____ _____   _____   _____

13   ____ ____ _____   _____   _____

14   ____ ____ _____   _____   _____

15   ____ ____ _____   _____   _____

16   ____ ____ _____   _____   _____

17   ____ ____ _____   _____   _____

18

19                              _____

20                              Signature of Deponent

21   SUBSCRIBED AND SWORN BEFORE ME

22   THIS_____DAY OF_____, 2020.

23

24   _____

25   (Notary Public)  MY COMMISSION EXPIRES:_____