1

2            UNITED STATES DISTRICT COURT

3            SOUTHERN DISTRICT OF NEW YORK

4    ------------------------------------------x

5    AMRO ALI, M.D.,

6                          Plaintiff,

7            -against-   No. 1:19-cv-08324

8    WESTCHESTER MEDICAL CENTER AND NEW YORK

9    MEDICAL COLLEGE,
                         Defendants.
10   ------------------------------------------x

11

12

13        VIDEOTELECONFERENCED DEPOSITION OF

14               SANSAR C. SHARMA

15               New York, New York

16          Monday, September 21, 2020

17

18

19

20

21

22

23
     Reported by:
24   Aydil M. Torres, CSR
     JOB NO. J6033877
25



SANSAR C. SHARMA                                    September 21, 2020
AMRO ALI, M.D. vs WESTCHESTER MEDICAL CENTER                       2

```
 1

 2

 3              September 21, 2020

 4              11:01 a.m.

 5

 6

 7         VTC deposition of SANSAR C.

 8    SHARMA, held at 15 Engle Street,

 9    Cresskill, New Jersey, pursuant to

10    Notice, before Aydil M. Torres, a

11    Notary Public of the State of

12    New York.

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1

 2

 3   A P P E A R A N C E S:

 4

 5      ROBERT W. SADOWSKI, PLLC

 6      Attorneys for Plaintiff

 7          800 Third Avenue

 8          New York, New York 10022

 9      BY:  ROBERT W. SADOWSKI, ESQ.

10

11

12      MEYER SUOZZI ENGLISH & KLEIN

13      Attorneys for Defendants

14          990 Stewart Avenue

15          Garden City, New York 11530

16      BY:  PAUL MILLUS, ESQ.

17

18

19

20

21      ALSO PRESENT:

22          Newman Hoffman, Esq.

23

24

25
```



1

2

3

4         S T I P U L A T I O N S

5

6       IT IS HEREBY STIPULATED AND AGREED

7    by and between the attorneys for the

8    respective parties herein, that filing,

9    sealing and certification and the

10   same are hereby waived.

11

12       IT IS FURTHER STIPULATED AND AGREED

13   that all objections, except as to the

14   form of the question shall be reserved

15   to the time of the trial.

16

17       IT IS FURTHER STIPULATED AND AGREED

18   that the within deposition may be signed

19   and sworn to before any officer authorized

20   to administer an oath, with the same force

21   and effect as if signed and sworn to before

22   the Court.

23

24

25



1
2   S A N S A R   C.   S H A R M A,
3              called as a witness, having been
4              duly sworn by a Notary Public, was
5              examined and testified as follows:
6                      THE REPORTER:  Please state
7              your full name for the record.
8                      THE WITNESS:  Sansar C.
9              Sharma.
10                     THE REPORTER:  Please state
11             the address you're currently
12             located.
13                     THE WITNESS:  15 Engle
14             Street, E-N-G-L-E, Street,
15             Cresskill, C-R-E-S-S-K-I-L-L, New
16             Jersey 07626.
17  EXAMINATION BY
18  MR. SADOWSKI:
19      Q.   Good morning, Dr. Sharma.  My name
20  is Robert Sadowski.
21      A.   Good morning.
22      Q.   I represent Dr. Amro Ali in a suit
23  brought by him against Westchester Medical
24  Center and New York Medical College.  Have
25  you ever been deposed before?



1                    Sansar C. Sharma

2         A.    No.

3         Q.    Okay.  So some -- some basic rules,

4    one of the most important is that you wait

5    until I finish my question, before you begin

6    to answer, and that is so that the court

7    reporter can accurately take down what each

8    of us say, because if we speak over one

9    another, the court reporter can't take down

10   both of us speaking at the same time.

11        A.    Okay.

12        Q.    If at any time you want to take a

13   break, let me know.  I would ask you, though,

14   that if there is a question pending, you

15   answer the question, before we take a break.

16   If you don't understand any of my questions,

17   please let me know.  When you answer my

18   questions, I'm going to assume you have

19   answered them to the best of your ability and

20   comprehensively.  Is there -- have you taken

21   any medication or any substance that could

22   affect your ability to testify truthfully

23   today?

24        A.    No.

25        Q.    Dr. Sharma, where are you employed?



1                    Sansar C. Sharma

2        A.    New York Medical College in

3    Valhalla, New York.

4        Q.    And how long have you been employed

5    there?

6        A.    Since July 1, 1972.

7        Q.    And what is your current position

8    there?

9        A.    Professor of ophthalmology and cell

10   biology and anatomy.

11        Q.    I heard "ophthalmology," "anatomy,"

12   and what was the third?

13        A.    Two different names.  It's called

14   cell biology and anatomy.

15        Q.    Thank you.  Can you tell me where

16   you received your training?

17        A.    Emboro, Scotland.  University of

18   Emboro Medical School in Scotland.

19        Q.    What degree did you obtain there?

20        A.    PhD and physiology.

21        Q.    Dr. Sharma, what year did you

22   receive your PhD?

23        A.    1967.

24        Q.    In addition to your PhD, are you

25   also an MD?



```
 1                  Sansar C. Sharma
 2        A.    No, I am not.
 3        Q.    Do you know Dr. Amro Ali?
 4        A.    Yes.
 5        Q.    How do you know him?
 6        A.    He worked in my lab for many years.
 7        Q.    What years?
 8        A.    He joined sometime in October of
 9   2015.
10        Q.    And is he still working there?
11        A.    No, he is not.
12        Q.    When did he cease working at your
13   lab?
14        A.    Sometime in 2018.
15        Q.    What institution is your lab at?
16        A.    New York Medical College.
17        Q.    And what were Dr. Ali's duties and
18   responsibilities at New York Medical College?
19        A.    He worked in my lab as a research
20   associate, which means that we were doing
21   experiments, he designed experiments, we
22   worked with them, and he wrote the
23   manuscripts, which I corrected and published.
24        Q.    Was Dr. Ali paid as a research
25   associate?
```



```
 1                    Sansar C. Sharma

 2        A.    No.

 3        Q.    Why not?

 4        A.    Because before he started, I

 5   discussed with him that I don't have the

 6   money to support him, he has to work as a

 7   volunteer person, and he agreed to that, and

 8   that, we continued.

 9        Q.    Was there any discussion of what he

10   would receive in return for his voluntary

11   services?

12        A.    No.

13        Q.    Was there any discussion with

14   anyone else that Dr. Ali would be rewarded

15   for his services as a research associate?

16                    MR. MILLUS:  Objection as to

17             form.  You may answer.

18        A.    No.

19        Q.    Did you ever discuss with Dr.

20   Wandel that by virtue of Dr. Ali performing

21   the research activities, he would be granted

22   a residency at Westchester Medical Center?

23        A.    Not.

24        Q.    Sorry?

25        A.    No.  The only discussions I have
```



```
 1                    Sansar C. Sharma
 2    was that I will propose his name for the
 3    residencies.
 4         Q.   And with whom did you have those
 5    discussions?
 6         A.   With Dr. Wandel.
 7         Q.   Did you have those discussions with
 8    anyone else?
 9         A.   Nope.
10         Q.   Okay.  Do you know if Dr. Wandel
11    discussed Dr. Ali becoming a resident with
12    anyone else?
13         A.   Not to my knowledge.
14         Q.   Okay.  He never informed you of
15    discussions he had with anyone else about Dr.
16    Ali becoming a resident?
17         A.   Who is "he" you're talking about?
18         Q.   Dr. Wandel.
19         A.   Nope.
20         Q.   All right.  How did you first meet
21    Dr. Ali?
22         A.   A year or so before he joined me,
23    he stopped by in the lab, he knew what I do,
24    my work, and I had appointment with New York
25    -- excuse me -- New York Eye and Ear.  That
```



 1                    Sansar C. Sharma

 2   was our main department for ophthalmology

 3   those days, and he had worked there.  He had

 4   known about me, and he stopped by to talk to

 5   me about what's going on, and what are the

 6   situation in the lab, and that was sometime

 7   in 2014.  And in 2015, October, he ask me can

 8   he join the lab under the conditions, and my

 9   point were that I have no money, but he is

10   more than welcome to join.  I cannot support

11   him.

12        Q.   What other conditions of his

13   joining your lab did you discuss?

14                    MR. MILLUS:  Objection as to

15            form.  You may answer.

16        Q.   You may answer, Dr. Sharma.

17        A.   Oh, would you repeat the question

18   again, please?

19                    MR. SADOWSKI:  Yes, can we

20            have it read back?

21                    (Whereupon, the requested

22            portion was read by the reporter.)

23        A.   There were no conditions, other

24   than the fact that he is entrusted -- he was

25   interested in becoming a resident, and I said



```
 1                  Sansar C. Sharma
 2    that once he joined my lab, and if the work
 3    goes fine, I will highly recommend you to the
 4    department for the residency.
 5         Q.   And before Dr. Ali joined your lab,
 6    did you discuss that condition with Dr.
 7    Wandel?
 8         A.   Nope.  Dr. Wandel has no role in my
 9    hiring or firing anyone in my lab.
10         Q.   Did Dr. Ali and Dr. Wandel have
11    interactions, that you know of?
12         A.   To the extent that there are
13    department seminars in the campgrounds, he
14    attended, and he met most of the faculty.
15         Q.   Did Dr. Ali produce research and
16    papers for you?
17         A.   Total number of papers he published
18    are eight, and that's with me.  He wrote
19    grants and he had published two chapters
20    while he was in my lab.  Two chapters --
21    without my name on that -- without -- in a
22    couple of books.
23         Q.   How many grant proposals did he
24    write?
25         A.   I think, two.
```



1                   Sansar C. Sharma

2          Q.    Did he provide any lectures?

3          A.    In 2017, or '18, he gave two

4    clinical lectures to the residents, which I

5    teach them all the time, but he did two

6    lectures.

7          Q.    Okay.  You said these were clinical

8    lectures -- in what area?

9          A.    To the residents in ophthalmology.

10         Q.    Can you tell me what an "IRB" is?

11         A.    IRB -- I don't understand what

12   "IRB" stands for, but it's a procedure

13   through which applications are written and

14   applications are reviewed by the committees,

15   and there are two committees, internally, if

16   it's a clinical application, which will be

17   IRB4, is a recommendation that you should be

18   allowed to proceed further on the research

19   you are proposing, especially on patients for

20   clinical data, you require pre-approval by

21   IRB.  It's a separate committee of IRB in

22   America College, and separate committee or

23   IRB in the hospital in the Westchester

24   County.

25         Q.    In Dr. Ali's research, did he



 1                    Sansar C. Sharma

 2    collaborate with any other departments?

 3         A.    During that time he was with me?

 4         Q.    Yeah.

 5         A.    No.

 6         Q.    He didn't have interactions with

 7    general surgery?

 8         A.    He went there to discuss with them

 9    what's going on because one of the proposal

10    he had were -- dealt with the patients coming

11    from the surgery, and he discussed with the

12    in charge for that surgery a few times.

13         Q.    And did he have interactions with

14    the bariatric department?

15         A.    That's part of the department of

16    surgery.

17         Q.    Okay.  Did Dr. Wandel's name appear

18    on any of Dr. Ali's research?

19         A.    Yes, all of them.  Which were done

20    in my high lab, during that time.  What he

21    has done before that, I have no idea.

22         Q.    Okay.  So both your name and Dr.

23    Wandel's name appeared on Dr. Ali's research

24    work?

25         A.    The publications, yes.



1                      Sansar C. Sharma

2           Q.    Okay.

3           A.    And they all clinical publications.

4           Q.    When you say, "clinical

5      publications," what does that mean?

6           A.    Research is done two different

7      ways.  My lab produces most of the work which

8      is on the animals and experimental animals

9      and experimental research.  Clinical research

10     is you take the patients which you have

11     worked on, you pull the record, and you

12     evaluate where they are, and then you write a

13     paper on those.  That's the clinical work.

14     There are many other clinical aspects, but

15     his work was mostly on the clinical aspect

16     done in the previous institution he was in,

17     and he came and sat down and evaluated those

18     things and wrote the papers.

19          Q.    And these papers, were they

20     published under the name of any institution?

21          A.    They all published under New York

22     Medical College.

23          Q.    And how was Dr. Ali referenced in

24     those publications?

25          A.    You have to rephrase the question.



```
1                    Sansar C. Sharma
2    What does "reference" mean?
3         Q.   Did he have a title associated with
4    his name in those publications?
5         A.   I -- even my name is not titled
6    there, but in publications, we don't write
7    the title of the appointments.
8         Q.   I see.
9         A.   Name appears.
10        Q.   I see.
11        A.   And the name of the institution
12   appears always.
13        Q.   How would you compare Dr. Ali's
14   productivity in research and publishing
15   papers versus other members of the
16   department?
17        A.   Very good.
18        Q.   Would you say he was one of the
19   best?
20        A.   Yes.
21        Q.   Do you have any opinion as to Dr.
22   Ali's work ethic?
23        A.   They were very good.
24        Q.   How about his honesty?
25        A.   I think that probably is his
```



1                        Sansar C. Sharma

2    paramount situation.  He is extremely honest

3    person.  During the time he was with me and

4    the discussions we had, he was very honest.

5         Q.   How were his professional reactions

6    with other -- interactions with others in the

7    department?

8         A.   Excellent.

9         Q.   Did Dr. Ali have interactions with

10   residents in the department?

11        A.   Occasionally, yes.

12        Q.   And could you characterize those

13   interactions?

14        A.   Since I was not present in the

15   interactions -- I never got a feedback that

16   they were bad.

17        Q.   Okay.  Before you hired Dr. Ali,

18   did you review his curriculum vitae?

19        A.   Yes.

20        Q.   Did you review his board scores?

21        A.   For the research, there is no

22   concern for reporting them, and I had zero

23   idea what he would do, and I never read his

24   scores for the Step 1 or 2.  It didn't

25   concern for the research.



1                    Sansar C. Sharma
2        Q.    Do you know if anyone else at
3    either New York Medical College or
4    Westchester Medical Center knew of Dr. Ali's
5    board scores?
6        A.    No, not until the point when he
7    wrote the application for the residencies.
8    He had to submit with that his CV and all the
9    details and the Step 1, 2 exam scores and
10   others.  That's the package of the residency
11   program.  Once he applied that, I am sure
12   people in the committee will know what his
13   scores were.
14       Q.    Okay.  Did you review Dr. Ali's
15   recommendation letters, before you hired him?
16       A.    There was no need to because I know
17   exactly what he want to do, he was qualified.
18   I never reviewed.  I never even requested
19   anyone to write a letter on his behalf so I
20   can evaluate it.
21       Q.    Okay.
22       A.    Because he came from our own
23   department.  He was in New York Eye and Ear,
24   he worked there, so I was aware that he has
25   worked there.



```
 1                  Sansar C. Sharma
 2        Q.   When you hired Dr. Ali, was there a
 3   need for the department to publish more
 4   research?
 5        A.   Rephrase the question, please.
 6        Q.   Can you tell me what "ACGME" is?
 7        A.   Again, I couldn't hear you.  Say it
 8   again, please.
 9        Q.   Sorry.  Can you tell me what
10   "ACGME" is?
11        A.   It's the Accreditation Committee of
12   the department -- of the institution
13   Westchester Medical Center.
14        Q.   Did ACGME ever report to New York
15   Medical College that it needed to produce
16   more publications?
17        A.   Not to my knowledge.
18        Q.   Okay.  Have you ever seen ACGME's
19   evaluations of New York Medical College?
20        A.   I am a member of the department of
21   ophthalmology, and I sit on the evaluation
22   committees, always, when recommendation
23   comes.
24        Q.   Okay.  Have you seen ACGME's
25   evaluation of the ophthalmology department?
```



1                    Sansar C. Sharma

2          A.   Since I sat on the committee

3    obviously I have seen them.

4          Q.   Okay.  Okay.  Thank you.  Can you

5    tell me what "uveitis" is?

6          A.   "Uveitis" is the inflammatory

7    response in the eye due to uveitis, due to

8    any other things.  Uveitis inflammations of

9    the eye tissue.

10         Q.   Did Dr. Ali try to create a uveitis

11   clinic?

12         A.   He discussed the issues with Dr.

13   Wandel, since we didn't have any specialist

14   of uveitis -- it's treated by other people as

15   well, but there is no specific person of

16   uveitis in the department, while he was

17   there.  What he discussed with them, I am not

18   privy to that, but he was asked to give a

19   lecture on the uveitis in the department.

20         Q.   Okay.

21         A.   Which he did.

22         Q.   Was the department of ophthalmology

23   at New York Medical College ever put on

24   probation by ACGME?

25         A.   Yes.



1                    Sansar C. Sharma

2          Q.   When was that?

3          A.   It would be in -- I have to guess.

4     I don't remember the exact date.

5          Q.   Okay, we'll get some exhibits to

6     help you with that.  Let's -- let's go

7     through some exhibits.  Can everyone see the

8     exhibit?

9          A.   Yes.

10                    (Sharma Exhibit 1, E-mail,

11                     marked for identification,

12                     as of this date.)

13         Q.   Okay.  So I am showing you what has

14    been marked for identification as Sharma 1.

15    This is an e-mail from Amro -- Dr. Amro Ali

16    to you, dated October 21st, 2015.  Do you

17    recognize this e-mail?

18         A.   I do.

19         Q.   Okay.  Let me ask you first, who is

20    Dr. Wong?

21         A.   He is the program director in --

22    what's that hospital in Manhattan?  96th

23    Street.

24         Q.   Is that Metropolitan?

25         A.   Metropolitan, sorry.



1                    Sansar C. Sharma

2         Q.    Okay.

3         A.    I have been there three times in my

4    life, in that hospital.

5         Q.    Okay.   Okay, and Dr. Ali sends you

6    an e-mail on October 16, to you, and it's

7    addressed to Drs. Wong, Wandel, and Sharma.

8    It says, "This letter is part of my formal

9    application to PGY2, the residency position

10   available at the department of ophthalmology

11   at New York Medical College."

12              Do you recall receiving this?

13        A.    I do.

14        Q.    Did you support Dr. Ali's

15   application to the residency program?

16        A.    Yes, I did.

17        Q.    Why did you support it?

18        A.    Because what he does in my lab,

19   what he did for three years, at that time,

20   two years, what he also have produced, his

21   previous records of that he had done, the

22   residency in Egypt, and that was enough

23   knowledge to support in what he does.

24        Q.    Did you support his application for

25   residency because he had done so much



1                    Sansar C. Sharma

2    volunteer research at the medical college?

3         A.   No, that's not the only reason.

4    You have to see what he has done before and

5    sends off his application.

6         Q.   Was that part of the reason?

7         A.   Of course, his background has to.

8    You can't really propose anybody for any

9    recommendation without having the background.

10        Q.   Okay.  And during his time working

11   as a research associate with you, did he

12   prove to you, or did you come to understand

13   that he had the skills necessary to

14   successfully complete a residency at

15   Westchester Medical Center?

16        A.   Yes.

17        Q.   Did anyone in the ophthalmology

18   department express to you any reservation

19   about Dr. Ali's abilities to successfully

20   complete the residency program in

21   ophthalmology?

22        A.   Again, would you rephrase the

23   question?

24        Q.   Sure.

25                    MR. SADOWSKI:  First, can we



```
 1                    Sansar C. Sharma
 2               have it read back?
 3                      (Whereupon, the requested
 4               portion was read by the reporter.)
 5         A.    At the time the application was
 6    submitted, nope.
 7                      (Sharma Exhibit 3, E-mail,
 8                       marked for identification,
 9                       as of this date.)
10         Q.    Okay, thank you.  I am having some
11    technical difficulties.  Bear with me.
12    Showing you now what has been marked as
13    Sharma Number 3, which is an e-mail from Dr.
14    Ali, subject is "request for clinical
15    privileges" and the date is "July 10, 2016."
16    And this is addressed to you and Dr. Wandel.
17    Do you recall this request?
18         A.    Yes.
19         Q.    Did you support this request?
20         A.    Yes and no.  Because I am not a
21    clinician.  He send a copy and addressed to
22    me, since I am a member of the department.  I
23    am not a clinician.  This application,
24    basically, pertains to Dr. Wandel.  My name
25    is attached as a member of the department.
```



1                   Sansar C. Sharma
2    As far as this goes, yes, I recall very well.
3         Q.   Okay.  Did Dr. Wandel support Dr.
4    Ali's obtaining clinical privileges in the
5    department of ophthalmology?
6         A.   I don't recall, not to me, but if
7    this letter supporting it, he must have.
8                        (Sharma Exhibit 4, Letter,
9                        marked for identification,
10                       as of this date.)
11        Q.   Okay.  Thank you.  I am showing you
12   what's been marked as Sharma Exhibit 4.  Can
13   you tell me, do you recognize that document?
14        A.   Yes, this is my recommendations
15   about Dr. Ali to the department and to --
16   this application went to wherever he applied
17   -- this letter.
18        Q.   Yes.  And it bears your signature,
19   correct?
20        A.   Yeah.
21        Q.   Okay.  And in this letter -- let me
22   see.  In this letter, you state in the -- in
23   the second paragraph, fourth line here, "Amro
24   Ali, the highest levels of professionalism
25   with committed support for his colleagues.



 1                    Sansar C. Sharma
 2    Amro is extremely productive in envisioning
 3    new areas of research and in design and
 4    initiation of original studies."  Is that a
 5    correct statement?
 6         A.   Yes.
 7         Q.   And you go through his various --
 8    the programs and clinical settings and
 9    trainings he has had in the U.S., correct?
10         A.   Yes.
11         Q.   And then in the penultimate
12    paragraph, you state, "He has excellent
13    clinical diagnostic skills, as a result of
14    both extensive training and experience,
15    paired with a kind personality and solid work
16    ethic"; is that correct?
17         A.   Yes.
18         Q.   Okay.  Do you see the exhibit?
19         A.   I cannot read.  It's too low.  Can
20    you increase it, please?
21         Q.   Yes, let's see.
22              Is that better?
23         A.   Yes.
24         Q.   Okay.  Here, Dr. Ali writes to Dr.
25    Wandel and you, "Dear Drs. Wandel and Sharma,



1                    Sansar C. Sharma

2    this is my next lecture, and it is in final

3    draft.  I am ready for the lecture at any

4    time, as per your convenience.  Please see

5    the attachment."  Did you review the lecture

6    he was going to give?

7         A.   Yes.

8         Q.   And did you approve of it?

9         A.   The contents were fine.

10        Q.   Okay.  Is this one of the lectures

11   he gave?

12             Did Dr. Sharma give the lecture

13   that you approved of?

14        A.   Dr. Sharma didn't give the lecture.

15   Dr. Ali may have given the lecture.  I didn't

16   sit in these lectures.

17        Q.   Sorry, I misspoke.  Dr. Ali gave

18   the lecture referenced in that e-mail,

19   correct?

20        A.   Must have.

21        Q.   Okay.

22             MR. MILLUS:  Dr. Sharma,

23        your picture has dropped.  There

24        you go.

25        A.   Okay, the computer went backward.



```
 1                    Sansar C. Sharma
 2   Okay.
 3                    (Sharma Exhibit 7, E-mail,
 4                    marked for identification,
 5                    as of this date.)
 6        Q.   Okay.  Now showing what's been
 7   marked as Sharma 7, it is an e-mail from you
 8   to Dr. Ali, dated August 14, 2017.  The
 9   subject is "New York Medical College
10   description offering a PTY2 position to begin
11   on September 1, 2017."
12             Do you see the exhibit now?
13        A.   Yes.
14        Q.   This is Sharma Exhibit 7, and you
15   write to Dr. Ali, "I know that Wandel is
16   under pressure."
17             What pressure was Dr. Wandel under?
18        A.   To advertise the position for --
19        Q.   To advertise a residency position?
20        A.   He has to advertise it.  That's the
21   pressure.
22        Q.   Who applies that pressure?
23        A.   Would you repeat the question,
24   please?
25        Q.   Who directed Dr. Wandel to
```



1                    Sansar C. Sharma
2     advertise the position?
3          A.   Dr. Wandel was and still is the
4     program director of the ophthalmology.  His
5     job is to review, advertise, guide, teach.
6     That's his job for the residents.  And when
7     the position opens, he was -- obviously, he
8     discussed with me, and the position is that
9     he had to advertise it, before he can offer
10    it.  Even if he offer the position, he still
11    had to advertise.  Any position, anywhere, in
12    any program, whether it's somebody replacing
13    somebody else, they always have to advertise
14    it if the position is open.
15         Q.   Okay.  I have a couple of questions
16    to back up.  Did you say Dr. Wandel is the
17    current program director?
18         A.   To my knowledge, yes.
19         Q.   What do you base that knowledge on?
20         A.   I haven't been back in the
21    department since the pandemic started, but
22    before that, he was, when I saw him last,
23    yes, he was.
24         Q.   I see.  So as of the last time you
25    saw him, which was --



1                    Sansar C. Sharma

2         A.    Probably February or January.

3         Q.    Okay.  He was director of the

4    department?

5         A.    Director of the program, not

6    director of the department.

7         Q.    Sorry, director of the program.

8         A.    "Program" is "residency program."

9         Q.    Thank you.  You tell Dr. Ali in

10   this e-mail on the next sentence, "He told me

11   on Friday that if you pass Step 3, you could

12   be in."

13                What is "Step 3"?

14        A.    "Step 3" is a clinical examination

15   where people take it.  There are three

16   things.  Number A, exam 1 and 2.  Without

17   that, a resident cannot -- a prospective

18   resident cannot even apply.  Number 3 is

19   sometimes done before, some people do it,

20   others do it after they join.

21        Q.    Okay.  Is it a requirement that

22   residents pass Step 3 to acquire a residency

23   position?

24        A.    Not to my knowledge.

25        Q.    Was that -- was there a requirement



```
 1                    Sansar C. Sharma
 2    that Dr. Ali pass Step 3, before commencing a
 3    residency position?
 4         A.   If there is a letter to that
 5    extent, yes.
 6         Q.   Why was it that Dr. Ali had to pass
 7    Step 3, before entering the ophthalmology
 8    residency position?
 9         A.   I cannot answer that question.  I
10    do not know.
11         Q.   Do you know who imposed that
12    requirement on Dr. Ali?
13         A.   The answer is still, no, I do not.
14         Q.   Were there other individuals who
15    entered the residency program without having
16    passed Step 3?
17         A.   At that time, not to my knowledge.
18         Q.   At some other time, was that not a
19    requirement?
20         A.   I am talking about strictly
21    ophthalmology.
22         Q.   Is the requirement in ophthalmology
23    to require a residency not --
24         A.   No, there is no written requirement
25    for that.
```



1              Sansar C. Sharma

2      Q.   "No written requirement for" what?

3      A.   For asking the resident -- the

4  prospective resident to finish the Step 3

5  exam.

6      Q.   Okay.  Do you know who created that

7  requirement?

8      A.   I think you asked me wrong

9  question.  I am not in charge for any of

10  those things.  Dr. Wandel will know.

11      Q.   Okay.  Okay, thank you.  Did you

12  ever have a discussion with Dr. Ali about the

13  requirement imposed that he had to pass Step

14  3 to obtain an ophthalmology residency

15  position?

16      A.   Will you rephrase the question,

17  please?

18      Q.   Sure.  Did you ever have a

19  discussion with Dr. Ali about the requirement

20  that he had to pass Step 3 to obtain an

21  ophthalmology residency position?

22      A.   To the extent, as the letter would

23  suggest, wherever that letter is -- it should

24  be with you -- to the extent, yes.

25      Q.   Well, what did -- did you have a



```
 1                    Sansar C. Sharma
 2    conversation about it?
 3         A.   We have -- I don't recall many
 4    conversations.  We discuss almost everything.
 5         Q.   Yes, but this is a particular
 6    subject that would have been important to Dr.
 7    Ali, and I am asking if you recall any of the
 8    conversations you had with him about the
 9    requirement that he pass Step 3 to commence
10    an ophthalmology residency.
11         A.   Not to my knowledge.
12         Q.   You don't recall any conversations
13    you had with him about that?
14         A.   Until the letter came from him --
15    the letter was sent from Dr. Wandel to Dr.
16    Ali.  Until then, no.
17         Q.   Well, after that letter was sent,
18    did you have discussions with Dr. Ali about
19    the requirement of passing Step 3?
20         A.   With Dr. Ali, yes.
21         Q.   What were those discussions?
22         A.   That you have to take the exam 3.
23         Q.   Did Dr. Ali agree that he had to
24    take Step 3?
25         A.   Yes.
```



1                    Sansar C. Sharma

2        Q.    What did he say to you?  Did he say

3    that Step 3 -- let me rephrase that.

4              Did he ever tell you that, in his

5    view, having to pass Step 3 was unfair?

6        A.    Did Dr. Ali ever discuss that with

7    me?

8        Q.    Yes.

9        A.    Yes, he has.

10       Q.    What did he say?

11       A.    "Why do I have to take the exam?"

12       Q.    Did he show you any papers or rules

13   about having to pass Step 3?

14       A.    He talked about it.  He never

15   showed me any papers pertaining to that.

16       Q.    Okay.  We've been going for almost

17   an hour.  I suggest we take a five-minute

18   break?

19                    MR. MILLUS:  Sounds good.

20                    THE WITNESS:  Sure.

21                    (Whereupon, a recess was

22              taken at this time.)

23   BY MR. SADOWSKI:

24       Q.    Dr. Sharma, did Dr. Ali complete or

25   deliver on his commitment to your laboratory?



```
 1                  Sansar C. Sharma
 2       A.   I don't understand your question.
 3       Q.   Did Dr. Ali deliver on his
 4  commitment to do research for your
 5  laboratory?
 6       A.   Yes, he did.
 7       Q.   And for how many years was he not
 8  paid for that work?
 9       A.   He was not paid by me.
10       Q.   Or the institution, correct?
11       A.   I have -- I don't know about the
12  institution.  I didn't pay anything.
13       Q.   Okay.
14            MR. MILLUS:  I will
15            stipulate that no payments were
16            made, no numeration in the form of
17            cash or otherwise to Dr. Ali, in
18            connection with what I consider to
19            be his voluntary services provided
20            to NYMC.
21       Q.   Dr. Sharma?
22       A.   Yeah.
23       Q.   Why would Dr. Ali continue to work
24  for free for almost three years, without the
25  expectation of some reward at the end of
```



```
 1                      Sansar C. Sharma
 2    that?
 3                    MR. MILLUS:  Objection.
 4                    The question asks for the
 5            operation of Dr. Ali's mind, which
 6            this witness, of course, would have
 7            no idea what that is.
 8        Q.   Did Dr. Ali tell you what he
 9    expected as a reward for his services?
10                    MR. MILLUS:  Objection to
11            form.  You may answer, Doctor.
12        Q.   You may answer, Dr. Sharma.
13        A.   Did he expect any reward?  There
14    are no rewards.  This is not a high school
15    that awards are given.  As far as I am
16    concerned, his thing was he did the research,
17    and I will highly recommend him for the
18    possibility for accepting him as a resident,
19    and that is done by the department.
20        Q.   Did you discuss with Dr. Wandel,
21    Dr. Ali's expectation of obtaining an
22    ophthalmology residency?
23        A.   Yes.
24        Q.   And did Dr. Wandel agree that he
25    would grant Dr. Ali a residency for his
```



                        Sansar C. Sharma

1                       Sansar C. Sharma

2  successful work for you?

3       A.   No, he agree only to the point that

4  he will consider when the time comes, when

5  the residency opens and when a position

6  opens.

7       Q.   And a position did come open when

8  the resident Starwhite left the program,

9  correct?

10      A.   Correct.

11      Q.   And Dr. Ali was told that he -- he

12 was offered that position, correct?

13      A.   If it's in writing, yes.

14      Q.   Okay.  You supported his

15 application to that position, correct?

16      A.   I have been supporting him ever

17 since, yes.

18      Q.   And you have done that because he

19 did so much research for you in your

20 laboratory, correct?

21      A.   That's not the only criteria.  He

22 has a qualification as well for a residency

23 program anywhere.

24      Q.   But, Doctor, isn't it the case that

25 Dr. Ali was working for you, in order to



```
 1                    Sansar C. Sharma
 2   acquire that residency position?
 3        A.   It does not --
 4                    MR. MILLUS:  Objection as to
 5             form.  You are asking the operation
 6             of Dr. Ali's mind.  It's an
 7             inappropriate question.  Otherwise,
 8             the witness may answer.
 9        Q.   You can answer, Doctor.
10        A.   I said it facilitated because he
11   worked, it became almost impingement that,
12   think about it, he has been working hard, he
13   should be proposed for the residency, yes.
14        Q.   Did you observe, in Dr. Ali, any
15   misbehavior while he was working with you?
16        A.   No.
17        Q.   Was he at all times professional?
18        A.   Yes.
19        Q.   You have no knowledge of Dr. Ali
20   making any sort of emotional outburst,
21   correct?
22        A.   Not in my lab.
23        Q.   Or you have not heard that from
24   anyone else either, have you?
25        A.   No.
```



1                  Sansar C. Sharma

2        Q.    You know Dr. Ali interviewed for a

3   residency position, correct?

4        A.    Yes.

5        Q.    Did you hear feedback from anyone

6   as to how those interviews went?

7        A.    No feedback is ever given to the

8   faculty.  I interviewed exactly same time

9   when he was there.  I did not interview him.

10  Somebody else did.  Who?  I do not know.

11       Q.    Did Dr. Ali relay to you how he

12  thought the interviews went?

13       A.    He said very well.  He said it went

14  well.

15       Q.    Did he tell you anything else?

16       A.    Nope.

17       Q.    Did Dr. Wandel tell you that

18  because Dr. Ali is not an American medical

19  school graduate, there are different

20  conditions for him obtaining a residency?

21       A.    Not until the letter was offered

22  that he had to take Step 3 exam, and that's

23  all.

24       Q.    Okay.  And that's a condition that

25  is not imposed on American medical school



1              Sansar C. Sharma

2   graduates, correct?

3        A.   Not to my knowledge.

4        Q.   Let's get some more exhibits.

5   Showing you what's been marked as Ali Exhibit

6   1, this is taken from New York Medical

7   College, GME policy USML Step 3.  Could you

8   take a look at the first two paragraphs, Dr.

9   Sharma?

10       A.   I am reading it.  Yes.

11       Q.   Okay.  What is your understanding

12  here of what is required for a resident to

13  enter the program at New York Medical College

14  residency?

15       A.   Exactly as it says, which is that

16  you must finish your Step 3 exam in second

17  year of residency program.

18       Q.   Right.  There is no requirement

19  here that an applicant pass Step 3, before

20  entering the residency program?

21       A.   As I gather, looking at this, yes.

22       Q.   So the requirement for Dr. Ali to

23  pass Step 3, is contrary to the New York

24  Medical College policy, correct?

25       A.   No, because I think that's for most



1                    Sansar C. Sharma

2    of the foreign medical graduates.  This

3    Exhibit 1 does not say, "foreign medical

4    graduate."  It only pertain to the American

5    medical graduates.

6         Q.   Where in this document does it say

7    it only pertains to "American medical

8    graduates"?

9         A.   That's my understanding.  It

10   doesn't say it.

11        Q.   Okay.  Do you know where that rule

12   is published, that foreign medical graduates

13   have a different rule?

14        A.   I do not know.  I am not aware of

15   it.

16        Q.   Okay.  You have never seen that

17   requirement in writing?

18        A.   Nope.

19        Q.   Okay.  Do you recall Dr. Ali

20   attending a meeting with Drs. Hutcheson,

21   Bierman, Wandel, and himself --

22        A.   Yes.

23        Q.   -- around July 20, 2018?

24        A.   I do.

25        Q.   Did Dr. Ali report back to you



```
 1                  Sansar C. Sharma
 2    about that meeting?
 3         A.   Since I was there, he didn't have
 4    to report it.
 5         Q.   Oh, you attended that meeting?
 6         A.   There was a meeting which I
 7    attended, I just mentioned.  That was four of
 8    us.  No, the meeting which he attended
 9    separately with them was a separate -- you
10    are talking about.  Yes, he did report
11    something about that meeting to me.
12         Q.   What did he report?
13         A.   That it was -- were told to him --
14    that's my recollection, it was told to him by
15    the -- Dr. Bierman that maybe he should be
16    happy about it, don't look sad, and that sort
17    of thing, but nothing specific to the point
18    that they were offering any position or
19    anything.  None of that.  That he was very
20    disappointed and he was a bit saddened by all
21    of it.
22         Q.   Saddened about what?
23         A.   Whatever they were discussing,
24    which was what his future.
25         Q.   His future as obtaining a residency
```



```
 1                      Sansar C. Sharma
 2    position?
 3          A.    As obtaining a residency.
 4          Q.    And did he tell you what else
 5    occurred at that meeting?
 6          A.    I don't recall, but, you know, I am
 7    sure he has said it, but I don't recall
 8    because nothing in writing was discussion
 9    one-to-one telling me what happened.  He was
10    very sad and he left.  And I don't think I
11    ever saw him since then.
12          Q.    Did he tell you that any security
13    people were at that meeting?
14          A.    I still don't understand your
15    question.  What in security?
16          Q.    Did he tell you that anyone from
17    security, a security official, came to that
18    meeting?
19          A.    Not to my knowledge.
20          Q.    Okay.  Did you discuss that meeting
21    with Dr. Wandel?
22          A.    The very last meeting, I have not
23    spoken to -- since then -- to anyone about
24    this affair.
25          Q.    Okay.  Before we started talking
```



1                   Sansar C. Sharma

2   about the July 20th meeting, you mentioned

3   there was a meeting that you attended.

4        A.   There was a meeting between Dr.

5   Hutcheson, Dr. Ali, myself, and Dr. Wandel.

6        Q.   And what happened at that meeting?

7        A.   We discussed -- we proposed and he

8   proposed that he should be given a chance to

9   -- for the residency, and -- it was a

10  half-hour meeting.  I cannot remember all the

11  details, but it was, sort of, let down for

12  him.  The meeting was that he should be

13  seeking some other program, or he should

14  apply again if he think it's right for the

15  match, and if that doesn't work, he should

16  apply somewhere else, and they will support

17  him for doing the research somewhere as a

18  full-time paid physician.

19       Q.   At that meeting, was there a

20  suggestion made that Dr. Hutcheson review Dr.

21  Ali's work for a period of time to test him

22  out?

23       A.   Yes, I made the suggestion.

24       Q.   And what was the response to that

25  suggestion?



```
 1                    Sansar C. Sharma

 2        A.   Nothing.

 3        Q.   Did the issue come up of Dr. Ali

 4   working for almost three years with the

 5   expectation that he was going to have a

 6   residency?

 7        A.   The only thing I can recall is

 8   that --

 9             MR. MILLUS:  Hold on,

10        Doctor.  Note my objection to the

11        form, but you can answer.

12        Q.   You can answer, Dr. Sharma.

13        A.   Could you repeat the question?  I

14   don't remember now.  Would you please repeat

15   the question?

16        Q.   During that meeting, did it come up

17   that Dr. Ali felt that there had been a

18   promise to him that after three years of

19   research -- successful research work, he

20   would be given a residency in the

21   ophthalmology residency program?

22        A.   Not exactly the way you are talking

23   about, those things are never discussed.  The

24   only thing which comes up is we will

25   consider, but at that time, 2018, he is
```



```
 1                    Sansar C. Sharma
 2    already been taken one interview for the
 3    residency in 2016, and after that, he was not
 4    accepted as a resident.  He was not offered
 5    the residency, as I gather, in 2016, and once
 6    he is turned down, I don't think anybody gets
 7    a residency program, unless there is some
 8    other circumstances.
 9         Q.   Why was he turned down during the
10    2016 application?
11         A.   That, I have zero information
12    because I did not interview, I did not
13    evaluate him.  That is Dr. Wandel's job, who
14    proposed to the ACGME, the match, exactly
15    where the standings are, and the match means,
16    basically, isn't always in favor of the
17    resident.  Let's say you have residency
18    interviews, who match you the first one, they
19    get first match.  You may not get a match.  I
20    cannot answer that question to any extent
21    that except he was not -- he did not match in
22    the program.  Where was his standing -- I
23    have not idea.
24         Q.   Did you have a discussion with Dr.
25    Wandel about why he did not match?
```



```
 1                    Sansar C. Sharma
 2        A.   Nope.  Because immediately after
 3   that he was offered a position, as you
 4   already mentioned, that there will be a
 5   position opening for the PGY2.  That was your
 6   Exhibit 2 or 3, whatever it was, that year,
 7   and that he had to pass Step 3 exam.  That,
 8   to me, suggests that he, Wandel, were trying
 9   his at most, after the match, to find a
10   position for him.
11        Q.   Was that Dr. Wandel's answer to his
12   promise to Dr. Ali, that he would get Dr. Ali
13   a residency position?
14                    MR. MILLUS:  Objection to
15             form.  You can answer.
16        A.   I don't think you understand the
17   process.  I think he wrote to him a letter
18   that the position is opening, you can join
19   the position when you pass the exam.  Please
20   remember, there was no chairperson at that
21   time in the department.  Dr. Hutcheson --
22        Q.   What difference does that make?
23        A.   Because the decision was what he
24   was making, Dr. Wandel.  He made the decision
25   as program director, and once the full-time
```



```
 1                 Sansar C. Sharma
 2    chairperson comes in, they take over the
 3    position for selecting the candidates.
 4         Q.    Wasn't Dr. Wandel supportive of Dr.
 5    Ali's obtaining a residency?
 6         A.    He supported to the extent that he
 7    offered him a possibility for PGY2, provided
 8    he finish exam 3.
 9         Q.    But that was a requirement that Dr.
10    Bierman said; isn't that correct?
11         A.    To my knowledge, yes.  I haven't
12    seen the letter from Dr. Bierman saying that,
13    but Dr. Wandel mentioned that it was asked of
14    him, that he had to pass the exam 3.
15         Q.    And did Dr. Wandel tell you what he
16    thought about Dr. Bierman's requirement that
17    Dr. Ali pass Step 3?
18         A.    Not to me, not in writing, not in
19    discussions.
20         Q.    Was there ever -- do you know who
21    Dr. --
22         A.    Beg your pardon?  I cannot hear.
23         Q.    Do you know who Dr. Daniel is?
24         A.    Daniel was a student of New York
25    Medical College.  He worked in my lab too.
```



```
1                    Sansar C. Sharma

2        Q.   Okay.  Daniel?

3        A.   For three years.

4        Q.   Did he obtain any residency

5   position?

6        A.   He was offered a residency

7   position.

8        Q.   And did he keep that residency

9   position?

10       A.   I beg your pardon?

11       Q.   Did he accept the residency

12  position?

13       A.   He is now a senior resident right

14  now.

15       Q.   And did Dr. Daniel go through the

16  San Francisco Match?

17       A.   Everybody has to go through San

18  Francisco Match.

19       Q.   Are there some residents who don't?

20       A.   I don't think there is anyone who

21  doesn't apply to the match.  Nobody is picked

22  up right away, unless there is a later

23  position opened after the match.

24       Q.   Right.  If a position opens after

25  the match, it can be filled by someone
```



```
 1              Sansar C. Sharma
 2   outside the match?
 3        A.   That could be outside the match,
 4   yes.
 5        Q.   Okay.  Can positions be created and
 6   then filled by someone outside the match?
 7        A.   If a position opens up --
 8   "creation" is the wrong word for it.
 9   Position opens, somebody left, there is a
10   possibility, if they need the resident, they
11   apply, which he had to, again, advertise it
12   as position open.
13        Q.   Aren't there residents who don't
14   apply and are accepted into the residency
15   program?
16        A.   How is it possible, when you don't
17   apply?  Why would anybody accept you?
18        Q.   Do you recall a resident who had
19   worked for Dr. Hutcheson in Qatar, who
20   obtained a residency in New York Westchester
21   Medical Center?
22        A.   To my knowledge, and, practically,
23   Dr. Wandel knowledge, which we talked about,
24   we were not aware of that who was coming in
25   and under what condition was he or she -- we
```



```
 1                    Sansar C. Sharma
 2    never asked, nobody ever offered the position
 3    -- nobody ever offered us the explanation.
 4         Q.   So you don't know why the resident
 5    from Qatar, how he got his position in the
 6    residency?
 7         A.   I have no idea.
 8         Q.   Do you know if it was advertised?
 9         A.   I have no idea.
10         Q.   Was that resident interviewed,
11    before given the residency?
12         A.   Not by me, or not by Dr. Wandel.
13         Q.   Was he interviewed by anyone else?
14         A.   I have no idea.  Because she was a
15    new chair, and this is a position she had,
16    what she did with that, we have no privy to
17    that information.
18         Q.   Okay.  Do you have any knowledge or
19    information about Dr. Eric Rosenberg
20    reporting on his interview with Dr. Ali?
21         A.   Only through Ali.
22         Q.   What did Dr. Ali say?
23         A.   Oh, it went very well.
24         Q.   Okay.  Did Dr. Rosenberg ever
25    express to you his support for Dr. Ali
```



1                    Sansar C. Sharma

2    joining the residency program?

3         A.   As many time as I can say, yes,

4    yes.

5         Q.   At some point, you know that Dr.

6    Ali was sent to Metropolitan Hospital to

7    begin his orientation for starting the

8    residency program?

9         A.   Yes, there is a letter to that

10   somewhere, and he went there for the

11   orientation and details of that -- how to do

12   things.  Yes, he went there.

13        Q.   And that was in preparation for

14   entering the residency program, correct?

15        A.   I...

16        Q.   I'm sorry, I didn't get your

17   answer.

18        A.   I said, "yes."

19        Q.   Okay.  Did Dr. Ali ever express to

20   you that he felt discriminated against as a

21   foreign medical graduate?

22        A.   Those notions were expressed many

23   times.

24        Q.   Can you tell me how often and how

25   they were expressed?



1                  Sansar C. Sharma

2        A.    Number 1 was, why does he have to

3   take the exam, number 3, Step 3.  Number 2,

4   when he didn't pass the exam, he was very

5   frustrated, he think it's unnecessary that

6   they are putting pressure on him to pass, and

7   subsequent to that, couple other times

8   talking about same thing, that he has been

9   put to take the exam Step 3, before entering

10  into the residency program.

11       Q.    And, ultimately, do you know, did

12  Dr. Ali pass Step 3?

13       A.    I -- yes, he did pass Step 3.

14       Q.    Okay.

15       A.    That's when I wrote him an e-mail

16  that this horror is over, that he finally

17  pass Step 3.

18       Q.    What do you mean by horror?

19       A.    Well, he had been out from studies

20  for eight, nine years for the exams.  When he

21  took the exams he did not pass.  I gather

22  it's twice, but I may be wrong there.  I am

23  not exactly sure of.  But he took the exam,

24  he failed.  He has a family to support, he

25  has children, and all those things, and under



1                    Sansar C. Sharma

2     pressure, he took the exam, second time, he

3     pass.  Second or third time, I don't know.

4     But he passed the exam, he told me he passed

5     exams, was very happy about it, I said, "now

6     the nightmare is over.  Hope something work

7     out."

8          Q.    And at that point, did anyone

9     discuss, that you know of, with Dr. Ali about

10    getting him into the residency program now

11    that he had passed Step 3?

12         A.    As I gather, nobody discussed with

13    me anything.

14         Q.    Okay.  Did Dr. Ali discuss with you

15    that now that he had passed Step 3, he can

16    enter the residency program because he has

17    met all the requirements?

18         A.    If there was position open, yes.

19         Q.    Okay.  Let's see if we can put up

20    another exhibit.  Showing you what has been

21    marked as Ali Exhibit 5, this is a letter

22    from New York Medical College School of

23    Medicine, dated "April 7, 2016," to Dr. Ali

24    from Douglas Miller, Dean, School of

25    Medicine.  Have you ever seen this document



```
 1                    Sansar C. Sharma
 2    before?
 3          A.   Yes, I have.
 4          Q.   What's your understanding of it?
 5          A.   That he was appointed as an
 6    assistant professor, clinical assistant
 7    professor, and at recommendation of Dr. Wong,
 8    that he will teach, and give lectures, and do
 9    research.
10          Q.   Okay.  And attached to this letter
11    are the New York Medical College SOM policies
12    and procedures.  Do those policies and
13    procedures apply to faculty members?
14          A.   Repeat the question.  What is the
15    question?
16          Q.   The question is:  The attachments
17    here have a -- have the policies and
18    procedures, office of faculty affairs,
19    faculty handbook, do those policies and
20    handbooks apply to Dr. Ali?
21          A.   Everyone.  If he was appointed as a
22    faculty members, all the rules and
23    regulations for the faculty apply to
24    everyone.
25          Q.   So he would be treated like every
```



1                    Sansar C. Sharma

2     other employee of New York Medical College?

3          A.    Yep.

4                    MR. MILLUS:  Objection as to

5               form.  Go ahead.

6          Q.    Did you understand Dr. Ali to be an

7     employee of New York Medical College?

8          A.    At that --

9                    MR. MILLUS:  Objection as to

10              form.  You are asking this witness

11              to give a definition or to express

12              if he was an employee under the

13              legal definition and he is

14              incapable of doing so.

15                    MR. SADOWSKI:  I am asking

16              for his personal understanding.

17                    MR. MILLUS:  Note my

18              objection.

19         Q.    Can you answer, Dr. Sharma?

20         A.    Pardon me.

21         Q.    Can you answer?

22         A.    Repeat the question.

23         Q.    Did you understand Dr. Ali as an

24     employee of New York Medical College?

25         A.    Yes, it was a necessary thing to



```
 1                    Sansar C. Sharma
 2    apply for the IRBs.  Without that, you could
 3    not apply for IRB as outsider.
 4         Q.   I see.  So in order to apply for
 5    the IRBs, as he did on, at least, two
 6    occasions --
 7         A.   Two or three occasion, yeah.
 8         Q.   Yeah -- Dr. Ali had to be an
 9    employee of the medical college?
10                    MR. MILLUS:  Same objection.
11         A.   Exactly.
12         Q.   Okay.  Thank you.
13              Did you understand that the faculty
14    rules applied to Dr. Ali?
15         A.   I assume so.  I don't know the
16    answer.
17         Q.   Did you understand that Dr. Ali had
18    the -- had the same obligations to New York
19    Medical College as other employees?
20                    MR. MILLUS:  Objection as to
21              form.  You can answer, if you know.
22         A.   Again, I repeat my answer, in order
23    to apply for IRBs, it would be preferable
24    that he is appointed for NIH grant or any
25    other grants coming from college, you require
```



1              Sansar C. Sharma

2    a letter of this nature to be able to submit

3    the applications anywhere, then it become the

4    college responsibility that he is applying

5    through the college for different agencies.

6         Q.   I see.  So not only through the

7    IRBs, but for the grants, it's necessary to

8    represent that Dr. Ali is an employee of the

9    medical college?

10        A.   How else can one apply?  If he is

11   applying for New York Medical College, you

12   need appointment to be able to apply.

13        Q.   I see.

14        A.   You cannot be a student or -- a

15   resident can apply only for IRB, but not for

16   the grants, unless it is approved by the

17   institutions.

18        Q.   Understood.  Can someone who is not

19   a faculty member apply for an NIH grant?

20        A.   Nope.  Not from the institution.

21   You cannot send a private application to NIH.

22   It does not work.

23        Q.   Okay.  So as an individual

24   physician, one could not apply for a grant

25   from NIH?



1                    Sansar C. Sharma

2        A.    Nope.  Not to my knowledge.

3        Q.    Okay.  Okay, showing you now what

4    has been marked as Ali 7, this is a letter

5    from Metropolitan Hospital Center by Dr.

6    Wong, the interim chairman, to Dean Miller,

7    and this is the request by Dr. Wong to have

8    Dr. Ali appointed as a full-time instructor;

9    is that correct?

10       A.    If you haven't read it, I can read

11   to you.  "On board in the department of

12   ophthalmology as a full-time instructor.  He

13   is an experienced researcher and will be

14   submitting grant and IRB proposal.  This is

15   in line with your recent initiatives to

16   enhance the research at School of Medicine."

17       Q.    Do you understand what he is

18   referring to as the "recent initiatives to

19   enhance research"?

20       A.    Which is normal in every

21   institution.

22       Q.    Was there a particular need at New

23   York Medical College to enhance the research?

24       A.    I said this is specific -- almost

25   anytime -- we were under -- at that time



1                    Sansar C. Sharma

2     under the probation of the ACGME.  So it is

3     one of the important things to produce more

4     research to show that, yes, we are actively

5     involved with things.

6          Q.   And that's one of the reasons Dr.

7     Ali was hired, correct?

8          A.   No, again, you are, again, missing.

9     I hired Ali to join my lab.  He was given

10    this position, as it says in the letter, to

11    initiate and enhance the research in the

12    department.

13         Q.   And did he succeed in doing that?

14         A.   "In doing" what?

15         Q.   In enhancing the research of the

16    department?

17         A.   We discussed earlier that he

18    published eight papers while he was there

19    with me and applied for few grants.

20         Q.   And was that, in your view,

21    successfully completing his job requirements,

22    as you had hired him to do?

23         A.   This letter has nothing to do with

24    my asking him to join my lab.  He joined my

25    lab and we publish the papers.  And highly



```
 1                  Sansar C. Sharma
 2    supported him an recommended him for the
 3    residency.  Whether this fulfill anything or
 4    not, I have no idea because the department
 5    provision was lifted before this letter was
 6    even sent.
 7         Q.   Okay, understood.  Showing you now
 8    what's been marked as Ali 10, it's a letter
 9    to "Charles Hathaway, PhD, Office of Research
10    Administration."
11         A.   Can you blow it up, please?
12         Q.   Yes.
13         A.   Increase.
14         Q.   Yeah.  The project entitled "Impact
15    of Bariatric Surgery on the Course of
16    Diabetic Renopathy."  It says, "Drs. Ali and
17    Paul will be investigating the effects of
18    bariatric surgery on outcomes associated with
19    diabetic renopathy."  Is this one of the
20    research projects Dr. Ali worked on?
21         A.   This is a research project he would
22    have loved to have work on and he was
23    applying for IRB.
24         Q.   Okay.  Was the IRB successful?
25         A.   Nope.
```



1                    Sansar C. Sharma

2          Q.    He didn't produce any report on

3     this?

4          A.    Sorry, I'm not following your

5     question.

6          Q.    Was any of this study published?

7          A.    I said he did not get the IRB, so

8     he did not get initiated into the studies.

9          Q.    Okay, understood.

10         A.    It's too small to read.

11         Q.    I understand.  I am going to

12    increase it.  Okay, Ali Number 7.  This is

13    from the British Journal of Ophthalmology to

14    Dr. Ali.  Your manuscript entitled "Acute

15    Retinal Necrosis and Contralateral Cutaneous

16    Eruption Following Shingles Vaccine."  Is

17    that a research that Dr. Ali did?

18         A.    The research -- the collection of

19    the data was done somewhere else.  He then

20    sat down and analyze the data and wrote while

21    he was working with me, and that's when we

22    corrected the manuscript and submitted.

23         Q.    Was this published?

24         A.    Yes.

25         Q.    Here we have Ali Exhibit 12.



1              Sansar C. Sharma

2   Again, from the British Journal of

3   Ophthalmology.

4        A.    Uh-huh.

5        Q.    And this is about a manuscript

6   entitled "Intravitreal Injection of

7   Triamcinolone Acetonide as an Adjunctive

8   Treatment for Uveitis Patient Undergoing

9   Cataract Surgery."  Was this manuscript

10  published?

11       A.    Yes.

12       Q.    Okay.  And this, again, was Dr.

13  Ali's research?

14       A.    That's right.

15       Q.    Thank you.  Okay.  Do you know who

16  Sara Palladino is?

17       A.    No.

18       Q.    Okay.  This e-mail to Dr. Ali -- it

19  appears he is being invited to interview at

20  the residency program for ophthalmology on

21  Tuesday, December 6, 2016.

22       A.    Yes, he gave me a copy of that.

23       Q.    And I take it you -- I think you

24  answered this before, but no one other than

25  Dr. Ali gave you feedback from his interview



1                     Sansar C. Sharma

2    experience?

3         A.    Correct.

4         Q.    Did Dr. Ali inform you with whom he

5    had interviewed?

6         A.    I don't recall that.  It was

7    definitely not me.

8         Q.    Okay.  Here's an e-mail from Ms.

9    Palladino.  "Dear Amro Ali," and it lists the

10   ophthalmology e-mail residents.  Do you know,

11   are these the residents with whom Dr. Ali

12   interviewed?

13        A.    I do not know because they all sit

14   together.  Which one interviewed him, I do

15   not know.

16        Q.    When you interview resident

17   applicants for residency, do you take notes?

18        A.    No, there is a form, we fill up the

19   forms after the interview, and we submit it

20   to the program director.

21        Q.    What do those forms look like?

22        A.    Evaluate the candidate and specific

23   comments when we talk about that, and make

24   recommendation of one to ten, what would you

25   put in each category, and what you think



```
 1                    Sansar C. Sharma
 2    about the candidate.  I don't recall all
 3    detail.  It's standard form of the department
 4    in which the evaluation, whoever is
 5    interviewing it, write down their comment,
 6    and the scoring, and that sheet is given
 7    directly to Dr. Wandel.
 8         Q.    Okay.
 9                    MR. SADOWSKI:  I am going to
10                call for the production of the
11                evaluation sheets from the
12                interviews of Dr. Ali.  We will
13                follow that up with a writing.
14                    MR. MILLUS:  Yes, I will
15                take it under advisement.  Thank
16                you.  Please do.
17                    MR. SADOWSKI:  Okay.
18         Q.    Do you know if Dr. Ali reached out
19    to the ACGME to inquire about the requirement
20    that he pass Step 3 to obtain a residency
21    position?
22         A.    Again, would you please repeat the
23    question.
24         Q.    Yes.  Do you know if Dr. Ali
25    reached out to the ACGME about the
```



1              Sansar C. Sharma

2    requirement that he pass Step 3, before

3    obtaining a residency position?

4         A.   Yes, he told me so.

5         Q.   Okay.  Did he show you this e-mail,

6    which is Ali 18?

7         A.   That e-mail, I have no idea about.

8    He did on his own, the details, and he told

9    me about it, but that's it.  I never seen the

10   e-mail which you are showing me here.

11        Q.   Okay.  Did he tell you what ACGME

12   replied to his inquiry about the requirement

13   of passing Step 3, before obtaining a

14   residency?

15        A.   Yes, verbally.

16        Q.   What did he say?

17        A.   That there is no requirement

18   according to them for Step 3.

19        Q.   Okay.  And did you then speak to

20   anyone else about that subject?

21        A.   No.

22        Q.   You did not discuss that with Dr.

23   Wandel?

24        A.   No.

25        Q.   In any of the meetings you attended



```
 1                    Sansar C. Sharma
 2    regarding Dr. Ali, was this discussed, the
 3    response from ACGME?
 4          A.    Nope.
 5          Q.    Okay.  I am showing you now what's
 6    been marked as Ali Exhibit 21.  Do you
 7    recognize what this document is?
 8          A.    Nope.
 9          Q.    Oh, the department newsletter, you
10    don't see those?
11          A.    I don't recall it, but this comes
12    maybe two or three times a year.  I don't
13    recall this specific one you are talking
14    about.
15          Q.    Okay.  Going down here -- see if we
16    can increase the size of this.
17          A.    Yeah, okay.
18          Q.    Okay.  Here it has "research
19    updates," mentioning you and Dr. Ali.
20          A.    Yes.
21          Q.    Is this one of the -- some of the
22    research that was published?
23          A.    This is the department -- how shall
24    you say, say, promotion letter, this is
25    what's going on in the department and who is
```



1                    Sansar C. Sharma

2    doing what.

3          Q.    Okay.

4          A.    And Dr. Ali has published, I said,

5    eight papers, so, obviously, the name was

6    there for that purpose.

7          Q.    Going up a little bit.  This

8    individual, Dr. Asmeer Shwiki -- do you know

9    who that is?

10         A.    Yes, he -- we only -- I met him,

11   not "we."  I think most department met him

12   when he joined the department and appeared as

13   a resident.

14                    MR. SADOWSKI:  Can we have

15               that answer read back?

16                    (Whereupon, the requested

17               portion was read by the reporter.)

18         Q.    So is it your understanding that

19   the department met him, after he became a

20   resident?

21         A.    Yes.  The simple answer is "yes."

22         Q.    Okay.  Did he go, if you know,

23   through the San Francisco Match?

24         A.    As I said, I have no idea.

25         Q.    Do you know if he was filling an



1                    Sansar C. Sharma

2    open position when he arrived as a resident?

3         A.   I have zero idea about that either.

4         Q.   Okay.  Is this the resident who had

5    worked with Dr. Hutcheson in Qatar?

6         A.   We were told afterward by Dr.

7    Hutcheson, she knows him from there.

8         Q.   Do you know if he had an NIH grant?

9         A.   I do not know.

10        Q.   As a resident, would he be able to

11   have a -- apply for an NIH grant?

12        A.   As a -- not as a principal

13   investigator, as a secondary investigator

14   with somebody else.

15        Q.   I see.  Do you know if he was

16   working on -- as any kind of an investigator

17   on an NIH grant when he came to Westchester?

18        A.   Never -- I said I never met him

19   until he came and I have no idea what he done

20   before.

21        Q.   Okay.  Very well.  Thank you.

22   Okay, I am going to show you now Ali Exhibit

23   23, the "Westchester Medical Center resident

24   fellow agreement terms of appointment,

25   policies and procedures," and I am going to



```
 1              Sansar C. Sharma
 2   scroll down to page 40 of the document.  This
 3   is -- okay, let me enlarge this.  Okay.  This
 4   is page 40 of that document, and in the
 5   "policy" paragraph, as we've seen before, "It
 6   is a policy of the Westchester Medical Center
 7   that every WMC based categoric residency
 8   training program at WMC required trainees to
 9   pass Step 3 of the USMLE or COMLEX
10   examination sequence, prior to the end of
11   their second year of training.  Every WMC
12   residency program must have a policy that
13   stipulates a deadline by which its residents
14   must take and/or pass the USMLE or COMLEX
15   Step 3 exam, and that policy must be
16   consistent with WMC and New York Medical
17   College policy.  Residents must fulfill this
18   requirement in order to be considered in good
19   academic standing, and as an essential
20   element of completing a residency program."
21   Now, nowhere in this policy statement does it
22   differentiate between foreign medical
23   graduates and American medical graduates; is
24   that correct?
25        A.   As it says, there is no mention of
```



1                          Sansar C. Sharma

2      that.

3           Q.    In fact, it says, "This policy

4      applies to all residencies" -- "all residency

5      programs," correct?

6           A.    As it says, I would go by this.  I

7      have never seen this document in my life.

8           Q.    Oh, okay.  That's fine.  But did

9      you understand this as --

10          A.    Sure, I understand it.  I just read

11     it and I understand it.

12          Q.    Okay.  And, again, there is no

13     requirement in here that it's different for a

14     foreign medical school graduate than an

15     American medical school graduate?

16          A.    If it is in there on this page,

17     then it must not exist.  I do not know the

18     answer.

19          Q.    Okay.  Fair enough.  Showing now

20     what has been marked as Ali 26.  Have you

21     ever seen this document before?

22          A.    Yes.

23          Q.    Okay.  Did you see it before you

24     hired Dr. Ali?

25          A.    This does not pertain to my hiring,



```
 1                    Sansar C. Sharma
 2    but I know what he has done.  I said, as a
 3    researcher, this has -- this is the
 4    application if you want to apply somewhere,
 5    this is a format of NIH.
 6         Q.   I see.
 7         A.   In which you write down who you
 8    are, what you have done.
 9         Q.   Okay.  So at some point while Dr.
10    Ali was working with you, did you have an
11    opportunity to see this document in
12    connection with his grant applications?
13         A.   Yes.
14         Q.   Okay.  And this document -- what is
15    this?  This is Ali Exhibit 27.  During the
16    course of Dr. Ali's submitting grant
17    applications under your supervision, did you
18    see this document?
19         A.   I have seen this document when he
20    applied for the residency.
21         Q.   But not before?
22         A.   This does not pertain to this
23    report.  It is unnecessary.
24         Q.   Okay.  So the first time you saw it
25    was when he applied for residency?
```



1                    Sansar C. Sharma

2        A.    Correct.

3        Q.    Okay.  This is Ali 28.  Let's see

4   if I can...this is in connection with his --

5   either his work in grant applications or in

6   applying for residency, did you see this

7   document?

8        A.    This is part of his CV for the

9   applying for the residency and that's the

10  only time I saw all of that documents of his.

11       Q.    Okay.  And I know it's faint on

12  this document, but if you can make out on

13  here, it states "pass" and it gives a score?

14       A.    Yeah.

15       Q.    Okay.

16       A.    I am aware of that, yes.

17       Q.    Okay.  And here is the Step 2

18  report, Ali 29.  When was the first time that

19  you saw this?

20       A.    Again, when he applied for the

21  residency.

22       Q.    Okay.  But at no time before it?

23       A.    Nope.  There is no need for those

24  to know to do research.

25       Q.    Okay.  When you had your meeting



```
1                    Sansar C. Sharma

2      with Wandel, Bierman, and Hutcheson, the

3      meeting without Dr. Ali, was anyone taking

4      notes?

5           A.   I have no idea.  I don't recall

6      anything.  I am sure somebody -- the

7      secretary is there.  Is she taking notes, I

8      do not know.

9           Q.   Was Ms. Hodges at that meeting?

10          A.   She was the secretary.  Yes, she

11     was sitting there.

12          Q.   Okay.  Is it her role, usually, to

13     take notes during meetings?

14          A.   I think first time I ever attended

15     that sort of meeting.

16          Q.   Okay.

17          A.   So I do not know.

18          Q.   Okay.  Did you see her taking any

19     notes?

20          A.   I do not recall.

21          Q.   Okay.

22                    MR. SADOWSKI:  Let's take a

23               fifteen-minute break.  If everyone

24               -- if that's okay with everyone.

25                    MR. MILLUS:  That's fine,
```



```
1                    Sansar C. Sharma
2              and although I am sure you have
3              more to do, you have any idea, Rob,
4              how much further you have?
5                    MR. SADOWSKI:  I have a hard
6              stop time.  But I am going to
7              estimate that I will probably be,
8              at most, another hour, if I don't
9              have any more technical problems.
10                    MR. MULLINS:  Thank you.
11                    (Whereupon, a recess was
12              taken at this time.)
13   BY MR. SADOWSKI:
14        Q.   Dr. Sharma, we looked at this
15   exhibit before, Exhibit 7, where you write to
16   Amro, "He has to advertise it."  And we
17   talked a little bit about that Qatar
18   resident.  That residency that he positioned
19   -- he took was not advertised, was it?
20        A.   I said I have no idea at all
21   because we only saw this person suddenly
22   appear in the department.
23        Q.   Okay.  So you never saw an
24   advertisement for him?
25        A.   No.
```



 1                    Sansar C. Sharma

 2                        (Sharma Exhibit 8, E-mail,

 3                         marked for identification,

 4                         as of this date.)

 5         Q.   Dr. Sharma, showing you what's been

 6    marked as Exhibit 8, Sharma 8, Dr. Amro --

 7    Dr. Ali writes to you, "Dear Dr. Sharma,

 8    sorry to disturb you.  Should I register for

 9    SF Match?  Please let me know ASAP, as it

10    takes time to register and to process my

11    application."  Dr. Ali is asking if he should

12    register for the San Francisco Match; is that

13    right?

14         A.   Yes.

15         Q.   Okay.  And then you write back to

16    him, "Amro, I cannot answer this question

17    until I talk to Wandel and the chairperson."

18    Did you talk to Wandel and the chairperson

19    about Dr. Ali's request to you about applying

20    to the San Francisco Match?

21         A.   The answer, yes, I did.  The answer

22    was it's up to him to apply or not apply.

23         Q.   Was there anything else that was

24    said in your conversations with Dr. Wandel or

25    the chairperson?



1                    Sansar C. Sharma

2        A.   None whatsoever because this is now

3   January 3, 2018.  The new chair is there, and

4   so is Dr. Wandel, and there was no position

5   open.  He already had one interview before.

6   And he was asking, "Should I apply for it or

7   not?"  I said, "I will ask them what they

8   suggest," and the answer is, it's up to them

9   -- up to him, Ali, to apply or not to apply.

10       Q.   Okay.  And did you tell that to Dr.

11  Ali?

12       A.   Yeah.

13       Q.   Did you advise him as to whether he

14  should apply?

15       A.   I don't recall, exactly, what was

16  the discussion, but we talked practically

17  every day when he was there.

18       Q.   Okay.  So you would have discussed

19  his quest to obtain a residency position very

20  often, correct?

21       A.   Practically every time we talked

22  about that, what's going on, and what his

23  status is, what's exam, have you finished,

24  and all those things are regular -- or were

25  regular, sorry.



1                  Sansar C. Sharma

2        Q.    So after all this time working for

3    you for free, and his expectation that

4    Westchester Medical Center would provide him

5    with a residency, why did he -- did he tell

6    you why he was continuing to work for free?

7        A.    The same idea that I will propose

8    his name and discuss with the department

9    program director and the chair, which I did.

10       Q.    So each time you and Dr. Ali spoke

11   about his obtaining residency, you continued

12   to support it each time you spoke?

13       A.    I have supported him as late as few

14   months ago.  I will always supported him.

15       Q.    Showing you, Dr. Sharma, what has

16   been marked --

17       A.    28, yeah, April 4th.

18       Q.    So you write to Dr. Ali, "Meeting

19   with the chairwoman at eleven sharp in Macy

20   Ophthalmology, room 1044A, on April 13,

21   Friday.  It is a must."

22       A.    Sure.

23       Q.    What is this meeting about?

24       A.    This is first time we went there to

25   talk to the chairperson to please consider



1                    Sansar C. Sharma

2     offering him any position if it opens.

3          Q.    Okay.

4          A.    And we both sat down and I discuss

5     all the background of his, and Dr. Ali talked

6     about what he has done.  I think this was the

7     first major conference when we met together

8     with the chairperson regarding him, together.

9          Q.    Uh-huh.  How long did you prepare

10    together for that meeting?

11         A.    There is nothing to prepare.  The

12    background there, everything is there.

13    What's to prepare?

14         Q.    Dr. Ali writes that "I am working

15    on the agenda already.  I will be in your

16    office and we go together, if this is okay

17    with you."  Did you review the agenda?

18         A.    No, but he had -- I put

19    chronologically what have you done when you

20    came and what you did, so that there is no

21    overlap of information or misinformation.

22    Not jumping from -- starting middle of it.

23    Give rhyme and reason.  He had all things

24    prepared and he presented.  Actually, I

25    presented it and he corroborated.  He usually



```
 1                    Sansar C. Sharma
 2   mostly kept quiet and I talk to her at length
 3   about it, and then he talked about it, that
 4   considering that if the position open, he
 5   should be considered for the position.
 6   That's normal appeal.
 7                    (Sharma Exhibit 9, Meeting
 8                    Agenda, marked for
 9                    identification, as of this
10                    date.)
11        Q.   I am showing you what's been marked
12   as Hutcheson 10.  It's an e-mail from Dr. Ali
13   to Dr. Hutcheson.  Have you ever seen this
14   before?
15        A.   Yes, he gave me the copy of that.
16        Q.   Did you work on it for him?
17        A.   I don't recall.  I usually have,
18   most everything he had written.
19        Q.   Okay.  So you edited it for him?
20        A.   I may have.  I don't recall.
21        Q.   Okay.  Going through this, and if
22   you want to familiarize yourself with it,
23   just let me know when to scroll down.
24        A.   Yeah, continue, please.  Yes, I am
25   familiar it.  Go next.
```



1                    Sansar C. Sharma

2        Q.   Okay.

3        A.   I have seen it.  I am aware of the

4    whole details, so you can skip it.

5        Q.   Okay.  So you had an opportunity to

6    review this, before Dr. Ali sent it?

7        A.    This is not a support.  He is

8    writing it down, all his background, before

9    he appears and talk to Dr. Kelly on his own.

10        Q.   Right.

11        A.   That's all it was.

12        Q.   Yes, but you saw it before he sent

13   it, correct?

14        A.   Yeah.

15        Q.   Okay.  You had an opportunity to

16   edit it, correct?

17        A.    I am not absolutely sure, but I

18   said I usually have corrected most of his

19   things.  So I may have seen it, but I am

20   aware of that, because I had copy of this,

21   which he gave me afterward.

22        Q.   Okay.  So is it -- what he says in

23   this letter, is it accurate?

24        A.   According to him, yes.

25        Q.   Well, you had an opportunity to



1                    Sansar C. Sharma
2    read it and edit it, did you?
3         A.   Well, I am just telling you, as I
4    see it.  Everything in the original is his
5    background with me and what he achieved here,
6    okay?
7         Q.   Okay.  And --
8         A.   To that extent, these are correct.
9         Q.   If there had been any factual
10   inaccuracies in this letter, would you have
11   corrected them?
12        A.   If I have seen that, I would have,
13   but I don't recall.
14        Q.   Okay.  Well, but you did see it
15   before --
16        A.   Yes.
17        Q.   -- he sent it, correct?
18        A.   Yes.
19        Q.   Yeah.  And you edited his work, as
20   you often had?
21        A.   Yeah.
22        Q.   Okay.  So you would have corrected
23   any factual inaccuracies, correct?
24        A.   If there were, yes.
25        Q.   Okay.  Okay.  We are now at Sharma



```
 1              Sansar C. Sharma

 2   10.  Okay.  In here you are telling Dr. Ali

 3   that he "must go to the invitation from Dr.

 4   Hutcheson to discuss requirements for New

 5   York State Medical Board requirements."  Is

 6   that the requirement to have to pass Step 3?

 7        A.   I'm sorry, repeat last sentence,

 8   please, again.

 9        Q.   Yes.  Is this invitation to discuss

10   the requirements for New York State Medical

11   Board requirements, is that Step 3?

12        A.   Step 3 has nothing to do with this.

13   He is applying for permission to do clinical

14   work through the State of New York.

15        Q.   I see.

16        A.   And he asked Dr. Hutcheson to

17   support and others, and that's what this

18   letter was for, and that's what he was going

19   there to discuss with Dr. Hutcheson.

20        Q.   So I understood that Dr. Ali was

21   approved to go on at Metropolitan for

22   orientation for his residency, that's

23   correct?

24        A.   As the -- his e-mail says, yes.

25        Q.   Okay.  So why did you and Dr.
```



1              Sansar C. Sharma

2   Wandel need to convince her with the need to

3   carry on at Metropolitan?

4        A.   I have not convince her.  Dr.

5   Wandel had to suggest to her that he is a

6   good candidate, he should be -- to continue,

7   he need the approval from the state.

8        Q.   I see.

9        A.   Nothing to do with me.

10       Q.   So I should be asking Dr. Wandel

11  these questions?

12       A.   Exactly.

13       Q.   Okay.  That's fair.  We have in

14  front of us Sharma Exhibit 11, where Dr. Ali

15  writes to you, "Hi, Dr. Sharma.  You asked me

16  to sit back and to think after this

17  devastating meeting.  It's very clear that I

18  have been treated unfairly and have been

19  discriminated based upon -- based on my age.

20  The position that I have been promised have

21  been created and offered to other candidates

22  who have less qualification and even

23  department did not follow normal logistics

24  that create fair chance for all candidates,

25  as there was no post or even interviews that



1                    Sansar C. Sharma

2    give a fair chance like me, work free for

3    department for more than two and a half

4    years, published more than eight manuscripts.

5    I know you are kind, your support, and how

6    much you did for me, but I think it is time

7    for us to meet with Dr. Halperin to present

8    our case.  It should be a way to support me

9    after what I did for the department for three

10   years.  Please let me know how I can arrange

11   that.  I am seeing that there is not enough

12   respect to senior staff in the department and

13   their opinions, which is also not fair."  And

14   you write back to him, "Amro, this was

15   perhaps one of the worst weekends.  Your

16   thought has been there.  It was worse since

17   Janet is away in Toronto.  Let me consult

18   with chairman whether your suggestion can

19   work, talking to PD.  He needs to know your

20   reaction.  I shall call him again today.

21   Sansar."  So why do you say, "this is one of

22   the worst weekends"?

23        A.    That's my personal statement.  I

24   don't have to discuss what my thing was at my

25   home and what happened.  This is in relation



1                    Sansar C. Sharma

2    to Amro's meeting that he had been basically

3    told that there is no way one can do

4    anything, and he is asking me, please let me

5    know that we can go to Dr. Halperin, who was,

6    at that time, the dean of the medical school.

7    And my recommendations were that there is no

8    need to Dr. Halperin because Dr. Halperin is

9    a dean of the New York Medical College.  The

10   positions are primarily from the Westchester

11   Medical Center.  It was about the same time

12   when positions of most of the residencies

13   were handled by the Westchester Medical

14   Center.  So my suggestion was that looking at

15   his situation, it's really sad what he had

16   been through, and instead of going to -- his

17   request was, "Shall we go together or apply

18   to Dr. Halperin for appeal?"  My answer was,

19   "no, it won't help you anything because the

20   final decisions apply with the chair."  I

21   have on and out many times recommended to

22   him, it's not the chair of the department who

23   has the power.  The dean cannot interfere, do

24   not interfere in general, ever.  Department

25   itself decide what to do.  What I was saying



1                    Sansar C. Sharma

2    was, I was home alone, my wife had to be in

3    Toronto, her brother lives there and others,

4    so let me consult with the chairman whether

5    your suggestion can work, can be -- can I ask

6    her he should go to the Dr. Halperin.

7         Q.   Go on, sorry.

8         A.   And what I have been telling him

9    was that it does not help with Dr. Halperin

10   -- to go to him.  He will not interfere the

11   department internal affairs to hire -- he

12   never sits in any committees of residencies.

13   He was chancellor by that time, and he has no

14   interference with anyone.  He never had

15   interfered.

16        Q.   Okay.

17        A.   Department decide on their own

18   residencies, and the ACGME -- Dr. Bierman,

19   who is in charge of all residencies, he is

20   the one who can be persuaded or should be

21   persuaded.  He never went to him for

22   anything.

23        Q.   Do you agree with Dr. Ali's

24   statement that he has been treated unfairly?

25        A.   Through the extent that he was



```
1                   Sansar C. Sharma
2    given an opening for which he had to take the
3    exam 3, because there was no written rule at
4    that time, but if Dr. Bierman thinks that he
5    had to do it, then he had to do it.  There
6    was no other choice.
7         Q.   Okay.
8         A.   Unfortunately, it took him almost
9    year and a half or two to finish the Step 3.
10   By that time, there was no position.  A
11   chairperson has come in, and she dictates
12   what she wanted.
13        Q.   Dr. Ali also says, "I have been
14   discriminated based on my age."
15        A.   There's only one thing to consider
16   at this juncture.  He has been away from the
17   clinical settings, as we gather, as
18   department gather, for long time, and that's
19   I propose to Dr. Hutcheson that he should be
20   give a chance to see whether he is capable at
21   his art, and that's all I could do, and I
22   proposed and they declined.  So it's up to
23   him to think whether he was discriminated
24   against or not.  But by law, you cannot
25   discriminate.  By suggestion, you can do
```



```
 1                  Sansar C. Sharma
 2   whatever you want to do.
 3       Q.   Okay.  He goes on to say, "The
 4   position that I have been promised had
 5   been" --
 6       A.   The issue here, he was promised,
 7   that's correct.  Everybody knows that.  He
 8   knows it.  And we all know it.  Except the
 9   position disappeared when he finish the Step
10   3.  There was no position left.
11       Q.   Okay.  He then goes on to say that
12   it was offered to another candidate who has
13   less qualifications and even the department
14   did not follow the normal logistics that
15   create a fair chance to all candidates.
16       A.   Counselor, Counselor, we discussed
17   this issue earlier, and I said, we do not
18   know where this candidate came from, we only
19   knew when he appeared in the department.  I
20   was given a lecture to the residents at eight
21   in the morning when he was sitting and I was
22   introduced to him.  He appeared, and he is
23   the one who came from Qatar.  Whether he was
24   interviewed, or whether it was advertised, I
25   am not privy to that information, and neither
```



1                    Sansar C. Sharma

2      was Dr. Wandel at that time.  So conclusions

3      are, was he discriminated or not, I cannot

4      say that.  Whether the rules were followed or

5      not, I cannot say.  She was the chair.  She

6      did what she wanted to do.

7           Q.   Do you have knowledge of the

8      qualifications of the candidate from Doha,

9      Qatar, compared to Dr. Ali's qualifications?

10          A.   I have never seen his CV.  So I

11     have zero -- I have no answer for you.

12          Q.   Okay.

13          A.   Since I have never seen his CV, I

14     do not know.

15          Q.   Okay.  But you and Dr. Wandel were

16     not given the opportunity to review his

17     credentials before he was accepted into the

18     residency program, correct?

19          A.   When was he accepted, we do not

20     know.  Forget the chance of interviewing.  We

21     did not know when he was accepted.  We do not

22     know under what condition he was accepted.

23     What is his background -- I have no idea.

24          Q.   Is that, in your experience, an

25     unusual circumstance for the acceptance of a



1                    Sansar C. Sharma

2    resident?

3                    MR. MILLUS:  Objection to

4            form.  You can answer.

5        A.   To be fair to the chair, she must

6    have decided based upon what his backgrounds

7    are.  I do not know.  I cannot answer that

8    question to you.  Because for the federal

9    government, the ACGME, they have to have

10   qualification before they can be accepted.

11   Whether he passed Step 1, 2, or 3, and when,

12   I do not know.  But he had to have those

13   things.

14       Q.   Well, I am asking, in your

15   experience, when residents are accepted into

16   the program, is his acceptance to the program

17   an unusual circumstance?

18       A.   The answer I can give you is that

19   as long as I remember, we mostly have the

20   residents who are the American medical school

21   graduates.  It's very rare to see a graduate

22   from foreign medical schools.

23       Q.   Why is that?

24       A.   I cannot answer that.  I have no

25   idea, but that's the fact.  If they are



```
 1                    Sansar C. Sharma
 2   matched, and there are too many candidates of
 3   the internal American candidates who qualify
 4   for that, and usually very rarely anybody
 5   comes in from outside who is accepted.
 6        Q.   Is that because there is a
 7   preference for American medical graduates?
 8                    MR. MILLUS:  Objection to
 9             form.  You may answer.
10        A.   That's very hard to answer.  I
11   cannot answer that.  It's only speculations.
12        Q.   Well, from your experience, Dr.
13   Sharma, is there a bias in favor of American
14   medical graduates?
15                    MR. MILLUS:  Objection to
16             form, and I just want some
17             clarification, Counsel.  Are we
18             talking about whoever goes to
19             American school who graduates, or
20             are we talking about Americans as a
21             nationality in American schools?  I
22             have to tell you, we are going down
23             a path that is simply unclear.  If
24             you are talking about American
25             schools, you have plenty of foreign
```



```
 1                    Sansar C. Sharma
 2              people in American schools.  You
 3              have Americans in foreign schools.
 4              I would like some clarification for
 5              these questions.
 6                    MR. SADOWSKI:  Fair enough.
 7         Q.   In your experience, Dr. Sharma, is
 8   there a bias towards individuals who are
 9   Americans who attend American medical
10   schools?
11         A.   "Bias" is a wrong word.
12   Preferences, yes.
13                    (Sharma Exhibit 14, E-mail,
14                     marked for identification,
15                     as of this date.)
16         Q.   Okay.  Thank you.  Okay.  Showing
17   you what's been marked as Sharma 14, going
18   down in this e-mail from Dr. Ali to you,
19   dated January 30, 2017, Dr. Ali writes, "I am
20   sorry, to be more clear New York State
21   Medical Board not require me taking Step 3
22   exam to start my residence as IMG, regardless
23   of the license situation.  I am specific
24   about the exam."  What did you understand Dr.
25   Ali to be saying there?
```



1              Sansar C. Sharma

2        A.   He is trying to tell me that the

3   State has no stipulation that a resident

4   starting the residency should do Step 3 exam.

5        Q.   Did you agree with him?

6        A.   If that's the law, that's the law.

7        Q.   Okay.  Did you check the law

8   yourself?

9        A.   No, I didn't check anything.

10        Q.   Okay.  Then attached to this e-mail

11   is the e-mail he received from New York State

12   boards of medicine.  Where they write to him,

13   "If you are in an ACGME approved residency,

14   you do not need a limited permit or full

15   license in order to perform the residency,

16   unless the employer requires it.  If it is

17   not approved, you will need either the

18   limited permit or the license.  The limited

19   permit requires medical education and three

20   years of ACGME approved post graduate

21   training, or six years of non-ACGME approved

22   post graduate training, but not a passing

23   score for USMLE Step 3.  The limited permit

24   gives you two years in which to take and pass

25   the exam and it is renewable once.  The full



1                    Sansar C. Sharma

2    license requires the same education and

3    training requirements, and also a passing

4    score for all three USMLE exams.  I hope this

5    answers your question."

6              If I read this correctly, Dr. Ali

7    could enter the residency program with a

8    limited permit, without passing Step 3; is

9    that correct?

10        A.   That's what it says.

11        Q.   Okay.  Did Wandel -- Dr. Wandel

12   sign the papers necessary for the limited

13   permit?

14        A.   I cannot answer that.  I do not

15   know.

16        Q.   Okay.  Did you ever discuss that

17   issue with Dr. Ali?

18        A.   No, I -- I asked him any questions

19   regarding it, but I never discussed what is

20   the minimum requirement of each department,

21   no.  But I know exactly what he told me many,

22   many times.

23                    (Sharma Exhibit 15, E-mail,

24                    marked for identification,

25                    as of this date.)



```
 1                    Sansar C. Sharma
 2         Q.   Okay.  Looking at Exhibit 15, let's
 3    increase it a little bit.  You write to Dr.
 4    Ali on July 18, "Amro, I have spent last 1.5
 5    hours to make any sense.  Please read it over
 6    and over again.  Please make sure that all
 7    attachments are properly referred and not
 8    overlapping.  Let me know soon what you think
 9    about these changes.  Call me before I go
10    home."  Is this -- are you talking here about
11    the appeal letter to Dr. Hutcheson?
12         A.   Yes.
13         Q.   Okay.  And this was -- you spent
14    1.5 hours reading and editing his appeal?
15         A.   Correct.
16         Q.   And then you say, "Let me know soon
17    what you think about these changes."  Did you
18    have a discussion about your changes?
19         A.   I proposed the changes.  I am sure
20    he made it before he sent the whole thing,
21    and that he read it before.
22         Q.   Okay.  So as we read it in the
23    prior exhibit, which was Hutcheson 10, that's
24    the -- that was the version after you had
25    spent 1.5 hours reviewing it and editing it?
```



1                    Sansar C. Sharma

2        A.   Correct.

3        Q.   Okay.  And then you discussed those

4    changes, and I think you said Dr. Ali made

5    the changes?

6        A.   I am sure he have because I haven't

7    -- I don't get the reply back from him what

8    he made, but after he make changes, he

9    probably submitted it.

10       Q.   Okay.

11       A.   It's very simple.  I cared for him,

12   so I said, "Hey, do this, this, and this.  It

13   will look better."

14       Q.   Understood.  Have you ever heard

15   anyone speak about Dr. Ali's age?

16       A.   I am trying to recall.  That he is

17   older than the present residents.  All the

18   residents there, he is older than them, yes.

19       Q.   You have heard people say that?

20       A.   No, Dr. Wandel and I talked about

21   that, and said, "This is his age," and that's

22   the end of it.  This is before he even

23   offered him a position.  We would talk about

24   this.  We talked about all the residents, how

25   they performing, what age are, what the



1                    Sansar C. Sharma

2     problems are, because you have to understand

3     that the residency is like a 24-hour job.  We

4     know if somebody is not performing, what's

5     the problem.  So we know the families, we

6     know -- talk about the family issues, we talk

7     about age issue, we talk about others, in

8     general.  So, yes, as guarding, we talked

9     about it.  "How old is he?"  I said, "this

10    old."  "But he looks older."  I said, "no, he

11    is not that old."

12         Q.   Okay.  Was his age considered in

13    whether he was accepted into the residency

14    program?

15         A.   I have to correct you again.  In

16    the residency ACGME match, he did not match.

17    Afterward, after Dr. Wandel offered him a

18    position.  So age will not come into that.

19    If age was reason, he would not have offered.

20    He offered, contingent upon passing exam 3.

21         Q.   Did anyone ever tell you that Dr.

22    Eric Rosenberg, who interviewed Dr. Ali for

23    the residency program, wondered whether he

24    would be able to wake up, and, you know, in

25    the middle of the night?



1                      Sansar C. Sharma

2          A.   Nope.  Absolutely not.

3          Q.   In the --

4          A.   I don't even know who interviewed

5     him for the match.

6          Q.   Didn't Dr. Ali tell you who

7     interviewed him for the match?

8          A.   No, he said interview went fine.  I

9     said, "How was the interview?"  The resident

10    always interview a new coming resident, and

11    the faculty always interview, depending on

12    which faculty was assigned to him.  I do not

13    know.

14         Q.   Okay.  Has anyone ever told you

15    that Dr. Ali was not given a residency

16    because of some kind of safety issue?

17         A.   Never.  Again, in the match, it's a

18    different story.  Which one are you talking

19    about -- the match or afterward?

20         Q.   Well --

21         A.   After match?

22         Q.   Either time.  If it was -- let's

23    separate it.  When the position came open

24    when Starwhite left the program, Dr. Ali was

25    offered a residency position, and required to



1              Sansar C. Sharma

2    take Step 3 exam to be accepted for that

3    position.  Did anyone ever mention to you, is

4    the reason to require the Step 3 exam pass

5    was for safety reasons?

6         A.   No.

7         Q.   Okay.  Have you ever seen that in

8    writing?

9         A.   No.

10         Q.   Has anyone ever suggested that Dr.

11    Ali was not a safe clinician?

12         A.   No.

13         Q.   Is there anything in your

14    experience with Dr. Ali, that would lead you

15    to believe that he was in some way deficient

16    in clinical skills?

17         A.   I'm sorry, let me just shut this

18    phone off.

19              Okay, now, please go ahead.  Repeat

20    the question.  Sorry.

21         Q.   In your experience with Dr. Ali,

22    has anything ever led you to question his

23    qualifications as a clinician?

24         A.   I cannot -- I am not a clinician.

25    So I cannot evaluate him as a clinician.  As



1                    Sansar C. Sharma

2    a scientist, I have no problem.  He was fine.

3         Q.   Okay.  Fair enough.  A few more

4    questions.

5              Have you ever heard of the

6    ophthalmology department receiving money or

7    finances in exchange for giving someone a

8    residency?

9         A.   Nope.  Donations are made by

10   different individuals, but in lieu of the

11   residency, no.

12        Q.   Okay.  Do you know if anyone made a

13   donation to the ophthalmology department in

14   connection with a resident by the name of Dr.

15   Dose?

16        A.   They were already resident when

17   their father, I suppose -- I heard he donated

18   some money to the department.

19        Q.   Do we know how much money he

20   donated?

21        A.   I do not know.

22        Q.   Who would know that?

23        A.   At that time, Dr. Wandel, or the

24   acting chair.

25        Q.   How do you know that the donation



```
 1                   Sansar C. Sharma
 2    was done after the resident was accepted into
 3    the program?
 4         A.   You mentioned the name.  The
 5    donation came from that resident parent --
 6    father, but after the fact that he was
 7    second- or third-year resident at that time.
 8         Q.   Okay.  So you know the date the
 9    donation was made?
10         A.   No.
11         Q.   Okay.  So how do you know the
12    donation was made after the resident was
13    already --
14         A.   Because the resident was there.
15    Mr. Dose was -- Dr. Dose was resident, and I
16    know after the residency is going on, and
17    father is supporting the department.
18         Q.   Okay.  Do you know of any other
19    department support from the family of any
20    other resident?
21         A.   I don't.
22         Q.   Okay.
23         A.   As I said, donations are made
24    regularly, constantly by different patients,
25    and by the parents of the residents, or
```



1                    Sansar C. Sharma

2    sometimes the families, or sometimes the

3    foundations.  It's not an unusual thing.

4         Q.   It's not an unusual practice for

5    the families of residents to make donations

6    to the department?

7         A.   Not to my knowledge.  I have never

8    heard of, but not to my knowledge.

9         Q.   Okay.  As you sit here today, do

10   you believe Dr. Ali deserved a residency

11   position at Westchester Medical?

12                    MR. MILLUS:  Object to the

13             form.  You may answer.

14        A.   You know, this is unlimited

15   question.  He was offered a position of

16   residency.  So why don't you ask the

17   questions?  He is capable of and he qualifies

18   for that.

19        Q.   But I am asking a different

20   question.

21        A.   Please.

22        Q.   I'm asking you, based on everything

23   you know, Dr. Ali's credentials, knowledge,

24   experience, and work on behalf of your

25   laboratory, does he deserve a residency



1                    Sansar C. Sharma

2    position at Westchester Medical Center?

3         A.   He should have been considered, and

4    he still should be considered, yes.  If they

5    find him a suitable candidate, yes.  If they

6    find somebody else better, that's up to them

7    to decide.  But, yes, he deserves to be

8    considered.

9         Q.   But in your view, does he deserve

10   -- in your personal view, does he deserve the

11   position in the residency program?

12                    MR. MILLUS:  Objection as to

13             form.  You may answer.

14        A.   This is way beyond the timings.  He

15   was offered.  If he was not considered, he

16   would not have been offered.  If the only

17   position it will be matched, and I do not

18   know anybody applying second time on the

19   match getting matched.  So people always

20   considered outside of the match, if position

21   open.

22        Q.   Okay, but I am asking you,

23   personally.

24        A.   I answered it, yes, he should be

25   considered.



1          Sansar C. Sharma

2               MR. MILLUS:  Objection.

3     Q.   I am not asking you if he should be

4     considered.  I am asking you whether he

5     deserves the position.

6               MR. MILLUS:  Same objection.

7     A.   This is same questions over.  I

8     cannot answer that.

9     Q.   You have known Dr. Ali for years.

10    You know his work, his personality, his

11    capabilities, and all the work that he has

12    done on behalf of your lab.  Based upon all

13    of that, you, personally, believe he deserves

14    the residency position, don't you?

15    A.   If they say outside position open,

16    yes.  Through the match, no.  Because he will

17    never match through the match.

18               MR. MILLUS:  Objection.

19    Q.   That's not -- you are talking about

20    the "match"?

21    A.   No, I said through the match he

22    will not because already have mismatch or did

23    not match.

24    Q.   Understood.  But I am asking you

25    personally, from what you know, and having



1                    Sansar C. Sharma

2    worked with Dr. Ali for years, did he deserve

3    the position that he was offered when

4    Starwhite left the program?

5                    MR. MILLUS:  Objection to

6              form.

7         A.   My answer is still exactly the

8    same.  He deserved to be considered for the

9    position by the chair.

10        Q.   But I am asking you one step

11   further.  You supported his application for

12   residency, correct?

13        A.   Counselor, I still support him.  I

14   just wrote few letters for him within last

15   three months when he contacted me for similar

16   position outside.  If I did not, I will not

17   be supporting him.

18        Q.   And you supported him, in part,

19   because he worked for you for three years?

20        A.   Because he is a qualified

21   candidate, so I supported him.

22        Q.   And because he worked for you for

23   three years.  Otherwise, you wouldn't know

24   him.

25        A.   I will not know to the extent I



1                    Sansar C. Sharma
2    know now, yes.
3         Q.   So based upon his three years of
4    work for you, he advanced the research of the
5    department, did he not?
6         A.   Yes.
7         Q.   For three years, he advanced the
8    research of the department for no pay,
9    correct?
10        A.   Correct.
11        Q.   The only thing he wanted in payment
12   for that research was a residency.  Didn't
13   you understand that?
14                  MR. MILLUS:  Objection to
15             form.
16        A.   I will not answer this question --
17   the payment for something.  I will not.  I
18   refuse to answer the way you proposing the
19   question.
20        Q.   Well, you don't get to just refuse
21   to answer a question.
22        A.   No, but then my answer is, as I
23   said, I will propose his name and that's it.
24        Q.   And you proposed his name because
25   he worked for you for free for three years,



```
 1                     Sansar C. Sharma
 2     and he fulfilled the commitment of advancing
 3     the research of the department, correct?
 4                     MR. MILLUS:  Objection as to
 5              form.  You may answer.
 6          A.    Yes.
 7          Q.    Yes.  So he deserves that residency
 8     position based upon his hard work for free?
 9                     MR. MILLUS:  Objection to
10              form.
11          A.    That is the job of the chairman of
12     the department.
13          Q.    But I am not asking you about the
14     chair of the department.  I am asking about
15     you, personally.
16                     MR. MILLUS:  I object.  You
17              might as well ask him something
18              about a question about a trip to
19              Mars.  He doesn't know anything
20              about that.  This is not his job.
21              Recommendations or otherwise, he is
22              not the one that makes the
23              decision.  For you to say, does he
24              deserve it -- he doesn't make the
25              final decision, how can he possibly
```



```
 1                    Sansar C. Sharma
 2           know that, Rob?  It's unfair.  You
 3           keep asking.
 4                    MR. SADOWSKI:  I am asking
 5           for his opinion as someone who has
 6           worked for free for three years,
 7           advanced the research and prestige
 8           of the department, after that, I am
 9           asking him, personally.
10      Q.   Do you, Dr. Sharma, believe Dr. Ali
11   deserves a residency position?  It's a
12   yes-or-no question.
13                    MR. MILLUS:  Actually, it
14           isn't.  I objected to form.  With
15           all due respect, "deserve," in what
16           sense?  He doesn't make the final
17           decision, so I don't know how he
18           can possibly testify to that.  I'm
19           sorry.
20                    MR. SADOWSKI:  You know
21           what, I understand he doesn't make
22           the final decision, but I am asking
23           him based upon his experience,
24           based upon the three years that Dr.
25           Ali worked for you and advanced the
```



1                    Sansar C. Sharma

2           research of your department, does

3           he, in your mind, your mind, it

4           doesn't matter what anyone else

5           thinks, in your mind, does he

6           deserve the position as a resident?

7                    MR. MILLUS:  With that

8           caveat, please answer the question,

9           Doctor.  If you can.

10                   Doctor?

11                   THE WITNESS:  Yes.

12                   MR. MILLUS:  Can you hear

13          me?  With that caveat, with a

14          little more meat on the bone with

15          the question itself, can you answer

16          that question?  Are you capable of

17          answering it?  If so, please do.

18     A.    I am not in a position to answer

19   that question.

20     Q.    Why?  You don't know your own mind?

21     A.    I know my mind.  I propose his name

22   three times since he left my lab -- four

23   times since he left my lab, that he deserves

24   other places.

25     Q.    Yes.  And he deserves it, in part,



```
 1                    Sansar C. Sharma
 2    based upon his three years of hard work for
 3    you for free, correct?
 4         A.   Yes, but I know of him, how good he
 5    is because he worked the way he worked.
 6    Based upon him, three years ago, he should
 7    have given position.  Two years ago, in 2018.
 8         Q.   Is it fair or unfair that he didn't
 9    get the position that Starwhite opened up?
10                    MR. MILLUS:  Objection to
11              form.  You may answer.
12         A.   I can't -- I can -- listen, I know
13    all this layers of what you are trying to
14    ask.  In 2018, answer is yes.  Today, I do
15    not know.  I don't even interview.  I don't
16    know what this set up is.  So, therefore, I
17    cannot even say what will be the situation
18    today.  In 2018, yes, he should have been.
19    No doubt about it.
20         Q.   So let's go back in time.  When he
21    applied and was offered the position that
22    Starwhite vacated, did he, in your mind,
23    deserve that position?
24         A.   If the position existed,
25    absolutely, yes.
```



```
1                    Sansar C. Sharma
2         Q.   Okay.  Is there any doubt in your
3    mind that --
4         A.   No.
5         Q.   -- the position didn't exist?
6         A.   It doesn't exist anymore.  It did
7    not exist.
8         Q.   That position existed at the time.
9         A.   Yes, he would have been in it if
10   the stipulation of Step 3 wasn't there.
11        Q.   Okay.  I am not asking you about
12   Step 3.  I am asking you about whether in
13   your mind he deserved, he earned the position
14   as a residency, the position that Starwhite
15   vacated?
16        A.   He deserved it.
17        Q.   Thank you.  Let's take five minutes
18   and I think I can wrap up.
19        A.   Sure.
20                  (Whereupon, a recess was
21            taken at this time.)
22                  MR. SADOWSKI:  I have no
23            further questions.
24                  MR. MILLUS:  I just have a
25            few.
```



```
 1                    Sansar C. Sharma
 2    BY MR. MILLUS:
 3         Q.   Doctor, are you employed in any way
 4    by the Westchester Medical Center?
 5         A.   You're questioning me?
 6         Q.   Yes.
 7         A.   Would you mind repeating the
 8    question, please?  I couldn't hear it.
 9         Q.   Are you employed in any way by the
10    Westchester Medical Center?
11         A.   Nope.
12         Q.   Your employer is NYMC, solely?
13         A.   I have an appointment in
14    ophthalmology and -- but I am employed by New
15    York Medical College.
16         Q.   Now, when it comes to hiring in
17    your department, do you have the final say on
18    who might be hired?
19         A.   In which department?  In
20    ophthalmology?
21         Q.   Yes.
22         A.   No.
23         Q.   Do you have a final say in any
24    department?
25              Is there any other department,
```



```
 1                  Sansar C. Sharma
 2   other than ophthalmology, that you would be
 3   involved in an employment decision?
 4        A.   Opinions, yes.  Final, no.
 5        Q.   Who makes the final decision within
 6   the department of ophthalmology at NYMC as to
 7   whether an employee gets hired?
 8        A.   Chairperson of the department.
 9        Q.   Who was that in 2015?
10        A.   There was nobody full time.  There
11   was an adjunct -- acting chair and that was
12   Dr. -- what's his name -- Wong.
13        Q.   After Dr. Wong was acting chair,
14   who was chair at that point?
15        A.   Before that?
16        Q.   After that.
17        A.   After?
18        Q.   After that.
19        A.   Pardon me?
20        Q.   After Wong.
21        A.   After Wong is the new chair, Dr.
22   Hutcheson.  Kelly Hutcheson.
23        Q.   Now, you say that they make the
24   final decisions.  Do you know that for sure,
25   that the chair of the department can decide
```



```
 1                   Sansar C. Sharma
 2   who it may hire at NYMC?
 3        A.   No, but they only responsible for
 4   their own department hiring.  When they come
 5   down to the chair of the department, then the
 6   NYMC is responsible for setting the committee
 7   to hire or fire.
 8        Q.   Is there anyone above the chair
 9   that the chair has to speak to, as to whether
10   someone will be employed by NYMC?
11        A.   Other than the chair, no.
12        Q.   Now, in terms of residency, do you
13   have any role in making the decision, at all,
14   ever, as to whether someone becomes a
15   resident at the Westchester Medical Center?
16        A.   No.
17        Q.   Who makes that decision above you?
18   Give us titles and names.
19        A.   There are usually -- when I will
20   interview, I will write the decisions and the
21   scoring and give it to the program director.
22   Program director will tally the whole scores
23   of all candidates who came for the
24   residencies and with the chair and program
25   director, now, they will send in their
```



```
 1                   Sansar C. Sharma
 2    priority list who are the top candidates and
 3    who should be chosen.
 4         Q.   To whom?  Who do they send that
 5    list to?
 6         A.   In San Francisco Match.  They then
 7    look --
 8         Q.   Go head.  Sorry.  Continue.
 9         A.   Pardon me?
10         Q.   Continue.
11         A.   Okay.  They then, in San Francisco
12    Match, they will look at who are our top
13    choices and they will try to match those
14    choices with candidate available, if they
15    have chosen us, then they will be matched.
16    So the match is always in favor of the
17    candidate, provided they are on the top of
18    the list.  There are times when the top three
19    choices are not met and the lower candidate
20    comes in.  There is also a time, once in a
21    while, when no candidate we proposed match,
22    so none of them match, and the position opens
23    up, and that can be filled by the chair of
24    the department or the program director.
25    First preference usually are to our own
```



```
 1                    Sansar C. Sharma
 2    students from New York Medical College.
 3          Q.   Now, Doctor, I know Counsel was
 4    asking questions regarding why would Dr. Ali
 5    work for free.  Do you recall that?
 6          A.   "Why would Dr. Ali" -- sorry, what?
 7          Q.   Why would he work for free.
 8          A.   I have no idea.  His idea was to do
 9    some research.
10          Q.   Doctor, I am just asking, do you
11    recall the other lawyer asking you questions
12    around those topics?
13          A.   Why would he work -- yes, I do.
14          Q.   Now, did you make an agreement, a
15    quid pro quo with Dr. Ali, that if he worked
16    for you for free you would get him a
17    residency?
18          A.   No.
19          Q.   Okay.  If, hypothetically speaking,
20    you did make such a quid pro quo, could you
21    ever deliver on it?
22          A.   If I had, yes, I will.  I only
23    propose.  I cannot offer a position.
24          Q.   Now, you remember that Counsel
25    showed you an e-mail that was prepared as an
```



1                  Sansar C. Sharma

2    appeal letter for Dr. Ali to Dr. Hutcheson.

3    Do you recall that?

4         A.   Yes, I do.

5         Q.   Now, do you recall testifying that

6    you edited it in various ways?  Do you recall

7    that?

8         A.   I recall going there, talking to

9    Dr. Hutcheson about it, recommending my

10   situations, and that's it.

11        Q.   In editing that letter, Doctor --

12   by editing it, did you agree with everything

13   that was being written by Dr. Ali?

14        A.   I corrected it.  I agreed -- no, I

15   will not say that I agree or disagree.  He

16   had written his background, which was correct

17   to my knowledge, and I corrected it and send

18   it back to him.

19        Q.   Doctor, Counsel asked you questions

20   as to whether Dr. Ali worked hard.  Do you

21   recall that?

22        A.   I am having hard time hearing you

23   carefully.  Can you --

24        Q.   Let me see if I can change the

25   volume.  I am not quite sure it would do any



1                    Sansar C. Sharma

2    good.  Hold on.

3         A.   I change mine, so I can hear you.

4    Okay.

5         Q.   Can you hear me better?

6         A.   Okay.  Yeah.

7         Q.   Do you recall Counsel asked you

8    some questions as to whether Dr. Ali worked

9    hard?

10        A.   Yes, I do.

11        Q.   And he did work hard, correct?

12        A.   Very hard.

13        Q.   Did you have any other employees in

14   the ophthalmology department who worked hard?

15        A.   Oh, yes.  There is one other

16   candidate who was working about same time,

17   and he ended up writing a whole book about

18   the procedures, and he just finished

19   residency -- Eric Rosenberg.

20        Q.   Now, in terms of employees working

21   hard, does that entitle them -- automatically

22   entitle them to a residency position simply

23   because they work hard?

24        A.   Absolutely not.

25        Q.   Okay, Doctor, I have no further



SANSAR C. SHARMA                                  September 21, 2020
AMRO ALI, M.D. vs WESTCHESTER MEDICAL CENTER                    120

```
 1                    Sansar C. Sharma
 2    questions.
 3              Thank you.
 4                    MR. SADOWSKI:  I have just a
 5              couple.
 6    BY MR. SADOWSKI:
 7         Q.   You mentioned, Dr. Sharma, that you
 8    had an appointment somewhere?
 9         A.   I have three different appointments
10    in three different departments.
11         Q.   What are those appointments?
12         A.   My primary appointment is in
13    ophthalmology and I am --
14         Q.   What institution?
15         A.   I am a professor of ophthalmology.
16    My tenure is ophthalmology.  I do all my
17    teaching and research in cell biology and
18    anatomy department.  I was director of the
19    neuroscience for the medical school for 27
20    years.  I just gave up year and a half ago.
21         Q.   Okay.
22         A.   My third appointment is in
23    neurology.
24         Q.   Do any of those appointments give
25    you privileges or access to Westchester
```



```
 1                 Sansar C. Sharma
 2    Medical Center?
 3         A.   Only the department of
 4    ophthalmology.  I go there regularly, not
 5    every day, but "regularly" means once a week
 6    or once every other week, to go and talk to
 7    the resident, and give them the series of
 8    lectures every year.
 9         Q.   Okay.  Are you paid by Westchester
10    Medical Center to do that?
11         A.   Nope.
12         Q.   Okay.  After Dr. Hutcheson became
13    chair --
14         A.   Yeah.
15         Q.   -- did she ever direct Dr. Ali to
16    resign?
17         A.   Not to my knowledge, no.
18         Q.   You've never seen anything like
19    that?
20         A.   Nope.
21         Q.   You mentioned in the evaluations
22    that are done during the interviews that
23    there are numerical values attached to
24    certain areas and that the numerical values
25    are tallied in a way to rank the applicants?
```



```
 1                    Sansar C. Sharma
 2         A.    That's correct.
 3         Q.    I have no further questions.
 4                    MR. MILLUS:   I have none.
 5              Thank you.
 6                    -oOo-
 7                    (Whereupon, the examination
 8              of SANSAR C. SHARMA, was adjourned
 9              at 3:30 p.m.)
10
11
12
13                    SANSAR C. SHARMA
14
15
16    Subscribed and sworn to
17    before me this      day
18    of              , 2020.
19
20
21    NOTARY PUBLIC
22
23
24
25
```



```
 1
 2   ----------------- I N D E X -----------------
 3
 4   WITNESS              EXAMINATION BY           PAGE
 5   SANSAR C. SHARMA
 6                   MR. SADOWSKI            5, 120
 7                   MR. MILLUS              113
 8
 9   ----------------- REQUESTS -----------------
10   Page 65...line 10
     Production of the evaluation sheets from the
11   interviews of Dr. Ali
12
     ----------------- EXHIBITS -----------------
13
14   SHARMA                            FOR ID.
15   EXHIBIT 1          E-mail             21
16   EXHIBIT 3          E-mail             24
17   EXHIBIT 4          Letter             25
18   EXHIBIT 7          E-mail             28
19   EXHIBIT 8          E-mail             76
20   EXHIBIT 9          Meeting Agenda     80
21   EXHIBIT 14         E-mail             93
22   EXHIBIT 15         E-mail             95
23        (Exhibits digitally retained by court
24   reporter.)
25   -----------------------------------------------
```



1

2                C E R T I F I C A T E

3

4    STATE OF NEW YORK      )
                            : ss.
5    COUNTY OF NEW YORK     )

6

7          I, AYDIL M. TORRES, a Notary Public

8    within and for the State of New York, do

9    hereby certify:

10         That SANSAR C. SHARMA, the witness

11   whose deposition is hereinbefore set forth,

12   was duly sworn by me and that such deposition

13   is a true record of the testimony given by

14   the witness.

15         I further certify that I am not

16   related to any of the parties to this action

17   by blood or marriage, and that I am in no way

18   interested in the outcome of this matter.

19         IN WITNESS WHEREOF, I have hereunto

20   set my hand this 21st day of September, 2020.

21

22         *Aydil M. Torres*

23

24                AYDIL M. TORRES

25



1

2                    DEPOSITION ERRATA SHEET

3

4   Our Assignment No.  J6033877

5   Case Caption:  AMRO ALI, M.D. vs. WESTCHESTER

6   MEDICAL CENTER, ET. AL

7      DECLARATION UNDER PENALTY OF PERJURY

8         I declare under penalty of perjury

9   That I have read the entire transcript of

10  My Deposition taken in the captioned matter

11  Or the same has been read to me, and

12  The same is true and accurate, save and

13  Except for changes and/or corrections, if

14  Any, as indicated by me on the DEPOSITION

15  ERRATA SHEET hereof, with the understanding

16  That I offer these changes as if still under

17  Oath.

18  _____

19                  SANSAR C. SHARMA

20  Subscribed and sworn to on the _____ day of

21  _____, 20_____ before me,

22

23  _____

24  Notary Public,

25  In and for the State of _____



SANSAR C. SHARMA                                    September 21, 2020
AMRO ALI, M.D. vs WESTCHESTER MEDICAL CENTER                      126

```
 1
 2               DEPOSITION ERRATA SHEET
 3   Page No._____Line No._____Change
 4   to:_____
 5   _____
 6   Reason for
 7   change:_____
 8   Page No._____Line No._____Change
 9   to:_____
10   _____
11   Reason for
12   change:_____
13   Page No._____Line No._____Change
14   to:_____
15   _____
16   Reason for
17   change:_____
18   Page No._____Line No._____Change
19   to:_____
20   _____
21   Reason for
22   change:_____
23   SIGNATURE:_____DATE:_____
24              SANSAR C. SHARMA
25
```



SANSAR C. SHARMA                                September 21, 2020
AMRO ALI, M.D. vs WESTCHESTER MEDICAL CENTER              127

```
 1
 2              DEPOSITION ERRATA SHEET
 3   Page No._____Line No._____Change
 4   to:_____
 5   _____
 6   Reason for
 7   change:_____
 8   Page No._____Line No._____Change
 9   to:_____
10   _____
11   Reason for
12   change:_____
13   Page No._____Line No._____Change
14   to:_____
15   _____
16   Reason for
17   change:_____
18   Page No._____Line No._____Change
19   to:_____
20   _____
21   Reason for
22   change:_____
23   SIGNATURE:_____DATE:_____
24            SANSAR C. SHARMA
25
```

