1

2          UNITED STATES DISTRICT COURT

3          SOUTHERN DISTRICT OF NEW YORK

4    -------------------------------------------x

5    AMRO ALI, M.D.,

6                              Plaintiff,

7            -against-   No. 1:19-cv-08324

8    WESTCHESTER MEDICAL CENTER AND NEW YORK

9    MEDICAL COLLEGE,
                          Defendants.
10   -------------------------------------------x

11

12

13       VIDEOTELECONFERENCED DEPOSITION OF

14          FREDRICK Z. BIERMAN, M.D.

15             Valhalla, New York

16       Wednesday, September 23, 2020

17

18

19

20

21

22

23
     Reported by:
24   Aydil M. Torres, CSR
     JOB NO. J6033881
25



```
 1

 2

 3            September 23, 2020

 4            10:04 a.m.

 5

 6

 7         VTC deposition of FREDRICK

 8    Z. BIERMAN, M.D., held at 100 Woods

 9    Road, Valhalla, New York pursuant

10    to Notice, before Aydil M. Torres,

11    a Notary Public of the State of

12    New York.

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1

2

3

4    A P P E A R A N C E S :

5

6       ROBERT W. SADOWSKI, PLLC

7       Attorneys for Plaintiff

8            800 Third Avenue

9            New York, New York 10022

10      BY:  ROBERT W. SADOWSKI, ESQ.

11

12

13      MEYER POUZZI ENGLISH & KLEIN

14      Attorneys for Defendants

15           990 Stewart Avenue

16           Garden City, New York 11530

17      BY:  PAUL MILLUS, ESQ.

18

19

20      ALSO PRESENT:

21           Amro Ali, M.D.

22           Newman Hoffman, Esq.

23           Daniel Rinaldi, Esq.

24

25



1

2

3       S T I P U L A T I O N S

4

5       IT IS HEREBY STIPULATED AND AGREED

6   by and between the attorneys for the

7   respective parties herein, that filing,

8   sealing and certification and the

9   same are hereby waived.

10

11      IT IS FURTHER STIPULATED AND AGREED

12  that all objections, except as to the

13  form of the question shall be reserved

14  to the time of the trial.

15

16      IT IS FURTHER STIPULATED AND AGREED

17  that the within deposition may be signed

18  and sworn to before any officer authorized

19  to administer an oath, with the same force

20  and effect as if signed and sworn to before

21  the Court.

22

23

24

25



```
 1
 2  F R E D R I C K   Z.   B I E R M A N,
 3           called as a witness, having been
 4           duly sworn by a Notary Public, was
 5           examined and testified as follows:
 6                THE REPORTER:  Please state
 7           your full name for the record.
 8                THE WITNESS:  My name IS
 9           Frederick Z. Bierman.
10                THE REPORTER:  Please state
11           the address you currently located.
12                THE WITNESS:  I am at the
13           address for the medical center.
14           It's 100 Woods Road Valhalla, New
15           York.  I am in my office at the
16           medical center.
17  EXAMINATION BY
18  MR. SADOWSKI:
19       Q.   Good morning, Dr. Bierman.  My name
20  is Robert Sadowski.  I represent Dr. Amro Ali
21  in his case against Westchester Medical
22  Center and New York Medical College.
23           Have you ever been deposed before?
24       A.   Yes.
25       Q.   How many times?
```



```
 1                    Fredrick Z. Bierman
 2         A.    Twice, maybe.
 3         Q.    Okay.  Have you ever been a
 4    plaintiff in a lawsuit?
 5         A.    No.
 6         Q.    Have you ever been named a
 7    defendant in a lawsuit?
 8         A.    Yes.
 9         Q.    When was that?
10         A.    In the past.  I don't remember the
11    exact dates, but they were in the last twenty
12    years.
13         Q.    Okay.  How many times have you been
14    named a defendant?
15         A.    Twice.  Sorry, I have to amend
16    that.  Three times.
17         Q.    What were the outcomes of those
18    cases?
19         A.    One was a defendant verdict.  One
20    was a settlement.  And the second and third
21    one was a settlement.
22         Q.    For today's purposes, let's refresh
23    you on the rules.  The most important is that
24    you allow me to finish my question, before
25    you begin to answer it, because the court
```



```
 1              Fredrick Z. Bierman
 2    reporter can only take down one person
 3    speaking at a time.  If at any time you want
 4    to take a break, just let us know.  I do ask,
 5    though, that if there is a question pending,
 6    you answer the question, before we take a
 7    break.  If at any time you don't understand
 8    my question, please let me know.  At certain
 9    times your Counsel may object to my question.
10    You are to answer the question, unless your
11    Counsel directs you not to answer the
12    question.  Do you understand the instructions
13    I have given you?
14         A.   I do.
15         Q.   Dr. Bierman, what is your
16    profession?
17         A.   I am a physician.
18         Q.   What kind of medicine do you
19    practice?
20         A.   I am board certified in pediatric
21    cardiology and pediatrics.
22         Q.   Your first certification was in?
23         A.   Pediatric cardiology.
24         Q.   Okay.
25         A.   Sorry, my first certification was
```



```
 1                    Fredrick Z. Bierman
 2    in pediatrics.  Then I was subspecialty
 3    certified in pediatric cardiology.
 4         Q.   Okay, thank you.  And where did you
 5    graduate from medical school?
 6         A.   State University of New York
 7    Downstate.
 8         Q.   What year did you graduate?
 9         A.   1973.
10         Q.   And how long have you been
11    affiliated with Westchester Medical Center?
12         A.   Since May of 2011.
13         Q.   Where did you practice, prior to
14    Westchester Medical Center?
15         A.   North Shore Long Island Jewish
16    Healthcare System.
17         Q.   How long were you at Long Island
18    Jewish Healthcare System?
19         A.   Twenty years.
20         Q.   What is your current position at
21    Westchester Medical Center?
22         A.   I am the director of graduate
23    medical education, and the DIO for
24    Westchester Medical Center's sponsoring
25    institution for the ACGME.  I am also
```



```
 1                  Fredrick Z. Bierman
 2    professor of pediatrics and senior associate
 3    dean for graduate medical education for New
 4    York Medical College.
 5         Q.   What does "DIO" stand for?
 6         A.   "Designated Institutional
 7    Official."
 8         Q.   What does that mean?
 9         A.   Designated institutional official
10    is a position that has been established by
11    the ACGME, via Accreditation Counsel for
12    Graduate Medical Education in the United
13    States.  I am the individual responsible for
14    the administration of graduate medical
15    education that is accredited by ACGME at
16    Westchester Medical Center.
17         Q.   Are you the director for -- let me
18    ask you:  Do you have any responsibility over
19    the residency programs at Westchester Medical
20    Center?
21         A.   Sorry, just repeat that question
22    again.
23         Q.   Sure.  Do you have any
24    responsibilities in connection with the
25    residency program at Westchester Medical
```



```
 1                Fredrick Z. Bierman
 2   Center?
 3        A.   I do.
 4        Q.   What are those?
 5        A.   I have to provide oversight and
 6   compliance with the ACGME common program
 7   requirements specialty program requirements
 8   and execution of the respective matches in
 9   which those programs engage.
10        Q.   Is that true of all residency
11   programs at Westchester Medical Center?
12        A.   For those that are located at the
13   medical center, all that are accredited by
14   the ACGME under our sponsorship, I am the
15   DIO.  I am not the DIO of student programs.
16   I am the director of graduate medical
17   education for those programs.
18        Q.   Which two programs are you not
19   affiliated with?
20        A.   No, it's not that I am not
21   "affiliated with."  I am not the DIO.
22        Q.   I see.  Which programs are you not
23   the DIO?
24        A.   Ophthalmology, and obstetrics and
25   gynecology.
```



```
 1                  Fredrick Z. Bierman
 2        Q.    Why are you not the DIO for those
 3   two programs?
 4        A.    Because when there was a transfer
 5   of sponsorship from New York Medical College
 6   to Westchester Medical Center, the training
 7   programs at Westchester Medical Center
 8   campus -- New York Medical College asked to
 9   retain sponsorship of those two.
10        Q.    Who, if you know, is the DIO for
11   those two programs?
12        A.    Dr. Richard McCarrie.
13        Q.    Why did New York Medical College
14   retain sponsorship of those two programs?
15        A.    Those two programs, the residencies
16   are equally divided in time and educational
17   experience at Westchester Medical Center and
18   Metropolitan Medical Center in New York, and
19   as a result, the medical college asked to
20   retain the sponsorship of those two shared
21   programs.
22        Q.    When did it occur that New York
23   Medical College decided to retain sponsorship
24   of those two programs?
25        A.    It was part of the academic
```



```
1              Fredrick Z. Bierman
2    affiliation agreement between New York
3    Medical College and Westchester Medical
4    Center, which I believe was executed in -- it
5    was implemented in May of 2017 -- July 1st of
6    2017, I believe.  I would have to verify that
7    year.
8         Q.   And who was the responsible for
9    making that decision to retain sponsorship
10   with New York Medical College of those two
11   programs?
12        A.   The board of trustees of New York
13   Medical College, and the board of trustees of
14   Westchester Medical Center -- WMC Health.
15        Q.   In the various positions you've had
16   at Westchester Medical Center, has there been
17   someone who has had a supervisory role over
18   your positions?
19        A.   I'm sorry, "supervisor role" over
20   what positions?
21        Q.   The various positions you had and
22   responsibilities.
23        A.   I work with the executive medical
24   director of Westchester Medical Center, who
25   has oversight of all physicians at the
```



```
 1              Fredrick Z. Bierman
 2   medical center as executive medical director.
 3        Q.   Who is that?
 4        A.   Dr. Renee Garrett.
 5        Q.   Is there anyone else you work with,
 6   in connection with your various
 7   responsibilities?
 8        A.   Is there anyone else I work with?
 9        Q.   Yes, as a -- someone who has a
10   supervisory role over your activities.
11        A.   It would be the board of trustees,
12   the CEO, and -- of Westchester Medical
13   Center, I ultimately have to report to.
14        Q.   And the CEO of Westchester Medical
15   Center is who?
16        A.   Mr. Michael Israel.
17        Q.   Do you know Dr. Amro Ali?
18        A.   I have met him.
19        Q.   And when did you meet him?
20        A.   I think I met him in July -- might
21   have been July of 2018.
22        Q.   Do you know on July of 2018, what
23   Dr. Ali's role was at either WMC or New York
24   Medical College?
25        A.   I was informed of his role, prior
```



1                    Fredrick Z. Bierman

2      to the meeting.

3           Q.   What were you informed?

4           A.   That he had been a volunteer in a

5      research laboratory of New York Medical

6      College, and that he had applied to the

7      ophthalmology residency training program.

8           Q.   Did you have any role, in

9      connection with his research work?

10          A.   No.

11          Q.   When he applied for a residency

12     position, did you have any role in that

13     application?

14          A.    In the application -- sorry, you

15     have to clarify.

16          Q.   Yeah.  In connection with his

17     application for the ophthalmology residency

18     program, did you have any role in reviewing

19     his application?

20          A.   I was asked to provide some

21     advisement during his consideration -- during

22     consideration of his application as part of

23     the match process.

24          Q.   Can you tell me what your role in

25     providing advisement was?



 1                    Fredrick Z. Bierman

 2         A.    Well, there are general standards

 3    that are applied across all specialty and

 4    subspecialty programs at Westchester Medical

 5    Center, when it comes to the match process.

 6    I provide some advice when asked about

 7    interpretation of rules of engagement,

 8    interpretation of credentials of applicants,

 9    interpretation of planning for the match

10    overall.

11         Q.    In connection with Dr. Ali's

12    application, what specific advisement role

13    did you have?

14         A.    I was asked about his USMLE status

15    by the program director.

16         Q.    What is the "USMLE"?

17         A.    It's the "United States Medical

18    Licensing Examination."

19         Q.    Can you tell me --

20         A.    I'm sorry?

21         Q.    Can you explain to me what the

22    United States Medical Licensing Examination

23    is?

24         A.    It's a three-step examination that

25    begins in medical school and is, typically,



 1                    Fredrick Z. Bierman

 2     completed by the end of the first years of

 3     residency.  It assesses physician's ability

 4     to apply knowledge, concepts and principles

 5     and demonstrate fundamental patient-centered

 6     skills.

 7          Q.   Let's look at some documents.  Can

 8     everyone see the document?

 9          A.   I see a list of documents dated

10     September 22nd, but I don't see a document.

11          Q.   I see -- okay.  Let me do this,

12     again.

13               Do you see the exhibit now?

14          A.   Same list of documents dated

15     September 22nd, 2020.

16          Q.   I see.  Hold on.  Is the exhibit up

17     yet?

18          A.   No.

19          Q.   This one.  Yes, that's it.  Now

20     "share."

21               How about now?

22          A.   There is now a document up there.

23     It is -- if you could make it larger, it

24     would be easier for me to read it.

25               Why don't you press the "plus"



1              Fredrick Z. Bierman

2      button?

3          Q.   Got it.  Got it.  Okay, this is --

4      this document marked Wandel 1 for

5      identification.  It is a letter from ACGME

6      directed to that Thaddeus Wandel director of

7      Westchester Medical Center.  If we look down

8      to the -- it speaks to the residency review

9      committee for ophthalmology, and below that,

10     there are resolve citations.  The first

11     resolved citation is "scholarly activities

12     since 11/1/2012, status, resolved."  It

13     states, "Common program requirement 2B, 5B,

14     1 -- some members of the faculty should also

15     demonstrate scholarship through peer-reviewed

16     funding.  The information provided did not

17     demonstrate compliance with the requirement.

18     Specifically, Dr. Schwartzman has a program

19     project grant entitled 'Hormonal Regulation

20     of Blood Pressure,' but this grant is

21     associated with his position in another

22     department, cell biology, and there is no

23     ophthalmology involvement.  No other peer

24     funding for grants were identified in the

25     program information form."



```
 1                  Fredrick Z. Bierman
 2              Dr. Bierman, were you aware of this
 3    citation from ACGME?
 4         A.   In the document you just provided,
 5    what I am aware of is that it was resolved.
 6    It was no longer a citation.
 7         Q.   But were you aware of the citation
 8    when it was made?
 9         A.   I would have been aware of the
10    citation, before it was resolved, and what
11    you are citing here is the resolution by the
12    program of this citation, from the standpoint
13    of the ACGME.
14         Q.   I see.  But I take it from your
15    answer that you were aware of the citation,
16    before it was resolved?
17         A.   Yes.
18         Q.   Okay.  Can you explain what that
19    citation -- what that citation was for?
20         A.   That type of citation can have
21    several interpretations.  I think the one
22    that they, specifically, were referencing was
23    one of the scholastic activities that Dr.
24    Schwartzman was engaged in was not directly
25    related to ophthalmology.  It was scholarly
```



```
 1                    Fredrick Z. Bierman
 2    work, but not specific to ophthalmology.
 3         Q.   Is it fair to say that the ACGME
 4    was citing the ophthalmology department for
 5    its failure to have sufficient scholarly
 6    work?
 7         A.   In that letter, the ACGME was
 8    referencing resolution of the fact that Dr.
 9    Schwartzman's grant was not directly related
10    to ophthalmology.
11         Q.   And my question is:  Is it fair to
12    say that the citation that was resolved in
13    that letter had to do with the fact that
14    there was insufficient scholarly work by the
15    ophthalmology department?
16         A.   What do you mean by "insufficient"?
17         Q.   Well, the citation has -- was for a
18    work not having been done by the
19    ophthalmology department, and the citation
20    says, "The faculty should also demonstrate
21    scholarship through peer-reviewing funding."
22         A.   Could you please -- excuse me.
23    Since you are referencing it, can you put it
24    back up again?
25         Q.   Yes.
```



1              Fredrick Z. Bierman

2       A.   Sir, you may be muted.  I am not

3   hearing anything.

4       Q.   Yes, I have muted for a second

5   while I resolve the issue.

6            Do you see the document now?

7       A.   I do not.

8       Q.   Do you see it now?

9       A.   Is this the same date -- same

10  document you showed me before?

11      Q.   Yes, we will go up.  It's Wandel

12  Number 1, from January 14, 2015.

13      A.   Thank you.

14      Q.   And we were reviewing this resolved

15  citation.  It says, "Some members of faculty

16  should also demonstrate scholarship through

17  peer-reviewed funding."

18      A.   Yes.

19      Q.   That's the citation?

20      A.   That is specific to Dr.

21  Schwartzman's grant.  And it refers to,

22  actually, Dr. Schwartzman, in her position,

23  in another department.

24      Q.   Right.  And it has mention that

25  there was "no ophthalmology involvement" in



```
 1                    Fredrick Z. Bierman
 2    that project?
 3         A.    At the time it was referenced, it
 4    was not, based on that statement.
 5         Q.    Okay, thank you.
 6               Can you see this document
 7    identified as Ali Number 9?
 8         A.    I do.
 9         Q.    Okay.  Can you tell me who is
10    Raymond Wong?
11         A.    He is -- Dr. Raymond Wong is the
12    site director of for ophthalmology at
13    Metropolitan Medical Center.
14         Q.    Okay.  And who is, if you know,
15    Marie Rivera?
16         A.    I don't -- I don't believe I know
17    Marie Rivera.
18         Q.    Who is Sansar Sharma?
19         A.    He is -- he has a laboratory at New
20    York Medical College.  It's a
21    neuroophthalmology laboratory, basic science
22    lab.
23         Q.    Okay.  And you see Dr. Ali is also
24    cc'd on this e-mail, correct?
25         A.    Well, that's an e-mail to
```



```
 1                   Fredrick Z. Bierman
 2   Amro.Ali9@icloud.com.
 3        Q.   I will represent to you that that
 4   is an e-mail address used by Dr. Amro Ali.  I
 5   will scroll down this e-mail chain, which
 6   consists of three pages.  For the record,
 7   these pages are Bates-stamped NYMC, WMC 00078
 8   through 80.
 9             Here, Dr. Raymond Wong in this
10   chain is writing Dean Miller, and who is Dean
11   Miller?
12        A.   At that time, I believe, Dr. Miller
13   was still in his role as dean of the New York
14   Medical College School of Medicine.
15        Q.   Okay.  And the e-mail from Dr.
16   Wong, interim chairman, says, "We would like
17   to bring Dr. Amro Ali on board in the
18   department of ophthalmology as a full-time
19   instructor.  He is an experienced researcher
20   and he will be submitting a grant and IRB
21   proposals.  This is in line with our recent
22   initiatives to enhance research at the SOM."
23   Is it correct that "SOM" -- is that "School
24   of Medicine"?
25        A.   That's the usual abbreviation, yes.
```



1                    Fredrick Z. Bierman

2         Q.   Okay.   Thank you.

3              Were you aware of Dr. Ali coming on

4    board as a full-time instructor?

5         A.   No, that was for the School of

6    Medicine.  I would not necessarily be aware

7    of all of the individuals who are appointed

8    at the instructor rank at the School of

9    Medicine.

10        Q.   Okay.   Scrolling down through this.

11   That's enough with this exhibit.

12             Let's go to the next exhibit.

13   Okay, can you all see what I have put up as

14   Ali Exhibit 5?  Is it large enough or should

15   I make it larger?

16        A.   Make it slightly larger, please,

17   and if you scroll down.   Thank you.

18        Q.   Okay.   I am showing you what's been

19   marked as Ali 5, which is a letter from "New

20   York Medical College to Dr. Amro Ali, MD,

21   from D. Douglas Miller, Dean, School of

22   Medicine."  And in this, Dr. Ali is being

23   informed that he is appointed as a full-time

24   faculty member of New York Medical College

25   School of Medicine.  Do you see that?



```
 1                    Fredrick Z. Bierman
 2          A.   I do.
 3          Q.   As a faculty member of the New York
 4     Medical College School of Medicine, are
 5     faculty members subject to the rules and
 6     policies associated with that institution?
 7          A.   If they accept an appointment at
 8     the medical school, they are subject to the
 9     rules of the medical school appointments.
10          Q.   Would that include the documents
11     that are referenced here, "NYMCSOM policies
12     and procedures"?
13          A.   I'm sorry, that's -- that's a very
14     generic title for policies and procedures.  I
15     think that's a compendium of the school's
16     policies and procedures.
17          Q.   Right.  And as a faculty member,
18     would Dr. Ali be subject to the School of
19     Medicine's policies and procedures?
20          A.   As a member of the faculty, yes.
21          Q.   Okay, thank you.
22               Dr. Bierman, are you aware of what
23     Dr. Ali -- what responsibilities and work he
24     was to undertake as a faculty member of the
25     School of Medicine?
```



```
 1                    Fredrick Z. Bierman
 2           A.    No.   Not until after he applied for
 3      the ophthalmology residency.
 4           Q.    Okay.   Once he applied to the
 5      ophthalmology -- for the ophthalmology
 6      residency, did you become aware of his duties
 7      and responsibilities at the medical college?
 8           A.    I became aware of it after I was
 9      informed about his credentials regarding his
10      application for the ophthalmology residency.
11      I wasn't made aware of them, specific, to his
12      appointment to the school.
13           Q.    Okay.   Were you aware of the
14      research work that Dr. Ali performed at the
15      School of Medicine?
16           A.    I became aware of it when I was
17      asked to review his credentials for the
18      application that he submitted to the
19      ophthalmology residency.
20           Q.    Okay.   When did you review his
21      application?
22           A.    It was -- I -- I -- I can't say the
23      specific date, but it would have been
24      temporally related to the time of his
25      application and interview for the
```



```
 1                    Fredrick Z. Bierman
 2     ophthalmology residency.
 3          Q.   Okay.  Did you review his full
 4     application?
 5          A.   I reviewed the application that was
 6     submitted to the program.  That is the
 7     customary documentation that's reviewed when
 8     there are questions regarding an applicant.
 9          Q.   And what documents are included
10     with the application?
11          A.   It includes a format similar to the
12     -- what's called a "gear assets," the
13     application that summarizes the applicant's
14     curriculum vitae, their medical school, what
15     school they attended, what courses they took,
16     what grades they achieved, it would include
17     verification of graduation from the medical
18     school, it would include records specific to
19     USMLE test scores, and letters of
20     recommendations.
21          Q.   Okay.  When you -- the first time
22     you reviewed his application, was that an
23     application that was made outside of the San
24     Francisco Match?
25          A.   I think it was temporally related
```



```
 1              Fredrick Z. Bierman
 2   to that.  It was probably around December,
 3   and that was when the match took place.  San
 4   Francisco Match, typically, takes place
 5   probably around December 2016.
 6        Q.   December of 2016?
 7        A.   Yeah.
 8        Q.   Do you review all applications for
 9   the residency programs?
10        A.   No.
11        Q.   Why, in particular, were you
12   reviewing Dr. Ali's application?
13        A.   My customary practice is that at
14   the solicitation of the program directors who
15   are reviewing the applications, if there is
16   an application that appears to be incomplete
17   in some way, they will ask me to review the
18   application with them.
19        Q.   And was there something in Dr.
20   Ali's application that was incomplete?
21        A.    In his particular application, it
22   was a combination of being incomplete, and
23   certain credentials being quite delayed.
24        Q.   Okay.  First off, what was
25   incomplete?
```



1                   Fredrick Z. Bierman

2          A.   His USMLE, his United States

3     Medical Licensing exams.

4          Q.   There are, I understand, three

5     steps to the USMLE; is that correct?

6          A.   Yes.

7          Q.   Which steps were incomplete?

8          A.   It was the final step, Step 3.

9          Q.   Step 3, okay.  And what -- you

10    mentioned there was something that was

11    delayed?

12         A.   Dr. Ali had completed one year, I

13    believe, it was a preliminary general surgery

14    residency at North Shore University Hospital

15    in academic year of 2002, 2003, and had not

16    continued in an accredited residency

17    following that.  Until it was brought to my

18    attention in 2016.

19         Q.   Why do you characterize that as

20    "delayed"?

21         A.   It's customary that the USMLE Step

22    3 is completed at the end of the first-year

23    of residency.  In some situations, it may be

24    completed in the second -- end of the second

25    year, in isolated cases, it may be completed



1                   Fredrick Z. Bierman

2    sometime during the third year.  I have never

3    encountered someone who had not completed it

4    for thirteen years after their first-year of

5    residency.  So that was why it was noted as

6    an unusual find in the application.

7         Q.   And who brought Dr. Ali's

8    application to your attention?

9         A.   I believe it was Dr. Tad Wandel,

10   Thaddeus Wandel.

11        Q.   Do you see what I have on screen

12   now, Exhibit Wandel 3?

13        A.   Yes.

14        Q.   Who is referenced here, "Dear

15   Chairperson."

16             Who is that, at the time?

17        A.   I am not sure.

18        Q.   Okay.

19        A.   It sounds like it's a generic --

20   not specific to an individual reference.

21        Q.   Okay.  Have you ever seen this

22   document before?

23        A.   Can you show the rest of the

24   document, please?

25        Q.   Sure.



1                    Fredrick Z. Bierman

2          A.    And signature.

3          Q.    Yes, it's a two page document.

4          A.    Can you go on to page 2?

5          Q.    Yes, there we are on page 2.

6          A.    Okay.

7          Q.    All right.  Now, let me ask you:

8    Have you seen this document before?

9          A.    I believe, I have.

10         Q.    Was it part of Dr. Ali's residency

11   application?

12         A.    I don't know the total context in

13   which I saw it.  I know I saw it -- it may

14   have been part of his application.  I just

15   don't recall that part.

16         Q.    Okay.  The first line of Dr.

17   Wandel's letter says, "It is with great

18   pleasure that I can highly recommend Dr. Ali

19   for a PGY2 position as a resident in

20   ophthalmology."  Would you agree with me that

21   Dr. Wandel is recommending Dr. Ali for a

22   position as a resident in ophthalmology?

23         A.    I think that statement stands.

24         Q.    Okay.  Dr. Wandel goes on to say,

25   "I have known Dr. Ali for over a year.  He is



```
 1                  Fredrick Z. Bierman
 2    a clinical instructor and has worked with Dr.
 3    Sansar Sharma in clinical and basic
 4    ophthalmology research projects.  He sets
 5    himself apart from other candidates for a
 6    residency position by his dedication and
 7    willingness to help in all aspects of
 8    teaching, his development of research
 9    projects that involve residents and his
10    desire to learn.  When you review his CV, his
11    fellowships in uveitis, retina and
12    neuroophthalmology places him on a level
13    where he can lecture on these subspecialties.
14    Indeed, he volunteered and has started a
15    series of lectures that will review the basic
16    science volume 9, 'Ocular Inflammation,' in
17    our basic science course.  He has ten
18    peer-reviewed publications and a similar
19    number of posters and presentations."  And it
20    goes on to speak about his "integrity,
21    kindness, and respect for others."
22                  Do you recall reviewing this
23    recommendation at some point when you were
24    reviewing Dr. Ali's application for residency
25    at Westchester Medical Center?
```



```
 1                    Fredrick Z. Bierman
 2         A.   Yes.
 3         Q.   Okay.  Just looking on through the
 4    remainder of the letter, it doesn't say
 5    anything in this letter about Dr. Ali's
 6    status, in connection with the USMLE,
 7    correct?
 8         A.   The content that you showed me, it
 9    doesn't say anything there.
10         Q.   Okay.  Showing you now what has
11    been marked as Sharma 4, is a letter from New
12    York Medical College, directed to
13    "Chairperson Resident Selection Committee,"
14    dated "September 14, 2016."  And just let me
15    scroll down a bit.  This is signed by Dr.
16    Sansar Sharma.  And can you tell me, have you
17    seen this document before?
18         A.   Yes.
19         Q.   And when was that, that you saw
20    this document?
21         A.   In the review I referenced earlier.
22         Q.   Okay.  And the time frame for that
23    was?
24         A.   Same time frame I referenced
25    earlier.
```



FREDRICK Z. BIERMAN, M.D.                          September 23, 2020
AMRO ALI, M.D. vs WESTCHESTER MEDICAL                          33

```
 1              Fredrick Z. Bierman
 2        Q.   That was December of 2016?
 3        A.   That was in the context of that
 4   review.
 5        Q.   Remind me again when that was.
 6        A.   Can I ask the court report -- I
 7   think I already identify the date, didn't I?
 8        Q.   I think you identified the month?
 9        A.   And then you asked me, "Was it
10   2016?"  And I said it was.
11        Q.   Okay.  So you just to be clear, so
12   you reviewed this in December of 2016?
13        A.    In that time frame, it was brought
14   to my attention, a discussion of this
15   application.
16        Q.   Okay.  Showing you now what has
17   been marked as Wandel 4, which is an e-mail
18   from you to Dr. Wandel, dated Wednesday,
19   December 21st, 2016, it has the subject
20   "ophthalmology residency, 2016, 2017, final
21   application, Amro Ali."  It has tracking
22   information and it goes on to read, "I cannot
23   locate the applicant Step 3 USMLE report.  Do
24   you have a copy?  I also noted that his
25   internship was in general surgery.  Was he a
```



```
 1              Fredrick Z. Bierman
 2   preliminary or categorical year resident?"
 3   Signed by you.
 4           In this e-mail, are you asking --
 5   you are asking Dr. Wandel to see Dr. Ali's
 6   Step 3 USMLE report, correct?
 7      A.   I was asking Dr. Wandel if he had a
 8   copy of the USMLE report that would
 9   customarily be included in this type of
10   application.  In the documents I had, I could
11   not identify it, so I was simply asking him
12   if he could provide it to me.
13      Q.   When you say, this kind of
14   application, are you differentiating this
15   application from some other type of
16   application?
17      A.   It was an application for a
18   residency program being conducted by the San
19   Francisco Match, and I just wanted to make
20   sure I had all the documents.
21      Q.   Do all resident applications -- are
22   they to contain a Step 3 USMLE report?
23      A.   No.
24      Q.   Okay.  Why were you requesting Dr.
25   Ali's Step 3 USMLE report, when it's not
```



```
 1                 Fredrick Z. Bierman
 2    always required in a resident application?
 3         A.   Dr. Ali had completed his
 4    first-year of residency thirteen years
 5    earlier, and I -- my expectation was that in
 6    that thirteen-year interval, he would have
 7    successfully completed Step 3.  That's why I
 8    believed I should have been able to identify
 9    his USMLE report for Step 3.
10         Q.   All right.  Understood.
11                    MR. MILLUS:  Rob, we've been
12              going an hour.  Can we take five
13              minutes to stretch our legs?
14                    MR. SADOWSKI:  Sure, let's
15              take five.
16                    MR. MILLUS:  Thank you.
17                    MR. SADOWSKI:  Actually,
18              let's make it fifteen.
19                    (Whereupon, a recess was
20              taken at this time.)
21    BY MR. SADOWSKI:
22                    (Bierman Exhibit 3, Meeting
23                    Minutes, marked for
24                    identification, as of this
25                    date.)
```



 1            Fredrick Z. Bierman

 2       Q.   Okay, we are all back.  I will put

 3   up a document.  All right, everyone, I put up

 4   an exhibit marked Bierman 3 for

 5   identification, the title of which is

 6   "Meeting minutes, dated July 20, 2018, time

 7   12:00 p.m., attendees, Amro Ali, MD, Fredrick

 8   Bierman, MD, Kelly Hutcheson, MD, Thaddeus

 9   Wandel, MD, and Michelle Hodge, paren, note

10   taker, close paren."

11            And let me scroll down through the

12   document for you, Dr. Bierman, and ask you --

13   and please, you know, I can't put the full

14   document in front of you at a time.  Just for

15   reference, this is Bates-stamped

16   NYMCWMC001781.

17            Dr. Bierman, do you know what this

18   document is?

19       A.   It appears to be a summary of a

20   meeting.  And it's -- the date is July 20,

21   2018.

22       Q.   And Michelle Hodge, who is she?

23       A.   I think she, at the time, was Dr.

24   Kelly Hutcheson's secretary.

25       Q.   Okay.  When you have meetings with



1           Fredrick Z. Bierman

2    Dr. Hutcheson, is there, ordinarily,

3    attendance by Nicole Hodge as a note taker?

4        A.   It we're keeping minutes of any

5    particular meeting, we may have an individual

6    designated to record the minutes.

7        Q.   Okay.  What determines whether you

8    have recorded minutes or not?

9        A.   The nature of the meeting.  Content

10   of the meeting.

11       Q.   Okay.  Have you ever reviewed this

12   document?

13       A.   I have.

14       Q.   Okay.  And is it -- after your

15   review, did you determine it was accurate?

16       A.   I can't determine that all the

17   details are accurate.

18       Q.   Would you like to -- an opportunity

19   to review it all now?

20       A.   No, I just -- this was a meeting

21   that took place in 20 -- July of 2018, and to

22   the best of my recollection, this is a

23   general account of the meeting.

24       Q.   Okay.  And upon your review,

25   nothing jumped out to you as inaccurate?



 1              Fredrick Z. Bierman
 2       A.   Well, could you go to the bottom of
 3   it?
 4       Q.   Okay, this is page 1, this is page
 5   2, and this is -- let's see.  We've got page
 6   3.
 7       A.   It's not signed, as most minutes
 8   would be signed, and I am not sure about that
 9   date of "December 2015" that's referenced in
10   the beginning.
11       Q.   Okay.  Anything else you note about
12   it?
13       A.   Not in the brief time I have had to
14   look at it at the moment, no.
15       Q.   Okay.  Would you like more time?
16       A.   Why don't you ask me, you know,
17   what you would like me to respond to, and
18   perhaps we can go through the letter in that
19   sequence?
20       Q.   Let me see if I can -- this
21   statement here, "Dr. Bierman countered that
22   this is a requirement for IMG."  That
23   requirement, is that the successful
24   completion of the Step 3 -- the Step 3
25   examination?



```
 1                 Fredrick Z. Bierman

 2        A.    I would question the accuracy of

 3   that statement.  We don't have a stipulation

 4   that discriminates between international and

 5   medical American graduates.

 6        Q.    Do you deny that you made that

 7   statement?

 8        A.    I can't verify it.  All I can say

 9   is that's not our practice at the medical

10   center.

11        Q.    Thank you.  Showing you what's been

12   marked as Ali 14, which appears to be a form

13   entitled "ophthalmology residency training

14   program, ACG24031107."  Is this a form that

15   Westchester Medical Center Medical Center

16   uses in its residency application?

17        A.    It's a form that's provided at the

18   time of the -- I believe it's when the

19   applicants come in for an interview, it's a

20   verification for purposes of the ACGME that

21   there is been a review of the stipends and

22   benefits and requirements for applicants to a

23   program.

24        Q.    My question is much simpler:  Is it

25   a form that Westchester Medical Center uses
```



1              Fredrick Z. Bierman

2    in its residents applications?

3         A.   It's a form -- in this case, it's

4    Westchester Medical Center and Metropolitan

5    Hospital used for a training program that

6    jointly applies to the two medical centers.

7         Q.   Okay, so this is a form used by

8    those two medical centers?

9         A.   Yes, for applicants, yes.

10        Q.   Okay, thank you.  Showing you

11   what's been marked as Ali 23, it's "WMC

12   Health, Westchester Medical Center,

13   Westchester Medical Center Resident, slash,

14   Fellow Agreement, terms of appointment,

15   policies and procedures, 2016 through 2017."

16   Are you familiar with this document?

17        A.   Well, that's the cover page.  We

18   have policies and procedures that were in

19   place.

20        Q.   And is this a reflection of the

21   policies and procedures that were in place

22   2016/2017?

23        A.   I apologize.  That's the cover

24   page.  I would have to see the policies and

25   procedures.



```
 1              Fredrick Z. Bierman
 2       Q.   All right.  Let's -- it's a very
 3   long document, but I want to take you
 4   particularly to page 40.  This is, I will
 5   represent to you, a page -- that's not what I
 6   want.  I will represent that this is page 40
 7   of the document marked Ali 23, Westchester
 8   Medical Center policies and procedures, and
 9   this is page 40 of that document, which is
10   Bates-stamped NYMCWMC00044, and looking up at
11   the policy, "subject advancement in training
12   level USMLE or complex Step 3 requirement."
13   Is this, to your knowledge, a statement of
14   the policy of Westchester Medical Center, as
15   it pertains to the residency program?
16       A.   I think it's a statement of the
17   policy, a general statement.  This is a
18   statement -- this is a policy that is
19   applied, in general, to individuals who are
20   following a customary trajectory for their
21   medical education and their residency
22   training.
23       Q.   Thank you, Doctor.  Showing you now
24   what has been marked Ali 1, this is "New York
25   Medical College GME policy, USMLE Step 3."
```



```
 1                     Fredrick Z. Bierman
 2      Are you familiar with this policy?
 3           A.   Yes.
 4           Q.   When Dr. Hutcheson came to
 5      Westchester Medical Center, did she bring
 6      with her a gentleman whom she had worked with
 7      in Dohar, Qatar, who then became a resident
 8      in the ophthalmology department?
 9           A.   That, I don't -- I don't recall
10      that.  I -- -- I don't know if anyone was
11      recruited specific to Dr. Hutcheson.  There
12      may have been an applicant who came to the
13      medical center from Qatar.  I just don't
14      recall.  I would have to review the rosters.
15           Q.   Okay.  From time to time, does the
16      ophthalmology department receive private
17      donations?
18           A.   I have no idea.  You would have to
19      speak to the foundations office about that.
20           Q.   Okay.  Are you aware of residents
21      named Dr. Dose?
22           A.   Dose?
23           Q.   Yes.
24           A.   How do you spell that?
25           Q.   D-O-S-S.
```



1                    Fredrick Z. Bierman

2          A.    Yeah.  I believe that's the

3     spelling of the name.

4          Q.    Okay.  Are they a brother and

5     sister who are residents in the ophthalmology

6     department?

7          A.    There were two individuals by the

8     name of Doss that did residencies in

9     ophthalmology.

10         Q.    Do you know what years they were?

11         A.    The gentleman just graduated, and

12    the -- I believe, it was his sister, she, I

13    think, graduated two years ago.  I would have

14    look at the rosters.

15         Q.    Okay.  Do you know that the Doss

16    family made contributions to the

17    ophthalmology department?

18         A.    I do not.

19         Q.    Okay.  Thank you.  I have no

20    further questions at this time.

21                    MR. MILLUS:  And I have no

22              questions of the witness.

23                    MR. SADOWSKI:  Thank you

24              very much.

25                    THE WITNESS:  Thank you.



```
 1              Fredrick Z. Bierman
 2         Wish everyone well.
 3              MR. SADOWSKI:  Stay safe.
 4              -oOo-
 5              (Whereupon, the examination
 6         of FREDRICK Z. BIERMAN, M.D., was
 7         adjourned at 11:40 a.m.)
 8
 9
10
11
12              FREDRICK Z. BIERMAN, M.D.
13
14
15   Subscribed and sworn to
16   before me this      day
17   of            , 2020.
18
19
20   NOTARY PUBLIC
21
22
23
24
25
```



1

2     ----------------- I N D E X -----------------

3

4     WITNESS              EXAMINATION BY            PAGE

5     FREDRICK Z. BIERMAN, M.D.

6                         MR. SADOWSKI            5

7

8

9     ----------------- EXHIBITS ------------------

10    BIERMAN                              FOR ID.

11      Exhibit 1          Meeting Minutes         35

12

13

14        (Exhibit digitally retained by court

15    reporter.)

16    ----------------------------------------------

17

18

19

20

21

22

23

24

25



```
 1

 2                    C E R T I F I C A T E

 3

 4    STATE OF NEW YORK      )
                             : ss.
 5    COUNTY OF NEW YORK     )

 6

 7          I, AYDIL M. TORRES, a Notary Public

 8    within and for the State of New York, do

 9    hereby certify:

10          That FREDRICK Z. BIERMAN, M.D., the

11    witness whose deposition is hereinbefore set

12    forth, was duly sworn by me and that such

13    deposition is a true record of the testimony

14    given by the witness.

15          I further certify that I am not

16    related to any of the parties to this action

17    by blood or marriage, and that I am in no way

18    interested in the outcome of this matter.

19          IN WITNESS WHEREOF, I have hereunto

20    set my hand this 23rd day of September, 2020.

21

22

23

24                    AYDIL M. TORRES

25
```



```
 1
 2                    DEPOSITION ERRATA SHEET
 3
 4   Our Assignment No.  J6033881
 5   Case Caption:  AMRO ALI, M.D.  vs.
 6   WESTCHESTER MEDICAL CENTER, ET. AL
 7      DECLARATION UNDER PENALTY OF PERJURY
 8         I declare under penalty of perjury
 9   That I have read the entire transcript of
10   My Deposition taken in the captioned matter
11   Or the same has been read to me, and
12   The same is true and accurate, save and
13   Except for changes and/or corrections, if
14   Any, as indicated by me on the DEPOSITION
15   ERRATA SHEET hereof, with the understanding
16   That I offer these changes as if still under
17   Oath.
18   _____
19           FREDRICK Z. BIERMAN, M.D.
20   Subscribed and sworn to on the _____ day of
21   _____, 20_____ before me,
22
23   _____
24   Notary Public,
25   In and for the State of _____
```



```
 1
 2                   DEPOSITION ERRATA SHEET
 3   Page No._____Line No._____Change
 4   to:_____
 5   _____
 6   Reason for
 7   change:_____
 8   Page No._____Line No._____Change
 9   to:_____
10   _____
11   Reason for
12   change:_____
13   Page No._____Line No._____Change
14   to:_____
15   _____
16   Reason for
17   change:_____
18   Page No._____Line No._____Change
19   to:_____
20   _____
21   Reason for
22   change:_____
23   SIGNATURE:_____DATE:_____
24            FREDRICK Z. BIERMAN, M.D.
25
```



FREDRICK Z. BIERMAN, M.D.                    September 23, 2020
AMRO ALI, M.D. vs WESTCHESTER MEDICAL                     49

```
 1
 2                DEPOSITION ERRATA SHEET
 3    Page No._____Line No._____Change
 4    to:_____
 5    _____
 6    Reason for
 7    change:_____
 8    Page No._____Line No._____Change
 9    to:_____
10    _____
11    Reason for
12    change:_____
13    Page No._____Line No._____Change
14    to:_____
15    _____
16    Reason for
17    change:_____
18    Page No._____Line No._____Change
19    to:_____
20    _____
21    Reason for
22    change:_____
23    SIGNATURE:_____DATE:_____
24          FREDRICK Z. BIERMAN, M.D.
25
```

