```
 1
 2          UNITED STATES DISTRICT COURT
 3          SOUTHERN DISTRICT OF NEW YORK
 4    ------------------------------------------x
 5    AMRO ALI, M.D.,
 6                          Plaintiff,
 7          -against-   No. 1:19-cv-08324
 8    WESTCHESTER MEDICAL CENTER AND NEW YORK
 9    MEDICAL COLLEGE,
                          Defendants.
10    ------------------------------------------x
11
12
13        VIDEOTELECONFERENCED DEPOSITION OF
14              KELLY HUTCHESON, M.D.
15              Valhalla, New York
16          Friday, September 25, 2020
17
18
19
20
21
22
23
    Reported by:
24  Aydil M. Torres, CSR
    JOB NO. J6033885
25
```



1

2

3           September 25, 2020

4           10:21 a.m.

5

6

7       VTC deposition of KELLY

8   HUTCHESON, M.D., held at 100 Woods

9   Road, Valhalla, New York pursuant

10  to Notice, before Aydil M. Torres,

11  a Notary Public of the State of

12  New York.

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4     A P P E A R A N C E S:

5

6        ROBERT W. SADOWSKI, PLLC

7        Attorneys for Plaintiff

8            800 Third Avenue

9            New York, New York 10022

10       BY:  ROBERT W. SADOWSKI, ESQ.

11

12

13       MEYER POUZZI ENGLISH & KLEIN

14       Attorneys for Defendants

15           990 Stewart Avenue

16           Garden City, New York 11530

17       BY:  PAUL MILLUS, ESQ.

18

19

20       ALSO PRESENT:

21           Amro Ali, M.D.

22           Newman Hoffman, Esq.

23           Daniel Rinaldi, Esq.

24

25



1

2

3        S T I P U L A T I O N S

4

5        IT IS HEREBY STIPULATED AND AGREED

6    by and between the attorneys for the

7    respective parties herein, that filing,

8    sealing and certification and the

9    same are hereby waived.

10

11       IT IS FURTHER STIPULATED AND AGREED

12   that all objections, except as to the

13   form of the question shall be reserved

14   to the time of the trial.

15

16       IT IS FURTHER STIPULATED AND AGREED

17   that the within deposition may be signed

18   and sworn to before any officer authorized

19   to administer an oath, with the same force

20   and effect as if signed and sworn to before

21   the Court.

22

23

24

25



```
 1
 2   K E L L Y   H U T C H E S O N,
 3              called as a witness, having been
 4              duly sworn by a Notary Public, was
 5              examined and testified as follows:
 6                    THE REPORTER:  Please state
 7              your full name for the record.
 8                    THE WITNESS:  Kelly
 9              Hutcheson.
10                    THE REPORTER:  Please state
11              the address you're currently
12              located.
13                    THE WITNESS:  100 Woods
14              Road, Valhalla, New York 10595.
15   EXAMINATION BY
16   MR. SADOWSKI:
17        Q.   Dr. Hutcheson, my name is Robert
18   Sadowski.  I represent Dr. Amro Ali in his
19   action against New York Medical College and
20   Westchester Medical Center.  Have you ever
21   been deposed before?
22        A.   Yes, I have.
23        Q.   How often?
24        A.   A couple of times in my career.
25        Q.   When was the last time you were
```



```
 1                    Kelly Hutcheson, M.D.
 2   deposed?
 3        A.    Been a couple of years.
 4        Q.    Okay.  Were you a party to that
 5   action or a witness?
 6        A.    A witness.
 7        Q.    Let's refresh the rules of
 8   deposition.  The most important rule is that
 9   you allow me to finish my question, before
10   you begin to answer it.  This is important
11   because the court reporter can only take down
12   one person speaking at a time.  If at any
13   time you want to take a break, let me know.
14   I's just ask that if there is a question
15   pending, you answer that question, before we
16   take a break.  If you don't understand my
17   question, please let me know.  From time to
18   time your Counsel may object to my question,
19   but you are to answer the question, unless
20   your Counsel directs you not to answer the
21   question.  Have you taken any medication or
22   substances that could affect your ability to
23   testify truthfully today?
24        A.    No.
25        Q.    Dr. Hutcheson, where do you work?
```



```
 1                  Kelly Hutcheson, M.D.

 2        A.    Westchester Medical Center.

 3        Q.    What's your title there?

 4        A.    Sorry?

 5        Q.    What is your title?

 6        A.    I am director of ophthalmology.

 7        Q.    How long have you been director of

 8   ophthalmology?

 9        A.    About two and a half years.

10        Q.    What are your responsibilities as

11   director of ophthalmology?

12        A.    I oversee the clinical service.

13        Q.    Do you have any affiliation with

14   New York Medical College?

15        A.    One second.  Yes, I do.

16        Q.    What is that?

17        A.    I am the chairman of ophthalmology.

18        Q.    Before you were affiliated with

19   Westchester Medical Center, where were you

20   working?

21        A.    At Weill Cornell Medical College in

22   Qatar.

23        Q.    How long had you been with Weil

24   Cornell in Qatar?

25        A.    Four years.
```



```
 1                   Kelly Hutcheson, M.D.
 2        Q.    Where did you graduate from medical
 3   school?
 4        A.    University of Virginia.
 5        Q.    What year did you graduate?
 6        A.    1992.
 7        Q.    And did you do a residency?
 8        A.    I did.
 9        Q.    Where?
10        A.    University of Florida.
11        Q.    What year did you begin that
12   residency?
13        A.    1993.
14        Q.    Do you know Dr. Amro Ali?
15        A.    I do.
16        Q.    And when did you first meet him?
17        A.    Around February of 2018, I believe.
18        Q.    Did anyone ever inform you that Dr.
19   Ali had an interest in joining the residency
20   program at WMC?
21        A.    Indirectly.
22        Q.    How was that done indirectly?
23        A.    Dr. Sharma indicated that he was a
24   great research associate and to consider him.
25        Q.    Did he do that in writing?
```



```
 1              Kelly Hutcheson, M.D.
 2        A.   No.
 3        Q.   When did that conversation take
 4   place?
 5        A.   I have no idea.
 6        Q.   Okay.  Because this is a written
 7   transcript, all of your answers need to be
 8   verbal.  The court reporter can't take down a
 9   nod of the head or a hand gesture.  So I
10   noticed you were -- you seemed to be shaking
11   your head "no," but, of course, the court
12   reporter can't record that.  So I will just
13   remind you that your answers need to be
14   verbal, okay?
15        A.   My answer was verbal.
16        Q.   Did anyone else speak to you, in
17   terms of Dr. Ali joining the residency
18   program at WMC?
19        A.   No, never.
20        Q.   No one?
21        A.   No, never.
22        Q.   You never spoke with Dr. Bierman
23   about that issue?
24        A.   What period of time are we
25   discussing?
```



```
 1              Kelly Hutcheson, M.D.
 2        Q.   We're discussing -- well, you
 3   learned of Dr. Ali, in connection with
 4   joining the residency program, February of
 5   2018.  I am asking any time after that time,
 6   did you have discussions with anyone else
 7   about his joining the residency program?
 8        A.   Actually, that wasn't the question
 9   that you asked me, and that's not what I
10   indicated in my answer.
11        Q.   Well, my question is -- and,
12   please, if you don't understand my question,
13   let me know.  Who else, after February of
14   2018, did you discuss the issue of Dr. Ali
15   joining the residency program at WMC?
16        A.   I did not discuss the idea or issue
17   of Dr. Ali joining the residency program in
18   February of 2018 with anyone.
19        Q.   Any time after that date?
20        A.   The first conversation that I had
21   about Dr. Ali joining the residency program,
22   in conversation, was in June of 2018.
23        Q.   In June of 2018, with whom did you
24   have those discussions?
25        A.   Dr. Ali sent me an e-mail in June
```



```
 1                    Kelly Hutcheson, M.D.
 2      asking to discuss it with me.
 3           Q.   Okay, and after he sent you that
 4      e-mail, did you have discussions with anyone
 5      concerning his e-mail, or the desire for him
 6      to join the residency program at WMC?
 7           A.   I set up a meeting with him, and
 8      with Dr. Bierman, and Dr. Wandel to discuss
 9      it.
10           Q.   When did that meeting take place?
11           A.   I believe, it was in June of 2018.
12           Q.   Okay.  Who is Michelle Hodge?
13           A.   She is my administrative assistant.
14           Q.   At the meeting in June of 2018, was
15      she present at that meeting?
16           A.   Yes, she was.
17           Q.   Okay.  What was her role at that
18      meeting?
19           A.   She took notes.
20           Q.   Okay.  Do you still have those
21      notes?
22           A.   Yes.
23           Q.   Did you have a meeting with Dr.
24      Wandel, Dr. Sharma, and Dr. Bierman, without
25      Dr. Ali?
```



```
1                 Kelly Hutcheson, M.D.

2        A.   I don't recall.

3        Q.   Is it your practice, when you have

4    meetings, to have Ms. Hodge attend them to

5    take notes?

6        A.   Usually.  Not always.

7        Q.   Before you learned of Dr. Ali's

8    interest in joining the WMC residency program

9    in ophthalmology, were you aware of his work

10   at New York Medical College?

11       A.   Yes.

12       Q.   And can you tell me how you were

13   aware of it?

14       A.   He asked to meet with me sometime

15   in the spring to discuss his research, and I

16   did so.

17       Q.   Did you have an opinion about the

18   quality of his research?

19       A.   I thought it was outstanding.

20       Q.   Do you know how long Dr. Ali had

21   been involved in doing research at New York

22   Medical College?

23       A.   I did not have a specific

24   knowledge.  I was under the impression that

25   he had been there for, at least, a year or
```



1                    Kelly Hutcheson, M.D.

2    two.

3        Q.   And while he was there, he was

4    appointed a full-time faculty member of New

5    York Medical College, correct?

6        A.   I don't believe that is correct.  I

7    don't have knowledge of that, and I don't

8    know what his appointment was.

9        Q.   Okay.  Well, let's take a look at

10   some exhibits.  Dr. Hutcheson, I am showing

11   you what has been marked as exhibit Bierman

12   3.  The title is "meeting minutes, July 20,

13   2018, time, 12:00 p.m., attendees, Amro Ali,

14   Fredrick Bierman, Kelly Hutcheson, and

15   Thaddeus Wandel, and Michelle Hodge."  And

16   then in parenthesis, "note taker."

17                Do you recall this meeting?

18       A.   Yes, I do.

19       Q.   Okay.  Do you recognize this as Ms.

20   Hodge's notes?

21       A.   Yes.

22       Q.   Does Ms. Hodge take accurate notes?

23       A.   Yes.

24       Q.   These meeting minute notes, do you

25   keep them in your office or in your files



```
 1                  Kelly Hutcheson, M.D.
 2    somewhere?
 3         A.   I kept a copy on my computer.
 4         Q.   Okay.  Earlier we talked about a
 5    meeting that you had in June of 2018.  Is
 6    that different than this meeting that
 7    occurred in July of 2018?
 8         A.   I misspoke.  This is the meeting I
 9    was referring to.  It was July.
10         Q.   Okay.  In June, did you have a
11    meeting with these same attendees, absent Dr.
12    Amro Ali?
13         A.   I already answered, I don't have
14    any recollection of such a meeting.
15         Q.   Okay.  Did you have an
16    understanding that there was a document
17    request made, in connection with this
18    proceeding?
19         A.   Yes.
20         Q.   Okay.  Did you look through any of
21    your files or were you asked to look through
22    any of your files to see if you had any
23    documents responsive to those requests?
24         A.   Yes.
25         Q.   Okay.  And who did that search?
```



```
1                    Kelly Hutcheson, M.D.

2        A.   I just looked through my own

3   documents.

4        Q.   And when you looked through your

5   documents, was that on your computer?

6        A.   Yes.

7        Q.   Okay.  And how did you conduct the

8   search to find these meeting minutes?

9        A.   I looked through my e-mail and

10  found the attachment, plus Michelle probably

11  sent these meeting minutes to me.  She keeps

12  our notes.

13       Q.   I see.  Does she keep your notes in

14  hard copy somewhere?

15                MR. MILLUS:  Objection as to

16            form, okay, but go ahead.

17       Q.   Could you answer the question?

18       A.   Does she keep what "notes"?

19       Q.   Meeting minutes in hard copy.

20       A.   Probably not.

21       Q.   Okay.  In February 2018, when Dr.

22  Sharma [sic] informed you of -- when you

23  talked to him about his desire to join the

24  residency program, was that in person, by

25  telephone, e-mail, or otherwise?
```



```
 1                   Kelly Hutcheson, M.D.
 2        A.    I didn't say that I discussed
 3   anything with Dr. Sharma in February of 2018.
 4        Q.    Was it February 2018, that you
 5   learned of Dr. Ali's existence?
 6        A.    Yes.
 7        Q.    Before that, you had no awareness
 8   of Dr. Ali?
 9        A.    That's correct.  As far as --
10   again, approximately, February.
11        Q.    I am just going to scroll through
12   these meeting minutes which are multiple
13   pages and I will just ask you to confirm that
14   these are the meeting minutes from that July
15   20, 2018, meeting.  This is the second page.
16   And, please, I don't want to rush you or not
17   give you an opportunity.  If you want to read
18   the document in full, we are certainly
19   prepared to let you do that.
20        A.    They appear to be the meeting
21   minutes that you were referring to.
22        Q.    Okay.  And this is the third page.
23             We have been given some information
24   that Dr. Ali, at the conclusion of the
25   meeting, was upset and that security was
```



```
 1                    Kelly Hutcheson, M.D.
 2   called.  Do you recall that?
 3        A.   I recall hearing about it.
 4        Q.   From whom did you hear that?
 5        A.   I don't recall.
 6        Q.   While you were in the meeting, what
 7   was Dr. Ali's demeanor?
 8        A.   He was very polite.
 9        Q.   Have you ever seen Dr. Ali be
10   anything, other than polite and professional?
11        A.   I can't recall.  My answer would be
12   "no."  Prior to the end of the meeting, I
13   don't recall if he was upset or not at the
14   end of the meeting, but otherwise, I have
15   always seen him be very professional, and
16   polite, and appropriate.
17        Q.   Can you tell me from whom you
18   learned about the end of the meeting?
19        A.   I just answered that.
20        Q.   I am sorry, can you bear with me
21   and repeat it, because I don't recall?
22        A.   I don't recall.
23        Q.   I see.  If you look at the meeting
24   minutes, there is no reflection in here of
25   security being called, correct?
```



```
 1                    Kelly Hutcheson, M.D.
 2         A.   I do not see that.
 3         Q.   If security had been called, would
 4    you expect that there would be a record of
 5    that at the institution?
 6         A.   I am going to surmise that Michelle
 7    and I had left at the conclusion of what you
 8    see in these minutes.
 9         Q.   I see.  When you and Michelle left
10    the meeting, who remained behind?
11         A.   I wouldn't know because I wasn't
12    there.
13         Q.   Okay.  Were you the first
14    individuals to leave the meeting?
15         A.   We were.
16         Q.   Okay.  After that meeting, did you
17    have discussions with anyone about the
18    meeting?
19         A.   Probably.
20         Q.   When you say, "probably," do you
21    know who probably you had those discussions
22    with?
23         A.   Probably with Dr. Bierman.
24         Q.   Anyone else?
25         A.   No.
```



```
 1                   Kelly Hutcheson, M.D.
 2         Q.   Okay.  Do you recall anything about
 3    the substance of any discussion with Dr.
 4    Bierman about the meeting?
 5         A.   Merely to summarize the meeting.
 6         Q.   Okay.  Okay, let's go to exhibit --
 7    I have put up on the screen a document
 8    identified as Exhibit Ali 1.  It is Bates
 9    stamped "NYMC, slash, WMC00004."  And it is
10    entitled "New York Medical College GME policy
11    USMLE Step 3."  First off, can you tell me,
12    have you ever seen this document?
13         A.   I believe I have seen it in
14    conjunction with this case.
15         Q.   Okay.  Can you tell me, first,
16    "GME," that stand for "Graduate Medical
17    Education"?
18         A.   Correct.
19         Q.   And USMLE Step 3, can you tell me
20    what that acronym refers to?
21         A.   "U.S. Medical Licensing
22    Examination."
23         Q.   And the medical licensing
24    examination, that occurs in three steps?
25         A.   I am not an expert on these things.
```



```
1              Kelly Hutcheson, M.D.
2    You should refer these questions to Dr.
3    Bierman.
4         Q.   Okay.  If you would, take a look at
5    the substance of these -- this policy, and I
6    will ask you a few questions about it.
7         A.   I am really not in a position to
8    comment on the policy.  I am not familiar
9    with it.  It's not in my area of expertise
10   and it's an appropriate question to ask to
11   Dr. Bierman.
12        Q.   It may be an appropriate question
13   to ask Dr. Bierman, but I'm asking you, and
14   you mentioned that you had looked at this in
15   connection with this case or matter, and I am
16   asking you to take a look at it.  You don't
17   have to read it, if you don't want to, but I
18   invite you to do so.  Then I might ask you
19   some questions.
20        A.   I cannot read off your screen.
21   It's too small.
22        Q.   Okay, let's enlarge it.  That's
23   fine.  Is that better?
24        A.   Okay.
25        Q.   Okay.  Do you understand what the
```



```
 1                  Kelly Hutcheson, M.D.
 2   document says?
 3        A.   I understand the words, yes.
 4        Q.   Okay.  And in this document, is it
 5   fair to say that passing SMLE Step 3 is not
 6   necessary, prior to entry to a residency
 7   program at the medical college?
 8                  MR. MILLUS:  Objection.  Let
 9             me get this straight.  You are
10             asking the witness to look at the
11             words and repeat it?  You know
12             what, I will stipulate to this case
13             that passing the Step 3 is not
14             necessarily required.  In this
15             case, there was good reason for it.
16             But I will stipulate it.  This
17             document speaks for itself.  To
18             have the witness interpret the
19             document -- not even "interpret,"
20             basically, repeat the language on
21             the document is, quite frankly,
22             outrageous, and, you know what, I
23             will direct the witness not to
24             answer.  If you want to go to the
25             magistrate over that, be my guess.
```



```
 1      Kelly Hutcheson, M.D.
 2   I would love her to read that part
 3   of the transcript.  I am
 4   stipulating that this document is
 5   accurate, that there is no
 6   particular requirement of law that
 7   someone pass Step 3.  But, of
 8   course, we have a multitude of
 9   reasons why your client needed to
10   pass the Step 3, and I am ready to
11   present that to the judge on
12   summary judgment when the time
13   comes.  But I will not have this
14   witness read the document that I
15   just stipulated to.  So I will not
16   do it.
17          MR. SADOWSKI:  You know,
18   Paul, I understand your position,
19   but there is no need for a speaking
20   objection.  If you are directing
21   the witness not to answer, that's
22   fine.  But the speaking objection
23   is inappropriate, and I would ask
24   just, you know, there is no reason
25   to become heated about it.
```



1    Kelly Hutcheson, M.D.

2         MR. MILLUS:  Rob, the

3    question is so inappropriate, it

4    boggles the mind.  I am just

5    saying, and I want to say it

6    respectfully, because I like you,

7    but it just boggles the mind.  I

8    don't want to see us getting into

9    this, parsing the line, line by

10   line of a document that she says

11   she has no involvement in, and I

12   told you, I stipulate that Step 3

13   is not absolutely required to take

14   a residency.  You can take it your

15   first year or your second year.

16   It's clear as a bell.  We don't

17   need to beat this dead horse, Rob.

18   I am ready to take that issue on.

19   You feel it's a strong point.

20   That's fine.  But, please, I just

21   want to move things along in a

22   reasonable way.  I don't mean to

23   get heated.

24        MR. SADOWSKI:  Okay, let's

25   then go to a document that the



```
 1                    Kelly Hutcheson, M.D.
 2               witness probably should have
 3               familiarity with, but we will see.
 4          Q.    Okay, I am showing you, Dr.
 5     Hutcheson, what is an exhibit marked Ali 23,
 6     entitled "WMC Health Westchester Medical
 7     Center, Westchester Medical Center, resident,
 8     slash, Fellow Agreement, Terms of
 9     Appointment, Policies and Procedures
10     2016/2017."  It is Bates-stamped New York
11     Medical College Bates-stamped WMC, slash --
12     no, it's Bates-stamped NYMC/WMC00005.  And I
13     will represent, this is page 1 of a multipage
14     document.
15               Do you recognize what this document
16     is?
17          A.    No.
18          Q.    Have you never seen this document
19     before?
20          A.    No.
21          Q.    Does Westchester Medical Center
22     have a resident fellow agreement with terms
23     of appointment, with policies and procedures?
24          A.    I believe, it does.
25          Q.    Have you ever looked at it?
```



```
 1                    Kelly Hutcheson, M.D.

 2          A.   Not this document.

 3          Q.   Is there a more current version of

 4     this document?

 5          A.   I assume, there is.

 6          Q.   And have you looked at the more

 7     current version of this document?

 8          A.   Not in great detail, no.  I am not

 9     the residency program director.

10          Q.   So you are unfamiliar with this

11     document?

12               Is that what you are saying?

13          A.   Yes.

14          Q.   Okay.  Did you ever become aware,

15     Dr. Hutcheson, that Dr. Ali applied for a

16     PGY-3 position in the ophthalmology residency

17     program at WMC, in October of 2015?

18          A.   Yes, I did.

19          Q.   When did you become aware of that?

20          A.   Around the time of these

21     discussions in July of 2018.

22          Q.   Okay.  Did you look at any

23     documents, in connection with Dr. Ali's

24     application for PGY-3, in October of 2015?

25          A.   No, I don't believe so.
```



```
 1                    Kelly Hutcheson, M.D.
 2         Q.    Did you ever learn that Dr. Wandel
 3    was supportive of Dr. Ali's 2015 application
 4    to the residency program?
 5         A.    Yes.
 6         Q.    Okay.  And in the same token, Dr.
 7    Sharma was supportive of that application?
 8         A.    I don't know if he was supportive
 9    of that application or a later application.
10         Q.    Have you ever reviewed Dr. Ali's
11    CV?
12         A.    Yes.
13         Q.    When was that?
14         A.    When we discussed his research.
15         Q.    And when was that?
16         A.    Springtime of 2018.
17         Q.    And what was your view of his
18    research?
19         A.    I already answered that.
20                    MR. MILLUS:  Asked and
21              answered.  Objection.
22         Q.    Sorry, would you indulge me?
23         A.    His research was excellent.
24         Q.    When you were at Weil Cornell in
25    Qatar, did you have a physician trainee that
```



```
 1                    Kelly Hutcheson, M.D.

 2     you brought with you to WMC when you came

 3     there?

 4          A.   I did not bring someone with me,

 5     no.

 6          Q.   Okay.  Was there an individual you

 7     worked with in Qatar who, ultimately, came to

 8     WMC?

 9          A.   Yes.

10          Q.   Who is that?

11                    THE WITNESS:  Mr. Millus, am

12               I able to say?  I think that's a

13               violation of confidentiality.

14                    MR. MILLUS:  Let me hear the

15               question again.

16                    MR. SADOWSKI:  Can we have

17               it read back?

18                    (Whereupon, the requested

19               portion was read by the reporter.)

20                    MR. MILLUS:  Doctor, that's

21               not a privileged or confidential

22               situation.  It's one of the

23               allegations in this case, as we

24               discussed, when I think of it, but

25               at the end, that person can be
```



```
 1                    Kelly Hutcheson, M.D.
 2                 identified.
 3                        THE WITNESS:  Can be?
 4                        MR. MILLUS:  Yes.
 5        A.    It was is Asmeer Shwiki.
 6        Q.    When he came to WMC, did he enter
 7   the residency program?
 8        A.    He did.
 9        Q.    Did he do that through the San
10   Francisco Match?  What was your answer?
11        A.    No.
12        Q.    Had he passed Step 3 of the United
13   States Medical Licensing Examination?
14        A.    Yes.
15        Q.    Before he joined the residency
16   program; is that correct?
17        A.    Yes.
18        Q.    Did he have or was he a sponsor of
19   an NIH grant when he became a resident?
20        A.    No.
21        Q.    The answer was "no"?
22        A.    The answer was "no."
23        Q.    I'm sorry, if you could speak up,
24   Doctor.  I am having trouble hearing some of
25   your answers.
```



```
 1                  Kelly Hutcheson, M.D.
 2        A.   Is that better?
 3        Q.   Yes.
 4        A.   I will put the volume up.
 5        Q.   Yes.  If the candidate did not go
 6   through the San Francisco Match, what was the
 7   mechanism by which he entered the residency
 8   program?
 9        A.   If there was an open spot outside
10   the match.
11        Q.   And how did that opening come
12   about?
13        A.   It was added to the GME budget.
14        Q.   And what was the mechanism by which
15   the GME budget was increased for this new
16   position?
17        A.   The program was growing and it was
18   justified to add more residents.
19        Q.   Who requested the budget increase
20   and the increase in residents?
21        A.   That was me.
22        Q.   And through whom did you make that
23   request?
24        A.   The CFO of the hospital.
25        Q.   And is that Michael Israel?
```



```
 1                 Kelly Hutcheson, M.D.

 2        A.    No.

 3        Q.    Who was it?

 4        A.    Gary Berniki.

 5        Q.    Oh, okay.  Do you know of any other

 6   positions in the residency program filled

 7   outside of the San Francisco Match?

 8        A.    Yes.

 9        Q.    How many?

10        A.    Since I have been here, one.

11        Q.    And that's the one you identified?

12        A.    No, sorry, an additional one.

13        Q.    Okay.  Who was that?

14        A.    Pevo Tatelbaum.

15        Q.    How was it that it came about that

16   he obtained a residency position outside of

17   the San Francisco Match?

18        A.    Similar -- there was an open spot.

19        Q.    And was the open spot made because

20   someone left or because there was an

21   additional funding obtained for a new

22   position?

23        A.    No, either.

24        Q.    How did the spot come about?

25        A.    There was a vacancy that did not
```



```
 1                  Kelly Hutcheson, M.D.
 2   get filled.
 3        Q.   Was that a vacancy that would have,
 4   otherwise, been filled through the San
 5   Francisco Match?
 6        A.   Yes.
 7        Q.   And how did that vacancy come
 8   about?
 9        A.   We did not receive our full slate
10   of applicants.
11        Q.   What year was this?
12        A.   I don't recall.
13        Q.   Was it while you were at the WMC?
14        A.   Yes.
15        Q.   Okay.  What was the reason that you
16   did not receive your full slate of
17   applicants?
18        A.   You go through a match process and
19   it's the computer algorithm, and if you don't
20   match, then the spot will be unfilled.
21        Q.   Okay.
22                  MR. SADOWSKI:  Let's take a
23             five-minute break.
24                  MR. MILLUS:  Okay.
25                  (Whereupon, a recess was
```



```
 1                  Kelly Hutcheson, M.D.
 2                  taken at this time.)
 3   BY MR. SADOWSKI:
 4        Q.   The residency position given to the
 5   individual from Qatar, I think the name was
 6   Asmeer Shwiki, was that position advertised?
 7        A.   I don't recall.
 8        Q.   Was the position posted online?
 9        A.   I don't know.
10        Q.   Was he interviewed by anyone, prior
11   to his acceptance to the residency?
12        A.   Yes.
13        Q.   By who?
14        A.   Dr. Wandel, one of the senior
15   residents, another faculty person, and me.
16        Q.   Do you know the name of the
17   resident and the faculty person?
18        A.   I would have to go back and look.
19        Q.   Did Dr. Bierman approve that
20   residency position?
21        A.   What do you mean, "approve"?
22        Q.   Did he approve the candidate
23   entering the residency position?
24        A.   I don't know.  I don't recall how
25   that process works.
```



1              Kelly Hutcheson, M.D.

2        Q.   Well, who would be the best

3   individual to know how that process worked?

4        A.   Dr. Wandel.

5        Q.   Okay.  Do you recall having a

6   meeting with Dr. Sharma, where it was

7   suggested that you give Dr. Ali a try-out

8   period, in connection with him obtaining a

9   residency position?

10       A.   Don't recall.

11       Q.   You don't recall?

12       A.   Do not recall that.

13       Q.   Okay.  Are you aware that the

14  ophthalmology department received funding

15  from the Doss family?

16       A.   No.

17       Q.   Are there doctors in the residency

18  -- are or were there doctors in the residency

19  program by the name of Doss?

20       A.   Yes.

21       Q.   And there were two of them,

22  correct?

23       A.   Yes.

24       Q.   A man and a woman, correct?

25       A.   Yes.



```
 1                  Kelly Hutcheson, M.D.
 2        Q.    And they were about two years apart
 3   in the program?
 4        A.    Approximately.
 5        Q.    Who made the application for Dr.
 6   Asmeer Shwiki's visa?
 7        A.    I don't know.
 8        Q.    Did you play any role in that?
 9        A.    No.
10        Q.    Were you ever asked for letters to
11   use in connection with his visa application?
12        A.    It's likely that I was.
13        Q.    How do you say -- why do you say it
14   was "likely"?
15        A.    Because the GME office might have
16   asked something given he was a resident in
17   the program, in order for them to process the
18   paper work.
19        Q.    So you're saying it's the GME
20   office that processed his visa paperwork?
21        A.    I don't know the process, but that
22   would be the department that typically would
23   handle something like that.  It doesn't come
24   out of our office.
25        Q.    Does the department ever receive
```



```
 1              Kelly Hutcheson, M.D.
 2   funds in the nature of financial donations,
 3   grants, or prizes that are tied to
 4   individuals obtaining positions in the
 5   residency program?
 6        A.   No, certainly not during my time.
 7        Q.   Are you aware, are you not, that
 8   Dr. Ali was at one point offered a position
 9   in the residency program at WMC, correct?
10        A.   No, I am not aware of that.
11                  MR. MILLUS:  Sorry, I object
12             as to the form, for the record.
13                  The witness can answer.
14        A.   I said, no, I am not aware of that.
15        Q.   Did you have an opportunity to
16   review any of Dr. Ali's residency
17   applications?
18        A.   No. Actually, let me amend that.
19   During the review for this deposition, I did
20   have a chance to look at some of his
21   paperwork, but I did not see his applications
22   prior to this.
23        Q.   Okay.  After Dr. Ali went through
24   the San Francisco Match and was, apparently,
25   unsuccessful, do you know if anyone asked you
```



```
 1                   Kelly Hutcheson, M.D.
 2    your opinion on whether he should go through
 3    the San Francisco Match a second time?
 4         A.   I was not working there at that
 5    time.
 6         Q.   So you recall no conversations with
 7    Dr. Sharma asking your opinion as to whether
 8    Dr. Ali should make a second application
 9    through the San Francisco Match?
10         A.   It was my impression that Dr. Ali
11    had already made two applications through the
12    San Francisco Match, prior to my arrival
13    here.
14         Q.   But are you aware that there was
15    also an application, outside of the San
16    Francisco Match?
17         A.   No, I was not aware of that.
18         Q.   Okay.  Do you have any knowledge of
19    Dr. Starwhite leaving the residency program
20    with a position, and Dr. Ali was offered that
21    position?
22         A.   I don't know who that is.
23         Q.   And you have no knowledge about the
24    offer to Dr. Ali?
25         A.   No.
```



1              Kelly Hutcheson, M.D.

2      Q.    And no knowledge that the offer was

3    contingent on him successfully passing the

4    Step 3 exam?

5      A.    No.

6      Q.    In all of the papers that you have

7    reviewed, in connection with Dr. Ali, was any

8    of that information contained in those

9    papers?

10             MR. MILLUS:  Objection as to

11          form.  What "papers"?

12             MR. SADOWSKI:  Well, Dr.

13          Hutcheson said she reviewed papers,

14          which I think she said were some of

15          the first times she's seen some of

16          these papers, and I am asking if

17          any of those papers that she

18          reviewed, she learned about his

19          application outside the San

20          Francisco Match?

21             THE WITNESS:  No.

22      Q.    Have you ever been told that Dr.

23    Ali was promised a position in the

24    ophthalmology residency program, upon

25    completing his commitment to perform and



```
 1              Kelly Hutcheson, M.D.
 2    publish research for New York Medical
 3    College?
 4         A.   Told by whom?
 5         Q.   Pardon me?
 6         A.   Told from whom?
 7         Q.   Have you heard from anyone about an
 8    arrangement, whereby, he would work as a
 9    researcher for New York Medical College, and
10    in exchange, he would obtain a residency
11    position in the ophthalmology program?
12                   MR. MILLUS:  Objection as to
13              form.  You may answer.
14         A.   I heard that from Dr. Ali.
15         Q.   Have you heard that from anyone
16    else?
17         A.   No.
18         Q.   Did Dr. Ali tell you that that
19    promise was made to him by Dr. Sharma and Dr.
20    Wandel?
21         A.   He implied that, yes.
22         Q.   How did he imply that?
23         A.   I would have to go back and look at
24    his e-mail.  Do you have that document
25    available?
```



```
 1                  Kelly Hutcheson, M.D.
 2         Q.   I may.  Did your name appear on any
 3    of Dr. Ali's research projects, grant
 4    proposals, any publications?
 5         A.   I did not participate in any
 6    research with him.  It's possible that he may
 7    have applied for an IRB during the couple of
 8    short months in which we overlapped, and if
 9    we did I, would have approved it as the
10    chairman, as I was also supportive of his
11    research.
12         Q.   Are you aware that before Dr. Ali
13    became a faculty member and researcher, that
14    the Medical College was cited by ACGME for a
15    lack of scholarly academic research?
16         A.   Not specifically.
17         Q.   Are you, generally?
18         A.   I was aware that there were ACGME
19    citations, not what they were detailed.
20         Q.   I see.  So you were aware of
21    citations, but not the specific reasons for
22    the citations?
23         A.   Correct.
24         Q.   Okay.  Were you ever told, or did
25    you ever learn that Dr. Ali was brought on
```



```
1                    Kelly Hutcheson, M.D.
2      board to do research to assist the Medical
3      College in its scholarly academic
4      publications?
5           A.   No.
6           Q.   Have you ever discussed Dr. Ali's
7      application to the residency program with Dr.
8      Wandel?
9           A.   Yes.
10          Q.   Can you tell me what was said in
11     those discussions?
12          A.   Dr. Wandel informed me about Dr.
13     Ali's past application through the match, and
14     that he was interviewed, and that based on
15     the results of the interview, he was put onto
16     the list, and he didn't match, on the basis
17     of his interview process.
18          Q.   What was he --
19          A.   And application.
20          Q.   The interview process, is that the
21     reason you understood that Dr. Ali did not
22     match with WMC?
23          A.   No, that is incorrect.
24          Q.   Okay.  What is correct?
25          A.   Dr. Ali went through the match,
```



```
 1                    Kelly Hutcheson, M.D.
 2     like every other applicant, and he was put on
 3     the rank list, and he did not match.
 4          Q.   I thought you said the reason for
 5     that was that something occurred during the
 6     interview process?
 7          A.   I immediately corrected myself to
 8     say, based on the interview and the
 9     application, which is standard.  When we say,
10     "interview," we refer to that as "the
11     process," but what it really means is the
12     entire applicant package.
13          Q.   Okay.  Just talking about the
14     interviews themselves, did you learn any
15     specifics about how Dr. Ali interviewed with
16     residents and faculty?
17          A.   I did not.  You also recall, this
18     was years before I worked here.
19          Q.   I understand.  We have the timeline
20     down, I think.  So your knowledge would have
21     been learned after the fact?
22          A.   Correct.
23          Q.   I have no more questions.  Thank
24     you for your time, Dr. Hutcheson.  I hope you
25     can make your afternoon appointment.
```



```
 1                  Kelly Hutcheson, M.D.
 2                     MR. MILLUS:  None, as well.
 3                     -oOo-
 4                     (Whereupon, the examination
 5              of KELLY HUTCHESON, M.D., was
 6              adjourned at 11:33 p.m.)
 7
 8
 9
10
11                        KELLY HUTCHESON, M.D.
12
13
14    Subscribed and sworn to
15    before me this      day
16    of                , 2020.
17
18
19    NOTARY PUBLIC
20
21
22
23
24
25
```



1

2

3    ---------------- I N D E X -----------------

4

5    WITNESS           EXAMINATION BY          PAGE

6    KELLY HUTCHESON, M.D.

7                      MR. SADOWSKI            5

8

9

10   ---------------------------------------------

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2                    C E R T I F I C A T E

3

4    STATE OF NEW YORK     )
                            : ss.
5    COUNTY OF NEW YORK    )

6

7         I, AYDIL M. TORRES, a Notary Public

8    within and for the State of New York, do

9    hereby certify:

10        That KELLY HUTCHESON, M.D., the

11   witness whose deposition is hereinbefore set

12   forth, was duly sworn by me and that such

13   deposition is a true record of the testimony

14   given by the witness.

15        I further certify that I am not

16   related to any of the parties to this action

17   by blood or marriage, and that I am in no way

18   interested in the outcome of this matter.

19        IN WITNESS WHEREOF, I have hereunto

20   set my hand this 25th day of September, 2020.

21

22            

23

24                    AYDIL M. TORRES

25

```
 1
 2                  DEPOSITION ERRATA SHEET
 3
 4   Our Assignment No.  J6033885
 5   Case Caption:  AMRO ALI, M.D. vs. WESTCHESTER
 6   MEDICAL CENTER AND NEW YORK MEDICAL COLLEGE
 7      DECLARATION UNDER PENALTY OF PERJURY
 8         I declare under penalty of perjury
 9   That I have read the entire transcript of
10   My Deposition taken in the captioned matter
11   Or the same has been read to me, and
12   The same is true and accurate, save and
13   Except for changes and/or corrections, if
14   Any, as indicated by me on the DEPOSITION
15   ERRATA SHEET hereof, with the understanding
16   That I offer these changes as if still under
17   Oath.
18   _____
19                  KELLY HUTCHESON, M.D.
20   Subscribed and sworn to on the _____ day of
21   _____, 20____ before me,
22
23   _____
24   Notary Public,
25   In and for the State of _____
```



```
 1

 2

 3              DEPOSITION ERRATA SHEET

 4    Page No._____Line No._____Change

 5    to:_____

 6    _____

 7    Reason for

 8    change:_____

 9    Page No._____Line No._____Change

10    to:_____

11    _____

12    Reason for

13    change:_____

14    Page No._____Line No._____Change

15    to:_____

16    _____

17    Reason for

18    change:_____

19    Page No._____Line No._____Change

20    to:_____

21    _____

22    Reason for

23    change:_____

24    SIGNATURE:_____DATE:_____

25              KELLY HUTCHESON, M.D.
```



```
1
2                 DEPOSITION ERRATA SHEET
3    Page No._____Line No._____Change
4    to:_____
5    _____
6    Reason for
7    change:_____
8    Page No._____Line No._____Change
9    to:_____
10   _____
11   Reason for
12   change:_____
13   Page No._____Line No._____Change
14   to:_____
15   _____
16   Reason for
17   change:_____
18   Page No._____Line No._____Change
19   to:_____
20   _____
21   Reason for
22   change:_____
23   SIGNATURE:_____DATE:_____
24          KELLY HUTCHESON, M.D.
25
```

