11/22/67



# NEW YORK MEDICAL COLLEGE
A MEMBER OF THE TOURO COLLEGE AND UNIVERSITY SYSTEM
## School of Medicine

40 SUNSHINE COTTAGE ROAD  VALHALLA, NEW YORK  10595   TEL 914-594-4523   FAX 914-594-4565   FACULTY_RECORDS@NYMC.EDU

OFFICE OF FACULTY RECORDS

## RECOMMENDATION FOR NYMC FACULTY APPOINTMENT/PROMOTION

### SECTION I – TO BE COMPLETED BY PROPOSED FACULTY MEMBER

*PERSONAL INFORMATION:*

Name _____ Amro _____ All _____
         (First)          (Middle)           (Last)

Soc. Sec. # [REDACTED]   Date of Birth : 08 /01/1971
                                        (Mo)  (Day)  (Yr)

Preferred Mailing Address for College Business?  (Please check)   ☒ Home   ☐ Work

Home Address _____ 7 hegeman Ave, apartment 20 D, Brooklyn NY 11212 _____

Work Address _____ 180 Varick street, New York, NY 10014 _____

Preferred Telephone Number for College Business? (Please check) ☐ Home ☐ Work ☒ Cell ☐ Other

Home Telephone  (347)405-6258   Home Fax (     )     -
Work Telephone  (212)263-2161-  Work Fax (     )     -
Cell Telephone  (347-623-5406)  Other Telephone  (     )     -

Preferred E-Mail Address for College Business?  (Please check)   ☐ NYMC   ☒ Other

NYMC E-Mail Address _____

Other E-Mail Address _____ amromd@hotmail.com _____

Please ☐ Include ☐ Exclude my Other E-Mail address from "Faculty Interactive" group postings.

Gender   ☐ Male   ☐ Female

Ethnicity  ☐ American Indian or Alaskan Native    ☐ Mexican American or Chicano (Hispanic)
           ☐ Asian or Pacific Islander             ☐ Puerto Rican (Hispanic)
           ☐ Black, not of Hispanic origin         ☐ Other Hispanic
           ☒ White, not of Hispanic origin         ☐ Do not wish to respond

Current Citizenship ☐ _____ Alien  ☐ Non-Resident Visa (Visa Type _____ )

**DEFENDANT'S EXHIBIT F**

NYMC/WMC 001996



Name: Amro Ali

## EDUCATIONAL INFORMATION:

**Undergraduate School:** N/A please sees CV

*Degree* _____  *Year of Graduation* _____

**Graduate School/A please see CV**

*Degree* M_____  *Year of Graduation* _____

*Honors/Awards* _____

**Medical School** Alexandria University school of Medicine -Egypt

*Degree* MD  *Year of Graduation* 1994

*Honors/Awards* _____

### Residency Training

*Specialty* Ophthalmology   *Dates* 1998-2002

*Sponsor* _____

*Specialty* _____   *Dates* _____

*Sponsor* _____

### Fellowship Training

*Specialty* Neuro-ophthalmology   *Dates* 2002-2003

*Sponsor* Henry Ford Hospital, MI, USA

*Specialty* Medical Retinal Diseases   *Dates* 2003-2004

*Sponsor* Henry Ford Hospital, MI, USA

*Specialty* Uveitis and Ocular Inflammatory Diseases   *Dates* 2007-2009

*Sponsor* New York Eye and Ear Infirmary, NY, USA

*Specialty* Uveitis and Ocular Inflammatory Diseases   *Dates* 2009-2011

*Sponsor* Casey Eye Institute, OR, USA

### Current Diplomat of: MD

*Medical Specialty:* Ophthalmology   *Expiration Date* _____
MOC ☐

*Subspecialty:* Uveitis and Ocular Immunology   *Expiration Date* _____
MOC ☐

*Subspecialty:* _____   *Expiration Date* _____ MOC ☐

### Current Diplomate of: _____

*Medical Specialty:* _____   *Expiration Date* _____ MOC ☐

*Subspecialty:* _____   *Expiration Date* _____ MOC ☐

NYMC/WMC 001997

-2-                                                                                                          Rev. 07/2015

Name: Amro Ali_____

**Current Licentiates:** Limited Permit:          P61051 New York State
   State / Number _____ NY, Pending____ Initial Year Granted _____ Expiration Date _____
   State / Number _____ Initial Year Granted _____ Expiration Date _____
   Are you now, or have you ever been, the subject of a professional conduct inquiry, investigation or proceeding?
   ___ Yes  X__ No  If yes, please attach a complete explanation and return with this document to your NYMC chairman.

## Alpha Omega Alpha Membership
   ___ Yes  X__ No  If yes, indicate: Associated School: _____
   Designation*: _____  Year of Election: _____
   * i.e., "student", "house officer", "alumnus", or "faculty initiate"

## PROFESSIONAL APPOINTMENTS AND ACTIVITIES: Please see CV for more information

### Current and/or Previous Academic Appointments

   Title ___Associate Research Scientist_____ Department ____Obstetrics and Gynecology_____
   Institution _New York University Langone Medical Center_ Dates of Service: 07/01/2012- till present

   Title: t Clinical Instructor of Ophthalmology___ Department _____Ophthalmology_____
   Institution: Casey Eye Institute _____ Dates of Service __07/01/2009 till present_____

   Title____Clinical fellow of Uveitis_____ Department Ophthalmology_____
   Institution_____New York Eye and Ear_____ Dates of Service __07/01/2007 to 07/01/2009____

### Current and/or Previous Hospital Appointments

   Title____Associate Research Scientist_____ Department ____Obstetrics and Gynecology_____
   Institution _New York University Langone Medical Center_ Dates of Service: 07/01/2012- till present

   Title: t Clinical Instructor of Ophthalmology___ Department _____Ophthalmology_____
   Institution: Casey Eye Institute _____ Dates of Service __07/01/2009 till present_____

   Title____Clinical fellow of Uveitis_____ Department Ophthalmology_____
   Institution_____New York Eye and Ear_____ Dates of Service __07/01/2007 to 07/01/2009____

## Honors/Awards
   _Active Member of American Academy of Ophthalmology_____  2004-2005_____
   _____

## Professional Activities (e.g. organized medical/professional societies, etc.)
   _Member of American Academy of Ophthalmology, Macular Society, Sleep and Anesthesia Society._
   _____
   _____

**I certify to the best of my knowledge that the information provided above is true.**

NYMC/WMC 001998



# NEW YORK MEDICAL COLLEGE
A MEMBER OF THE TOURO COLLEGE AND UNIVERSITY SYSTEM

## School of Medicine

### SECTION II – RECOMMENDATION OF CHAIR
(To be completed by NYMC Chair)

Name of Faculty/Proposed Faculty Member: __Amaro Ali, M.D.__

Proposed Faculty Appointment: ☒ Primary ☐ Secondary ☐ Tertiary

In Department of: __Ophthalmology__

Type of Request: ☒ Appointment at Proposed Title: _____

☐ Promotion

Current Title: __Clinical Instructor__

Proposed Title: _____

NYMC Faculty Status: ☐ Full-Time ☐ Part-Time ☒ Voluntary

*If FT, is tenure being recommended?* ☐ Yes ☐ No

*If FT or PT, indicate payroll status (i.e., paid by):* ☐ Affiliate ☐ Faculty Practice ☐ NYMC

### Assigned Responsibilities:

☐ Teaching
- ☐ Students in
  - ☐ Medical School ☐ Basic Medical Sciences ☐ Health Sciences
- ☐ Residents/Fellows
- ☐ Continuing Medical Education

☒ Research
Type: ☒ Basic Science ☒ Clinical
☐ Other *(please specify)*_____

☐ Patient Care
Practice Setting: ☐ Faculty Practice ☐ Private Practice
☐ Other Setting *(please specify)*_____

### Activity Site/Affiliate Designation:

☒ NYMC Basic Sciences Department

☐ Hospital *(please identify)*_____

Division/Section *(please identify)*_____

☐ Community-Based Physician/Primary Care Preceptor

☐ Other *(please specify)*_____

-4-

Rev. 07/2015

NYMC/WMC 001999



Name: Amaro, Ali, MD

_____  _____
Signature of Hospital Chair/    Date
Director of Service (if applicable)

_____  _____
Signature of Hospital Affiliate Dean (if applicable)   Date

_____  12/21/15
Recommended by NYMC Chair    Date

**Dean's Action:**

☐ Approved as submitted, effective _____ (Date)

_____  APPROVED FEB 4 - 2016
Signature of Dean    Date

---

**FOR FACULTY RECORDS OFFICE USE ONLY**

EMPLID: 1122167   ☑ Created  ☐ Modified

Date File Created/Modified: 2-10-16

ABMS:  Verified  (N/A)

OPMC:  (No Match)  Match  N/A

License Verification in the following State(s): Pending

NY

Notes: OPMC: No results
Pending NY. WA/6 12/31/15
License

-5-

Rev. 07/2015

NYMC/WMC 002000