# EXHIBIT 1



EXHIBIT
tabbies ALI 26

### BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors in the order listed on Form Page 2.

Follow this format for each person. **DO NOT EXCEED FOUR PAGES.**

| NAME<br>Amro Ali | POSITION TITLE<br>Associate Research Scientist/<br>Clinical instructor of Ophthalmology |
|---|---|
| eRA COMMONS USER NAME (credential, e.g., agency login) | |

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable.)*

| INSTITUTION AND LOCATION | DEGREE<br>(if applicable) | MM/YY | FIELD OF STUDY |
|---|---|---|---|
| Alexandria University, Alexandria, Egypt | M.B.CH.B | 1995 | Medicine |
| Alexandria University, Alexandria, Egypt | Residency | 1995-96 | Ophthalmology |
| Alexandria University, Alexandria, Egypt | MS | 2001 | Ophthalmology |
| North Shore University, Manhasset, NY | Internship | 2002-2003 | General Surgery |

**A. Personal Statement:** My genuine interest in Ophthalmology started long time ago with the successful completion of my master's degree in Ophthalmology and Visual Science at Alexandria University in Egypt. This was followed by four fellowships in the United States in neuro-ophthalmology, medical retina, and two in uveitis and ocular immunology. During my fellowship in neuro-ophthalmology and retina at Henry Ford Health Care, Detroit, MI. I became more and more fascinated with the complexity of the eyeball, the visual system and how an ophthalmologist can influence an individual life. I believe that it is our responsibility to provide a patient with the best possible standard care, while working to create new treatments and procedures to improve the prognosis and the quality of the patient's life. I think research is our way to achieve this goal. If I may pull out my crystal ball and predict the future, I foresee the day when permanent loss of vision becomes a rare event. I envision a world without blindness, enabling a more active contribution into the community as well as a better quality of life for a significant proportion of people. For this reason, I focused my research and work on exploring different and novel neuroprotective agents such as stem cells, estrogen and other agents. I have a growing interest in identifying novel biomarkers in ocular diseases used updated technology such as molecular biochemistry, nanotechnology and computation biology.

**B. Positions and Honors**
**Positions and Employment**

| | |
|---|---|
| 1996-1998 | General Practitioner, Health Minister Hospital, Egypt |
| 1998-1999 | General Practitioner, Alexandria Medical Center, Alexandria, Egypt |
| 1999 | Research Associate, Columbia Presbyterian Medical Center, New York, NY |
| 2000-2002 | Residency in Ophthalmology, Alexandria Eye Center, Alexandria, Egypt |
| 2003-2004 | Fellowship Neuro-Ophthalmology, Henry Ford Health Care, Detroit, MI |
| 2004-2006 | Fellowship, Retinal Diseases, Henry Ford Health Care, Detroit, MI |
| 2007-2009 | Fellowship, Uveitis, New York Eye and Ear Infirmary, New York, NY |
| 2009-2011 | Fellowship, Uveitis, Casey Eye Institute, Oregon Health Science University, Portland, OR |
| 2011- | Associate Research Scientist, NYU School of Medicine, , New York, NY |
| | Clinical Adjuvant instructor, Oregon health Science University, Casey Eye Institute |

**Honors**

| | |
|---|---|
| 1988-1994 | Honors Degree- Alexandria University School of Medicine-Egypt |
| 1994 | Honors Degree- Alexandria University School of Medicine-Egypt |

**C. Selected Peer-reviewed Publications**
**Presentations:**

1. Neuroprotective effect of CD 34 positive stem cell on retinal ganglion cells regeneration after optic nerve crush injury Research Conference –June 2012 New York University
2. Multiple Sclerosis and associated uveitis Resident lecture–February 2010     Casey Eye Institute
3. Scleritis-associated mortality and vision loss Resident lecture–September 2009 Casey Eye Institute
4. The course of uveitis in women during different reproductive stages of life Research Day–June 2005 The New York Eye and Ear Infirmary.

**Posters/Abstracts:**

1. Rituximab in the Treatment of Refractory Scleritis and Non-infectious Orbital Inflammation: 24 Week Outcomes from a Phase I/II Prospective, Randomized Study. May 04, 2011.ARVO 2011.
2. 2.Anterior Uveitis Prevalence and Activity in Women of Different Reproductive Life Stages R.H. McGlynn, Jr., CM. Samson, **A. Ali**, S.R. Kedhar, W. Amde, J. Shulman. Ophthalmology, New York Eye and Ear Infirmary, New York, NY. Poster Session 113. Clinical Ocular Inflammatory Disease. ARVO 2009.
3. 3.Chronic Cystoid Macular Edema (CME) Secondary to Uveitis K.M. Narayana, S. Dorairaj, S. Kedhar, P. Latkany, **A. Ali**, C. Samson.  Uveitis/Ophthalmology. New York Eye and Ear Infirmary, New York, NY Poster Session 226. Clinical Ocular Inflammatory Disease II.ARVO 2009
4. Intravitreal Injection of Kenalog as an Adjunctive Treatment for Uveitis Patient Undergoing Cataract Surgery D. Yin, **A. Ali**, M.C. Samson. Ophthalmology, New York Eye and Ear Infirmary, New York, NY Poster Session 226. Clinical Ocular Inflammatory Disease II.ARVO 2009

**Publications:**

1. **Ali Amro**, Ku JH,  Suhler EB, Choi D, Rosenbaum JT. Course of retinal vasculitis. British Journal of Ophthalmology. 2014 Accepted on 18-Jan-2014
2. **Ali Amro**, Rosenbaum JT. TINU (Tubulointerstitial Nephritis Uveitis) Can Be Associated with Chorioretinal Scars. Ocul Immunol Inflamm. 2013 Oct 21. [Epub ahead of print]
3. **Ali Amro**, Rosenbaum JT. Use of methotrexate in patients with uveitis. Clin Exp Rheumatol. 2010 Sep-Oct;28(5 Suppl 61):S145-50. Epub 2010 Oct 28. Review.
4. Ku JH, **Ali Amro**, Suhler EB, Choi D, Rosenbaum JT. Characteristics and visual outcome of patients with retinal vasculitis. Arch Ophthalmol. 2012 Oct;130(10):1261-6..
5. *Amro Ali,* Steven T Bailey, CMV Retinitis. Joseph Maguire ,Ann Murchison, Edward Jaeger. Wills Eye Institute 5-Minute Ophthalmology Consult .1st ed. Lippincott Williams & Wilkins 2012
6. *Amro Ali,* Rosenbaum JT, What Is the Single Most Important Source of Diagnostic Leads for Uncovering a Diagnosable Cause of Uveitis? Foster, C. Stephen, Opremcak, E. Mitchel, Hinkle, David. Curbside Consultation in Uveitis: 49 Clinical Questions.1st ed. Slack Inc 2012-02-15, 2012
7. Rosenbaum JT, **Ali Amro**, Ku J, Choi D, Suhler EB. Patients with retinal vasculitis rarely suffer from systemic vasculitis. Semin Arthritis Rheum. 2012 Jun;41(6):859-65. semarthrit.2011.10.006. Epub 2011 Dec 15.
8. Landa G, Amde W, Doshi V, **Ali Amro**, McGevna L, Gentile RC, Muldoon TO, Walsh JB, Rosen RB. Comparative study of intravitreal bevacizumab (Avastin) versus ranibizumab (Lucentis) in the treatment of neovascular age-related macular degeneration. Ophthalmologica. 2009;223(6):370-5..Epub 2009 Jul 8.
9. Ali Amro, Samson CM. Seronegative spondyloarthropathies and the eye. Curr Opin Ophthalmol. 2007 Nov;18(6):476-80. Review.

**D.   Research Support**
**ONGOING**
The Glaucoma Foundation – Co-PI  03/01/2014-03/01/2015
**Anti-Glycan Antibody Immunoprofiles as Biomarkers in Early Detection of Exfoliation Syndrome**
In this study, nanotechnology was used to identify a specific pattern of proteins, called anti-glycan autoantibodies, characteristic for exfoliation syndrome. The identification of specific antibody patterns in XSF would help in early diagnosis and better understanding of the mechanisms underlying the nature of exfoliation material