# EXHIBIT 2

Amro M. Ali, MD
7 Hegeman Avenue, Apt. 20D
Brooklyn, NY 11212
347-623-5406
Amro.ali@nyumc.edu
amromd@hotmail.com
amro.ali9@icloud.com

## EDUCATION

M.D  Alexandria University–Egypt  - November 1995

## MEDCIAL CERTIFICATION

| | | |
|---|---|---|
| Uveitis and Ocular Immunology Fellowship: | Casey Eye Institute | June 2011 |
| Uveitis and Ocular Immunology Fellowship: | New York Eye Ear | June 2009 |
| Retina Diseases Fellowship: | Henry Ford Health System | June 2004 |
| Neuro - Ophthalmology Fellowship: | Henry Ford Health System | June 2004 |
| Master Degree in Ophthalmology | Alex. University–Egypt | December 2001 |
| Clinical Skills Assessment | | Pass  October 1999 |
| USMLE Step 2 | Pass | March 1998 |
| USMLE Step 1 | Pass | October 1998 |

## MEDCIAL LICENSURE

| | |
|---|---|
| Permanent Unrestricted License: | 122993 - Cairo - Egypt |
| Limited Permit: | P61051 New York State |
| Limited License: | LL18888 - Oregon State |

## APPOINTMENTS/EMPLOYMENT

New York University — Reproductive Neurobiology, Associate Research Scientist - June 2011 – Present
I am studying the effect of different neuroprotective agents such as stem cells on the injured retinal ganglion cells. We will also evaluate the effect of female sex steroid hormones on the course of ocular inflammatory diseases.

Casey Eye Institute - Oregon Health Science University – Retina service - June 2011 – June2012

Casey Eye Institute - Oregon Health Science University - Uveitis Fellowship - June 2009 – July 2011
I worked with Dr. Rosenbaum in direct patient care and participate in many clinical trials. I have also applied for one grant, which focused the role of intravitreal immunoglobulin in the treatment of autoimmune retinopathy and submitted two chapters in textbooks.

The New York Eye and Ear Infirmary - Uveitis Fellowship    June 2007 - July 2009
I worked with Dr. Samson and Dr. Kedhar in ocular immunology in the Uveitis Service. We had a busy clinic with an average of 200 patients weekly.

Henry Ford Health Care - Retinal Diseases Fellowship    June 2004 - December 2006
My fellowship in retinal diseases with Dr. Paul Edwards and Dr. Uday Desi offered a wide and outstanding experience in the management of retinovascular diseases, such as diabetic retinopathy and hypertensive retinopathy; I also worked to develop new neuroprotective agents, such as stem cells and carbomyealted erythropoietin.


DEFENDANT'S EXHIBIT 4

NYMC/WMC 001991

Henry Ford Health Care – Neuro - Ophthalmology Fellowship     June 2003 - June 2004
Obtained comprehensive training in neuro-ophthalmology services in collaboration with the neurology and neurosurgery department. I observed a variety of pathologies and managed emergent cases, including a fourth nerve palsy secondary to posterior common artery aneurysm.

North Shore University - Internship - General Surgery     July 2002 - June 2003
Was in general surgery at the PGY1 level. This was my internship in the medical field in the USA. During this year, I had the opportunity to conduct a variety of rotations including vascular, gastroenterology, urology, oncology, thoracic surgery, pediatric surgery, and trauma. This wide exposure provided me with a solid surgical background.

Alexandria Eye Center     January 2000 - June 2002
Continuing my residency training in Ophthalmology was my next step after this research training experience. During this time, I worked mainly in general ophthalmology clinics and I used to do a lot of minor surgery.

Columbia Presbyterian Medical Center     May 1999 - December 1999
I worked as research associate in the Columbia Presbyterian Medical Center. I conducted work in retinal transplants and the gene therapy of retinitis pigmentosa with Dr. Stanley Chang, Chair of the Ophthalmology Department and Dr. Peter Gouras, Director of Retinal Research.

Alexandria Medical Center     July 1998 - May 1999
I worked with Dr. Magdy Elboda and trained in general ophthalmology.

Health Minister Hospital - General Practitioner     March 1996 - July 1998
Worked in a rural area in a simple clinic with limited resources and learned laboratory and imaging techniques. This experience enriched my clinical skills as we have to see large number of patients with limited resources.

Alexandria University - Ophthalmology Residency     March 1995 - March 1996
Worked under the supervision of faculty staff conducting rotations in different departments to get more clinical experience and greater exposure to a variety of areas, such as medicine, general surgery, ob-gyn, pediatrics and ophthalmology.

## HONORS AND AWARDS

Honors Degree: Alexandria University, Egypt.     November 1994
Scholarship:    Alexandria University, Egypt.     October 1988 - November 1994
Active Member of American Academy of Ophthalmology     2004-2005

## PATENTS

None

## PROFESSIONAL ORGANIZATIONS AND ACTIVITIES

American Academy of Ophthalmology
Macular Society
Sleep and Anesthesia Society

## RESEARCH PROGRAM

NYMC/WMC 001992

Diabetes mellitus (DM) is estimated to affect 23.6 million individuals in the U.S., and is the primary cause of blindness in adults aged 20-74 years old in the U.S., causing an estimated 12,000 to 24,000 new cases of blindness annually. By 2025, the number of patients with diabetes will rise to a staggering 380 million. The major risk factors for diabetic retinopathy are hyperglycemia and the long disease duration of diabetes. All of these risk factors contribute to retinal metabolic changes and micro-vascular injury that results in diabetic retinopathy. DM and obesity have a complex relationship, with type II diabetes strongly associated with obesity. Obesity stands out as a risk factor for type II DM, but we do see some lean-type II diabetes. Thus, obesity may be a precursor for type II DM, following insulin resistance. *The Diabetes Control and Complications Trial* (DCCT) study highlighted a transient "early worsening" effect that occurs during acute management of diabetics with retinopathy. We will focus on studying the impact of weight loss surgery on the course of diabetic retinopathy. We are also looking to establish a data base for all patients with Diabetic Retinopathy who have had weight loss surgery. We will conduct in vitro studies using different cell line and in vivo studying using Ob-Ob. Mouse. This would help in better understanding the course of Diabetic Retinopathy and its relation to Obesity.

| The Glaucoma Foundation: Anti-Glycan Antibody Immunoprofiles as Biomarkers | Dates (06/01/14 to 12/31/2015 | Role in Project<br>• Co-PI | Direct Cost<br>50,000.00 |
|---|---|---|---|
| Ethicon Impact of Bariatric surgery on the course of Diabetic Retinopathy. ( under revision) | Dates (06/01/14 to 12/31/2015 | Role in Project<br>• PI | Direct Cost<br>761,000.00 |

## CLINICAL PROFILE

During my fellowship training, I was involve in many clinical trials where I were responsible for patient recruitment and evaluating uveitis patients. This is very unique experience as it helped me to start my own research project and build my research design.

| Project | Role in Project | Dates | Award | Other Info |
|---|---|---|---|---|
| Randomized Clinical Trial of Abatacept (Orencia) in the Treatment of Refractory Non-Infectious Uveitis | Clinical Fellow,: recruiting , evaluating and management of patients. | 2009-2012. | | multi-center, |

NYMC/WMC 001993

| Adalimumab (Humira) in the Treatment of Refractory Non-Infectious Uveitis | Role in Project<br><br>Clinical Fellow,: recruiting, evaluating and management of patients. | Dates<br><br>2009-2012. | Award | Other Info<br><br>multi-center, |
|---|---|---|---|---|
| Rituximab in the Treatment of Scleritis and Non-Infectious Orbital Inflammation | Role in Project<br><br>Clinical Fellow,: recruiting, evaluating and management of patients. | Dates<br><br>2009-2012. | Award | multi-center, |

## SERVICE

Research or Clinical: at NYU, I am responsible to organize weekly research conference, NYUDOG where I am interacting and inviting local and international speaker. This research conference is melt pot for reproductive biology, neuroscience and obstetrics /gynecology. Teaching: I am involved as a course administrator for reproductive biology course for undergraduate. These responsibilities include teaching and lab. Supervision.

## PUBLICATIONS

### Posters/Abstracts:

1. 1.Rituximab in the Treatment of Refractory Scleritis and Non-Infectious Orbital Inflammation: 24 Week Outcomes from a Phase I/II Prospective, Randomized Study. May 04, 2011.ARVO 2011.

2. 2.Anterior Uveitis Prevalence and Activity in Women of Different Reproductive Life Stages R.H. McGlynn, Jr., CM. Samson, A. Ali, S.R. Kedhar, W. Amde, J. Shulman. Ophthalmology, New York Eye and Ear Infirmary, New York, NY. Poster Session 113. Clinical Ocular Inflammatory Disease. ARVO 2009.

3. 3.Chronic Cystoid Macular Edema (CME) Secondary to Uveitis K.M. Narayana, S. Dorairaj, S. Kedhar, P. Latkany, A. Ali, C. Samson. Uveitis/Ophthalmology. New York Eye and Ear Infirmary, New York, NY Poster Session 226. Clinical Ocular Inflammatory Disease II.ARVO 2009

4. 4.Intravitreal Injection of Kenalog as an Adjunctive Treatment for Uveitis Patient Undergoing Cataract Surgery D. Yin, A. Ali, M.C. Samson. Ophthalmology, New York Eye and Ear Infirmary, New York, NY Poster Session 226. Clinical Ocular Inflammatory Disease II.ARVO 2009

### Publications:

1. Ali A , Ku JH, Suhler EB, Choi D, Rosenbaum JT. The course of retinal vasculitis. Br J Ophthalmol. 2014 Jun;98(6):785-9. doi:10.1136/bjophthalmol-2013-303443. Epub 2014 Feb 7.

NYMC/WMC 001994

2. Ali A , Rosenbaum JT. TINU (tubulointerstitial nephritis uveitis) can be associated with chorioretinal scars. Ocul Immunol Inflamm. 2014 Jun;22(3):213-7.doi: 10.3109/09273948.2013.841624. Epub 2013 Oct 21.
3. Ku JH, Ali A , Suhler EB, Choi D, Rosenbaum JT. Characteristics and visual outcome of patients with retinal vasculitis. Arch Ophthalmol. 2012 Oct;130(10):1261-6.
4. Ali A , Steven T Bailey, CMV Retinitis. Joseph Maguire ,Ann Murchison, Edward Jaeger. Wills Eye nstitute 5-Minute Ophthalmology Consult .1st ed. Lippincott Williams & Wilkins 2012
5. Ali A , Rosenbaum JT, What Is the Single Most Important Source of Diagnostic Leads for Uncovering a Diagnosable Cause of Uveitis? Foster, C. Stephen, Opremcak, E. Mitchel, Hinkle, David. Curbside Consultation in Uveitis: 49 Clinical Questions.1st ed. Slack Inc 2012-02-15, 2012
6. Rosenbaum JT, Ku J, Ali A , Choi D, Suhler EB. Patients with retinal vasculitis rarely suffer from systemic vasculitis. Semin Arthritis Rheum. 2012 Jun;41(6):859-65. doi: 0.1016/j.semarthrit.2011.10.006. Epub 2011 Dec 15. PubMed PMID: 22177107;
7. Ali A , Rosenbaum JT. Use of methotrexate in patients with uveitis. Clin Exp Rheumatol. 2010 Sep- Oct;28(5 Suppl 61):S145-50. Epub 2010 Oct 28. Review.
8. Landa G and Ali A et al, Comparative study of intravitreal bevacizumab (Avastin) versus ranibizumab (Lucentis) in the treatment of neovascular age-related macular degeneration. Ophthalmologica. 2009;223(6):370-5. doi: 10.1159/000227783. Epub 2009 Jul 8.
9. Samson CM, Ali A , Stephen Foster. EMedicine, Birdshot Retinopathy. 2009 http://emedicine.medscape.com/article/1223257
10. Ali A , Samson CM. Seronegative spondyloarthropathies and the eye. Curr Opin Ophthalmol. 2007 Nov;18(6):476-80. Review.

## INVITED LECTURES/PRESENTATIONS

1. Neuroprotective effect of CD 34 positive stem cell on retinal ganglion cells regeneration after optic nerve crush Injury Research Conference –June 2012 New York University

2. Multiple Sclerosis and associated uveitis Resident lecture–February 2010     Casey     Eye Institute

3. Scleritis-associated mortality and vision loss Resident lecture–September 2009 Casey Eye Institute

4. The course of uveitis in women during different reproductive stages of life Research Day– June 2005 The New York Eye and Ear Infirmary.

NYMC/WMC 001995