# EXHIBIT 5

EXHIBIT
WANDEL
1



Accreditation Council for
Graduate Medical
Education

515 North State Street
Suite 2000
Chicago, IL 60654

Phone 312.755.5000
Fax 312.755.7498
www.acgme.org

January 14, 2015

Thaddeus Wandel, MD
Program Director
Westchester Medical Center
100 Woods Road
Macy Pavilion, Room 1044
Valhalla, NY 10595

Dear Dr. Wandel,

The Residency Review Committee for Ophthalmology, functioning in accordance with the policies and procedures of the Accreditation Council for Graduate Medical Education (ACGME), has reviewed the information submitted regarding the following program:

    Ophthalmology

    New York Medical College at Westchester Medical Center Program
        New York Medical College
    Valhalla, NY

    Program 2403521107

Based on the information available to it at its recent meeting, the Review Committee accredited the program as follows:

    Status: Continued Accreditation
    Maximum Number of Residents: 10
    Residents per Level: 3 - 3 - 4
    Effective Date: 01/08/2015

**RESOLVED CITATIONS**

The Review Committee determined that the following citations have been resolved:

**Scholarly Activities | Since: 11/01/2012 | Status: Resolved**

Common Program Requirement: II.B.5.b).(1) Some members of the faculty should also demonstrate scholarship through peer-reviewed funding.

The information provided did not demonstrate compliance with the requirement. Specifically, Dr. Schwartzman has a Program Project Grant entitled "Hormonal Regulation of Blood Pressure" but this grant is associated with his position in another department (Cell Biology) and there is no ophthalmology involvement. No other peer funding for grants was identified in the program information form.

Program Information Form pages 3; 7-42

NYMC/WMC 000068

### Resources | Since: 11/01/2012 | Status: Resolved

Program Resources
Available and Adequate [CPR II.D.] (Previous Citation)
The institution and the program must jointly ensure the availability of adequate resources for resident education, as defined in the specialty program requirements.

The information provided did not demonstrate compliance with the requirement. Specifically, at the time of the site visit, it was confirmed there is insufficient technical support for residents in clinics, which require them to perform clerical duties and routine tasks that compromise their education. Some individuals in the clinic, reportedly, interfere with resident learning. The residents continue to note there are insufficient support personnel at the clinics.
Site Visitor Report page 23

### Responsibilities of Program Director | Since: 05/29/2014 | Status: Resolved

Program Director Responsibilities (Program Requirement II.A.4.g).(1).): The program director must: prepare and submit all information required and requested by the ACGME. This includes but is not limited to the program application forms and annual program resident updates to the ADS, and ensure that the information submitted is accurate and complete.

The information provided to the Review Committee does not demonstrate substantial compliance with the program requirements. The committee noted several errors in the faculty biographies submitted, specifically related to training backgrounds. The information submitted indicated that Dr. Carmillo completed no residency; Dr. Kizrot completed four years of internal medicine followed by an ophthalmology fellowship, Dr. Goldman completed two ophthalmology residencies but no internship; Dr. Zabin's and Dr. Horowitz's specialties were "Resident"; Dr. Kornstein completed three ophthalmology residencies; Dr. Josephberg completed a three year fellowship in retina followed by a two year ophthalmology residency; Dr. Bortz completed five ophthalmology residencies including an extended twelve year relationship with Kaiser- Permanente. Dr. Zabin's role in the program is listed as "program director" though he has not been program director for over three years.

### Responsibilities of Program Director | Since: 05/29/2014 | Status: Resolved

Program Supervision Policy (Program Requirement: II.A.4.P)): The program director must: prepare and distribute a written program policy describing resident responsibility for the care of patients, and faculty members' responsibilities for supervision.

The information provided to the Review Committee does not demonstrate substantial compliance with the program requirements. A supervision policy must be in place that is program specific, as opposed to applying the institutional supervision policy.

### Evaluation of Residents | Since: 05/29/2014 | Status: Resolved

Formative Evaluation (Program Requirement: V.A.2.a) The faculty must evaluate resident performance in a timely manner during each rotation or similar educational assignment, and document this evaluation at completion of the assignment.

The information provided to the Review Committee does not demonstrate substantial compliance with the program requirements. It was noted that resident evaluations are not completed within two weeks of the end of rotations.

### Evaluation of Residents | Since: 05/29/2014 | Status: Resolved

Formative Evaluation (Program Requirement: V.A.2.b).(2)): The program must: use multiple evaluators (e.g., faculty, peers, patients, self, and other professional staff);

The information provided to the Review Committee does not demonstrate substantial compliance with the program requirements. It was reported that professionals other than faculty are not being used to evaluate each resident.

### Performance on Board Exams | Since: 05/29/2014 | Status: Resolved

Certification Exam (Program Requirement V.C.5): At least 80 percent of the program's eligible graduates from the preceding five years must have taken the American Board of Ophthalmology certifying examination.

The information provided to the Review Committee does not demonstrate substantial compliance with the program requirements. In review of the previous five years of certification exam data, it was determined that only eleven of fifteen graduates sat for the certification exam.

### Performance on Board Exams | Since: 05/29/2014 | Status: Resolved

Certification Exam (Program Requirement V.C.6): At least 60 percent of the program's graduates from the preceding five years who take the American Board of Ophthalmology certifying examination for ophthalmology for the first time must pass.

The information provided to the Review Committee does not demonstrate substantial compliance with the program requirements. In review of the previous five years of certification exam data, it was determined that of the eleven who sat for the exam, only six passed.

The ACGME must be notified of any major changes in the organization of the program. When corresponding with the ACGME, please identify the program by name and number as indicated above. Changes in participating sites and changes in leadership must be reported to the Review Committee using the ACGME Accreditation Data System.

NYMC/WMC 000070

Thaddeus Wandel, MD
Page 4

Sincerely,

*Mary Joyce Turner*

Mary Joyce Turner, MJ
Executive Director
Residency Review Committee for Ophthalmology
3127555013
mturner@acgme.org

CC:
    Edward C. Halperin, MD, MA
    Richard G. McCarrick, MD

Participating Site(s):
    Metropolitan Hospital Center
    New York Medical College
    Westchester Medical Center