# EXHIBIT 6

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------x

AMRO ALI, M.D.,

Plaintiff,

-against-   No. 1:19-cv-08324

WESTCHESTER MEDICAL CENTER AND NEW YORK

MEDICAL COLLEGE,

Defendants.
-------------------------------------------x

VIDEOTELECONFERENCED DEPOSITION OF

SANSAR C. SHARMA

New York, New York

Monday, September 21, 2020

Reported by:
Aydil M. Torres, CSR
JOB NO. J6033877



1

2

3            September 21, 2020

4            11:01 a.m.

5

6

7       VTC deposition of SANSAR C.

8   SHARMA, held at 15 Engle Street,

9   Cresskill, New Jersey, pursuant to

10  Notice, before Aydil M. Torres, a

11  Notary Public of the State of

12  New York.

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1

 2

 3    A P P E A R A N C E S:

 4

 5       ROBERT W. SADOWSKI, PLLC

 6       Attorneys for Plaintiff

 7            800 Third Avenue

 8            New York, New York 10022

 9       BY:  ROBERT W. SADOWSKI, ESQ.

10

11

12       MEYER SUOZZI ENGLISH & KLEIN

13       Attorneys for Defendants

14            990 Stewart Avenue

15            Garden City, New York 11530

16       BY:  PAUL MILLUS, ESQ.

17

18

19

20

21       ALSO PRESENT:

22            Newman Hoffman, Esq.

23

24

25
```



```
 1

 2

 3

 4          S T I P U L A T I O N S

 5

 6      IT IS HEREBY STIPULATED AND AGREED

 7   by and between the attorneys for the

 8   respective parties herein, that filing,

 9   sealing and certification and the

10   same are hereby waived.

11

12      IT IS FURTHER STIPULATED AND AGREED

13   that all objections, except as to the

14   form of the question shall be reserved

15   to the time of the trial.

16

17      IT IS FURTHER STIPULATED AND AGREED

18   that the within deposition may be signed

19   and sworn to before any officer authorized

20   to administer an oath, with the same force

21   and effect as if signed and sworn to before

22   the Court.

23

24

25
```



```
 1
 2   S A N S A R   C.   S H A R M A,
 3             called as a witness, having been
 4             duly sworn by a Notary Public, was
 5             examined and testified as follows:
 6                  THE REPORTER:  Please state
 7             your full name for the record.
 8                  THE WITNESS:  Sansar C.
 9             Sharma.
10                  THE REPORTER:  Please state
11             the address you're currently
12             located.
13                  THE WITNESS:  15 Engle
14             Street, E-N-G-L-E, Street,
15             Cresskill, C-R-E-S-S-K-I-L-L, New
16             Jersey 07626.
17   EXAMINATION BY
18   MR. SADOWSKI:
19        Q.   Good morning, Dr. Sharma.  My name
20   is Robert Sadowski.
21        A.   Good morning.
22        Q.   I represent Dr. Amro Ali in a suit
23   brought by him against Westchester Medical
24   Center and New York Medical College.  Have
25   you ever been deposed before?
```



1                    Sansar C. Sharma

2          A.    No.

3          Q.    Okay.  So some -- some basic rules,

4     one of the most important is that you wait

5     until I finish my question, before you begin

6     to answer, and that is so that the court

7     reporter can accurately take down what each

8     of us say, because if we speak over one

9     another, the court reporter can't take down

10    both of us speaking at the same time.

11         A.    Okay.

12         Q.    If at any time you want to take a

13    break, let me know.  I would ask you, though,

14    that if there is a question pending, you

15    answer the question, before we take a break.

16    If you don't understand any of my questions,

17    please let me know.  When you answer my

18    questions, I'm going to assume you have

19    answered them to the best of your ability and

20    comprehensively.  Is there -- have you taken

21    any medication or any substance that could

22    affect your ability to testify truthfully

23    today?

24         A.    No.

25         Q.    Dr. Sharma, where are you employed?



SANSAR C. SHARMA                          September 21, 2020
AMRO ALI, M.D. vs WESTCHESTER MEDICAL CENTER          7

1                     Sansar C. Sharma

2          A.    New York Medical College in

3     Valhalla, New York.

4          Q.    And how long have you been employed

5     there?

6          A.    Since July 1, 1972.

7          Q.    And what is your current position

8     there?

9          A.    Professor of ophthalmology and cell

10    biology and anatomy.

11         Q.    I heard "ophthalmology," "anatomy,"

12    and what was the third?

13         A.    Two different names.  It's called

14    cell biology and anatomy.

15         Q.    Thank you.  Can you tell me where

16    you received your training?

17         A.    Emboro, Scotland.  University of

18    Emboro Medical School in Scotland.

19         Q.    What degree did you obtain there?

20         A.    PhD and physiology.

21         Q.    Dr. Sharma, what year did you

22    receive your PhD?

23         A.    1967.

24         Q.    In addition to your PhD, are you

25    also an MD?



```
 1                    Sansar C. Sharma
 2         A.   No, I am not.
 3         Q.   Do you know Dr. Amro Ali?
 4         A.   Yes.
 5         Q.   How do you know him?
 6         A.   He worked in my lab for many years.
 7         Q.   What years?
 8         A.   He joined sometime in October of
 9    2015.
10         Q.   And is he still working there?
11         A.   No, he is not.
12         Q.   When did he cease working at your
13    lab?
14         A.   Sometime in 2018.
15         Q.   What institution is your lab at?
16         A.   New York Medical College.
17         Q.   And what were Dr. Ali's duties and
18    responsibilities at New York Medical College?
19         A.    He worked in my lab as a research
20    associate, which means that we were doing
21    experiments, he designed experiments, we
22    worked with them, and he wrote the
23    manuscripts, which I corrected and published.
24         Q.   Was Dr. Ali paid as a research
25    associate?
```



1                    Sansar C. Sharma

2        A.    No.

3        Q.    Why not?

4        A.    Because before he started, I

5    discussed with him that I don't have the

6    money to support him, he has to work as a

7    volunteer person, and he agreed to that, and

8    that, we continued.

9        Q.    Was there any discussion of what he

10   would receive in return for his voluntary

11   services?

12       A.    No.

13       Q.    Was there any discussion with

14   anyone else that Dr. Ali would be rewarded

15   for his services as a research associate?

16                    MR. MILLUS:   Objection as to

17             form.   You may answer.

18       A.    No.

19       Q.    Did you ever discuss with Dr.

20   Wandel that by virtue of Dr. Ali performing

21   the research activities, he would be granted

22   a residency at Westchester Medical Center?

23       A.    Not.

24       Q.    Sorry?

25       A.    No.   The only discussions I have



1                    Sansar C. Sharma

2    was that I will propose his name for the

3    residencies.

4         Q.   And with whom did you have those

5    discussions?

6         A.   With Dr. Wandel.

7         Q.   Did you have those discussions with

8    anyone else?

9         A.   Nope.

10        Q.   Okay.  Do you know if Dr. Wandel

11   discussed Dr. Ali becoming a resident with

12   anyone else?

13        A.   Not to my knowledge.

14        Q.   Okay.  He never informed you of

15   discussions he had with anyone else about Dr.

16   Ali becoming a resident?

17        A.   Who is "he" you're talking about?

18        Q.   Dr. Wandel.

19        A.   Nope.

20        Q.   All right.  How did you first meet

21   Dr. Ali?

22        A.   A year or so before he joined me,

23   he stopped by in the lab, he knew what I do,

24   my work, and I had appointment with New York

25   -- excuse me -- New York Eye and Ear.  That



```
 1                  Sansar C. Sharma
 2   was our main department for ophthalmology
 3   those days, and he had worked there.  He had
 4   known about me, and he stopped by to talk to
 5   me about what's going on, and what are the
 6   situation in the lab, and that was sometime
 7   in 2014.  And in 2015, October, he ask me can
 8   he join the lab under the conditions, and my
 9   point were that I have no money, but he is
10   more than welcome to join.  I cannot support
11   him.
12        Q.   What other conditions of his
13   joining your lab did you discuss?
14                  MR. MILLUS:  Objection as to
15             form.  You may answer.
16        Q.   You may answer, Dr. Sharma.
17        A.   Oh, would you repeat the question
18   again, please?
19                  MR. SADOWSKI:  Yes, can we
20             have it read back?
21                  (Whereupon, the requested
22             portion was read by the reporter.)
23        A.   There were no conditions, other
24   than the fact that he is entrusted -- he was
25   interested in becoming a resident, and I said
```



1                    Sansar C. Sharma

2     that once he joined my lab, and if the work

3     goes fine, I will highly recommend you to the

4     department for the residency.

5          Q.   And before Dr. Ali joined your lab,

6     did you discuss that condition with Dr.

7     Wandel?

8          A.   Nope.   Dr. Wandel has no role in my

9     hiring or firing anyone in my lab.

10         Q.   Did Dr. Ali and Dr. Wandel have

11    interactions, that you know of?

12         A.   To the extent that there are

13    department seminars in the campgrounds, he

14    attended, and he met most of the faculty.

15         Q.   Did Dr. Ali produce research and

16    papers for you?

17         A.   Total number of papers he published

18    are eight, and that's with me.   He wrote

19    grants and he had published two chapters

20    while he was in my lab.   Two chapters --

21    without my name on that -- without -- in a

22    couple of books.

23         Q.   How many grant proposals did he

24    write?

25         A.   I think, two.



1                   Sansar C. Sharma

2        Q.    Did he provide any lectures?

3        A.    In 2017, or '18, he gave two

4    clinical lectures to the residents, which I

5    teach them all the time, but he did two

6    lectures.

7        Q.    Okay.  You said these were clinical

8    lectures -- in what area?

9        A.    To the residents in ophthalmology.

10       Q.    Can you tell me what an "IRB" is?

11       A.    IRB -- I don't understand what

12   "IRB" stands for, but it's a procedure

13   through which applications are written and

14   applications are reviewed by the committees,

15   and there are two committees, internally, if

16   it's a clinical application, which will be

17   IRB4, is a recommendation that you should be

18   allowed to proceed further on the research

19   you are proposing, especially on patients for

20   clinical data, you require pre-approval by

21   IRB.  It's a separate committee of IRB in

22   America College, and separate committee or

23   IRB in the hospital in the Westchester

24   County.

25       Q.    In Dr. Ali's research, did he



1                    Sansar C. Sharma
2    collaborate with any other departments?
3         A.    During that time he was with me?
4         Q.    Yeah.
5         A.    No.
6         Q.    He didn't have interactions with
7    general surgery?
8         A.    He went there to discuss with them
9    what's going on because one of the proposal
10   he had were -- dealt with the patients coming
11   from the surgery, and he discussed with the
12   in charge for that surgery a few times.
13        Q.    And did he have interactions with
14   the bariatric department?
15        A.    That's part of the department of
16   surgery.
17        Q.    Okay.  Did Dr. Wandel's name appear
18   on any of Dr. Ali's research?
19        A.    Yes, all of them.  Which were done
20   in my high lab, during that time.  What he
21   has done before that, I have no idea.
22        Q.    Okay.  So both your name and Dr.
23   Wandel's name appeared on Dr. Ali's research
24   work?
25        A.    The publications, yes.



```
 1                  Sansar C. Sharma
 2         Q.    Okay.
 3         A.    And they all clinical publications.
 4         Q.    When you say, "clinical
 5    publications," what does that mean?
 6         A.    Research is done two different
 7    ways.  My lab produces most of the work which
 8    is on the animals and experimental animals
 9    and experimental research.  Clinical research
10    is you take the patients which you have
11    worked on, you pull the record, and you
12    evaluate where they are, and then you write a
13    paper on those.  That's the clinical work.
14    There are many other clinical aspects, but
15    his work was mostly on the clinical aspect
16    done in the previous institution he was in,
17    and he came and sat down and evaluated those
18    things and wrote the papers.
19         Q.    And these papers, were they
20    published under the name of any institution?
21         A.    They all published under New York
22    Medical College.
23         Q.    And how was Dr. Ali referenced in
24    those publications?
25         A.    You have to rephrase the question.
```



1              Sansar C. Sharma

2   What does "reference" mean?

3        Q.   Did he have a title associated with

4   his name in those publications?

5        A.   I -- even my name is not titled

6   there, but in publications, we don't write

7   the title of the appointments.

8        Q.   I see.

9        A.   Name appears.

10        Q.   I see.

11        A.   And the name of the institution

12   appears always.

13        Q.   How would you compare Dr. Ali's

14   productivity in research and publishing

15   papers versus other members of the

16   department?

17        A.   Very good.

18        Q.   Would you say he was one of the

19   best?

20        A.   Yes.

21        Q.   Do you have any opinion as to Dr.

22   Ali's work ethic?

23        A.   They were very good.

24        Q.   How about his honesty?

25        A.   I think that probably is his



```
 1                    Sansar C. Sharma
 2    paramount situation.  He is extremely honest
 3    person.  During the time he was with me and
 4    the discussions we had, he was very honest.
 5         Q.   How were his professional reactions
 6    with other -- interactions with others in the
 7    department?
 8         A.   Excellent.
 9         Q.   Did Dr. Ali have interactions with
10    residents in the department?
11         A.   Occasionally, yes.
12         Q.   And could you characterize those
13    interactions?
14         A.   Since I was not present in the
15    interactions -- I never got a feedback that
16    they were bad.
17         Q.   Okay.  Before you hired Dr. Ali,
18    did you review his curriculum vitae?
19         A.   Yes.
20         Q.   Did you review his board scores?
21         A.   For the research, there is no
22    concern for reporting them, and I had zero
23    idea what he would do, and I never read his
24    scores for the Step 1 or 2.  It didn't
25    concern for the research.
```



```
 1                  Sansar C. Sharma
 2        Q.   Do you know if anyone else at
 3   either New York Medical College or
 4   Westchester Medical Center knew of Dr. Ali's
 5   board scores?
 6        A.   No, not until the point when he
 7   wrote the application for the residencies.
 8   He had to submit with that his CV and all the
 9   details and the Step 1, 2 exam scores and
10   others.  That's the package of the residency
11   program.  Once he applied that, I am sure
12   people in the committee will know what his
13   scores were.
14        Q.   Okay.  Did you review Dr. Ali's
15   recommendation letters, before you hired him?
16        A.   There was no need to because I know
17   exactly what he want to do, he was qualified.
18   I never reviewed.  I never even requested
19   anyone to write a letter on his behalf so I
20   can evaluate it.
21        Q.   Okay.
22        A.   Because he came from our own
23   department.  He was in New York Eye and Ear,
24   he worked there, so I was aware that he has
25   worked there.
```



1                    Sansar C. Sharma

2          Q.    When you hired Dr. Ali, was there a

3    need for the department to publish more

4    research?

5          A.    Rephrase the question, please.

6          Q.    Can you tell me what "ACGME" is?

7          A.    Again, I couldn't hear you.  Say it

8    again, please.

9          Q.    Sorry.  Can you tell me what

10   "ACGME" is?

11         A.    It's the Accreditation Committee of

12   the department -- of the institution

13   Westchester Medical Center.

14         Q.    Did ACGME ever report to New York

15   Medical College that it needed to produce

16   more publications?

17         A.    Not to my knowledge.

18         Q.    Okay.  Have you ever seen ACGME's

19   evaluations of New York Medical College?

20         A.    I am a member of the department of

21   ophthalmology, and I sit on the evaluation

22   committees, always, when recommendation

23   comes.

24         Q.    Okay.  Have you seen ACGME's

25   evaluation of the ophthalmology department?



1          Sansar C. Sharma

2      A.   Since I sat on the committee

3   obviously I have seen them.

4      Q.   Okay.  Okay.  Thank you.  Can you

5   tell me what "uveitis" is?

6      A.   "Uveitis" is the inflammatory

7   response in the eye due to uveitis, due to

8   any other things.  Uveitis inflammations of

9   the eye tissue.

10     Q.   Did Dr. Ali try to create a uveitis

11  clinic?

12     A.   He discussed the issues with Dr.

13  Wandel, since we didn't have any specialist

14  of uveitis -- it's treated by other people as

15  well, but there is no specific person of

16  uveitis in the department, while he was

17  there.  What he discussed with them, I am not

18  privy to that, but he was asked to give a

19  lecture on the uveitis in the department.

20     Q.   Okay.

21     A.   Which he did.

22     Q.   Was the department of ophthalmology

23  at New York Medical College ever put on

24  probation by ACGME?

25     A.   Yes.



```
 1                     Sansar C. Sharma
 2          Q.   When was that?
 3          A.   It would be in -- I have to guess.
 4    I don't remember the exact date.
 5          Q.   Okay, we'll get some exhibits to
 6    help you with that.  Let's -- let's go
 7    through some exhibits.  Can everyone see the
 8    exhibit?
 9          A.   Yes.
10                     (Sharma Exhibit 1, E-mail,
11                     marked for identification,
12                     as of this date.)
13          Q.   Okay.  So I am showing you what has
14    been marked for identification as Sharma 1.
15    This is an e-mail from Amro -- Dr. Amro Ali
16    to you, dated October 21st, 2015.  Do you
17    recognize this e-mail?
18          A.   I do.
19          Q.   Okay.  Let me ask you first, who is
20    Dr. Wong?
21          A.   He is the program director in --
22    what's that hospital in Manhattan?  96th
23    Street.
24          Q.   Is that Metropolitan?
25          A.   Metropolitan, sorry.
```



1                      Sansar C. Sharma

2        Q.    Okay.

3        A.    I have been there three times in my

4   life, in that hospital.

5        Q.    Okay.   Okay, and Dr. Ali sends you

6   an e-mail on October 16, to you, and it's

7   addressed to Drs. Wong, Wandel, and Sharma.

8   It says, "This letter is part of my formal

9   application to PGY2, the residency position

10  available at the department of ophthalmology

11  at New York Medical College."

12             Do you recall receiving this?

13       A.    I do.

14       Q.    Did you support Dr. Ali's

15  application to the residency program?

16       A.    Yes, I did.

17       Q.    Why did you support it?

18       A.    Because what he does in my lab,

19  what he did for three years, at that time,

20  two years, what he also have produced, his

21  previous records of that he had done, the

22  residency in Egypt, and that was enough

23  knowledge to support in what he does.

24       Q.    Did you support his application for

25  residency because he had done so much



1                      Sansar C. Sharma

2    volunteer research at the medical college?

3         A.   No, that's not the only reason.

4    You have to see what he has done before and

5    sends off his application.

6         Q.   Was that part of the reason?

7         A.   Of course, his background has to.

8    You can't really propose anybody for any

9    recommendation without having the background.

10        Q.   Okay.  And during his time working

11   as a research associate with you, did he

12   prove to you, or did you come to understand

13   that he had the skills necessary to

14   successfully complete a residency at

15   Westchester Medical Center?

16        A.   Yes.

17        Q.   Did anyone in the ophthalmology

18   department express to you any reservation

19   about Dr. Ali's abilities to successfully

20   complete the residency program in

21   ophthalmology?

22        A.   Again, would you rephrase the

23   question?

24        Q.   Sure.

25                   MR. SADOWSKI:  First, can we



1                    Sansar C. Sharma

2              have it read back?

3                    (Whereupon, the requested

4              portion was read by the reporter.)

5       A.    At the time the application was

6  submitted, nope.

7                    (Sharma Exhibit 3, E-mail,

8                     marked for identification,

9                     as of this date.)

10      Q.    Okay, thank you.  I am having some

11  technical difficulties.  Bear with me.

12  Showing you now what has been marked as

13  Sharma Number 3, which is an e-mail from Dr.

14  Ali, subject is "request for clinical

15  privileges" and the date is "July 10, 2016."

16  And this is addressed to you and Dr. Wandel.

17  Do you recall this request?

18      A.    Yes.

19      Q.    Did you support this request?

20      A.    Yes and no.  Because I am not a

21  clinician.  He send a copy and addressed to

22  me, since I am a member of the department.  I

23  am not a clinician.  This application,

24  basically, pertains to Dr. Wandel.  My name

25  is attached as a member of the department.



```
 1                    Sansar C. Sharma
 2   As far as this goes, yes, I recall very well.
 3        Q.   Okay.  Did Dr. Wandel support Dr.
 4   Ali's obtaining clinical privileges in the
 5   department of ophthalmology?
 6        A.   I don't recall, not to me, but if
 7   this letter supporting it, he must have.
 8                    (Sharma Exhibit 4, Letter,
 9                     marked for identification,
10                     as of this date.)
11        Q.   Okay.  Thank you.  I am showing you
12   what's been marked as Sharma Exhibit 4.  Can
13   you tell me, do you recognize that document?
14        A.   Yes, this is my recommendations
15   about Dr. Ali to the department and to --
16   this application went to wherever he applied
17   -- this letter.
18        Q.   Yes.  And it bears your signature,
19   correct?
20        A.   Yeah.
21        Q.   Okay.  And in this letter -- let me
22   see.  In this letter, you state in the -- in
23   the second paragraph, fourth line here, "Amro
24   Ali, the highest levels of professionalism
25   with committed support for his colleagues.
```



```
 1                    Sansar C. Sharma
 2     Amro is extremely productive in envisioning
 3     new areas of research and in design and
 4     initiation of original studies."  Is that a
 5     correct statement?
 6          A.   Yes.
 7          Q.   And you go through his various --
 8     the programs and clinical settings and
 9     trainings he has had in the U.S., correct?
10          A.   Yes.
11          Q.   And then in the penultimate
12     paragraph, you state, "He has excellent
13     clinical diagnostic skills, as a result of
14     both extensive training and experience,
15     paired with a kind personality and solid work
16     ethic"; is that correct?
17          A.   Yes.
18          Q.   Okay.  Do you see the exhibit?
19          A.   I cannot read.  It's too low.  Can
20     you increase it, please?
21          Q.   Yes, let's see.
22               Is that better?
23          A.   Yes.
24          Q.   Okay.  Here, Dr. Ali writes to Dr.
25     Wandel and you, "Dear Drs. Wandel and Sharma,
```



```
 1                    Sansar C. Sharma
 2     this is my next lecture, and it is in final
 3     draft.  I am ready for the lecture at any
 4     time, as per your convenience.  Please see
 5     the attachment."  Did you review the lecture
 6     he was going to give?
 7          A.   Yes.
 8          Q.   And did you approve of it?
 9          A.   The contents were fine.
10          Q.   Okay.  Is this one of the lectures
11     he gave?
12               Did Dr. Sharma give the lecture
13     that you approved of?
14          A.   Dr. Sharma didn't give the lecture.
15     Dr. Ali may have given the lecture.  I didn't
16     sit in these lectures.
17          Q.   Sorry, I misspoke.  Dr. Ali gave
18     the lecture referenced in that e-mail,
19     correct?
20          A.   Must have.
21          Q.   Okay.
22               MR. MILLUS:  Dr. Sharma,
23          your picture has dropped.  There
24          you go.
25          A.   Okay, the computer went backward.
```



```
 1                    Sansar C. Sharma

 2   Okay.

 3                    (Sharma Exhibit 7, E-mail,

 4                    marked for identification,

 5                    as of this date.)

 6        Q.   Okay.   Now showing what's been

 7   marked as Sharma 7, it is an e-mail from you

 8   to Dr. Ali, dated August 14, 2017.   The

 9   subject is "New York Medical College

10   description offering a PTY2 position to begin

11   on September 1, 2017."

12             Do you see the exhibit now?

13        A.   Yes.

14        Q.   This is Sharma Exhibit 7, and you

15   write to Dr. Ali, "I know that Wandel is

16   under pressure."

17             What pressure was Dr. Wandel under?

18        A.   To advertise the position for --

19        Q.   To advertise a residency position?

20        A.   He has to advertise it.   That's the

21   pressure.

22        Q.   Who applies that pressure?

23        A.   Would you repeat the question,

24   please?

25        Q.   Who directed Dr. Wandel to
```



```
 1                    Sansar C. Sharma
 2    advertise the position?
 3         A.   Dr. Wandel was and still is the
 4    program director of the ophthalmology.  His
 5    job is to review, advertise, guide, teach.
 6    That's his job for the residents.  And when
 7    the position opens, he was -- obviously, he
 8    discussed with me, and the position is that
 9    he had to advertise it, before he can offer
10    it.  Even if he offer the position, he still
11    had to advertise.  Any position, anywhere, in
12    any program, whether it's somebody replacing
13    somebody else, they always have to advertise
14    it if the position is open.
15         Q.   Okay.  I have a couple of questions
16    to back up.  Did you say Dr. Wandel is the
17    current program director?
18         A.   To my knowledge, yes.
19         Q.   What do you base that knowledge on?
20         A.   I haven't been back in the
21    department since the pandemic started, but
22    before that, he was, when I saw him last,
23    yes, he was.
24         Q.   I see.  So as of the last time you
25    saw him, which was --
```



1                    Sansar C. Sharma

2          A.    Probably February or January.

3          Q.    Okay.  He was director of the

4   department?

5          A.    Director of the program, not

6   director of the department.

7          Q.    Sorry, director of the program.

8          A.    "Program" is "residency program."

9          Q.    Thank you.  You tell Dr. Ali in

10  this e-mail on the next sentence, "He told me

11  on Friday that if you pass Step 3, you could

12  be in."

13               What is "Step 3"?

14         A.    "Step 3" is a clinical examination

15  where people take it.  There are three

16  things.  Number A, exam 1 and 2.  Without

17  that, a resident cannot -- a prospective

18  resident cannot even apply.  Number 3 is

19  sometimes done before, some people do it,

20  others do it after they join.

21         Q.    Okay.  Is it a requirement that

22  residents pass Step 3 to acquire a residency

23  position?

24         A.    Not to my knowledge.

25         Q.    Was that -- was there a requirement



1                    Sansar C. Sharma

2      that Dr. Ali pass Step 3, before commencing a

3      residency position?

4           A.   If there is a letter to that

5      extent, yes.

6           Q.   Why was it that Dr. Ali had to pass

7      Step 3, before entering the ophthalmology

8      residency position?

9           A.   I cannot answer that question.  I

10     do not know.

11          Q.   Do you know who imposed that

12     requirement on Dr. Ali?

13          A.   The answer is still, no, I do not.

14          Q.   Were there other individuals who

15     entered the residency program without having

16     passed Step 3?

17          A.   At that time, not to my knowledge.

18          Q.   At some other time, was that not a

19     requirement?

20          A.   I am talking about strictly

21     ophthalmology.

22          Q.   Is the requirement in ophthalmology

23     to require a residency not --

24          A.   No, there is no written requirement

25     for that.



```
 1                 Sansar C. Sharma
 2        Q.    "No written requirement for" what?
 3        A.    For asking the resident -- the
 4   prospective resident to finish the Step 3
 5   exam.
 6        Q.    Okay.  Do you know who created that
 7   requirement?
 8        A.    I think you asked me wrong
 9   question.  I am not in charge for any of
10   those things.  Dr. Wandel will know.
11        Q.    Okay.  Okay, thank you.  Did you
12   ever have a discussion with Dr. Ali about the
13   requirement imposed that he had to pass Step
14   3 to obtain an ophthalmology residency
15   position?
16        A.    Will you rephrase the question,
17   please?
18        Q.    Sure.  Did you ever have a
19   discussion with Dr. Ali about the requirement
20   that he had to pass Step 3 to obtain an
21   ophthalmology residency position?
22        A.    To the extent, as the letter would
23   suggest, wherever that letter is -- it should
24   be with you -- to the extent, yes.
25        Q.    Well, what did -- did you have a
```



1              Sansar C. Sharma
2    conversation about it?
3         A.   We have -- I don't recall many
4    conversations.  We discuss almost everything.
5         Q.   Yes, but this is a particular
6    subject that would have been important to Dr.
7    Ali, and I am asking if you recall any of the
8    conversations you had with him about the
9    requirement that he pass Step 3 to commence
10   an ophthalmology residency.
11        A.   Not to my knowledge.
12        Q.   You don't recall any conversations
13   you had with him about that?
14        A.   Until the letter came from him --
15   the letter was sent from Dr. Wandel to Dr.
16   Ali.  Until then, no.
17        Q.   Well, after that letter was sent,
18   did you have discussions with Dr. Ali about
19   the requirement of passing Step 3?
20        A.   With Dr. Ali, yes.
21        Q.   What were those discussions?
22        A.   That you have to take the exam 3.
23        Q.   Did Dr. Ali agree that he had to
24   take Step 3?
25        A.   Yes.



1                    Sansar C. Sharma

2        Q.    What did he say to you?  Did he say

3    that Step 3 -- let me rephrase that.

4             Did he ever tell you that, in his

5    view, having to pass Step 3 was unfair?

6        A.    Did Dr. Ali ever discuss that with

7    me?

8        Q.    Yes.

9        A.    Yes, he has.

10       Q.    What did he say?

11       A.    "Why do I have to take the exam?"

12       Q.    Did he show you any papers or rules

13   about having to pass Step 3?

14       A.    He talked about it.  He never

15   showed me any papers pertaining to that.

16       Q.    Okay.  We've been going for almost

17   an hour.  I suggest we take a five-minute

18   break?

19                 MR. MILLUS:  Sounds good.

20                 THE WITNESS:  Sure.

21                 (Whereupon, a recess was

22            taken at this time.)

23   BY MR. SADOWSKI:

24       Q.    Dr. Sharma, did Dr. Ali complete or

25   deliver on his commitment to your laboratory?



```
 1                      Sansar C. Sharma
 2         A.    I don't understand your question.
 3         Q.    Did Dr. Ali deliver on his
 4   commitment to do research for your
 5   laboratory?
 6         A.    Yes, he did.
 7         Q.    And for how many years was he not
 8   paid for that work?
 9         A.    He was not paid by me.
10         Q.    Or the institution, correct?
11         A.    I have -- I don't know about the
12   institution.  I didn't pay anything.
13         Q.    Okay.
14                    MR. MILLUS:  I will
15               stipulate that no payments were
16               made, no numeration in the form of
17               cash or otherwise to Dr. Ali, in
18               connection with what I consider to
19               be his voluntary services provided
20               to NYMC.
21         Q.    Dr. Sharma?
22         A.    Yeah.
23         Q.    Why would Dr. Ali continue to work
24   for free for almost three years, without the
25   expectation of some reward at the end of
```



```
 1                    Sansar C. Sharma
 2   that?
 3                    MR. MILLUS:  Objection.
 4                    The question asks for the
 5             operation of Dr. Ali's mind, which
 6             this witness, of course, would have
 7             no idea what that is.
 8        Q.   Did Dr. Ali tell you what he
 9   expected as a reward for his services?
10                    MR. MILLUS:  Objection to
11             form.  You may answer, Doctor.
12        Q.   You may answer, Dr. Sharma.
13        A.   Did he expect any reward?  There
14   are no rewards.  This is not a high school
15   that awards are given.  As far as I am
16   concerned, his thing was he did the research,
17   and I will highly recommend him for the
18   possibility for accepting him as a resident,
19   and that is done by the department.
20        Q.   Did you discuss with Dr. Wandel,
21   Dr. Ali's expectation of obtaining an
22   ophthalmology residency?
23        A.   Yes.
24        Q.   And did Dr. Wandel agree that he
25   would grant Dr. Ali a residency for his
```



1                    Sansar C. Sharma

2    successful work for you?

3         A.   No, he agree only to the point that

4    he will consider when the time comes, when

5    the residency opens and when a position

6    opens.

7         Q.   And a position did come open when

8    the resident Starwhite left the program,

9    correct?

10        A.   Correct.

11        Q.   And Dr. Ali was told that he -- he

12   was offered that position, correct?

13        A.   If it's in writing, yes.

14        Q.   Okay.  You supported his

15   application to that position, correct?

16        A.   I have been supporting him ever

17   since, yes.

18        Q.   And you have done that because he

19   did so much research for you in your

20   laboratory, correct?

21        A.   That's not the only criteria.  He

22   has a qualification as well for a residency

23   program anywhere.

24        Q.   But, Doctor, isn't it the case that

25   Dr. Ali was working for you, in order to



1                    Sansar C. Sharma
2   acquire that residency position?
3        A.   It does not --
4                    MR. MILLUS:   Objection as to
5             form.   You are asking the operation
6             of Dr. Ali's mind.   It's an
7             inappropriate question.   Otherwise,
8             the witness may answer.
9        Q.   You can answer, Doctor.
10       A.   I said it facilitated because he
11   worked, it became almost impingement that,
12   think about it, he has been working hard, he
13   should be proposed for the residency, yes.
14       Q.   Did you observe, in Dr. Ali, any
15   misbehavior while he was working with you?
16       A.   No.
17       Q.   Was he at all times professional?
18       A.   Yes.
19       Q.   You have no knowledge of Dr. Ali
20   making any sort of emotional outburst,
21   correct?
22       A.   Not in my lab.
23       Q.   Or you have not heard that from
24   anyone else either, have you?
25       A.   No.



1                    Sansar C. Sharma

2        Q.    You know Dr. Ali interviewed for a

3    residency position, correct?

4        A.    Yes.

5        Q.    Did you hear feedback from anyone

6    as to how those interviews went?

7        A.    No feedback is ever given to the

8    faculty.  I interviewed exactly same time

9    when he was there.  I did not interview him.

10   Somebody else did.  Who?  I do not know.

11       Q.    Did Dr. Ali relay to you how he

12   thought the interviews went?

13       A.    He said very well.  He said it went

14   well.

15       Q.    Did he tell you anything else?

16       A.    Nope.

17       Q.    Did Dr. Wandel tell you that

18   because Dr. Ali is not an American medical

19   school graduate, there are different

20   conditions for him obtaining a residency?

21       A.    Not until the letter was offered

22   that he had to take Step 3 exam, and that's

23   all.

24       Q.    Okay.  And that's a condition that

25   is not imposed on American medical school



1                   Sansar C. Sharma

2    graduates, correct?

3         A.    Not to my knowledge.

4         Q.    Let's get some more exhibits.

5    Showing you what's been marked as Ali Exhibit

6    1, this is taken from New York Medical

7    College, GME policy USML Step 3.  Could you

8    take a look at the first two paragraphs, Dr.

9    Sharma?

10        A.    I am reading it.  Yes.

11        Q.    Okay.  What is your understanding

12   here of what is required for a resident to

13   enter the program at New York Medical College

14   residency?

15        A.    Exactly as it says, which is that

16   you must finish your Step 3 exam in second

17   year of residency program.

18        Q.    Right.  There is no requirement

19   here that an applicant pass Step 3, before

20   entering the residency program?

21        A.    As I gather, looking at this, yes.

22        Q.    So the requirement for Dr. Ali to

23   pass Step 3, is contrary to the New York

24   Medical College policy, correct?

25        A.    No, because I think that's for most



```
 1                  Sansar C. Sharma
 2   of the foreign medical graduates.  This
 3   Exhibit 1 does not say, "foreign medical
 4   graduate."  It only pertain to the American
 5   medical graduates.
 6        Q.   Where in this document does it say
 7   it only pertains to "American medical
 8   graduates"?
 9        A.   That's my understanding.  It
10   doesn't say it.
11        Q.   Okay.  Do you know where that rule
12   is published, that foreign medical graduates
13   have a different rule?
14        A.   I do not know.  I am not aware of
15   it.
16        Q.   Okay.  You have never seen that
17   requirement in writing?
18        A.   Nope.
19        Q.   Okay.  Do you recall Dr. Ali
20   attending a meeting with Drs. Hutcheson,
21   Bierman, Wandel, and himself --
22        A.   Yes.
23        Q.   -- around July 20, 2018?
24        A.   I do.
25        Q.   Did Dr. Ali report back to you
```



1                      Sansar C. Sharma

2      about that meeting?

3            A.    Since I was there, he didn't have

4      to report it.

5            Q.    Oh, you attended that meeting?

6            A.    There was a meeting which I

7      attended, I just mentioned.  That was four of

8      us.  No, the meeting which he attended

9      separately with them was a separate -- you

10     are talking about.  Yes, he did report

11     something about that meeting to me.

12           Q.    What did he report?

13           A.    That it was -- were told to him --

14     that's my recollection, it was told to him by

15     the -- Dr. Bierman that maybe he should be

16     happy about it, don't look sad, and that sort

17     of thing, but nothing specific to the point

18     that they were offering any position or

19     anything.  None of that.  That he was very

20     disappointed and he was a bit saddened by all

21     of it.

22           Q.    Saddened about what?

23           A.    Whatever they were discussing,

24     which was what his future.

25           Q.    His future as obtaining a residency



1                    Sansar C. Sharma

2      position?

3           A.    As obtaining a residency.

4           Q.    And did he tell you what else

5      occurred at that meeting?

6           A.    I don't recall, but, you know, I am

7      sure he has said it, but I don't recall

8      because nothing in writing was discussion

9      one-to-one telling me what happened.  He was

10     very sad and he left.  And I don't think I

11     ever saw him since then.

12          Q.    Did he tell you that any security

13     people were at that meeting?

14          A.    I still don't understand your

15     question.  What in security?

16          Q.    Did he tell you that anyone from

17     security, a security official, came to that

18     meeting?

19          A.    Not to my knowledge.

20          Q.    Okay.  Did you discuss that meeting

21     with Dr. Wandel?

22          A.    The very last meeting, I have not

23     spoken to -- since then -- to anyone about

24     this affair.

25          Q.    Okay.  Before we started talking



1                     Sansar C. Sharma

2    about the July 20th meeting, you mentioned

3    there was a meeting that you attended.

4         A.   There was a meeting between Dr.

5    Hutcheson, Dr. Ali, myself, and Dr. Wandel.

6         Q.   And what happened at that meeting?

7         A.   We discussed -- we proposed and he

8    proposed that he should be given a chance to

9    -- for the residency, and -- it was a

10   half-hour meeting.  I cannot remember all the

11   details, but it was, sort of, let down for

12   him.  The meeting was that he should be

13   seeking some other program, or he should

14   apply again if he think it's right for the

15   match, and if that doesn't work, he should

16   apply somewhere else, and they will support

17   him for doing the research somewhere as a

18   full-time paid physician.

19        Q.   At that meeting, was there a

20   suggestion made that Dr. Hutcheson review Dr.

21   Ali's work for a period of time to test him

22   out?

23        A.   Yes, I made the suggestion.

24        Q.   And what was the response to that

25   suggestion?



```
 1                  Sansar C. Sharma

 2       A.    Nothing.

 3       Q.    Did the issue come up of Dr. Ali

 4   working for almost three years with the

 5   expectation that he was going to have a

 6   residency?

 7       A.    The only thing I can recall is

 8   that --

 9                  MR. MILLUS:  Hold on,

10            Doctor.  Note my objection to the

11            form, but you can answer.

12       Q.    You can answer, Dr. Sharma.

13       A.    Could you repeat the question?  I

14   don't remember now.  Would you please repeat

15   the question?

16       Q.    During that meeting, did it come up

17   that Dr. Ali felt that there had been a

18   promise to him that after three years of

19   research -- successful research work, he

20   would be given a residency in the

21   ophthalmology residency program?

22       A.    Not exactly the way you are talking

23   about, those things are never discussed.  The

24   only thing which comes up is we will

25   consider, but at that time, 2018, he is
```



```
 1                  Sansar C. Sharma
 2   already been taken one interview for the
 3   residency in 2016, and after that, he was not
 4   accepted as a resident.  He was not offered
 5   the residency, as I gather, in 2016, and once
 6   he is turned down, I don't think anybody gets
 7   a residency program, unless there is some
 8   other circumstances.
 9        Q.   Why was he turned down during the
10   2016 application?
11        A.   That, I have zero information
12   because I did not interview, I did not
13   evaluate him.  That is Dr. Wandel's job, who
14   proposed to the ACGME, the match, exactly
15   where the standings are, and the match means,
16   basically, isn't always in favor of the
17   resident.  Let's say you have residency
18   interviews, who match you the first one, they
19   get first match.  You may not get a match.  I
20   cannot answer that question to any extent
21   that except he was not -- he did not match in
22   the program.  Where was his standing -- I
23   have not idea.
24        Q.   Did you have a discussion with Dr.
25   Wandel about why he did not match?
```



1                    Sansar C. Sharma

2        A.    Nope.   Because immediately after

3    that he was offered a position, as you

4    already mentioned, that there will be a

5    position opening for the PGY2.   That was your

6    Exhibit 2 or 3, whatever it was, that year,

7    and that he had to pass Step 3 exam.   That,

8    to me, suggests that he, Wandel, were trying

9    his at most, after the match, to find a

10   position for him.

11       Q.    Was that Dr. Wandel's answer to his

12   promise to Dr. Ali, that he would get Dr. Ali

13   a residency position?

14                    MR. MILLUS:   Objection to

15            form.   You can answer.

16       A.    I don't think you understand the

17   process.   I think he wrote to him a letter

18   that the position is opening, you can join

19   the position when you pass the exam.   Please

20   remember, there was no chairperson at that

21   time in the department.   Dr. Hutcheson --

22       Q.    What difference does that make?

23       A.    Because the decision was what he

24   was making, Dr. Wandel.   He made the decision

25   as program director, and once the full-time



```
 1                    Sansar C. Sharma
 2     chairperson comes in, they take over the
 3     position for selecting the candidates.
 4          Q.   Wasn't Dr. Wandel supportive of Dr.
 5     Ali's obtaining a residency?
 6          A.   He supported to the extent that he
 7     offered him a possibility for PGY2, provided
 8     he finish exam 3.
 9          Q.   But that was a requirement that Dr.
10     Bierman said; isn't that correct?
11          A.   To my knowledge, yes.  I haven't
12     seen the letter from Dr. Bierman saying that,
13     but Dr. Wandel mentioned that it was asked of
14     him, that he had to pass the exam 3.
15          Q.   And did Dr. Wandel tell you what he
16     thought about Dr. Bierman's requirement that
17     Dr. Ali pass Step 3?
18          A.   Not to me, not in writing, not in
19     discussions.
20          Q.   Was there ever -- do you know who
21     Dr. --
22          A.   Beg your pardon?  I cannot hear.
23          Q.   Do you know who Dr. Daniel is?
24          A.   Daniel was a student of New York
25     Medical College.  He worked in my lab too.
```



```
 1                   Sansar C. Sharma
 2        Q.   Okay.  Daniel?
 3        A.   For three years.
 4        Q.   Did he obtain any residency
 5   position?
 6        A.   He was offered a residency
 7   position.
 8        Q.   And did he keep that residency
 9   position?
10        A.   I beg your pardon?
11        Q.   Did he accept the residency
12   position?
13        A.   He is now a senior resident right
14   now.
15        Q.   And did Dr. Daniel go through the
16   San Francisco Match?
17        A.   Everybody has to go through San
18   Francisco Match.
19        Q.   Are there some residents who don't?
20        A.    I don't think there is anyone who
21   doesn't apply to the match.  Nobody is picked
22   up right away, unless there is a later
23   position opened after the match.
24        Q.   Right.  If a position opens after
25   the match, it can be filled by someone
```



```
 1                  Sansar C. Sharma
 2   outside the match?
 3       A.   That could be outside the match,
 4   yes.
 5       Q.   Okay.  Can positions be created and
 6   then filled by someone outside the match?
 7       A.   If a position opens up --
 8   "creation" is the wrong word for it.
 9   Position opens, somebody left, there is a
10   possibility, if they need the resident, they
11   apply, which he had to, again, advertise it
12   as position open.
13       Q.   Aren't there residents who don't
14   apply and are accepted into the residency
15   program?
16       A.   How is it possible, when you don't
17   apply?  Why would anybody accept you?
18       Q.   Do you recall a resident who had
19   worked for Dr. Hutcheson in Qatar, who
20   obtained a residency in New York Westchester
21   Medical Center?
22       A.   To my knowledge, and, practically,
23   Dr. Wandel knowledge, which we talked about,
24   we were not aware of that who was coming in
25   and under what condition was he or she -- we
```



```
 1                   Sansar C. Sharma
 2    never asked, nobody ever offered the position
 3    -- nobody ever offered us the explanation.
 4         Q.   So you don't know why the resident
 5    from Qatar, how he got his position in the
 6    residency?
 7         A.   I have no idea.
 8         Q.   Do you know if it was advertised?
 9         A.   I have no idea.
10         Q.   Was that resident interviewed,
11    before given the residency?
12         A.   Not by me, or not by Dr. Wandel.
13         Q.   Was he interviewed by anyone else?
14         A.   I have no idea.  Because she was a
15    new chair, and this is a position she had,
16    what she did with that, we have no privy to
17    that information.
18         Q.   Okay.  Do you have any knowledge or
19    information about Dr. Eric Rosenberg
20    reporting on his interview with Dr. Ali?
21         A.   Only through Ali.
22         Q.   What did Dr. Ali say?
23         A.   Oh, it went very well.
24         Q.   Okay.  Did Dr. Rosenberg ever
25    express to you his support for Dr. Ali
```



1          Sansar C. Sharma

2    joining the residency program?

3          A.   As many time as I can say, yes,

4    yes.

5          Q.   At some point, you know that Dr.

6    Ali was sent to Metropolitan Hospital to

7    begin his orientation for starting the

8    residency program?

9          A.   Yes, there is a letter to that

10   somewhere, and he went there for the

11   orientation and details of that -- how to do

12   things.  Yes, he went there.

13         Q.   And that was in preparation for

14   entering the residency program, correct?

15         A.   I...

16         Q.   I'm sorry, I didn't get your

17   answer.

18         A.   I said, "yes."

19         Q.   Okay.  Did Dr. Ali ever express to

20   you that he felt discriminated against as a

21   foreign medical graduate?

22         A.   Those notions were expressed many

23   times.

24         Q.   Can you tell me how often and how

25   they were expressed?



1                    Sansar C. Sharma

2         A.   Number 1 was, why does he have to

3    take the exam, number 3, Step 3.  Number 2,

4    when he didn't pass the exam, he was very

5    frustrated, he think it's unnecessary that

6    they are putting pressure on him to pass, and

7    subsequent to that, couple other times

8    talking about same thing, that he has been

9    put to take the exam Step 3, before entering

10   into the residency program.

11        Q.   And, ultimately, do you know, did

12   Dr. Ali pass Step 3?

13        A.   I -- yes, he did pass Step 3.

14        Q.   Okay.

15        A.   That's when I wrote him an e-mail

16   that this horror is over, that he finally

17   pass Step 3.

18        Q.   What do you mean by horror?

19        A.   Well, he had been out from studies

20   for eight, nine years for the exams.  When he

21   took the exams he did not pass.  I gather

22   it's twice, but I may be wrong there.  I am

23   not exactly sure of.  But he took the exam,

24   he failed.  He has a family to support, he

25   has children, and all those things, and under



1                    Sansar C. Sharma

2    pressure, he took the exam, second time, he

3    pass.  Second or third time, I don't know.

4    But he passed the exam, he told me he passed

5    exams, was very happy about it, I said, "now

6    the nightmare is over.  Hope something work

7    out."

8         Q.   And at that point, did anyone

9    discuss, that you know of, with Dr. Ali about

10   getting him into the residency program now

11   that he had passed Step 3?

12        A.   As I gather, nobody discussed with

13   me anything.

14        Q.   Okay.  Did Dr. Ali discuss with you

15   that now that he had passed Step 3, he can

16   enter the residency program because he has

17   met all the requirements?

18        A.   If there was position open, yes.

19        Q.   Okay.  Let's see if we can put up

20   another exhibit.  Showing you what has been

21   marked as Ali Exhibit 5, this is a letter

22   from New York Medical College School of

23   Medicine, dated "April 7, 2016," to Dr. Ali

24   from Douglas Miller, Dean, School of

25   Medicine.  Have you ever seen this document



1                    Sansar C. Sharma

2    before?

3         A.   Yes, I have.

4         Q.   What's your understanding of it?

5         A.   That he was appointed as an

6    assistant professor, clinical assistant

7    professor, and at recommendation of Dr. Wong,

8    that he will teach, and give lectures, and do

9    research.

10        Q.   Okay.  And attached to this letter

11   are the New York Medical College SOM policies

12   and procedures.  Do those policies and

13   procedures apply to faculty members?

14        A.   Repeat the question.  What is the

15   question?

16        Q.   The question is:  The attachments

17   here have a -- have the policies and

18   procedures, office of faculty affairs,

19   faculty handbook, do those policies and

20   handbooks apply to Dr. Ali?

21        A.   Everyone.  If he was appointed as a

22   faculty members, all the rules and

23   regulations for the faculty apply to

24   everyone.

25        Q.   So he would be treated like every



1                    Sansar C. Sharma
2    other employee of New York Medical College?
3         A.   Yep.
4                    MR. MILLUS:  Objection as to
5              form.  Go ahead.
6         Q.   Did you understand Dr. Ali to be an
7    employee of New York Medical College?
8         A.   At that --
9                    MR. MILLUS:  Objection as to
10             form.  You are asking this witness
11             to give a definition or to express
12             if he was an employee under the
13             legal definition and he is
14             incapable of doing so.
15                   MR. SADOWSKI:  I am asking
16             for his personal understanding.
17                   MR. MILLUS:  Note my
18             objection.
19        Q.   Can you answer, Dr. Sharma?
20        A.   Pardon me.
21        Q.   Can you answer?
22        A.   Repeat the question.
23        Q.   Did you understand Dr. Ali as an
24   employee of New York Medical College?
25        A.   Yes, it was a necessary thing to



1                      Sansar C. Sharma

2    apply for the IRBs.  Without that, you could

3    not apply for IRB as outsider.

4         Q.   I see.  So in order to apply for

5    the IRBs, as he did on, at least, two

6    occasions --

7         A.   Two or three occasion, yeah.

8         Q.   Yeah -- Dr. Ali had to be an

9    employee of the medical college?

10                   MR. MILLUS:  Same objection.

11        A.   Exactly.

12        Q.   Okay.  Thank you.

13             Did you understand that the faculty

14   rules applied to Dr. Ali?

15        A.   I assume so.  I don't know the

16   answer.

17        Q.   Did you understand that Dr. Ali had

18   the -- had the same obligations to New York

19   Medical College as other employees?

20                   MR. MILLUS:  Objection as to

21             form.  You can answer, if you know.

22        A.   Again, I repeat my answer, in order

23   to apply for IRBs, it would be preferable

24   that he is appointed for NIH grant or any

25   other grants coming from college, you require



1                        Sansar C. Sharma

2    a letter of this nature to be able to submit

3    the applications anywhere, then it become the

4    college responsibility that he is applying

5    through the college for different agencies.

6         Q.   I see.  So not only through the

7    IRBs, but for the grants, it's necessary to

8    represent that Dr. Ali is an employee of the

9    medical college?

10        A.   How else can one apply?  If he is

11   applying for New York Medical College, you

12   need appointment to be able to apply.

13        Q.   I see.

14        A.   You cannot be a student or -- a

15   resident can apply only for IRB, but not for

16   the grants, unless it is approved by the

17   institutions.

18        Q.   Understood.  Can someone who is not

19   a faculty member apply for an NIH grant?

20        A.   Nope.  Not from the institution.

21   You cannot send a private application to NIH.

22   It does not work.

23        Q.   Okay.  So as an individual

24   physician, one could not apply for a grant

25   from NIH?



1                    Sansar C. Sharma

2          A.    Nope.   Not to my knowledge.

3          Q.    Okay.   Okay, showing you now what

4    has been marked as Ali 7, this is a letter

5    from Metropolitan Hospital Center by Dr.

6    Wong, the interim chairman, to Dean Miller,

7    and this is the request by Dr. Wong to have

8    Dr. Ali appointed as a full-time instructor;

9    is that correct?

10         A.    If you haven't read it, I can read

11   to you.   "On board in the department of

12   ophthalmology as a full-time instructor.  He

13   is an experienced researcher and will be

14   submitting grant and IRB proposal.  This is

15   in line with your recent initiatives to

16   enhance the research at School of Medicine."

17         Q.    Do you understand what he is

18   referring to as the "recent initiatives to

19   enhance research"?

20         A.    Which is normal in every

21   institution.

22         Q.    Was there a particular need at New

23   York Medical College to enhance the research?

24         A.    I said this is specific -- almost

25   anytime -- we were under -- at that time



1                   Sansar C. Sharma

2     under the probation of the ACGME.  So it is

3     one of the important things to produce more

4     research to show that, yes, we are actively

5     involved with things.

6          Q.   And that's one of the reasons Dr.

7     Ali was hired, correct?

8          A.   No, again, you are, again, missing.

9     I hired Ali to join my lab.  He was given

10    this position, as it says in the letter, to

11    initiate and enhance the research in the

12    department.

13         Q.   And did he succeed in doing that?

14         A.   "In doing" what?

15         Q.   In enhancing the research of the

16    department?

17         A.   We discussed earlier that he

18    published eight papers while he was there

19    with me and applied for few grants.

20         Q.   And was that, in your view,

21    successfully completing his job requirements,

22    as you had hired him to do?

23         A.   This letter has nothing to do with

24    my asking him to join my lab.  He joined my

25    lab and we publish the papers.  And highly



```
 1                   Sansar C. Sharma
 2   supported him an recommended him for the
 3   residency.  Whether this fulfill anything or
 4   not, I have no idea because the department
 5   provision was lifted before this letter was
 6   even sent.
 7        Q.   Okay, understood.  Showing you now
 8   what's been marked as Ali 10, it's a letter
 9   to "Charles Hathaway, PhD, Office of Research
10   Administration."
11        A.   Can you blow it up, please?
12        Q.   Yes.
13        A.   Increase.
14        Q.   Yeah.  The project entitled "Impact
15   of Bariatric Surgery on the Course of
16   Diabetic Renopathy."  It says, "Drs. Ali and
17   Paul will be investigating the effects of
18   bariatric surgery on outcomes associated with
19   diabetic renopathy."  Is this one of the
20   research projects Dr. Ali worked on?
21        A.   This is a research project he would
22   have loved to have work on and he was
23   applying for IRB.
24        Q.   Okay.  Was the IRB successful?
25        A.   Nope.
```



```
 1                    Sansar C. Sharma
 2         Q.   He didn't produce any report on
 3    this?
 4         A.   Sorry, I'm not following your
 5    question.
 6         Q.   Was any of this study published?
 7         A.   I said he did not get the IRB, so
 8    he did not get initiated into the studies.
 9         Q.   Okay, understood.
10         A.   It's too small to read.
11         Q.   I understand.  I am going to
12    increase it.  Okay, Ali Number 7.  This is
13    from the British Journal of Ophthalmology to
14    Dr. Ali.  Your manuscript entitled "Acute
15    Retinal Necrosis and Contralateral Cutaneous
16    Eruption Following Shingles Vaccine."  Is
17    that a research that Dr. Ali did?
18         A.   The research -- the collection of
19    the data was done somewhere else.  He then
20    sat down and analyze the data and wrote while
21    he was working with me, and that's when we
22    corrected the manuscript and submitted.
23         Q.   Was this published?
24         A.   Yes.
25         Q.   Here we have Ali Exhibit 12.
```



1                    Sansar C. Sharma

2    Again, from the British Journal of

3    Ophthalmology.

4         A.    Uh-huh.

5         Q.    And this is about a manuscript

6    entitled "Intravitreal Injection of

7    Triamcinolone Acetonide as an Adjunctive

8    Treatment for Uveitis Patient Undergoing

9    Cataract Surgery."  Was this manuscript

10   published?

11        A.    Yes.

12        Q.    Okay.  And this, again, was Dr.

13   Ali's research?

14        A.    That's right.

15        Q.    Thank you.  Okay.  Do you know who

16   Sara Palladino is?

17        A.    No.

18        Q.    Okay.  This e-mail to Dr. Ali -- it

19   appears he is being invited to interview at

20   the residency program for ophthalmology on

21   Tuesday, December 6, 2016.

22        A.    Yes, he gave me a copy of that.

23        Q.    And I take it you -- I think you

24   answered this before, but no one other than

25   Dr. Ali gave you feedback from his interview



1                    Sansar C. Sharma

2    experience?

3         A.   Correct.

4         Q.   Did Dr. Ali inform you with whom he

5    had interviewed?

6         A.   I don't recall that.  It was

7    definitely not me.

8         Q.   Okay.  Here's an e-mail from Ms.

9    Palladino.  "Dear Amro Ali," and it lists the

10   ophthalmology e-mail residents.  Do you know,

11   are these the residents with whom Dr. Ali

12   interviewed?

13        A.   I do not know because they all sit

14   together.  Which one interviewed him, I do

15   not know.

16        Q.   When you interview resident

17   applicants for residency, do you take notes?

18        A.   No, there is a form, we fill up the

19   forms after the interview, and we submit it

20   to the program director.

21        Q.   What do those forms look like?

22        A.   Evaluate the candidate and specific

23   comments when we talk about that, and make

24   recommendation of one to ten, what would you

25   put in each category, and what you think



1                    Sansar C. Sharma
2      about the candidate.  I don't recall all
3      detail.  It's standard form of the department
4      in which the evaluation, whoever is
5      interviewing it, write down their comment,
6      and the scoring, and that sheet is given
7      directly to Dr. Wandel.
8           Q.    Okay.
9                    MR. SADOWSKI:  I am going to
10               call for the production of the
11               evaluation sheets from the
12               interviews of Dr. Ali.  We will
13               follow that up with a writing.
14                    MR. MILLUS:  Yes, I will
15               take it under advisement.  Thank
16               you.  Please do.
17                    MR. SADOWSKI:  Okay.
18           Q.    Do you know if Dr. Ali reached out
19      to the ACGME to inquire about the requirement
20      that he pass Step 3 to obtain a residency
21      position?
22           A.    Again, would you please repeat the
23      question.
24           Q.    Yes.  Do you know if Dr. Ali
25      reached out to the ACGME about the



1                    Sansar C. Sharma

2     requirement that he pass Step 3, before

3     obtaining a residency position?

4         A.   Yes, he told me so.

5         Q.   Okay.  Did he show you this e-mail,

6     which is Ali 18?

7         A.   That e-mail, I have no idea about.

8     He did on his own, the details, and he told

9     me about it, but that's it.  I never seen the

10    e-mail which you are showing me here.

11        Q.   Okay.  Did he tell you what ACGME

12    replied to his inquiry about the requirement

13    of passing Step 3, before obtaining a

14    residency?

15        A.   Yes, verbally.

16        Q.   What did he say?

17        A.   That there is no requirement

18    according to them for Step 3.

19        Q.   Okay.  And did you then speak to

20    anyone else about that subject?

21        A.   No.

22        Q.   You did not discuss that with Dr.

23    Wandel?

24        A.   No.

25        Q.   In any of the meetings you attended



1                    Sansar C. Sharma

2      regarding Dr. Ali, was this discussed, the

3      response from ACGME?

4           A.   Nope.

5           Q.   Okay.  I am showing you now what's

6      been marked as Ali Exhibit 21.  Do you

7      recognize what this document is?

8           A.   Nope.

9           Q.   Oh, the department newsletter, you

10     don't see those?

11          A.   I don't recall it, but this comes

12     maybe two or three times a year.  I don't

13     recall this specific one you are talking

14     about.

15          Q.   Okay.  Going down here -- see if we

16     can increase the size of this.

17          A.   Yeah, okay.

18          Q.   Okay.  Here it has "research

19     updates," mentioning you and Dr. Ali.

20          A.   Yes.

21          Q.   Is this one of the -- some of the

22     research that was published?

23          A.   This is the department -- how shall

24     you say, say, promotion letter, this is

25     what's going on in the department and who is



1                    Sansar C. Sharma
2     doing what.
3          Q.   Okay.
4          A.   And Dr. Ali has published, I said,
5     eight papers, so, obviously, the name was
6     there for that purpose.
7          Q.   Going up a little bit.  This
8     individual, Dr. Asmeer Shwiki -- do you know
9     who that is?
10         A.   Yes, he -- we only -- I met him,
11    not "we."  I think most department met him
12    when he joined the department and appeared as
13    a resident.
14                    MR. SADOWSKI:  Can we have
15              that answer read back?
16                    (Whereupon, the requested
17              portion was read by the reporter.)
18         Q.   So is it your understanding that
19    the department met him, after he became a
20    resident?
21         A.   Yes.  The simple answer is "yes."
22         Q.   Okay.  Did he go, if you know,
23    through the San Francisco Match?
24         A.   As I said, I have no idea.
25         Q.   Do you know if he was filling an



```
 1                    Sansar C. Sharma
 2    open position when he arrived as a resident?
 3         A.   I have zero idea about that either.
 4         Q.   Okay.  Is this the resident who had
 5    worked with Dr. Hutcheson in Qatar?
 6         A.   We were told afterward by Dr.
 7    Hutcheson, she knows him from there.
 8         Q.   Do you know if he had an NIH grant?
 9         A.   I do not know.
10         Q.   As a resident, would he be able to
11    have a -- apply for an NIH grant?
12         A.   As a -- not as a principal
13    investigator, as a secondary investigator
14    with somebody else.
15         Q.   I see.  Do you know if he was
16    working on -- as any kind of an investigator
17    on an NIH grant when he came to Westchester?
18         A.   Never -- I said I never met him
19    until he came and I have no idea what he done
20    before.
21         Q.   Okay.  Very well.  Thank you.
22    Okay, I am going to show you now Ali Exhibit
23    23, the "Westchester Medical Center resident
24    fellow agreement terms of appointment,
25    policies and procedures," and I am going to
```



1          Sansar C. Sharma

2   scroll down to page 40 of the document.  This

3   is -- okay, let me enlarge this.  Okay.  This

4   is page 40 of that document, and in the

5   "policy" paragraph, as we've seen before, "It

6   is a policy of the Westchester Medical Center

7   that every WMC based categoric residency

8   training program at WMC required trainees to

9   pass Step 3 of the USMLE or COMLEX

10   examination sequence, prior to the end of

11   their second year of training.  Every WMC

12   residency program must have a policy that

13   stipulates a deadline by which its residents

14   must take and/or pass the USMLE or COMLEX

15   Step 3 exam, and that policy must be

16   consistent with WMC and New York Medical

17   College policy.  Residents must fulfill this

18   requirement in order to be considered in good

19   academic standing, and as an essential

20   element of completing a residency program."

21   Now, nowhere in this policy statement does it

22   differentiate between foreign medical

23   graduates and American medical graduates; is

24   that correct?

25          A.    As it says, there is no mention of



1                    Sansar C. Sharma

2     that.

3          Q.   In fact, it says, "This policy

4     applies to all residencies" -- "all residency

5     programs," correct?

6          A.   As it says, I would go by this.  I

7     have never seen this document in my life.

8          Q.   Oh, okay.  That's fine.  But did

9     you understand this as --

10         A.   Sure, I understand it.  I just read

11    it and I understand it.

12         Q.   Okay.  And, again, there is no

13    requirement in here that it's different for a

14    foreign medical school graduate than an

15    American medical school graduate?

16         A.   If it is in there on this page,

17    then it must not exist.  I do not know the

18    answer.

19         Q.   Okay.  Fair enough.  Showing now

20    what has been marked as Ali 26.  Have you

21    ever seen this document before?

22         A.   Yes.

23         Q.   Okay.  Did you see it before you

24    hired Dr. Ali?

25         A.   This does not pertain to my hiring,



SANSAR C. SHARMA                                    September 21, 2020
AMRO ALI, M.D. vs WESTCHESTER MEDICAL CENTER                      72

```
 1                    Sansar C. Sharma
 2   but I know what he has done.  I said, as a
 3   researcher, this has -- this is the
 4   application if you want to apply somewhere,
 5   this is a format of NIH.
 6        Q.   I see.
 7        A.   In which you write down who you
 8   are, what you have done.
 9        Q.   Okay.  So at some point while Dr.
10   Ali was working with you, did you have an
11   opportunity to see this document in
12   connection with his grant applications?
13        A.   Yes.
14        Q.   Okay.  And this document -- what is
15   this?  This is Ali Exhibit 27.  During the
16   course of Dr. Ali's submitting grant
17   applications under your supervision, did you
18   see this document?
19        A.   I have seen this document when he
20   applied for the residency.
21        Q.   But not before?
22        A.   This does not pertain to this
23   report.  It is unnecessary.
24        Q.   Okay.  So the first time you saw it
25   was when he applied for residency?
```



1                    Sansar C. Sharma

2        A.    Correct.

3        Q.    Okay.  This is Ali 28.  Let's see

4    if I can...this is in connection with his --

5    either his work in grant applications or in

6    applying for residency, did you see this

7    document?

8        A.    This is part of his CV for the

9    applying for the residency and that's the

10   only time I saw all of that documents of his.

11       Q.    Okay.  And I know it's faint on

12   this document, but if you can make out on

13   here, it states "pass" and it gives a score?

14       A.    Yeah.

15       Q.    Okay.

16       A.    I am aware of that, yes.

17       Q.    Okay.  And here is the Step 2

18   report, Ali 29.  When was the first time that

19   you saw this?

20       A.    Again, when he applied for the

21   residency.

22       Q.    Okay.  But at no time before it?

23       A.    Nope.  There is no need for those

24   to know to do research.

25       Q.    Okay.  When you had your meeting



1                   Sansar C. Sharma

2    with Wandel, Bierman, and Hutcheson, the

3    meeting without Dr. Ali, was anyone taking

4    notes?

5        A.   I have no idea.  I don't recall

6    anything.  I am sure somebody -- the

7    secretary is there.  Is she taking notes, I

8    do not know.

9        Q.   Was Ms. Hodges at that meeting?

10       A.   She was the secretary.  Yes, she

11   was sitting there.

12       Q.   Okay.  Is it her role, usually, to

13   take notes during meetings?

14       A.   I think first time I ever attended

15   that sort of meeting.

16       Q.   Okay.

17       A.   So I do not know.

18       Q.   Okay.  Did you see her taking any

19   notes?

20       A.   I do not recall.

21       Q.   Okay.

22                   MR. SADOWSKI:  Let's take a

23              fifteen-minute break.  If everyone

24              -- if that's okay with everyone.

25                   MR. MILLUS:  That's fine,



 1                    Sansar C. Sharma
 2              and although I am sure you have
 3              more to do, you have any idea, Rob,
 4              how much further you have?
 5                    MR. SADOWSKI:  I have a hard
 6              stop time.  But I am going to
 7              estimate that I will probably be,
 8              at most, another hour, if I don't
 9              have any more technical problems.
10                    MR. MULLINS:  Thank you.
11                    (Whereupon, a recess was
12              taken at this time.)
13   BY MR. SADOWSKI:
14        Q.   Dr. Sharma, we looked at this
15   exhibit before, Exhibit 7, where you write to
16   Amro, "He has to advertise it."  And we
17   talked a little bit about that Qatar
18   resident.  That residency that he positioned
19   -- he took was not advertised, was it?
20        A.   I said I have no idea at all
21   because we only saw this person suddenly
22   appear in the department.
23        Q.   Okay.  So you never saw an
24   advertisement for him?
25        A.   No.



1                    Sansar C. Sharma

2                        (Sharma Exhibit 8, E-mail,

3                         marked for identification,

4                         as of this date.)

5          Q.   Dr. Sharma, showing you what's been

6     marked as Exhibit 8, Sharma 8, Dr. Amro --

7     Dr. Ali writes to you, "Dear Dr. Sharma,

8     sorry to disturb you.   Should I register for

9     SF Match?  Please let me know ASAP, as it

10    takes time to register and to process my

11    application."  Dr. Ali is asking if he should

12    register for the San Francisco Match; is that

13    right?

14         A.   Yes.

15         Q.   Okay.  And then you write back to

16    him, "Amro, I cannot answer this question

17    until I talk to Wandel and the chairperson."

18    Did you talk to Wandel and the chairperson

19    about Dr. Ali's request to you about applying

20    to the San Francisco Match?

21         A.   The answer, yes, I did.  The answer

22    was it's up to him to apply or not apply.

23         Q.   Was there anything else that was

24    said in your conversations with Dr. Wandel or

25    the chairperson?



 1              Sansar C. Sharma

 2       A.   None whatsoever because this is now

 3  January 3, 2018.  The new chair is there, and

 4  so is Dr. Wandel, and there was no position

 5  open.  He already had one interview before.

 6  And he was asking, "Should I apply for it or

 7  not?"  I said, "I will ask them what they

 8  suggest," and the answer is, it's up to them

 9  -- up to him, Ali, to apply or not to apply.

10       Q.   Okay.  And did you tell that to Dr.

11  Ali?

12       A.   Yeah.

13       Q.   Did you advise him as to whether he

14  should apply?

15       A.   I don't recall, exactly, what was

16  the discussion, but we talked practically

17  every day when he was there.

18       Q.   Okay.  So you would have discussed

19  his quest to obtain a residency position very

20  often, correct?

21       A.   Practically every time we talked

22  about that, what's going on, and what his

23  status is, what's exam, have you finished,

24  and all those things are regular -- or were

25  regular, sorry.



1              Sansar C. Sharma

2       Q.   So after all this time working for

3   you for free, and his expectation that

4   Westchester Medical Center would provide him

5   with a residency, why did he -- did he tell

6   you why he was continuing to work for free?

7       A.   The same idea that I will propose

8   his name and discuss with the department

9   program director and the chair, which I did.

10      Q.   So each time you and Dr. Ali spoke

11  about his obtaining residency, you continued

12  to support it each time you spoke?

13      A.   I have supported him as late as few

14  months ago.  I will always supported him.

15      Q.   Showing you, Dr. Sharma, what has

16  been marked --

17      A.   28, yeah, April 4th.

18      Q.   So you write to Dr. Ali, "Meeting

19  with the chairwoman at eleven sharp in Macy

20  Ophthalmology, room 1044A, on April 13,

21  Friday.  It is a must."

22      A.   Sure.

23      Q.   What is this meeting about?

24      A.   This is first time we went there to

25  talk to the chairperson to please consider



```
 1                    Sansar C. Sharma
 2     offering him any position if it opens.
 3          Q.   Okay.
 4          A.   And we both sat down and I discuss
 5     all the background of his, and Dr. Ali talked
 6     about what he has done.  I think this was the
 7     first major conference when we met together
 8     with the chairperson regarding him, together.
 9          Q.   Uh-huh.  How long did you prepare
10     together for that meeting?
11          A.   There is nothing to prepare.  The
12     background there, everything is there.
13     What's to prepare?
14          Q.   Dr. Ali writes that "I am working
15     on the agenda already.  I will be in your
16     office and we go together, if this is okay
17     with you."  Did you review the agenda?
18          A.   No, but he had -- I put
19     chronologically what have you done when you
20     came and what you did, so that there is no
21     overlap of information or misinformation.
22     Not jumping from -- starting middle of it.
23     Give rhyme and reason.  He had all things
24     prepared and he presented.  Actually, I
25     presented it and he corroborated.  He usually
```



```
 1                    Sansar C. Sharma
 2   mostly kept quiet and I talk to her at length
 3   about it, and then he talked about it, that
 4   considering that if the position open, he
 5   should be considered for the position.
 6   That's normal appeal.
 7                    (Sharma Exhibit 9, Meeting
 8                    Agenda, marked for
 9                    identification, as of this
10                    date.)
11        Q.   I am showing you what's been marked
12   as Hutcheson 10.  It's an e-mail from Dr. Ali
13   to Dr. Hutcheson.  Have you ever seen this
14   before?
15        A.   Yes, he gave me the copy of that.
16        Q.   Did you work on it for him?
17        A.   I don't recall.  I usually have,
18   most everything he had written.
19        Q.   Okay.  So you edited it for him?
20        A.   I may have.  I don't recall.
21        Q.   Okay.  Going through this, and if
22   you want to familiarize yourself with it,
23   just let me know when to scroll down.
24        A.   Yeah, continue, please.  Yes, I am
25   familiar it.  Go next.
```



1                    Sansar C. Sharma

2       Q.    Okay.

3       A.    I have seen it.  I am aware of the

4  whole details, so you can skip it.

5       Q.    Okay.  So you had an opportunity to

6  review this, before Dr. Ali sent it?

7       A.    This is not a support.  He is

8  writing it down, all his background, before

9  he appears and talk to Dr. Kelly on his own.

10      Q.    Right.

11      A.    That's all it was.

12      Q.    Yes, but you saw it before he sent

13  it, correct?

14      A.    Yeah.

15      Q.    Okay.  You had an opportunity to

16  edit it, correct?

17      A.    I am not absolutely sure, but I

18  said I usually have corrected most of his

19  things.  So I may have seen it, but I am

20  aware of that, because I had copy of this,

21  which he gave me afterward.

22      Q.    Okay.  So is it -- what he says in

23  this letter, is it accurate?

24      A.    According to him, yes.

25      Q.    Well, you had an opportunity to



1               Sansar C. Sharma

2    read it and edit it, did you?

3         A.   Well, I am just telling you, as I

4    see it.  Everything in the original is his

5    background with me and what he achieved here,

6    okay?

7         Q.   Okay.  And --

8         A.   To that extent, these are correct.

9         Q.   If there had been any factual

10   inaccuracies in this letter, would you have

11   corrected them?

12        A.   If I have seen that, I would have,

13   but I don't recall.

14        Q.   Okay.  Well, but you did see it

15   before --

16        A.   Yes.

17        Q.   -- he sent it, correct?

18        A.   Yes.

19        Q.   Yeah.  And you edited his work, as

20   you often had?

21        A.   Yeah.

22        Q.   Okay.  So you would have corrected

23   any factual inaccuracies, correct?

24        A.   If there were, yes.

25        Q.   Okay.  Okay.  We are now at Sharma



```
 1                    Sansar C. Sharma
 2   10.   Okay.   In here you are telling Dr. Ali
 3   that he "must go to the invitation from Dr.
 4   Hutcheson to discuss requirements for New
 5   York State Medical Board requirements."  Is
 6   that the requirement to have to pass Step 3?
 7        A.   I'm sorry, repeat last sentence,
 8   please, again.
 9        Q.   Yes.  Is this invitation to discuss
10   the requirements for New York State Medical
11   Board requirements, is that Step 3?
12        A.   Step 3 has nothing to do with this.
13   He is applying for permission to do clinical
14   work through the State of New York.
15        Q.   I see.
16        A.   And he asked Dr. Hutcheson to
17   support and others, and that's what this
18   letter was for, and that's what he was going
19   there to discuss with Dr. Hutcheson.
20        Q.   So I understood that Dr. Ali was
21   approved to go on at Metropolitan for
22   orientation for his residency, that's
23   correct?
24        A.   As the -- his e-mail says, yes.
25        Q.   Okay.  So why did you and Dr.
```



```
 1                    Sansar C. Sharma
 2   Wandel need to convince her with the need to
 3   carry on at Metropolitan?
 4        A.    I have not convince her.  Dr.
 5   Wandel had to suggest to her that he is a
 6   good candidate, he should be -- to continue,
 7   he need the approval from the state.
 8        Q.    I see.
 9        A.    Nothing to do with me.
10        Q.    So I should be asking Dr. Wandel
11   these questions?
12        A.    Exactly.
13        Q.    Okay.  That's fair.  We have in
14   front of us Sharma Exhibit 11, where Dr. Ali
15   writes to you, "Hi, Dr. Sharma.  You asked me
16   to sit back and to think after this
17   devastating meeting.  It's very clear that I
18   have been treated unfairly and have been
19   discriminated based upon -- based on my age.
20   The position that I have been promised have
21   been created and offered to other candidates
22   who have less qualification and even
23   department did not follow normal logistics
24   that create fair chance for all candidates,
25   as there was no post or even interviews that
```



Sansar C. Sharma

give a fair chance like me, work free for department for more than two and a half years, published more than eight manuscripts. I know you are kind, your support, and how much you did for me, but I think it is time for us to meet with Dr. Halperin to present our case. It should be a way to support me after what I did for the department for three years. Please let me know how I can arrange that. I am seeing that there is not enough respect to senior staff in the department and their opinions, which is also not fair." And you write back to him, "Amro, this was perhaps one of the worst weekends. Your thought has been there. It was worse since Janet is away in Toronto. Let me consult with chairman whether your suggestion can work, talking to PD. He needs to know your reaction. I shall call him again today. Sansar." So why do you say, "this is one of the worst weekends"?

A. That's my personal statement. I don't have to discuss what my thing was at my home and what happened. This is in relation



```
 1                    Sansar C. Sharma
 2   to Amro's meeting that he had been basically
 3   told that there is no way one can do
 4   anything, and he is asking me, please let me
 5   know that we can go to Dr. Halperin, who was,
 6   at that time, the dean of the medical school.
 7   And my recommendations were that there is no
 8   need to Dr. Halperin because Dr. Halperin is
 9   a dean of the New York Medical College.  The
10   positions are primarily from the Westchester
11   Medical Center.  It was about the same time
12   when positions of most of the residencies
13   were handled by the Westchester Medical
14   Center.  So my suggestion was that looking at
15   his situation, it's really sad what he had
16   been through, and instead of going to -- his
17   request was, "Shall we go together or apply
18   to Dr. Halperin for appeal?"  My answer was,
19   "no, it won't help you anything because the
20   final decisions apply with the chair."  I
21   have on and out many times recommended to
22   him, it's not the chair of the department who
23   has the power.  The dean cannot interfere, do
24   not interfere in general, ever.  Department
25   itself decide what to do.  What I was saying
```



1                    Sansar C. Sharma

2      was, I was home alone, my wife had to be in

3      Toronto, her brother lives there and others,

4      so let me consult with the chairman whether

5      your suggestion can work, can be -- can I ask

6      her he should go to the Dr. Halperin.

7           Q.   Go on, sorry.

8           A.   And what I have been telling him

9      was that it does not help with Dr. Halperin

10     -- to go to him.  He will not interfere the

11     department internal affairs to hire -- he

12     never sits in any committees of residencies.

13     He was chancellor by that time, and he has no

14     interference with anyone.  He never had

15     interfered.

16          Q.   Okay.

17          A.   Department decide on their own

18     residencies, and the ACGME -- Dr. Bierman,

19     who is in charge of all residencies, he is

20     the one who can be persuaded or should be

21     persuaded.  He never went to him for

22     anything.

23          Q.   Do you agree with Dr. Ali's

24     statement that he has been treated unfairly?

25          A.   Through the extent that he was



```
 1              Sansar C. Sharma

 2    given an opening for which he had to take the

 3    exam 3, because there was no written rule at

 4    that time, but if Dr. Bierman thinks that he

 5    had to do it, then he had to do it.  There

 6    was no other choice.

 7         Q.   Okay.

 8         A.   Unfortunately, it took him almost

 9    year and a half or two to finish the Step 3.

10    By that time, there was no position.  A

11    chairperson has come in, and she dictates

12    what she wanted.

13         Q.   Dr. Ali also says, "I have been

14    discriminated based on my age."

15         A.   There's only one thing to consider

16    at this juncture.  He has been away from the

17    clinical settings, as we gather, as

18    department gather, for long time, and that's

19    I propose to Dr. Hutcheson that he should be

20    give a chance to see whether he is capable at

21    his art, and that's all I could do, and I

22    proposed and they declined.  So it's up to

23    him to think whether he was discriminated

24    against or not.  But by law, you cannot

25    discriminate.  By suggestion, you can do
```



```
 1                    Sansar C. Sharma
 2   whatever you want to do.
 3        Q.   Okay.  He goes on to say, "The
 4   position that I have been promised had
 5   been" --
 6        A.   The issue here, he was promised,
 7   that's correct.  Everybody knows that.  He
 8   knows it.  And we all know it.  Except the
 9   position disappeared when he finish the Step
10   3.  There was no position left.
11        Q.   Okay.  He then goes on to say that
12   it was offered to another candidate who has
13   less qualifications and even the department
14   did not follow the normal logistics that
15   create a fair chance to all candidates.
16        A.   Counselor, Counselor, we discussed
17   this issue earlier, and I said, we do not
18   know where this candidate came from, we only
19   knew when he appeared in the department.  I
20   was given a lecture to the residents at eight
21   in the morning when he was sitting and I was
22   introduced to him.  He appeared, and he is
23   the one who came from Qatar.  Whether he was
24   interviewed, or whether it was advertised, I
25   am not privy to that information, and neither
```



```
1                 Sansar C. Sharma
2    was Dr. Wandel at that time.  So conclusions
3    are, was he discriminated or not, I cannot
4    say that.  Whether the rules were followed or
5    not, I cannot say.  She was the chair.  She
6    did what she wanted to do.
7         Q.   Do you have knowledge of the
8    qualifications of the candidate from Doha,
9    Qatar, compared to Dr. Ali's qualifications?
10        A.   I have never seen his CV.  So I
11   have zero -- I have no answer for you.
12        Q.   Okay.
13        A.   Since I have never seen his CV, I
14   do not know.
15        Q.   Okay.  But you and Dr. Wandel were
16   not given the opportunity to review his
17   credentials before he was accepted into the
18   residency program, correct?
19        A.   When was he accepted, we do not
20   know.  Forget the chance of interviewing.  We
21   did not know when he was accepted.  We do not
22   know under what condition he was accepted.
23   What is his background -- I have no idea.
24        Q.   Is that, in your experience, an
25   unusual circumstance for the acceptance of a
```



1                    Sansar C. Sharma

2    resident?

3                         MR. MILLUS:  Objection to

4              form.  You can answer.

5         A.   To be fair to the chair, she must

6    have decided based upon what his backgrounds

7    are.  I do not know.  I cannot answer that

8    question to you.  Because for the federal

9    government, the ACGME, they have to have

10   qualification before they can be accepted.

11   Whether he passed Step 1, 2, or 3, and when,

12   I do not know.  But he had to have those

13   things.

14        Q.   Well, I am asking, in your

15   experience, when residents are accepted into

16   the program, is his acceptance to the program

17   an unusual circumstance?

18        A.   The answer I can give you is that

19   as long as I remember, we mostly have the

20   residents who are the American medical school

21   graduates.  It's very rare to see a graduate

22   from foreign medical schools.

23        Q.   Why is that?

24        A.   I cannot answer that.  I have no

25   idea, but that's the fact.  If they are



```
 1                    Sansar C. Sharma
 2    matched, and there are too many candidates of
 3    the internal American candidates who qualify
 4    for that, and usually very rarely anybody
 5    comes in from outside who is accepted.
 6         Q.   Is that because there is a
 7    preference for American medical graduates?
 8                    MR. MILLUS:  Objection to
 9               form.  You may answer.
10         A.   That's very hard to answer.  I
11    cannot answer that.  It's only speculations.
12         Q.   Well, from your experience, Dr.
13    Sharma, is there a bias in favor of American
14    medical graduates?
15                    MR. MILLUS:  Objection to
16               form, and I just want some
17               clarification, Counsel.  Are we
18               talking about whoever goes to
19               American school who graduates, or
20               are we talking about Americans as a
21               nationality in American schools?  I
22               have to tell you, we are going down
23               a path that is simply unclear.  If
24               you are talking about American
25               schools, you have plenty of foreign
```



1                   Sansar C. Sharma

2              people in American schools.  You

3              have Americans in foreign schools.

4              I would like some clarification for

5              these questions.

6                   MR. SADOWSKI:  Fair enough.

7         Q.   In your experience, Dr. Sharma, is

8    there a bias towards individuals who are

9    Americans who attend American medical

10   schools?

11        A.   "Bias" is a wrong word.

12   Preferences, yes.

13                   (Sharma Exhibit 14, E-mail,

14                   marked for identification,

15                   as of this date.)

16        Q.   Okay.  Thank you.  Okay.  Showing

17   you what's been marked as Sharma 14, going

18   down in this e-mail from Dr. Ali to you,

19   dated January 30, 2017, Dr. Ali writes, "I am

20   sorry, to be more clear New York State

21   Medical Board not require me taking Step 3

22   exam to start my residence as IMG, regardless

23   of the license situation.  I am specific

24   about the exam."  What did you understand Dr.

25   Ali to be saying there?



1                    Sansar C. Sharma

2         A.   He is trying to tell me that the

3    State has no stipulation that a resident

4    starting the residency should do Step 3 exam.

5         Q.   Did you agree with him?

6         A.   If that's the law, that's the law.

7         Q.   Okay.  Did you check the law

8    yourself?

9         A.   No, I didn't check anything.

10        Q.   Okay.  Then attached to this e-mail

11   is the e-mail he received from New York State

12   boards of medicine.  Where they write to him,

13   "If you are in an ACGME approved residency,

14   you do not need a limited permit or full

15   license in order to perform the residency,

16   unless the employer requires it.  If it is

17   not approved, you will need either the

18   limited permit or the license.  The limited

19   permit requires medical education and three

20   years of ACGME approved post graduate

21   training, or six years of non-ACGME approved

22   post graduate training, but not a passing

23   score for USMLE Step 3.  The limited permit

24   gives you two years in which to take and pass

25   the exam and it is renewable once.  The full



```
 1                    Sansar C. Sharma
 2   license requires the same education and
 3   training requirements, and also a passing
 4   score for all three USMLE exams.  I hope this
 5   answers your question."
 6             If I read this correctly, Dr. Ali
 7   could enter the residency program with a
 8   limited permit, without passing Step 3; is
 9   that correct?
10        A.   That's what it says.
11        Q.   Okay.  Did Wandel -- Dr. Wandel
12   sign the papers necessary for the limited
13   permit?
14        A.   I cannot answer that.  I do not
15   know.
16        Q.   Okay.  Did you ever discuss that
17   issue with Dr. Ali?
18        A.   No, I -- I asked him any questions
19   regarding it, but I never discussed what is
20   the minimum requirement of each department,
21   no.  But I know exactly what he told me many,
22   many times.
23                    (Sharma Exhibit 15, E-mail,
24                     marked for identification,
25                     as of this date.)
```



```
 1              Sansar C. Sharma

 2        Q.   Okay.  Looking at Exhibit 15, let's

 3   increase it a little bit.  You write to Dr.

 4   Ali on July 18, "Amro, I have spent last 1.5

 5   hours to make any sense.  Please read it over

 6   and over again.  Please make sure that all

 7   attachments are properly referred and not

 8   overlapping.  Let me know soon what you think

 9   about these changes.  Call me before I go

10   home."  Is this -- are you talking here about

11   the appeal letter to Dr. Hutcheson?

12        A.   Yes.

13        Q.   Okay.  And this was -- you spent

14   1.5 hours reading and editing his appeal?

15        A.   Correct.

16        Q.   And then you say, "Let me know soon

17   what you think about these changes."  Did you

18   have a discussion about your changes?

19        A.   I proposed the changes.  I am sure

20   he made it before he sent the whole thing,

21   and that he read it before.

22        Q.   Okay.  So as we read it in the

23   prior exhibit, which was Hutcheson 10, that's

24   the -- that was the version after you had

25   spent 1.5 hours reviewing it and editing it?
```



1                    Sansar C. Sharma
2        A.    Correct.
3        Q.    Okay.  And then you discussed those
4    changes, and I think you said Dr. Ali made
5    the changes?
6        A.    I am sure he have because I haven't
7    -- I don't get the reply back from him what
8    he made, but after he make changes, he
9    probably submitted it.
10       Q.    Okay.
11       A.    It's very simple.  I cared for him,
12   so I said, "Hey, do this, this, and this.  It
13   will look better."
14       Q.    Understood.  Have you ever heard
15   anyone speak about Dr. Ali's age?
16       A.    I am trying to recall.  That he is
17   older than the present residents.  All the
18   residents there, he is older than them, yes.
19       Q.    You have heard people say that?
20       A.    No, Dr. Wandel and I talked about
21   that, and said, "This is his age," and that's
22   the end of it.  This is before he even
23   offered him a position.  We would talk about
24   this.  We talked about all the residents, how
25   they performing, what age are, what the



1                       Sansar C. Sharma

2    problems are, because you have to understand

3    that the residency is like a 24-hour job.  We

4    know if somebody is not performing, what's

5    the problem.  So we know the families, we

6    know -- talk about the family issues, we talk

7    about age issue, we talk about others, in

8    general.  So, yes, as guarding, we talked

9    about it.  "How old is he?"  I said, "this

10   old."  "But he looks older."  I said, "no, he

11   is not that old."

12        Q.   Okay.  Was his age considered in

13   whether he was accepted into the residency

14   program?

15        A.   I have to correct you again.  In

16   the residency ACGME match, he did not match.

17   Afterward, after Dr. Wandel offered him a

18   position.  So age will not come into that.

19   If age was reason, he would not have offered.

20   He offered, contingent upon passing exam 3.

21        Q.   Did anyone ever tell you that Dr.

22   Eric Rosenberg, who interviewed Dr. Ali for

23   the residency program, wondered whether he

24   would be able to wake up, and, you know, in

25   the middle of the night?



1                    Sansar C. Sharma

2         A.    Nope.  Absolutely not.

3         Q.    In the --

4         A.    I don't even know who interviewed

5    him for the match.

6         Q.    Didn't Dr. Ali tell you who

7    interviewed him for the match?

8         A.    No, he said interview went fine.  I

9    said, "How was the interview?"  The resident

10   always interview a new coming resident, and

11   the faculty always interview, depending on

12   which faculty was assigned to him.  I do not

13   know.

14        Q.    Okay.  Has anyone ever told you

15   that Dr. Ali was not given a residency

16   because of some kind of safety issue?

17        A.    Never.  Again, in the match, it's a

18   different story.  Which one are you talking

19   about -- the match or afterward?

20        Q.    Well --

21        A.    After match?

22        Q.    Either time.  If it was -- let's

23   separate it.  When the position came open

24   when Starwhite left the program, Dr. Ali was

25   offered a residency position, and required to



```
 1                  Sansar C. Sharma
 2   take Step 3 exam to be accepted for that
 3   position.  Did anyone ever mention to you, is
 4   the reason to require the Step 3 exam pass
 5   was for safety reasons?
 6        A.   No.
 7        Q.   Okay.  Have you ever seen that in
 8   writing?
 9        A.   No.
10        Q.   Has anyone ever suggested that Dr.
11   Ali was not a safe clinician?
12        A.   No.
13        Q.   Is there anything in your
14   experience with Dr. Ali, that would lead you
15   to believe that he was in some way deficient
16   in clinical skills?
17        A.   I'm sorry, let me just shut this
18   phone off.
19             Okay, now, please go ahead.  Repeat
20   the question.  Sorry.
21        Q.   In your experience with Dr. Ali,
22   has anything ever led you to question his
23   qualifications as a clinician?
24        A.   I cannot -- I am not a clinician.
25   So I cannot evaluate him as a clinician.  As
```



1                    Sansar C. Sharma

2    a scientist, I have no problem.  He was fine.

3         Q.   Okay.  Fair enough.  A few more

4    questions.

5              Have you ever heard of the

6    ophthalmology department receiving money or

7    finances in exchange for giving someone a

8    residency?

9         A.   Nope.  Donations are made by

10   different individuals, but in lieu of the

11   residency, no.

12        Q.   Okay.  Do you know if anyone made a

13   donation to the ophthalmology department in

14   connection with a resident by the name of Dr.

15   Dose?

16        A.   They were already resident when

17   their father, I suppose -- I heard he donated

18   some money to the department.

19        Q.   Do we know how much money he

20   donated?

21        A.   I do not know.

22        Q.   Who would know that?

23        A.   At that time, Dr. Wandel, or the

24   acting chair.

25        Q.   How do you know that the donation



```
 1                Sansar C. Sharma
 2    was done after the resident was accepted into
 3    the program?
 4         A.   You mentioned the name.  The
 5    donation came from that resident parent --
 6    father, but after the fact that he was
 7    second- or third-year resident at that time.
 8         Q.   Okay.  So you know the date the
 9    donation was made?
10         A.   No.
11         Q.   Okay.  So how do you know the
12    donation was made after the resident was
13    already --
14         A.   Because the resident was there.
15    Mr. Dose was -- Dr. Dose was resident, and I
16    know after the residency is going on, and
17    father is supporting the department.
18         Q.   Okay.  Do you know of any other
19    department support from the family of any
20    other resident?
21         A.   I don't.
22         Q.   Okay.
23         A.   As I said, donations are made
24    regularly, constantly by different patients,
25    and by the parents of the residents, or
```



1                     Sansar C. Sharma
2    sometimes the families, or sometimes the
3    foundations.  It's not an unusual thing.
4         Q.   It's not an unusual practice for
5    the families of residents to make donations
6    to the department?
7         A.   Not to my knowledge.  I have never
8    heard of, but not to my knowledge.
9         Q.   Okay.  As you sit here today, do
10   you believe Dr. Ali deserved a residency
11   position at Westchester Medical?
12                    MR. MILLUS:  Object to the
13              form.  You may answer.
14        A.   You know, this is unlimited
15   question.  He was offered a position of
16   residency.  So why don't you ask the
17   questions?  He is capable of and he qualifies
18   for that.
19        Q.   But I am asking a different
20   question.
21        A.   Please.
22        Q.   I'm asking you, based on everything
23   you know, Dr. Ali's credentials, knowledge,
24   experience, and work on behalf of your
25   laboratory, does he deserve a residency



1                       Sansar C. Sharma

2       position at Westchester Medical Center?

3            A.   He should have been considered, and

4       he still should be considered, yes.  If they

5       find him a suitable candidate, yes.  If they

6       find somebody else better, that's up to them

7       to decide.  But, yes, he deserves to be

8       considered.

9            Q.   But in your view, does he deserve

10      -- in your personal view, does he deserve the

11      position in the residency program?

12                    MR. MILLUS:  Objection as to

13              form.  You may answer.

14           A.   This is way beyond the timings.  He

15      was offered.  If he was not considered, he

16      would not have been offered.  If the only

17      position it will be matched, and I do not

18      know anybody applying second time on the

19      match getting matched.  So people always

20      considered outside of the match, if position

21      open.

22           Q.   Okay, but I am asking you,

23      personally.

24           A.   I answered it, yes, he should be

25      considered.



1                    Sansar C. Sharma
2                    MR. MILLUS:  Objection.
3        Q.   I am not asking you if he should be
4    considered.  I am asking you whether he
5    deserves the position.
6                    MR. MILLUS:  Same objection.
7        A.   This is same questions over.  I
8    cannot answer that.
9        Q.   You have known Dr. Ali for years.
10   You know his work, his personality, his
11   capabilities, and all the work that he has
12   done on behalf of your lab.  Based upon all
13   of that, you, personally, believe he deserves
14   the residency position, don't you?
15       A.   If they say outside position open,
16   yes.  Through the match, no.  Because he will
17   never match through the match.
18                   MR. MILLUS:  Objection.
19       Q.   That's not -- you are talking about
20   the "match"?
21       A.   No, I said through the match he
22   will not because already have mismatch or did
23   not match.
24       Q.   Understood.  But I am asking you
25   personally, from what you know, and having



```
 1                    Sansar C. Sharma
 2    worked with Dr. Ali for years, did he deserve
 3    the position that he was offered when
 4    Starwhite left the program?
 5                    MR. MILLUS:  Objection to
 6            form.
 7        A.   My answer is still exactly the
 8    same.  He deserved to be considered for the
 9    position by the chair.
10        Q.   But I am asking you one step
11    further.  You supported his application for
12    residency, correct?
13        A.   Counselor, I still support him.  I
14    just wrote few letters for him within last
15    three months when he contacted me for similar
16    position outside.  If I did not, I will not
17    be supporting him.
18        Q.   And you supported him, in part,
19    because he worked for you for three years?
20        A.   Because he is a qualified
21    candidate, so I supported him.
22        Q.   And because he worked for you for
23    three years.  Otherwise, you wouldn't know
24    him.
25        A.   I will not know to the extent I
```



```
 1                     Sansar C. Sharma
 2   know now, yes.
 3        Q.   So based upon his three years of
 4   work for you, he advanced the research of the
 5   department, did he not?
 6        A.   Yes.
 7        Q.   For three years, he advanced the
 8   research of the department for no pay,
 9   correct?
10        A.   Correct.
11        Q.   The only thing he wanted in payment
12   for that research was a residency.  Didn't
13   you understand that?
14                  MR. MILLUS:  Objection to
15             form.
16        A.   I will not answer this question --
17   the payment for something.  I will not.  I
18   refuse to answer the way you proposing the
19   question.
20        Q.   Well, you don't get to just refuse
21   to answer a question.
22        A.   No, but then my answer is, as I
23   said, I will propose his name and that's it.
24        Q.   And you proposed his name because
25   he worked for you for free for three years,
```



```
 1                   Sansar C. Sharma
 2   and he fulfilled the commitment of advancing
 3   the research of the department, correct?
 4                   MR. MILLUS:  Objection as to
 5              form.  You may answer.
 6        A.   Yes.
 7        Q.   Yes.  So he deserves that residency
 8   position based upon his hard work for free?
 9                   MR. MILLUS:  Objection to
10              form.
11        A.   That is the job of the chairman of
12   the department.
13        Q.   But I am not asking you about the
14   chair of the department.  I am asking about
15   you, personally.
16                   MR. MILLUS:  I object.  You
17              might as well ask him something
18              about a question about a trip to
19              Mars.  He doesn't know anything
20              about that.  This is not his job.
21              Recommendations or otherwise, he is
22              not the one that makes the
23              decision.  For you to say, does he
24              deserve it -- he doesn't make the
25              final decision, how can he possibly
```



1                    Sansar C. Sharma

2              know that, Rob?  It's unfair.  You

3              keep asking.

4                    MR. SADOWSKI:  I am asking

5              for his opinion as someone who has

6              worked for free for three years,

7              advanced the research and prestige

8              of the department, after that, I am

9              asking him, personally.

10       Q.   Do you, Dr. Sharma, believe Dr. Ali

11   deserves a residency position?  It's a

12   yes-or-no question.

13                   MR. MILLUS:  Actually, it

14              isn't.  I objected to form.  With

15              all due respect, "deserve," in what

16              sense?  He doesn't make the final

17              decision, so I don't know how he

18              can possibly testify to that.  I'm

19              sorry.

20                   MR. SADOWSKI:  You know

21              what, I understand he doesn't make

22              the final decision, but I am asking

23              him based upon his experience,

24              based upon the three years that Dr.

25              Ali worked for you and advanced the



```
 1                     Sansar C. Sharma
 2             research of your department, does
 3             he, in your mind, your mind, it
 4             doesn't matter what anyone else
 5             thinks, in your mind, does he
 6             deserve the position as a resident?
 7                     MR. MILLUS:  With that
 8             caveat, please answer the question,
 9             Doctor.  If you can.
10                     Doctor?
11                     THE WITNESS:  Yes.
12                     MR. MILLUS:  Can you hear
13             me?  With that caveat, with a
14             little more meat on the bone with
15             the question itself, can you answer
16             that question?  Are you capable of
17             answering it?  If so, please do.
18        A.   I am not in a position to answer
19   that question.
20        Q.   Why?  You don't know your own mind?
21        A.   I know my mind.  I propose his name
22   three times since he left my lab -- four
23   times since he left my lab, that he deserves
24   other places.
25        Q.   Yes.  And he deserves it, in part,
```



1                    Sansar C. Sharma

2    based upon his three years of hard work for

3    you for free, correct?

4         A.    Yes, but I know of him, how good he

5    is because he worked the way he worked.

6    Based upon him, three years ago, he should

7    have given position.  Two years ago, in 2018.

8         Q.    Is it fair or unfair that he didn't

9    get the position that Starwhite opened up?

10                    MR. MILLUS:  Objection to

11              form.  You may answer.

12         A.    I can't -- I can -- listen, I know

13    all this layers of what you are trying to

14    ask.  In 2018, answer is yes.  Today, I do

15    not know.  I don't even interview.  I don't

16    know what this set up is.  So, therefore, I

17    cannot even say what will be the situation

18    today.  In 2018, yes, he should have been.

19    No doubt about it.

20         Q.    So let's go back in time.  When he

21    applied and was offered the position that

22    Starwhite vacated, did he, in your mind,

23    deserve that position?

24         A.    If the position existed,

25    absolutely, yes.



```
 1                   Sansar C. Sharma
 2        Q.   Okay.  Is there any doubt in your
 3   mind that --
 4        A.   No.
 5        Q.   -- the position didn't exist?
 6        A.   It doesn't exist anymore.  It did
 7   not exist.
 8        Q.   That position existed at the time.
 9        A.   Yes, he would have been in it if
10   the stipulation of Step 3 wasn't there.
11        Q.   Okay.  I am not asking you about
12   Step 3.  I am asking you about whether in
13   your mind he deserved, he earned the position
14   as a residency, the position that Starwhite
15   vacated?
16        A.   He deserved it.
17        Q.   Thank you.  Let's take five minutes
18   and I think I can wrap up.
19        A.   Sure.
20                   (Whereupon, a recess was
21             taken at this time.)
22                   MR. SADOWSKI:  I have no
23             further questions.
24                   MR. MILLUS:  I just have a
25             few.
```



1                    Sansar C. Sharma

2    BY MR. MILLUS:

3         Q.   Doctor, are you employed in any way

4    by the Westchester Medical Center?

5         A.   You're questioning me?

6         Q.   Yes.

7         A.   Would you mind repeating the

8    question, please?  I couldn't hear it.

9         Q.   Are you employed in any way by the

10   Westchester Medical Center?

11        A.   Nope.

12        Q.   Your employer is NYMC, solely?

13        A.   I have an appointment in

14   ophthalmology and -- but I am employed by New

15   York Medical College.

16        Q.   Now, when it comes to hiring in

17   your department, do you have the final say on

18   who might be hired?

19        A.   In which department?  In

20   ophthalmology?

21        Q.   Yes.

22        A.   No.

23        Q.   Do you have a final say in any

24   department?

25             Is there any other department,



```
 1                    Sansar C. Sharma
 2   other than ophthalmology, that you would be
 3   involved in an employment decision?
 4        A.   Opinions, yes.  Final, no.
 5        Q.   Who makes the final decision within
 6   the department of ophthalmology at NYMC as to
 7   whether an employee gets hired?
 8        A.   Chairperson of the department.
 9        Q.   Who was that in 2015?
10        A.   There was nobody full time.  There
11   was an adjunct -- acting chair and that was
12   Dr. -- what's his name -- Wong.
13        Q.   After Dr. Wong was acting chair,
14   who was chair at that point?
15        A.   Before that?
16        Q.   After that.
17        A.   After?
18        Q.   After that.
19        A.   Pardon me?
20        Q.   After Wong.
21        A.   After Wong is the new chair, Dr.
22   Hutcheson.  Kelly Hutcheson.
23        Q.   Now, you say that they make the
24   final decisions.  Do you know that for sure,
25   that the chair of the department can decide
```



```
 1                    Sansar C. Sharma
 2    who it may hire at NYMC?
 3           A.   No, but they only responsible for
 4    their own department hiring.  When they come
 5    down to the chair of the department, then the
 6    NYMC is responsible for setting the committee
 7    to hire or fire.
 8           Q.   Is there anyone above the chair
 9    that the chair has to speak to, as to whether
10    someone will be employed by NYMC?
11           A.   Other than the chair, no.
12           Q.   Now, in terms of residency, do you
13    have any role in making the decision, at all,
14    ever, as to whether someone becomes a
15    resident at the Westchester Medical Center?
16           A.   No.
17           Q.   Who makes that decision above you?
18    Give us titles and names.
19           A.   There are usually -- when I will
20    interview, I will write the decisions and the
21    scoring and give it to the program director.
22    Program director will tally the whole scores
23    of all candidates who came for the
24    residencies and with the chair and program
25    director, now, they will send in their
```



```
 1                    Sansar C. Sharma
 2    priority list who are the top candidates and
 3    who should be chosen.
 4         Q.   To whom?  Who do they send that
 5    list to?
 6         A.   In San Francisco Match.  They then
 7    look --
 8         Q.   Go head.  Sorry.  Continue.
 9         A.   Pardon me?
10         Q.   Continue.
11         A.   Okay.  They then, in San Francisco
12    Match, they will look at who are our top
13    choices and they will try to match those
14    choices with candidate available, if they
15    have chosen us, then they will be matched.
16    So the match is always in favor of the
17    candidate, provided they are on the top of
18    the list.  There are times when the top three
19    choices are not met and the lower candidate
20    comes in.  There is also a time, once in a
21    while, when no candidate we proposed match,
22    so none of them match, and the position opens
23    up, and that can be filled by the chair of
24    the department or the program director.
25    First preference usually are to our own
```



```
 1                  Sansar C. Sharma
 2    students from New York Medical College.
 3         Q.   Now, Doctor, I know Counsel was
 4    asking questions regarding why would Dr. Ali
 5    work for free.  Do you recall that?
 6         A.   "Why would Dr. Ali" -- sorry, what?
 7         Q.   Why would he work for free.
 8         A.   I have no idea.  His idea was to do
 9    some research.
10         Q.   Doctor, I am just asking, do you
11    recall the other lawyer asking you questions
12    around those topics?
13         A.   Why would he work -- yes, I do.
14         Q.   Now, did you make an agreement, a
15    quid pro quo with Dr. Ali, that if he worked
16    for you for free you would get him a
17    residency?
18         A.   No.
19         Q.   Okay.  If, hypothetically speaking,
20    you did make such a quid pro quo, could you
21    ever deliver on it?
22         A.   If I had, yes, I will.  I only
23    propose.  I cannot offer a position.
24         Q.   Now, you remember that Counsel
25    showed you an e-mail that was prepared as an
```



```
 1                   Sansar C. Sharma
 2    appeal letter for Dr. Ali to Dr. Hutcheson.
 3    Do you recall that?
 4         A.   Yes, I do.
 5         Q.   Now, do you recall testifying that
 6    you edited it in various ways?  Do you recall
 7    that?
 8         A.   I recall going there, talking to
 9    Dr. Hutcheson about it, recommending my
10    situations, and that's it.
11         Q.   In editing that letter, Doctor --
12    by editing it, did you agree with everything
13    that was being written by Dr. Ali?
14         A.   I corrected it.  I agreed -- no, I
15    will not say that I agree or disagree.  He
16    had written his background, which was correct
17    to my knowledge, and I corrected it and send
18    it back to him.
19         Q.   Doctor, Counsel asked you questions
20    as to whether Dr. Ali worked hard.  Do you
21    recall that?
22         A.   I am having hard time hearing you
23    carefully.  Can you --
24         Q.   Let me see if I can change the
25    volume.  I am not quite sure it would do any
```



1                    Sansar C. Sharma

2    good.  Hold on.

3         A.   I change mine, so I can hear you.

4    Okay.

5         Q.   Can you hear me better?

6         A.   Okay.  Yeah.

7         Q.   Do you recall Counsel asked you

8    some questions as to whether Dr. Ali worked

9    hard?

10        A.   Yes, I do.

11        Q.   And he did work hard, correct?

12        A.   Very hard.

13        Q.   Did you have any other employees in

14   the ophthalmology department who worked hard?

15        A.   Oh, yes.  There is one other

16   candidate who was working about same time,

17   and he ended up writing a whole book about

18   the procedures, and he just finished

19   residency -- Eric Rosenberg.

20        Q.   Now, in terms of employees working

21   hard, does that entitle them -- automatically

22   entitle them to a residency position simply

23   because they work hard?

24        A.   Absolutely not.

25        Q.   Okay, Doctor, I have no further



1              Sansar C. Sharma

2    questions.

3              Thank you.

4                   MR. SADOWSKI:  I have just a

5              couple.

6    BY MR. SADOWSKI:

7         Q.   You mentioned, Dr. Sharma, that you

8    had an appointment somewhere?

9         A.   I have three different appointments

10   in three different departments.

11        Q.   What are those appointments?

12        A.   My primary appointment is in

13   ophthalmology and I am --

14        Q.   What institution?

15        A.   I am a professor of ophthalmology.

16   My tenure is ophthalmology.  I do all my

17   teaching and research in cell biology and

18   anatomy department.  I was director of the

19   neuroscience for the medical school for 27

20   years.  I just gave up year and a half ago.

21        Q.   Okay.

22        A.   My third appointment is in

23   neurology.

24        Q.   Do any of those appointments give

25   you privileges or access to Westchester



```
 1                  Sansar C. Sharma
 2    Medical Center?
 3         A.    Only the department of
 4    ophthalmology.  I go there regularly, not
 5    every day, but "regularly" means once a week
 6    or once every other week, to go and talk to
 7    the resident, and give them the series of
 8    lectures every year.
 9         Q.    Okay.  Are you paid by Westchester
10    Medical Center to do that?
11         A.    Nope.
12         Q.    Okay.  After Dr. Hutcheson became
13    chair --
14         A.    Yeah.
15         Q.    -- did she ever direct Dr. Ali to
16    resign?
17         A.    Not to my knowledge, no.
18         Q.    You've never seen anything like
19    that?
20         A.    Nope.
21         Q.    You mentioned in the evaluations
22    that are done during the interviews that
23    there are numerical values attached to
24    certain areas and that the numerical values
25    are tallied in a way to rank the applicants?
```



```
1                    Sansar C. Sharma
2      A.    That's correct.
3      Q.    I have no further questions.
4                    MR. MILLUS:   I have none.
5             Thank you.
6                    -oOo-
7                    (Whereupon, the examination
8             of SANSAR C. SHARMA, was adjourned
9             at 3:30 p.m.)
10
11
12
13                    SANSAR C. SHARMA
14
15
16   Subscribed and sworn to
17   before me this       day
18   of                 , 2020.
19
20
21   NOTARY PUBLIC
22
23
24
25
```



```
1

2    ---------------- I N D E X ----------------

3

4    WITNESS            EXAMINATION BY          PAGE

5    SANSAR C. SHARMA

6                      MR. SADOWSKI          5, 120

7                      MR. MILLUS            113

8

9    ---------------- REQUESTS ----------------

10   Page 65...line 10
     Production of the evaluation sheets from the
11   interviews of Dr. Ali

12
     ---------------- EXHIBITS ----------------
13

14   SHARMA                              FOR ID.

15   EXHIBIT 1            E-mail            21

16   EXHIBIT 3            E-mail            24

17   EXHIBIT 4            Letter            25

18   EXHIBIT 7            E-mail            28

19   EXHIBIT 8            E-mail            76

20   EXHIBIT 9            Meeting Agenda    80

21   EXHIBIT 14           E-mail            93

22   EXHIBIT 15           E-mail            95

23       (Exhibits digitally retained by court

24   reporter.)

25   ---------------------------------------------
```



```
1
2                     C E R T I F I C A T E
3
4    STATE OF NEW YORK     )
                           : ss.
5    COUNTY OF NEW YORK    )
6
7          I, AYDIL M. TORRES, a Notary Public
8    within and for the State of New York, do
9    hereby certify:
10         That SANSAR C. SHARMA, the witness
11   whose deposition is hereinbefore set forth,
12   was duly sworn by me and that such deposition
13   is a true record of the testimony given by
14   the witness.
15         I further certify that I am not
16   related to any of the parties to this action
17   by blood or marriage, and that I am in no way
18   interested in the outcome of this matter.
19         IN WITNESS WHEREOF, I have hereunto
20   set my hand this 21st day of September, 2020.
21
22
23
24                  AYDIL M. TORRES
25
```



1
2                    DEPOSITION ERRATA SHEET
3
4   Our Assignment No.  J6033877
5   Case Caption:  AMRO ALI, M.D. vs. WESTCHESTER
6   MEDICAL CENTER, ET. AL
7      DECLARATION UNDER PENALTY OF PERJURY
8         I declare under penalty of perjury
9   That I have read the entire transcript of
10  My Deposition taken in the captioned matter
11  Or the same has been read to me, and
12  The same is true and accurate, save and
13  Except for changes and/or corrections, if
14  Any, as indicated by me on the DEPOSITION
15  ERRATA SHEET hereof, with the understanding
16  That I offer these changes as if still under
17  Oath.
18  _____
19                  SANSAR C. SHARMA
20  Subscribed and sworn to on the _____ day of
21  _____, 20_____ before me,
22
23  _____
24  Notary Public,
25  In and for the State of _____



SANSAR C. SHARMA                                    September 21, 2020
AMRO ALI, M.D. vs WESTCHESTER MEDICAL CENTER                     126

1

2                    DEPOSITION ERRATA SHEET

3    Page No._____Line No._____Change

4    to:_____

5    _____

6    Reason for

7    change:_____

8    Page No._____Line No._____Change

9    to:_____

10   _____

11   Reason for

12   change:_____

13   Page No._____Line No._____Change

14   to:_____

15   _____

16   Reason for

17   change:_____

18   Page No._____Line No._____Change

19   to:_____

20   _____

21   Reason for

22   change:_____

23   SIGNATURE:_____DATE:_____

24                SANSAR C. SHARMA

25



SANSAR C. SHARMA                                September 21, 2020
AMRO ALI, M.D. vs WESTCHESTER MEDICAL CENTER              127

```
 1
 2                  DEPOSITION ERRATA SHEET
 3   Page No._____Line No._____Change
 4   to:_____
 5   _____
 6   Reason for
 7   change:_____
 8   Page No._____Line No._____Change
 9   to:_____
10   _____
11   Reason for
12   change:_____
13   Page No._____Line No._____Change
14   to:_____
15   _____
16   Reason for
17   change:_____
18   Page No._____Line No._____Change
19   to:_____
20   _____
21   Reason for
22   change:_____
23   SIGNATURE:_____DATE:_____
24            SANSAR C. SHARMA
25
```

