# EXHIBIT 9

# Meeting Minutes

EXHIBIT
BIERMAN 3

Date:        July 20, 2018

Time:        12:00 pm

Attendees:   Amro Ali, MD; Fredrick Bierman, MD; Kelly Hutcheson, MD; Thaddeus Wandel, MD and Michelle Hodge (note taker)

Dr. Amro Ali began the meeting by explaining his present situation and giving us a history of his interactions with the department of Ophthalmology at New York Medical College and Westchester Medical Center.

In December 2015, he submitted an application for a resident position in Ophthalmology. He contacted ACGME about the position, who informed him that his placement in the program is up to the program director. He began working at NYMC researching and publishing. He understood that both Dr. Wandel and Dr. Sansar Sharma implied that if he researched, worked hard and got published that he would be rewarded with a residency spot. So he continued to work researching and publishing. Dr. Ali also stated that Dr. Wandel sent correspondence to Dr. Sharma saying that "Amro has done great work and for this hard work, we have to find him a spot." Dr. Wandel encouraged him to apply through the match. Dr. Ali interviewed with Dr. Zaidman and felt that he had done well as well as with the residents and one of the attendings at MET.

There were two open positions through the match. Dr. Ali did not match into one of the positions. Dr. Ali stated that he got feedback from Dr. Wandel that for some reason the residents were not supportive of him and that it would be hard to give him a high ranking. Dr. Ali felt that it could have been a miscommunication from the residents because he didn't get the feeling that they were unhappy with him.

A short time later, another position was available. Again, Dr. Ali spoke with Dr. Sharma and Dr. Wandel via email about the position. Dr. Ali's understanding was that he could "jump into" the position that was vacated in April, but there were restrictions. As a graduate of a university outside of the US, he had to complete Step 3 before being considered for the position, which he had not done. By this time, he had been working as volunteer at NYMC for three years, trying to work part-time jobs to support his family and still maintain a study schedule.

Dr. Ali feels that he represented himself honest from the beginning and that he was given the impression that the Department would work with him. He worked more than three years as a volunteer, published more than 8 papers and wrote 2 IRBs for NYMC. He does not feel that he should spend another two years hoping to get into the program when he has done everything that was asked of him and he has nothing to show for it. He is asking for our help.

Dr. Bierman stated that he appreciated Dr. Ali's explanation for what has happened, but that he could only share his understanding of the process at WMC without commenting specifically on Dr. Ali's experience.

NYMC/WMC 001779

The Westchester Medical Center enters into the NRMP and in Ophthalmology, the San Francisco Match. People apply to the program through those two systems. Dr. Bierman described that WMC has a good faith process for interviewing people for positions. It is a competitive match. Clearly there aren't as many positions as there are applicants so decisions are made in all programs, not just ophthalmology, by group consensus, which candidates to offer positions to; then the match brings the different medical centers and candidates together. Some people match with the medical center and some people do not. But the match for that year is final. If someone doesn't match with the program, they cannot be offered an opportunity to join, as that is the system that we all agreed to. The decision of the Match is final.

Dr. Ali asked for explanation. Dr. Bierman responded that he could only offer explanation of our process at the medical center. We have a match. Some people match. Regrettably some people don't. When that match is over, it is over. If people in the future want to reenter the match and think they are a candidate to try again, it's not for me to tell them not to do that, but people need to be guided by their initial experience with the match. If they did not match during the initial attempt, it's unusual for them to match again. From my standpoint, he said, I can't make a judgement on all of the other discussions that took place, I can only say that both parties, you and the medical center/department entered into that match in good faith and we agreed to abide by the match whatever the outcome was. If you had matched with us at that time, we would have honored our commitment to have you come into the program. You did not match, so that match is done. Based on the match, we appreciated your interest in the program, and regretted that we could not offer you a position, but we only have a certain number of positions and that match is closed. Bierman continued, the only thing I can offer you if you want to continue your ophthalmology training, the medical center continues to participate in the match and in rare situations where there is a vacancy, for a brief period of time the program may decide to identify someone to come in out of the match. But that is only for a very discrete period of time. That occurred in ophthalmology, and I understand what you explained about the communications that took place, but those communications were specific to that particular point in time when there was an unplanned vacancy.

Dr. Beirman continued to state that concerning the other conversations that were had with Dr. Sharma, with great respect to Dr. Sharma and the contributions that he has made to the department, he is not the program director. Dr. Wandel is the program director and has direct responsibility for the residency program. Dr. Wandel had communications with you about the initial match and the unplanned vacancy, but certain conditions needed to be met at the time. Unfortunately those conditions were not met and the position was filled.   At this point in time, there is not an available position in ophthalmology.

Dr. Ali countered that according to the WMC contract (available online), Step 3 should not have prevented him for getting the position.

Dr. Bierman countered that this is a requirement for IMG. He also stated that when there is an unplanned vacancy and a discussion is had about the position, it is not a "forever offer". Once the position is filled, there is no further discussion.

Dr. Ali stated that he appreciated that explanation, but that does not fit with what he saw, experienced or heard. He added two points; 1) the offer that he got which was outside of the match was for him to start July 1, 2018 and 2) the Step 3 should not be an obstacle to getting the position.

Dr. Bierman stated that Dr. Ali did not receive a written contractual offer that bound the WMC ophthalmology residency program to offering a residency spot in July 2018.

2

NYMC/WMC 001780

Although, Dr. Wandel agreed that Dr. Bierman had accurately portrayed the WMC processes, Dr. Ali did not agree with the representation based on his communications.

Dr. Bierman offered that Dr. Ali has certainly created a pathway with research and scholastic enterprise that may assist him in finding a position in another program or reentering the match but this pathway si not guaranteed to be any more successful than it has been up until this point. He wished Dr. Ali well in all other enterprises.

Dr. Wandel offered that it is an unfortunate situation that Dr. Ali finds himself in but that he has to agree that Dr. Bierman described the processes accurately as his supervisor. He stated that Dr. Ali does beautiful work and has a lot of opportunities out there and could do wonderfully in a number of different areas. "Dr. Bierman's summary of where we find ourselves is valid and I can't add anything more to it."

Dr. Hutcheson stated that she hasn't known Dr. Ali very long and all of this did precede her being here so she can't comment extensively on what happened. She sees his situation and empathizes with how he feels and what he has been through. She admits that he has done great work and good work for the department. She agreed that Dr. Bierman explained the process well and she added that unfortunately, there isn't something that we could even offer, since we have to wait for the next match which isn't until 2020. "If I were you, I probably wouldn't continue to work for free because of all of the things that you explained. This is your personal decision to make, but I think you have put your time in and done really great work here. We're very appreciative of that but I do think that you could do other things."

Dr. Ali concluded that he is sorry that he could not resolve the conflict this way and that he has to explore his options.

NYMC/WMC 001781