# EXHIBIT 10



## New York Medical College GME Policy
## USMLE Step 3

All residents and fellows in NYMC sponsored GME programs must pass Step 3 of the USMLE by the completion of the second year of their NYMC program (Program level 2 or PL-2) in which they are enrolled. Failure to fulfill this requirement will result in the non-renewal of the resident's contract. To facilitate fulfillment of this requirement, all residents are strongly urged to take Step 3 during their first year of GME.

Residents who enter at PGY-2: For residents who enter at NYMC residency program at PGY-2 (such as Anesthesiology, Dermatology, Neurology, Radiology, etc.), the policy takes effect at the time they enter the NYMC program. Such residents would have until the 2nd year of their NYMC residency to pass Step 3.

Fellows: Subspecialty fellows should only rarely be admitted to NYMC programs if they have not yet passed Step 3. However, if such cases occur, the policy shall apply and the fellow would have until the 2nd year of the program to pass Step 3. As a practical matter, non-renewal of contract would only occur in the few fellowships that are longer than 2 years in duration.

Adopted by the GME Committee of
New York Medical College 9/24/2008