# EXHIBIT 11


EXHIBIT
ALI 23

**WMC Health** | **Westchester Medical Center**

Westchester Medical Center Health Network

# WESTCHESTER MEDICAL CENTER RESIDENT / FELLOW AGREEMENT, TERMS OF APPOINTMENT, POLICIES AND PROCEDURES

# 2016-2017

NYMC/WMC 000005

Attachment K- Resident Agreement

# WESTCHESTER MEDICAL CENTER
## DEPARTMENT OF CLINICAL AND ACADEMIC AFFAIRS
## OFFICE OF MEDICAL EDUCATION

| | |
|---|---|
| | Manual Code:<br>Page:     **1 of 2** |

| |
|---|
| SUBJECT:  **ADVANCEMENT IN TRAINING LEVEL; USMLE  OR COMLEX STEP 3 REQUIREMENT** |

| EFFECTIVE DATE: | REVIEWED DATE: | REVISED **DATE:** |
|---|---|---|

## POLICY

It is the policy of the Westchester Medical Center (WMC) that every WMC-based categorical residency training program at WMC require trainees to pass Step 3 of the USMLE or COMLEX examination sequence prior to the end of their second year of training. Every WMC residency program must have a policy that stipulates a deadline by which its residents must take and/or pass the USMLE or COMLEX step 3 exam and that policy must be consistent with WMC and New York Medical College (NYMC) policy.  Residents must fulfill this requirement in order to be considered in good academic standing and as an essential element of completing a residency program.

## PURPOSE

To ensure that 1) residents are adequately prepared for certification by the American Board of Medical Specialties and 2) Step 3 has been passed prior to the start of the third year of training, so that residents can focus on studying for specialty board certification.

## SCOPE

WMC Categorical Residency Training Program Directors and Coordinators
WMC Categorical Residents in Residency Training Programs

## DEFINITIONS

The following definitions are applicable to this policy:

**WMC Residency Training Programs:** Anesthesiology, Internal Medicine, Neurology, Neurosurgery, Ob/Gyn, Ophthalmology, Orthopedic Surgery, Pathology, Pediatrics, Psychiatry, Radiology, General Surgery, Urology

## POLICY AUTHOR

Office of Medical Education

## RELATED POLICIES

None

NYMC/WMC 000044

# WESTCHESTER MEDICAL CENTER
## DEPARTMENT OF CLINICAL AND ACADEMIC AFFAIRS
## OFFICE OF MEDICAL EDUCATION

| | |
|---|---|
| | Manual Code:<br>Page:    **2 of 2** |
| SUBJECT:    ADVANCEMENT IN TRAINING LEVEL; USMLE OR COMLEX STEP 3 REQUIREMENT | |

| EFFECTIVE DATE: | REVIEWED DATE: | REVIEWED DATE: |
|---|---|---|
| | | |

## PROCEDURE

Each residency program shall develop a policy that specifies the dates by which categorical residents must take and/or pass the USMLE or COMLEX Step 3 examination. The program may require that it be passed at any time, but not later the end of their second year of residency training in order to be promoted to the third year of training.

WMC Program Directors shall inform residents and applicants to the program of their policy at the time of interview and reinforce the information regularly.

WMC Program Coordinators shall track the USMLE or COMLEX status of each resident and in conjunction with the Program Director, enforce compliance with policy. The Department of Clinical and Academic Affairs – Office of Medical Education shall review the USMLE or COMLEX status of all residents with Program Coordinators on at least a semi-annual basis.

Residents will schedule USMLE Step 3 examinations or COMLEX Step 3 in order to comply with policy. Residents who have not passed USMLE Step 3 or COMLEX Step 3 by seven and one-half ($7^{1/2}$) months prior to the start of their third year of training will receive a letter of non-renewal.


_____
Renee Garrick, MD
Chief Medical Officer


_____
Linda Glickman
VP – Clinical and Academic Affairs


_____
Paul Woolf, MD
Chairman –Graduate Medical Education

**Page 41**

NYMC/WMC 000045