# EXHIBIT 14


EXHIBIT
ALI 2

**NY Eye & Ear Infirmary**

Affiliated Teaching
Hospital of New York
Medical College

The New York Eye and Ear Infirmary
310 East 14th Street
New York, NY 10003-4297

RONALD C. GENTILE, M.D.
FACS, FASRS
Associate Professor of Ophthalmology
Co-Director, Ocular Trauma Service
Coordinator Vitreoretinal Service
Retinal Consultations, Laser and Surgery

Phone: (212) 979-4120
Fax:   (212) 979-4512

October 1, 2007

RE: Amro M. Ali, M.D.

Subject: Support for a position in an ophthalmology residency

Dear Program Director:

I have known Dr. Ali Amro since June 2007, at which time he began a uveitis pre-residency fellowship at the New York Eye and Ear Infirmary under the supervision of Dr. Michael Samson. He performed examinations, work-ups and treatment of uveitis patients and participated in many research projects and presentations.

Dr. Ali Amro graduated with honors from one of the oldest and most prestigious medical institutions in Egypt, Alexandria University, in 1994. His exposure to ophthalmology has been extensive and diverse both in the United States and in Egypt. In Egypt he did three years of ophthalmology. His initial exposure to ophthalmology in the States began at the Harkness Eye Institute, Columbia-Presbyterian Medical Center under Dr. Peter Gouras. He worked as a research assistant investigating RPE cell transplantation and gene therapy for retinitis pigmentosa. This experience seemed to fortify his desire to complete formal training in the United States. He subsequently did a neuro-ophthalmolgy and medical retina fellowship at The Henry Ford Health Care System with Dr. Barry Skarfk, Dr. Paul Edwards, and Dr. Uday Desai. He also worked with Dr. Hassen El Hakeem in Michagan prior to joining us at The New York Eye and Ear Infirmary.

At the New York Eye and Ear Infirmary, Amro became an active member of the uveitis service. He was very busy and was active in many research protocols. Amro was very dedicated and spent many late nights reading references and preparing for the next day. He was dedicated, respectable, and dependable. He is extremely conscientious and takes his responsibilities very seriously. He presented many cases to attending staff in addition to grand rounds.

Professionally, Dr. Ali relates well to others. He is a team player and easy to get along with. He is eager to learn and will make an outstanding resident and future ophthalmologist. It is with pleasure that I recommend Dr. Ali to you for a position in an ophthalmology residency.

Please feel free to contact me, if you have any other questions.

Sincerely,

Ronald C. Gentile, M.D.

Continuum Health Partners, LLC

Beth Israel   Roosevelt Hospital   St. Luke's Hospital   LICH   NY Eye & Ear Infirmary

21

NYMC/WMC 000157



EXHIBIT ALI 3

**NY Eye & Ear Infirmary**

Affiliated Teaching  
Hospital of New York  
Medical College

The New York Eye and Ear Infirmary  
310 East 14th Street  
New York, NY 10003-4297  
Tel: 212 979 4000

C. MICHAEL SAMSON, M.D.  
CO-DIRECTOR, OCULAR IMMUNOLOGY AND  
UVEITIS SERVICE

Phone: (212) 979-4515  
Fax:   (212) 979-4512

July 22, 2013

Re: Amro M. Ali, M.D.

To Whom It May Concern:

It is with great pleasure that I write a letter of recommendation for Amro Ali.

I came to know Amro when he was our fellow on the Ocular Inflammation and Uveitis Research Fellowship with me at the NYEEI, starting in June 2007. His duties as a clinical fellow included management of patients on my private practice and the NYEEI residency teaching clinics, as well as research duties. His required research duties involved all aspects of research, from formulation of research ideas to preparation of manuscripts for peer review.

Amro's primary strength is his sincere dedication to his work. He has always made himself available to staff to handle emergency visits and phone calls, and the office staff even today consider him among the 'best and easiest' doctor to work with among the fellows, residents, and medical students who have spent time on my service. Many of my patients also still recall his pleasant demeanor and caring attitude.

Amro was also dedicated to his research. I recall him taking on a project with me to review uveitis associated with spondylarthropathy within the first few days of his fellowship, which eventually became a published manuscript. He was also very active in designing his own research programs based on ideas he came up with, including his curiosity and insight into the relationship of estrogen to flare-ups of uveitis disease. At the NYEEI (and probably elsewhere), most fellows are focused on developing their clinical skills, and Amro is among the special few who pursue research knowledge and skill with equal vigor as his clinical knowledge.

I've kept in touch with Amro since he's moved on to other pursuits. I see he's continued to publish in the field of uveitis, under the mentorship of Drs. J. T. Rosenbaum and Eric Schuler, known leaders in our field. I was also pleasantly surprised to see him back in



Continuum Health Partners, Inc.

Bethisrael    Roosevelt Hospital    St. Luke's Hospital    NY Eye & Ear Infirmary

Re: Amro M. Ali, M.D.
Page 2

New York, where he is pursuing research, and he and I have been in touch with the consideration of collaboration on future studies related to ocular inflammation.

In summary, Amro represents those qualities highly sought out among academic physicians: excellent clinical diagnostic skills as a result of both extensive training and experience, paired with a kind personality and solid work ethic. I continue to wish him the best in his endeavors, and have no doubt he will continue to contribute greatly to those fortunate to work with him.

Please to not hesitate to contact me for any questions.

Sincerely,

C. Michael Samson, MD
Co-director, Uveitis Service
Department of Ophthalmology
The New York Eye & Ear Infirmary
Phone: (212) 979-4515
E-mail: csamson@nyee.edu