# EXHIBIT 15



EXHIBIT
WANDEL 3



# NEW YORK MEDICAL COLLEGE

DEPARTMENT OF OPHTHALMOLOGY
WESTCHESTER MEDICAL CENTER AFFILIATION
MACY PAVILION - ROOM 1044
VALHALLA, NEW YORK 10595  TEL 914-493-7671  FAX 914-493-7445

THADDEUS WANDEL, M.D.
PROGRAM DIRECTOR

Re  Amro Ali , M.D.                                    Sept 10, 2016

Dear Chairperson:

It is with great pleasure that I can highly recommend Dr. Ali for a PGY2 position as a resident in Ophthalmology .

I have known Dr. Ali for over a year ; he is a clinical instructor and has worked with  Dr. Sansar Sharma in clinical and basic Ophthalmology research projects .

He sets himself apart from other candidates for a Residency position by his dedication and willingness to help in all aspects of teaching , his development of research projects that involve  residents , and his  desire to learn. When you review his CV , his Fellowships in Uveitis , Retina , and Neuro-Ophthalmology place him on a level where he can lecture on these subspecialties  . Indeed , he volunteered and has started a series of lectures that will review the Basic Science Volume  9 , "Ocular Inflammation,"  in our Basic Science Course . He has 10 peer –reviewed publications and a similar number of posters and presentations .

Dr. Ali is a true team player who excels in making his co-workers feel that they are all working for a common goal . He has the highest level of integrity , kindness , and respect for others .

Trained in Egypt as an Ophthalmologist , I can understand his frustration at not being able to examine patients without supervision . We will welcome him back once he has completed his training in the USA .

Please feel free to contact me if you have any questions

Sincerely

Thaddeus Wandel  MD

Program Director