# EXHIBIT 16



**EXHIBIT SHARMA 4**



# NEW YORK MEDICAL COLLEGE

DEPARTMENT OF CELL BIOLOGY AND ANATOMY
BASIC SCIENCES BUILDING
VALHALLA, NEW YORK 10595  TEL 914-594-4025  FAX 914-594-4653

09-14-2016

Chairperson
Residence Selection Committee:

Dear Chairperson,

I am delighted to write this recommendation letter for Amro Ali supporting his application to Ophthalmology residency in your superb program. I have had the privileges to know Amro since he was working at the New York Eye and Ear Infirmary during his uveitis fellowship with Dr. Michael Samson. Amro moved to our department last year from New York University Langone Medical Center.

It is clear from Amro's CV that he has genuine interest and sincere dedication to ophthalmology. When Amro moved to USA, he worked in many institutes where Amro have been highly respected and appreciated by his peer colleagues. These experiences improve his knowledge, communication and analytical skills. It is very clear that throughout his career, Amro allied the highest levels of professionalism with committed support for his colleagues. Amro is extremely productive in envisioning new areas of research and in the design and initiation of original studies. Amro has been an invaluable member of our team and he is highly recommended by all his mentors at New York Eye Ear Infirmary such as Michael Samson, Sanjay Kedhar, and Ronald Gentile and at Casey Eye institute such as James Rosenbaum and Eric Suhler.

Amro is a highly qualified applicant having completed his undergraduate medical tainting and masters degree in ophthalmology and visual science, plus an additional two years of general ophthalmology expedience in Alexandria. He has completed four clinical trainings in US programs including Henry Ford Health Care (neuo-ophthalmology and retinal disease), New York Eye and Ear Infirmary (uveitis), and the Casey Eye Institute of Oregon Health Science University (uveitis, retinal disease). He has completed his internship in general surgery at North Shore University. Amro co-authored a book chapter on CMV retinitis for the Wills Eye institute, and a book chapter concerning diagnostic leads for uveitis in publications of Curbside consultation in uveitis, 49 Questions. He also wrote one of the large reviews about the role on Methotrexate in uveitis in clinical experimental Rheumatology. Along with his publication, Amro has produced eight peer-reviewed articles and four abstracts of high caliber. One his paper has awarded F1000; Patients with retinal vasculitis rarely suffer from systemic vasculitis. (Arthritis Rheum. 2012).

As the director of neuroscience and professor in Ophthalmology and Cell Biology, I worked with Amro closely for the past year and I found Amro represents those qualities highly sought out among academic physicians; excellent clinical diagnostic skills as a result of both extensive training and experience, paired with a kind personality and solid work ethic. During this year, Amro completed and submitted three case reports and one manuscript with our medical students. Amro studied the beneficial effects of intravitreal steroid on the outcome of cataract surgery in uveitis patients. Amro is also working closely with two of our ophthalmology residents on two another projects; one project compares the effect of aqueous drainage devices versus trabeculectomy in the treatment of uveitis glaucoma and the other explores the effect of female sex steroid hormone on the course of uveitis. In addition, Amro submitted a grant proposal to American Society for Metabolic and Bariatric Surgery (AMBS) as the principle investigator and he submitted an application for Institutional review board at New York Medical College for the same project. In This proposal, Amro is interested in studying the effect of bariatric surgery on the course of diabetic retinopathy. Amro is also involved in residents' education curriculum, as he started his lectures series teaching section 9, " Intraocular inflammation and uveitis." from Basic and Clinical Science Course (BSCS).

Amro has the intense dedication and interests along with a warm personality that will make him an excellent resident. He is hard working, creative and diligent in his work and I hope you will strongly consider him as a candidate for your program. I recommend him to your program with full enthusiasm and without any reservation.

Sincerely,

Sansar Sharma
Professor Ophthalmology and cell Biology and Anatomy
New York Medical College

A MEMBER OF THE TOURO COLLEGE AND UNIVERSITY SYSTEM

NYMC/WMC 000152