# EXHIBIT 17


EXHIBIT Ali 5



# NEW YORK MEDICAL COLLEGE
A MEMBER OF THE TOURO COLLEGE AND UNIVERSITY SYSTEM

## School of Medicine
WWW.NYMC.EDU

40 Sunshine Cottage Road, Valhalla, New York 10595  Tel 914-594-4500  Fax 914-594-4565  DDouglas_Miller@nymc.edu

**D. Douglas Miller, M.D. C.M.**
Dean, School of Medicine

April 7, 2016

Amaro Ali, M.D.
110-27 72nd Drive, 2 Fl
Forest Hills, NY 11375

Dear Dr. Ali:

Upon the recommendation of Dr. Raymond F. Wong, Chairman of the Department of Ophthalmology, you have been appointed Instructor of Ophthalmology, effective February 4, 2016. The Board of Trustees of New York Medical College (NYMC) has endorsed this appointment.

Faculty appointments are reviewed on a triennial basis.

As a faculty member of NYMC School of Medicine (SOM), you are expected to familiarize yourself with the terms of this appointment, and expectations regarding your participation in the education of medical students and residents affiliated with NYMC SOM. Information is provided in the NYMC Faculty Handbook, which contains the Faculty Constitution & Bylaws, and describes mechanisms for faculty participation in the NYMC SOM community, as well as information on performance feedback, progress toward promotion and relevant policy and procedures. NYMC SOM also provides many faculty development, advancement and professional services that come with your faculty member designation, which I hope you will take advantage of. Please visit the related sites provided below.

If you have any questions, the NYMC SOM Office of Faculty Affairs would be happy to assist you.

Please accept my best wishes for your continued success.

Sincerely yours,

*D. Douglas Miller*

D. Douglas Miller, M.D., C.M.
Dean, School of Medicine

*NYMC SOM Policies & Procedures*
https://www.nymc.edu/Academics/SchoolOfMedicine/Policies/index.html

*NYMC Office of Faculty Affairs*
https://www.nymc.edu/Academics/SchoolOfMedicine/Faculty/index.html

*NYMC Faculty Handbook*
https://www.nymc.edu/Academics/Faculty/InformationForFaculty/AcademicDevelopmentAndSupport/FacultyHandbook.pdf

DDM:whg

cc: Raymond F. Wong, M.D.
Interim Chairman of Ophthalmology

NYMC/WMC 000077