# EXHIBIT 19

Dear Dr. Hutchinson,
 Before I meet with you tomorrow, I thought it appropriate to let you know and brief you with details of the past two and half year of my tenure at New York Medical College.

~~I would like to present my case to you as~~ I fee~~ll~~lt that I was misled over the last three years by ~~false~~ promises and my application for ophthalmology residency was not treated fairly, for example ~~like~~ AMG ~~by~~ asking me for to pass step 3 exam. Before I could ~~to~~ start PGY2. This and other issues have caused a lot of pain and emotional damage over the last few years.

In order to provide you information regarding ~~Giving little about~~ my background, I finished most of my residency in Ophthalmology, Alexandria university. ~~After~~ Following that I have four clinical fellowships "Post residency clinical fellowship." in various programs in the U.S.(see "attachment 1") ~~Putting in consideration, that all~~ All ophthalmology fellowships were~~are~~ non-accredited except for the retina and oculoplastic fellowship. During these fellowship, I worked with some American graduate who finished their residency ~~in USA~~, such as Nicholas John Butler MD, Assistant Professor of Ophthalmology, Harvard Medical School, Massachusetts Eye and Ear. ~~As We~~we were both trained at the same ~~year~~ time at Casey Eye Institute with Dr. James Rosenbaum, Chair of Dever Eye Institute.

In October,2015. I moved to work for ophthalmology department, NYMC from NYU. I knew from Drs. Sharma and Wandel that department was~~is~~ interested in more research and publications. It was~~is~~ clear from day one that more research work and publications will be rewarded by a residency spot. By that time, I explained to Drs. Sharma and Wandel regarding my situation as I am an international medical graduate who had four clinical fellowship and more than a dozen of publications. During that period, I was also funded from a grant from " the glaucoma foundation" for my work.

~~As I~~ I have known that ophthalmology residency is very competitive and I have to give the department a chance to know more about me and about my research work when~~as~~ the department was on probation. ~~before and one of the reasons is lack of publications.~~ I was very clear about my age, country of origin and USMLE scores. I applied for the ~~first time~~residency program ~~in~~ October 2015 for a PGY2 position~~(,~~ "attachment 2") when I was told that ~~but~~ Dr. Wandel was looking for ~~advanced position,~~ PGY2 position. ~~so~~ I contacted **Jenny Campbell from ACGME** ("attachment 3") and It was clarified ~~it up~~ to the Program Director ~~PD,~~ Dr. Wandel. I spoke to Dr. Wandel and he mentioned that Dr. Bierman director of GME asked only to hire someone ~~a candidate~~ who had already completed PGY1 ~~ophthalmology~~. During all that time, I was encouraged by Drs. Sharma and Wandel to apply and to go ~~through~~ through San Francisco~~sf~~ match again. My understating from this encouragement at that time and ~~help with~~ the ~~their~~ knowledge that my ~~of my~~ USMLE scores and my continued publication~~situation, tha~~ were acceptable for being a candidate (~~t they have no objection so far on my CV~~ "attachment 4")

In ~~December,~~December,2015. I was ~~supported from the department and I have been~~ hired as Full time, clinical instructor, volunteer "non-paid" in the Department of ~~ophthalmology~~ ophthalmology that would allow me to ~~so I can s~~submit ~~my~~ grants and IRB from the department of ophthalmology. "(attachment 5)"

Dr. ~~Wandel~~ Wandel at that time ~~signed~~ signed my application for a limited permit ~~in~~ from NY State Medical Board so that I can apply for clinical privileges ~~through supporting the require documents~~. These clinical privileges will help me to participate in exposing the residents to clinical aspect of uveitis curriculum. "(attachment 6)"

During these period~~time~~, I have worked very hard and publish more than 8 ~~manuscripts~~ scientific papers that were based on my own ideas ~~which~~ that were I started in other programs. It included two chapter in



NYMC/WMC 000331

text book, two IRBs in three years and grant applications submitted for research fundingstrying to get funded. "see (CV attachment 4)". During that time, I worked as an volunteer "non-paid" under the promise that I will get the spot in the residency. This Promise was in the beginning verbal promise and these verbal communications have been told to Dr. Sharma on many occasions that Dr. Wandel will offer me a residency spot in our program based the hard work I accomplisheddid.

In November, 2016, I have been applied to to the SF match and I got my formal interview at NYMC whichith I felt didI did very well especially when I met these attendings physicians later and they showed happinesswere happy with my work work. I believe at that stage Here, Dr. Wandel interfered and mentioned that the residents (**Eric and Adam**) **gave me negative feedback.** I have reasons to believe that " Which this was is not true." I knew from many sources that these residents wereare very supportive of my candidacyto me. Dr. Wandel tried to blame the residents for not ranking me high as he mentioned to me while ago.

According to Dr. Wandel, he thoughts that he mentioned it to me and shard with me that I have to go through the match but I will be a third spot for 2018 outside the match. Even, in post-match, there wasis one unfilled position of two position and for the soame **"imaginary reasons which residents feedback"**, he claimed that he hads to offer the position to a NYMC candidate, Danielle and not me but however, I will be in the same class.

December 2016, a resident Dr. Star White, dropped her position and I washave been offered the position to start as soon I passed step 3 rather than starting in July,2018. This is a clear statement denoting two things, first that I was promised to start on 07/01/2018 and Secondly, it wasis conditioned upon having finishedto have step 3. "(attachment 7)"

This is a formal promise from department that I have been accepted to the position but I have to pass step 3. I asked **Drs. Sharma and Wandel and they mentioned Dr. Bierman will not approve any IMG application before passing step 3 which is not the case for AMG.** I was very concern and I contacted FSMB (Federal State Medical Board) and NY State Medical Board, both of them mentioned that step 3 is for final license and not requirement for starting residency. "(attachment 8)"

According to NYMC/WMC contract, ("attachment 9 page 40)" passing step 3 to start residency is not requirement but we have one has to pass the test by the end of the second year. When I asked that, PD (Program Director, he) mentioned that they only accept American graduate without step 3. ie. thisSuch contract is for only American graduate whereas,but foreigner graduate has to pass step 3 it to before startstarting. Thiswhich is an element of discrimination based on country of origin. ("attachment 7&10")

It is very clear that step 3 is required by IMG and not AMG., Treatingtreating AMG and IMG differently falls under prevention of harassment policy according to ACMGE. ("attachment 11)"

I explained thathist to PD, Dr. Wandel and Dr. Sharma was also was also aware about these discussions. butHowever, Dr. Wandel insists on that and he had stated it clearly that this is the policy even if it contradict with the contract. Dr. Wandel referred this to your as recommendations fromas the director of GME office, Dr.Bierman.

This was beginning of unfair treatment as you cannotdo not differentiate between candidate (American graduate vs foreign graduate) asking for extra requirement to make it harder. I felt that this putis too much pressure on the candidate, and not fair asking for extra requirement especially if one is you are working in unpaid research projects and I have to support my family.

Based on the primary offer and for the acceptance of this position, I completed all given steps at Metropolitan hospital while waiting for step 3 results. I started even to shadow the residents where~~and~~ everyone ~~know~~ assumed that I have been accepted based on the results of step 3. "(attachments 12&13&15)"

Unfortunately, I attempted step 3 in April 2017 and I did not pass on first time as I was having hard time ~~life~~ working free for the department and doing others things to ~~support~~ support the family ~~family, i.e. limited resources of money and time~~. Finally, I passed step 3 in ~~last~~ April 2018. During that year I continued to work very hard and publish my work.

Finally, I found that the promise that I had, has ~~been~~ vanished. It ~~justifying~~was felt by the department that there are doubt about my clinical skills. The prerequisite was passing step 3 but now ~~we are hitting it~~ appears that different avenue have creeped in~~,~~ clinical skills~~,~~ that I am supposed to be learning ~~that~~ during my residency. ~~Otherwise, what is the value of residency training??~~

In July 2017, I contacted Dr. Bierman with three emails ~~to meet with you~~ for a meeting to present my situation ~~that~~ and to understand circumstances around asking me for taking step 3 and why NYMC treat IMG differently from AMG. However I received no reply to my quests.~~No answer for three emails.~~( attachment 16)"

My clinical skills are ~~great~~ appropriate as they are well addressed in the recommendation letters that I provided to the department. I have strong recommendation letters from previous mentors denoting my outstanding clinical skills and bedside manners. I offered them also to contact my previous mentors to verify and check my previous performance. I explained to the Program director~~D~~ in an email that I used to see 60 patients per day and my patients liked me as attested by the ~~also as per~~ recommendation letters, ~~but I found difficulty and bias to convivence them with that~~. "(attachment 1)"

~~Unexpectedly, a position has been created and offered to outside candidate out of blue moon without even posting to give me and other candidate a fair chance which was very awkward. Offering this position without advertisement against NYMC Policy which provide equal chance to everyone. "attachment 14 page 7" Also, Absence of advertisement in the presence of a strong internal candidate who have been accepted and offered the position before and complete all requirement increased my frustration.~~

In June 201~~7~~8, I asked to meet with Dr. Wandel in his office where ~~who~~ he agreed that I was not treated fairly and he promised to work with our chair person, Dr. Hutcheson to resolve the conflict without any clear follow up or outcome. I updated Dr. Sharma about the meeting and I sent a summary email for the meeting denoting Dr. Wandel's promise to create a position especially if the program is accredited for 10 spots ~~according to~~ as per ACGME. "(attachment 17)"


After more than three years working for the NYMC and the Ophthalmology department, I am feeling that I was not treated fairly and I was misled to continue my work for the department without fulfillment of department's ~~commitments or~~ promise to ~~for~~ me. I applied for the first time in 2015 where my application was reviewed and approved. My USMLE scores and age were clear from day one three years ago, ~~and I was expecting if these may constitute any issues, should be discussed to clarify my chances not let me working and running then comment on that,~~
I hope that these chronological attatchment and varied background information serve a positive venue to discuss with you on Friday~~Or give false statement about residents who were welcoming me according to them~~

NYMC/WMC 000333

I am looking forward to start my career and to be rewarded for the work I did ~~for~~to the department and to NYMC and the Ophthalmology department. ~~This problem could destroy my career and scientific life.~~

I am expecting ~~from~~ that the department resolve this issue and fulfillment all their commitments

Looking forward to seeing you on Friday.
Sincerely yours,

NYMC/WMC 000334