# EXHIBIT 20

Junk    Block    ...

> On Jun 29, 2018, at 8:25 PM, Amro Ali <amro.ali9@icloud.com> wrote:
>
> Dearest Dr.Sharma,
> I will,
> Many thanks for your time.
> I am using my iPhone as I was in park,
> We will on it ASAP
> Best Regards,
>
> Amro Ali.MD
>
>> On Jun 29, 2018, at 7:34 PM, Sharma, Sansar <SANSAR_SHARMA@NYMC.EDU> wrote:
>>
>> Amro
>> Please
>> Correct the grammar and pay attention to spelling. It looks bad.
>>
>> Your contents are fine.
>>
>> In the end insist to see her as soon as possible. Please send it tonight.
>>
>> Sansar C Sharma
>> Professor
>> New York Medical College
>>
>> Sent from my ePhone
>>
>> On Jun 29, 2018, at 7:01 PM, Amro Ali <amro.ali9@icloud.com<mailto:amro.ali9@icloud.com>> wrote:
>>
>> Dr.Sharma,
>> I am sorry if previous one was not friendly, I hope you ok with that
>> I deleted all voice mails
>> Best Regards to the family

Block

d edite
and wi

Redacted

**EXHIBIT SHARMA 15**

On Jul 18, 2018, at 4:41 PM, Sharma, Sansar <SANSAR_SHARMA@NYMC.EDU> wrote:

Amro, I have spent last 1.5 hours to make any sense. Please read it over and over again. Please make sure that all attachments are properly referred and NOT OVERLAPING.
Let me soon what do you think about these changes. Call me .before I go home.

---

**From:** Amro Ali [mailto:amro.ali9@icloud.com]
**Sent:** Wednesday, July 18, 2018 12:29 PM
**To:** Sharma, Sansar <SANSAR_SHARMA@NYMC.EDU>
**Subject:** Letter

<< File: Dean.docx >>

<Dean.docx>