# EXHIBIT 21

1

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3   ----------------------------------------X
    AMRO ALI, M.D.,
4
                        PLAINTIFF,
5

6     -against-          Case No.:  19-CV-08324
                         (DLC) (DCF)
7
    WESTCHESTER MEDICAL CENTER and NEW YORK
8   MEDICAL COLLEGE,

9                       DEFENDANTS.
    ----------------------------------------X
10

11                 DATE:  October 21, 2020

12                 TIME:  11:10 A.M

13

14

15          REMOTE DEPOSITION of RAYMOND WONG,

16   taken by the Plaintiff, pursuant to a Notice

17   and to the Federal Rules of Civil Procedure,

18   held via video teleconference, before Diane

19   Buchanan, a Notary Public of the State of New

20   York.

21

22

23

24

25



```
 1

 2    A P P E A R A N C E S:

 3

      ROBERT W. SADOWSKI PLLC
 4    Attorneys for the Plaintiff
           800 Third Avenue
 5         New York, New York 10022
           BY:  ROBERT SADOWSKI, ESQ.
 6

 7

      MEYER SUOZZI ENGLISH & KLEIN, P.C.
 8    Attorneys for the Defendants
           1350 Broadway
 9         New York, New York 10018
           BY:  PAUL MILLUS, ESQ.
10

11

      ALSO PRESENT:  Amro Ali
12                    Emily Bernstein

13                    *       *       *

14

15

16

17

18

19

20

21

22

23

24

25
```



1

2          F E D E R A L   S T I P U L A T I O N S

3

4

5          IT IS HEREBY STIPULATED AND AGREED by and

6     between the counsel for the respective

7     parties herein that the sealing, filing and

8     certification of the within deposition be

9     waived; that the original of the deposition

10    may be signed and sworn to by the witness

11    before anyone authorized to administer an

12    oath, with the same effect as if signed

13    before a Judge of the Court; that an unsigned

14    copy of the deposition may be used with the

15    same force and effect as if signed by the

16    witness, 30 days after service of the

17    original & 1 copy of same upon counsel for

18    the witness.

19

20          IT IS FURTHER STIPULATED AND AGREED

21    that all objections except as to form, are

22    reserved to the time of trial.

23

24              *     *     *     *

25



```
 1                    RAYMOND WONG

 2    R A Y M O N D   W O N G , called as a witness,

 3    having been first duly sworn by a Notary

 4    Public of the State of New York, was examined

 5    and testified as follows:

 6    EXAMINATION BY

 7    MR. SADOWSKI:

 8         Q.   Please state your name for the

 9    record.

10         A.   Raymond Wong.

11         Q.   What is your address?

12         A.   1901 First Avenue, Room 6B22, New

13    York, New York 10020.

14         Q.   Good morning.  My name is Robert

15    Sadowski.  I represent Dr. Amro Ali in an

16    action against New York Medical College and

17    Westchester Medical Center.  I'm going to ask

18    you a series of questions today while you are

19    under oath.

20              Have you ever been deposed before?

21         A.   I think many, many years ago.

22         Q.   Okay.  Let's go through the rules.

23    The most important rule is that you wait

24    until my question is finished before you

25    begin to speak because the court reporter
```



```
 1                    RAYMOND WONG
 2    cannot take down both of us speaking at the
 3    same time.  If you don't understand my
 4    question let me know and I will rephrase it.
 5    Let me know at any time you want to take a
 6    break, we will do that.  I just ask if
 7    there's a question pending that you answer
 8    the question before we take a break.
 9             So Dr. Wong, what is your
10    profession?
11        A.   I'm a physician.
12        Q.   What kind of physician?
13        A.   Ophthalmologist.
14        Q.   And where do you practice
15    ophthalmology?
16        A.   At Metropolitan Hospital.
17        Q.   And do you hold any titles at
18    Metropolitan Hospital?
19        A.   I am the chief of service for the
20    department of ophthalmology.
21        Q.   And what are your duties and
22    responsibilities as chief of service?
23        A.   Well, I'm the patient care and
24    administrative duties for the hospital, the
25    department and also for the residency program
```



```
 1                    RAYMOND WONG
 2   for the residents that rotate through here.
 3        Q.   What are your duties and
 4   responsibilities in connection with the
 5   residency program at Metropolitan?
 6        A.   I'm the local, I guess, program
 7   director for when the residents are here.
 8        Q.   What, if anything, is the
 9   affiliation between Metropolitan New York
10   City Medical College and Westchester Medical
11   Center?
12        A.   We are affiliated with New York
13   Medical College, but not with Westchester
14   Medical Center?
15        Q.   What is the affiliation with New
16   York Medical College?
17        A.   We are part of the ophthalmology
18   residency program.  So the residents there
19   rotate between both sites.
20        Q.   Are there any other residency
21   programs that are New York Medical College?
22        A.   I believe so.  But things have
23   changed quite a bit, so I'm not sure which
24   ones are in recent years, but that had been
25   the traditional model, but things have
```



```
 1                    RAYMOND WONG
 2    changed a bit and I'm not -- I don't
 3    understand all of it.
 4         Q.   Okay.  When did you become chief of
 5    services at Metropolitan?
 6         A.   Say again.
 7         Q.   When did you become chief of
 8    service at Metropolitan?
 9         A.   I believe it's been a while.  1992,
10    I believe.
11         Q.   For some period of time were you
12    associated with New York Medical College?
13         A.   Well, in a sense I've always been
14    associated with the medical college.  I'm not
15    sure what, you know.  So, yes, there's always
16    been an association of one sort or another
17    but, you know, it may have changed a little
18    bit over time.
19         Q.   For some period of time were you
20    acting in a position at New York Medical
21    College and in the ophthalmology department?
22         A.   Yes, for a few years I was the
23    interim chairman of the department.
24         Q.   When did you become, what period of
25    time were you interim chairman?
```



```
 1                RAYMOND WONG
 2       A.   I can't -- I'm not 100 percent sure
 3   of the dates.  I think it was -- I can't say.
 4   Maybe we started in 2015 and it lasted until
 5   Dr. Hutchinson became chair.  I don't know,
 6   maybe 2017 it was about, about two years.  I
 7   can't say I'm sure of the actual dates.  I
 8   can look them up.  It would be something like
 9   that.
10       Q.   Okay.  And then you stopped being
11   interim chairman when Dr. Hutchinson came on
12   board; is that right?
13       A.   Correct.
14       Q.   Were you asked at any point to
15   become the chairman?
16       A.   Yes.
17       Q.   When was that?
18       A.   When I started.  Either 2014 or
19   2015.
20       Q.   And why did you not become the
21   chairman?
22       A.   Well, an interim chair is someone
23   who assumes administrative duties pretty much
24   that's all they do while there is an active
25   search for a permanent chair.
```



1             RAYMOND WONG

2        Q.   I see.  And were you a candidate

3   for the permanent chair?

4        A.   No.  I did not apply.

5        Q.   Did you not apply?

6        A.   Correct.

7        Q.   Why did you not apply?

8        A.   I didn't think I could devote the

9   amount of time that a full-time chairman in

10  Westchester.

11       Q.   Did you ever come to know Dr. Amro

12  Ali?

13       A.   Yes.

14       Q.   When was that?

15       A.   I can't say when the first time

16  was, but it was during that time period

17  maybe 2015, 2016 in that time period.

18       Q.   Okay.  Let me share a document.

19  I'm showing you what has been marked as

20  Exhibit W1 it's an e-mail from Dr. Ali to you

21  cc Randy Hartman.  Who is Randy Hartman?

22       A.   She's my secretary.

23       Q.   How long has she been your

24  secretary?

25       A.   Also been a while.  I think she



1                  RAYMOND WONG

2     started in '94.  I'm thinking.  I'm not

3     100 percent sure.  Somewhere around that

4     time.

5          Q.   Why?  Do you know why Dr. Ali is

6     sending you this e-mail?

7          A.   If I remember correctly I think he

8     approached us to say that he is doing this

9     type of research and whether there was an

10    opportunity, I guess, to pursue this, you

11    know, at the medical college.  I think he

12    e-mailed me because at the time I was interim

13    chair, that would be my guess.

14         Q.   Okay.  Did you follow-up with him

15    on this proposal?

16         A.   What I did was refer him to the

17    researchers at the leadership at the medical

18    college.  We are not able to do this here.

19         Q.   Got you.  Dr. Wong, I'm showing you

20    what has been marked as Sharma W1 and W2.  It

21    is an e-mail, the first e-mail in the chain

22    is from Dr. Ali to you, Dr. Wandel and Dr.

23    Sharma and it appears to be a formal

24    application PGY2 Department of Ophthalmology

25    at New York Medical College.  Do you recall



```
 1                   RAYMOND WONG
 2    receiving this?
 3         A.   Well, I probably did.  But I don't
 4    recall the e-mail specifically.
 5         Q.   Okay.  Do you understand Dr. Ali
 6    was applying for a PGY2 residency program at
 7    New York Medical College?
 8         A.   If I remember correctly, yes, I'm
 9    not -- I don't really remember.  Because most
10    applicants apply through the fellowship, the
11    residency match program.  So I'm not sure how
12    this actually fits into that.
13         Q.   Do you know of residents who join
14    outside the San Francisco match?
15         A.   There were some, if we had
16    unmatched positions, I think.
17         Q.   Okay.  Did there come a time when
18    Dr. Ali became a faculty member at New York
19    Medical College?
20         A.   I believe so.  I believe that was
21    required for him to do the research.
22         Q.   Right.  One could not apply for
23    IRB's or grants unless they were a faculty
24    member, correct?
25         A.   I believe that, that's true, yes.
```



1                     RAYMOND WONG

2          Q.   And did you recommend Dr. Ali to

3    become a faculty member?

4          A.   Yes, I think that because I was

5    interim chair a letter was needed from me but

6    it was based on the requests from I guess the

7    leadership or the staff at Westchester.

8          Q.   Who do you staff at Westchester?

9          A.   It would be Dr. Sharma and Dr.

10   Wandel.  They were saying if he wanted to

11   pursue this he would need to be appointed to

12   a position.

13         Q.   And was he appointed to a faculty

14   position on your recommendation by Dean

15   Miller?

16         A.   Well, the request would have to be

17   made to him, yes.

18         Q.   And you made that request?

19         A.   I made that request, basically they

20   just asked me to do it.

21         Q.   Okay.  And the reason for that

22   request was that there was a need for Dr.

23   Ali's research in the academic institution?

24         A.   Well, in general, the department

25   and the institution I think, I think could



```
1                    RAYMOND WONG
2    request it.  It was Dr. Milo who asked that
3    the department try to pursue more academic
4    endeavors and as far as our department was
5    concerned we were also looking to do that.
6    So, it's, you know, research in general.  We
7    were aware of Dr. Ali's research.  He was the
8    one that contacted us.  But that was a
9    general pursuit by the School of Medicine at
10   that time it was Dr. Miller that request we
11   all respond that the department do that and
12   in our case in our department we were trying
13   to accommodate him.
14        Q.   Dr. Ali was brought on board to
15   fulfill the need for more academic research
16   at the institution, correct?
17        A.   I believe so.  I mean, yes.
18        Q.   Was Dr. Ali paid for his faculty
19   position doing research?
20        A.   I don't know.
21        Q.   Did Dr. Ali perform research in his
22   position?
23        A.   I don't know.  I mean I did not --
24   you know we are located at two different
25   sites, so he spent almost the entire time at
```



```
 1                  RAYMOND WONG
 2   Westchester.  I mean there were no reports to
 3   me, there was no need for reports to me or
 4   anything.  I was totally unaware what was
 5   going on up there.  I got a request to put
 6   him on the faculty, I wouldn't do -- I
 7   wouldn't have normally done that if I wasn't
 8   on the chair.  It was an administrative
 9   function.  Other than that I was not aware
10   what he was doing.
11        Q.   So you performed this
12   administrative function remotely from
13   Metropolitan Hospital?
14        A.   Yes.
15        Q.   How often did you go to New York
16   Medical College?
17        A.   Rarely.
18        Q.   Has Dr. Hutchinson come to
19   Metropolitan since she's been chair at WMC
20   and New York Medical College?
21        A.   Yes.
22        Q.   How often?
23        A.   Probably twice.
24        Q.   Okay.  And over what period of time
25   is that?
```



```
 1                   RAYMOND WONG

 2        A.   Since she became chair.

 3        Q.   Okay.  At some point did you make

 4   some arrangements to have Dr. Ali come to

 5   Metropolitan for some purposes?

 6        A.   Yes, that was, again, a request

 7   made by the medical college at that time.

 8        Q.   Who made that request?

 9        A.   To the best of my recollection, I

10   think it was Dr. Wandel.

11        Q.   And why was Dr. Wandel making that

12   request?

13        A.   If I remember correctly he thought

14   it would be for Dr. Ali to gather information

15   about the program.

16        Q.   About what program?

17        A.   Residency program, I believe.

18        Q.   And why did, if you know, Dr.

19   Wandel want Dr. Ali to garner information

20   about the residency program at Metropolitan?

21        A.   I gather he was interested in the

22   residency program so, you know, the residents

23   spent almost half their time here so it would

24   be important for him to see what that is

25   like.
```



1              RAYMOND WONG

2        Q.   Did you understand that Dr. Ali was

3   joining the residency program?

4        A.   No.

5        Q.   Why would he be told to go to

6   Metropolitan to become familiar with the

7   residency program if he was not joining the

8   residency program?

9        A.   It's like, you know, he may come

10  here and say I hate this place, I don't want

11  to join this program.  It's for him to gather

12  information, you know, if he wants to -- you

13  are looking for a job, you want to go to the

14  place and see what it's like, that's nowadays

15  now everything is remote, but at that time

16  there was no pandemic, you visit the places

17  you are going to join you like it or don't

18  like it.  You have to see it before you make

19  a decision.

20       Q.   Did you garner an understanding

21  whether Dr. Ali liked Metropolitan program?

22       A.   He didn't tell that to me one way

23  or the other.  He just got assigned and he

24  left.

25       Q.   How long was he there?



```
 1                     RAYMOND WONG
 2        A.    I'm not sure, maybe a week.  We
 3   didn't really interact very much.
 4        Q.    With whom did he mostly interact?
 5        A.    I think with the residents at that
 6   time.
 7        Q.    Did you get feedback from the
 8   residents as to Dr. Ali?
 9        A.    Nothing specific, nothing specific.
10   Again it wasn't, you know, I mean they -- I'm
11   not sure what you mean by specific.  He was
12   doing and observing what was going on.  There
13   was no like active, you know, it's really
14   almost like an extended tour of the place,
15   see what the operations were like and make a
16   decision based on that.
17        Q.    Did you receive any feedback from
18   anyone about how Dr. Ali liked the program at
19   Metropolitan?
20        A.    No, actually.
21        Q.    Did anyone at the Metropolitan have
22   an expectation that Dr. Ali was going to be
23   joining the residency program there?
24        A.    No.
25        Q.    There was no expectation that Dr.
```



1                  RAYMOND WONG
2  Ali would be joining the residency program
3  there?
4       A.   I think we just were told that, you
5  know, he's going to come and observe the
6  clinic for a limited time and then I guess
7  make his decision or something.  That's as
8  far as we knew.  We were -- you have to know
9  that that was probably the only time we had
10  interaction.  I don't know how many times he
11  was with us, but he spent 99 plus percent of
12  his time up in Westchester.
13       Q.   And was it Dr. Wandel that told you
14  that Dr. Ali was coming to Metropolitan?
15       A.   Yes, yes. Dr. Wandel I'm pretty
16  sure it was him because he was program
17  director at that time.
18       Q.   Did you ever come to an
19  understanding that Dr. Ali was working for
20  New York Medical College as a faculty member
21  to ultimately receive a residency in
22  ophthalmology?
23       A.   No.
24       Q.   No one ever told you that?
25       A.   No.



1              RAYMOND WONG

2        Q.   Did Dr. Ali ever mention that to

3   you?

4        A.   Well, I guess the e-mails he was

5   interested in the program, but he would apply

6   like everyone else.  That is what I would

7   assume.  If he had a positive experience here

8   I think he's worked at other institutions, so

9   I guess he's trying to find if he has a

10  positive experience at one institution he

11  would then apply like everybody.  That's done

12  routinely at other institutions, New York Eye

13  & Ear you do a pre-residency fellowship, you

14  like the place, you apply.  If you didn't you

15  apply somewhere else.  That's how some

16  applicants do it.

17       Q.   So you have no understanding that

18  Dr. Ali was performing research and in

19  exchange for a residency program at

20  Westchester Medical Center?

21       A.   No.

22       Q.   Do you know if Dr. Ali was paid as

23  a faculty member at New York Medical College?

24       A.   I don't know that at all.

25       Q.   I take it you had no discussions



1              RAYMOND WONG

2    with Dr. Wandel about the arrangements he and

3    Dr. Ali made as he working as a faculty

4    member and obtaining a residency?

5         A.   No.  I mean, yes.  No.

6         Q.   You did not have those discussions?

7         A.   No.

8              MR. MILLUS:  Let's take a

9         five-minute break.

10             (Whereupon, a short recess was

11        taken.)

12        Q.   I put Exhibit W16 on the screen.

13   Dr. Wong, does that bear your signature?

14        A.   Yes, it does.

15        Q.   And this is your request to Dean

16   Miller to bring Dr. Ali on board as a

17   full-time instructor that he's an experienced

18   researcher, he will be submitting IRB

19   proposals and that's in line with the Dean 3

20   initiatives to enhance initiatives at the

21   School of Medicine?

22        A.   Yes.

23        Q.   Do all applicants for the residency

24   program do a week long tour of the

25   Metropolitan facility to see if it's a fit



```
 1                    RAYMOND WONG
 2    for them?
 3         A.   No.
 4         Q.   Okay.  What was different about Dr.
 5    Ali doing this tour?
 6         A.   I'm not sure.  I think that's a
 7    decision that he and Dr. Wandel make.
 8         Q.   Is there a high volume of
 9    ophthalmology patients at Metropolitan?
10         A.   Yes.
11         Q.   Is it a higher volume than
12    Westchester Medical Center?
13         A.   Actually I don't know what their
14    volume is.
15         Q.   Did you have need for experienced
16    residents at Metropolitan?
17         A.   No, I mean we just, we don't expect
18    residents to be experienced.
19         Q.   Okay.  But residents in the
20    ophthalmology, residents in Metropolitan
21    Hospital would have the opportunity to see
22    and do procedures because of the high volume,
23    correct?
24         A.   Yes.
25         Q.   Dr. Wong, I'm showing you what is
```



```
1              RAYMOND WONG

2  marked for identification as Ali 1 and W7,

3  let me just enlarge this.  This is a page

4  from New York Medical College GME policy.

5  Are you familiar with the New York Medical

6  College GME policy from your time as interim

7  director?

8       A.   Not specifics.  The program

9  director is usually the one that is

10 responsible for that, yes.

11      Q.   Do you understand that residents

12 are to take their step 3 of the United States

13 medical licensing exam at the end of their

14 second year of residency?

15      A.   Well, reading this I guess that's

16 what it states.

17      Q.   And there's no different

18 requirement for international medical

19 graduates, correct?

20      A.   That I don't know.

21      Q.   According to this policy it doesn't

22 differentiate between American and

23 international graduates, correct?

24      A.   Yes, I don't see anything in here

25 that says that, yes.
```



```
 1                    RAYMOND WONG
 2        Q.   Do you know if Dr. Ali had finished
 3   his level 3 or step 3 exam at the time he was
 4   at Metropolitan shadowing other residents?
 5        A.   No.
 6        Q.   You are not aware of that?
 7        A.   I don't know that, yes.
 8        Q.   Prior to Dr. Ali was there a
 9   resident in the program by the name of Star
10   White?
11        A.   Yes.
12        Q.   And what happened with resident
13   Star White?
14        A.   She left the program early because
15   of family issues.
16        Q.   Was it the intention that Dr. Ali
17   would fill her position?
18             MR. MILLUS:   Objection as to form.
19        Whose intention?
20             MR. SADOWSKI:   There was an
21        objection.   Let me rephrase the
22        question.
23        Q.   Was it the intention of Dr. Wandel
24   that Dr. Ali would fill Star White's
25   position?
```



1              RAYMOND WONG

2         MR. MILLUS:  Objection as to form,

3     state of mind.  We don't know if you

4     know what Dr. Wandel wanted to do.  You

5     may testify to that.

6     Q.   You can answer, Dr. Wong.

7     A.   Not that I was aware of.

8     Q.   Did you have discussions with

9  anyone as to who would fill Star White's

10  position?

11     A.   Only general discussions.  Dr.

12  Wandel indicated because it was an abrupt

13  departure, that, you know, just what is it,

14  that we needed to do to try to fill it but,

15  you know, that the filling of that position

16  is done by the program director.  We spoke

17  generally we have to find someone.  That's

18  pretty much it.

19     Q.   Now the program director was Dr.

20  Wandel, correct?

21     A.   Yes.

22     Q.   So it's your understanding he would

23  have been the one to fill Star White's

24  vacancy brought about by Star White's

25  leaving?



```
 1                    RAYMOND WONG
 2         A.    Correct.
 3         Q.    When Dr. Ali came to Metropolitan
 4    did you have an understanding this was a step
 5    toward Dr. Ali filling Star White's position?
 6         A.    No, I did not have that
 7    understanding.
 8         Q.    Did you ever acquire that
 9    understanding?
10         A.    No.
11         Q.    Did you ever acquire any
12    understanding why Dr. Ali did not continue
13    working at Metropolitan?
14         A.    Working at Metropolitan?  He only
15    came for that short time for experience.
16         Q.    And do you have an understanding
17    why he didn't continue?
18         A.    You mean after that one week?
19         Q.    Yes.
20         A.    Because he was only supposed to be
21    there for one week.  Is that what you are
22    asking?
23         Q.    Who told you he would be there for
24    one year?
25         A.    I think there was an agreement with
```



```
 1                 RAYMOND WONG
 2   Dr. Wandel, Dr. Ali you come down, shadow for
 3   a week and, it was his research and
 4   everything was up in Westchester.
 5        Q.   Did you ever come to an
 6   understanding that that one week of shadowing
 7   was a step toward his accepting a residency
 8   position where he would do rotation at
 9   Metropolitan?
10        A.   No.
11        Q.   No one discussed that with you?
12        A.   No.
13        Q.   How often is it that residents do
14   -- a potential resident does a one week of
15   shadow rotation before joining the program?
16        A.   So that can be answered in multiple
17   ways.  For instance, medical centers at
18   New York Medical College will routinely do
19   electives there and quite a few of them have
20   been accepted into a program so they do the
21   rotation to see if they like ophthalmology,
22   the program and if they do they go through
23   the MAC program and ultimately wind up as
24   part of our residency program.  There's been
25   quite a few.  There's, I believe, one here
```

```
 1              RAYMOND WONG
 2  now that kind of went through that.  They do
 3  more than a week, sometimes they do a month.
 4       Q.   Do you know whether Dr. Bierman --
 5  are you familiar with Dr. Bierman?
 6       A.   I know who he is, yes.
 7       Q.   Do you know if he has a policy at
 8  Westchester Medical Center that international
 9  medical graduates must pass step 3 before
10  joining their residency program?
11       A.   No.  I'm not aware of that, no.
12       Q.   Are you aware of that kind of
13  policy at any institution?
14       A.   I'm not aware one way or the other
15  whether it's required or not required.  I
16  just don't know.
17       Q.   So you have no information whether
18  or not Dr. Ali was not admitted to the
19  residency program because he had not first
20  passed step 3?
21       A.   No, I didn't know that.  I don't
22  know anything about that.  I wasn't aware of
23  anything related to that.
24       Q.   Other than Mr. Millus, have you
25  spoken to anyone else about preparing for
```



```
 1                   RAYMOND WONG
 2    this deposition?
 3         A.   No.  Well, our -- since the
 4    subpoena was served to our risk management
 5    department, but there were no details
 6    exchanged.  They said you got a subpoena.
 7    They didn't bring it to us, our office.  It
 8    was at the risk management knew about it
 9    first.  We thought Metropolitan had been
10    involved and they said no, its not involved.
11    And they relayed the subpoena to us and
12    Mr. Millus.
13         Q.   So Mr. Millus is representing you
14    at this deposition?
15         A.   I believe so, yes.
16              MR. MILLUS:  Actually, no.  I'm not
17         the attorney for them.  I am the
18         attorney for the defendant in this
19         matter.  I'm not representing him in his
20         capacity as a witness.  He's not my
21         client.
22         Q.   Have you read the complaint that
23    was sent to Ms. Hartman in this case?
24         A.   I did read it.  I can't say I
25    thoroughly read it, but I kind of, you know,
```



```
 1                 RAYMOND WONG
 2   read through it.
 3        Q.   Were you aware of any of the facts
 4   contained in the complaint before you read
 5   it?
 6        A.   No.
 7        Q.   And you have not discussed the
 8   facts of Mr. Ali's complaint with anyone; is
 9   that correct?
10        A.   That's correct.
11           MR. SADOWSKI:  Thank you.  I have
12       no further questions of Dr. Wong.
13           MR. MILLUS:  Okay.  We are done.
14           (Time noted:  12:15 P.M.)
15
16               _____
17                 RAYMOND WONG
18
19   Subscribed and sworn to before me
20   this ___ day of _____, 2020.
21
22   _____
23
24
25
```



```
 1                  RAYMOND WONG
 2             C E R T I F I C A T E
 3    STATE OF NEW YORK     )
 4                          : ss.
 5    COUNTY OF KINGS       )
 6
 7             I, DIANE BUCHANAN, a Notary Public
 8        within and for the State of New York, do
 9        hereby certify:
10             That RAYMOND WONG, the witness
11        whose deposition is hereinbefore set
12        forth, was duly sworn by me and that
13        such deposition is a true record of the
14        testimony given by the witness.
15             I further certify that I am not
16        related to any of the parties to this
17        action by blood or marriage, and that I
18        am in no way interested in the outcome
19        of this matter.
20             IN WITNESS WHEREOF, I have hereunto
21        set my hand this 31st day of October,
22        2020.
23        _____
24                  DIANE BUCHANAN
25
```



```
 1              RAYMOND WONG

 2   -------------- I N D E X -------------------

 3   WITNESS              EXAMINATION BY        PAGE

 4   Raymond Wong      Mr. Sadowski             4

 5

 6

 7   --------- INFORMATION REQUESTS --------------

 8   DIRECTIONS:  None

 9   RULINGS:  None

10   TO BE FURNISHED:  None

11   REQUESTS:  None

12   MOTIONS:  None

13

14   ---------------- EXHIBITS -------------------

15                  (None)

16

17

18

19

20

21

22

23

24

25
```



```
 1              DEPOSITION ERRATA SHEET
 2
 3   Our Assignment No.:  J6115997
 4   Case Caption:  Amro Ali, M.D. vs. Westchester
 5   Medical Center
 6
 7      DECLARATION UNDER PENALTY OF PERJURY
 8
 9           I declare under penalty of perjury
10   that I have read the entire transcript of my
11   Deposition taken in the captioned matter or
12   the same has been read to me, and the same is
13   true and accurate, save and except for
14   changes and/or corrections, if any, as
15   indicated by me on the DEPOSITION ERRATA
16   SHEET hereof, with the understanding that I
17   offer these changes as if still under oath.
18                      _____
19                      Raymond Wong
20   Subscribed and sworn to on the _____ day of
21   _____, 20 _____ before me.
22   _____
23   Notary Public,
24   in and for the State of
25   _____.
```



```
 1            DEPOSITION ERRATA SHEET

 2     Page No.____Line No.____Change to:_____

 3     _____

 4     Reason for change:_____

 5     Page No.____Line No.____Change to:_____

 6     _____

 7     Reason for change:_____

 8     Page No.____Line No.____Change to:_____

 9     _____

10     Reason for change:_____

11     Page No.____Line No.____Change to:_____

12     _____

13     Reason for change:_____

14     Page No.____Line No.____Change to:_____

15     _____

16     Reason for change:_____

17     Page No.____Line No.____Change to:_____

18     _____

19     Reason for change:_____

20     Page No.____Line No.____Change to:_____

21     _____

22     Reason for change:_____

23

24     SIGNATURE:_____DATE:_____

25              Raymond Wong
```



```
1            DEPOSITION ERRATA SHEET
2     Page No._____Line No._____Change to:_____
3     _____
4     Reason for change:_____
5     Page No._____Line No._____Change to:_____
6     _____
7     Reason for change:_____
8     Page No._____Line No._____Change to:_____
9     _____
10    Reason for change:_____
11    Page No._____Line No._____Change to:_____
12    _____
13    Reason for change:_____
14    Page No._____Line No._____Change to:_____
15    _____
16    Reason for change:_____
17    Page No._____Line No._____Change to:_____
18    _____
19    Reason for change:_____
20    Page No._____Line No._____Change to:_____
21    _____
22    Reason for change:_____
23
24    SIGNATURE:_____DATE:_____
25              Raymond Wong
```

