# EXHIBIT 23

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------------X
     AMRO ALI, M.D.,
 4
                         PLAINTIFF,
 5
 6      -against-        Case No.:  19-CV-08324
                              (DLC) (DCF)
 7
     WESTCHESTER MEDICAL CENTER and NEW YORK
 8   MEDICAL COLLEGE,
 9                       DEFENDANTS.
     ------------------------------------------X
10
11              DATE:  October 21, 2020
12              TIME:  12:30 P.M.
13
14
15          REMOTE DEPOSITION of RANDI JOY
16   HARTMAN, taken by the Plaintiff, pursuant to
17   a Notice and to the Federal Rules of Civil
18   Procedure, held via video teleconference,
19   before Diane Buchanan, a Notary Public of the
20   State of New York.
21
22
23
24
25
```



```
 1

 2   A P P E A R A N C E S:

 3

     ROBERT W. SADOWSKI PLLC
 4   Attorneys for the Plaintiff
          800 Third Avenue
 5        New York, New York 10022
          BY:  ROBERT SADOWSKI, ESQ.
 6

 7

     MEYER SUOZZI ENGLISH & KLEIN, P.C.
 8   Attorneys for the Defendants
          1350 Broadway
 9        New York, New York 10018
          BY:  PAUL MILLUS, ESQ.
10

11
     ALSO PRESENT:   Amro Ali
12                   Emily Bernstein

13                *         *         *

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1
 2       F E D E R A L   S T I P U L A T I O N S
 3
 4
 5       IT IS HEREBY STIPULATED AND AGREED by and
 6   between the counsel for the respective
 7   parties herein that the sealing, filing and
 8   certification of the within deposition be
 9   waived; that the original of the deposition
10   may be signed and sworn to by the witness
11   before anyone authorized to administer an
12   oath, with the same effect as if signed
13   before a Judge of the Court; that an unsigned
14   copy of the deposition may be used with the
15   same force and effect as if signed by the
16   witness, 30 days after service of the
17   original & 1 copy of same upon counsel for
18   the witness.
19
20           IT IS FURTHER STIPULATED AND AGREED
21   that all objections except as to form, are
22   reserved to the time of trial.
23
24               *     *     *     *
25
```



```
 1            RANDI JOY HARTMAN
 2   R A N D I   J O Y   H A R T M A N , called as
 3   a witness, having been first duly sworn by a
 4   Notary Public of the State of New York, was
 5   examined and testified as follows:
 6   EXAMINATION BY
 7   MR. SADOWSKI:
 8        Q.   Please state your name for the
 9   record.
10        A.   Randi Joy Hartman.
11        Q.   What is your address?
12        A.   51 White Oak Street, Apartment 1-D,
13   New Rochelle, New York 10801.
14        Q.   Good afternoon, Ms. Hartman, my
15   name is Robert Sadowski.  I represent Dr.
16   Amro Ali in a lawsuit against Westchester
17   Medical Center and New York Medical College.
18   Have you ever been deposed before?
19        A.   No.
20        Q.   So some ground rules.  It's very
21   important that you wait until I finish my
22   question before you begin to answer because
23   the court reporter can only take down one of
24   us speaking at a time.  If you want a break
25   at any time, let us know, I ask if there's a
```



```
 1              RANDI JOY HARTMAN
 2   question pending you answer the question
 3   before we break.  If you don't understand my
 4   question or want me to rephrase it, just let
 5   me know.  From time to time counsel may
 6   object to my question, but you can answer the
 7   question despite the objection.  Do you
 8   understand the instructions I've given you?
 9       A.   Yes.
10       Q.   What, if anything, did you do to
11   prepare for todays deposition?
12       A.   I spoke to our office management
13   department that advised me since it is not a
14   Metropolitan issue, does not involve a
15   Metropolitan employee or patient that they
16   suggested that I contact Westchester County
17   Med, which I did, I spoke to the risk
18   management department which put me in touch
19   with the legal department which but me in
20   touch with Mr. Millus.
21       Q.   Other than Mr. Millus did you talk
22   to anyone before this deposition today?
23       A.   I spoke to Dr. Wandel about it
24   originally.  And he had said he already had
25   been predisposed, but he did not give me any
```



```
 1                RANDI JOY HARTMAN
 2   information.  And he said I would need to
 3   provide deposition.
 4        Q.   Okay.  Did Dr. Wandel contact you
 5   or did you contact him?
 6        A.   I contacted him.
 7        Q.   And why did you contact him?
 8        A.   I was asked by Dr. Wong to contact
 9   Dr. Wandel to get some information, but I was
10   not able to get any information from Dr.
11   Wandel about the case.
12        Q.   Prior to right now did you discuss
13   your testimony with anyone else such as Dr.
14   Wong?
15        A.   We had a conversation with Mr.
16   Millus and Dr. Wong and myself regarding the
17   case last week or the week before.
18        Q.   Okay.  And did you talk to Dr. Wong
19   separately?
20        A.   No, I did not.
21        Q.   You did not have a conversation
22   with him a few minutes ago?
23        A.   Yes, I did, but that was under
24   because I thought the computer was not on as
25   of now and he just told me that you had
```



```
 1                RANDI JOY HARTMAN
 2   needed me in ten minutes.
 3         Q.    Okay.  How long have you and Dr.
 4   Wong worked together?
 5         A.    28 years.
 6         Q.    And what is your position with him?
 7         A.    I'm his secretary and
 8   administrative assistant.
 9         Q.    And do you also hold the title of
10   program coordinator at Metropolitan?
11         A.    Yes, I do.
12         Q.    What program are you the
13   coordinator of?
14         A.    The residency program here at
15   Metropolitan.  If any of the residents that
16   are currently rotated here, if they have
17   issues I help them to resolve it and if I
18   can't I reach out to my counterpart at
19   Westchester County Medicine.
20         Q.    Who is your counterpart at
21   Westchester County?
22         A.    Originally Ms. Valtudi and now Ms.
23   Donna Hemmings.
24         Q.    Your phone number at Metropolitan
25   is it (212) 423-6080?
```



```
 1                  RANDI JOY HARTMAN
 2        A.   That is one of the numbers in my
 3   office.
 4        Q.   Okay.  What is your understanding
 5   who is in charge of the residency program at
 6   New York Medical College?
 7        A.   Right now it was Dr. Wandel and
 8   prior to Dr. Wandel it was Dr. Zeitman.
 9   And also Dr. Kelly Hutchinson.
10        Q.   Okay.  What is the process for a
11   new resident coming into the program at
12   Metropolitan?
13        A.   We are advised by Westchester
14   Department of Ophthalmology the names of the
15   new residents, the ones that are under
16   contract with Metropolitan.  They are given
17   their information, given to our graduate
18   medical education department for getting them
19   on boarding.
20        Q.   Okay.  And are they given medical
21   examinations?
22        A.   Yes.
23        Q.   What other sorts of orientation do
24   new residents undertake?
25        A.   They have orientation with the
```



```
 1                RANDI JOY HARTMAN
 2   hospital regarding the money aspect and
 3   payroll, their benefits, their stuff to do.
 4   They are given computer training.  They are
 5   also given employees help and then they are
 6   orientated to the department about the
 7   workings of the department, how things are
 8   done in the department.
 9        Q.   Okay.  And do they do things like
10   shadow existing residents?
11        A.   At the very beginning they shadow
12   the senior residents to get familiar with our
13   protocols and our procedures.
14        Q.   Okay.  Thank you.  Do all residents
15   in connection with the Westchester Medical
16   Center residency program do any rotation
17   through Metropolitan?
18        A.   Yes.
19        Q.   Do any doctors who are not entering
20   the residency program go through the
21   procedures of medical exam and orientation
22   and shadowing senior residents?
23        A.   No, the only other people that
24   shadow the residents are medical students
25   from New York Medical College.  And I don't
```



```
 1               RANDI JOY HARTMAN
 2   know what the procedure that they have to do
 3   in order to come in.  I'm informed that they
 4   are going to be here rotating through
 5   electives and that's as far as I know.
 6        Q.   Okay.  I'm going to share a
 7   document with you.  Ms. Hartman, I'm showing
 8   you an e-mail chain which starts from Dr. Ali
 9   to Dr. Sharma.  By the way, do you know Dr.
10   Sharma?
11        A.   I just know that he work in
12   Westchester.  I never had any dealings with
13   him.
14        Q.   I see.  The next e-mail up is from
15   Tad Wandel to Dr. Ali and it reads:  Great,
16   arrange with Randi the program coordinator at
17   Met to accelerate your entry.  Her phone
18   number is (212) 423-6080.  The Randi being
19   referred to in this e-mail, that's you, isn't
20   it?
21        A.   I believe so.
22        Q.   And when Dr. Wandel says arrange
23   with Randi the program coordinator at Met to
24   accelerate your entry, did Dr. Ali contact
25   you?
```



```
 1                RANDI JOY HARTMAN
 2         A.   I spoke to him, but at this point I
 3   do not remember our conversation from 2017.
 4         Q.   I see.  Did there come a time when
 5   you did some work with Dr. Ali as program
 6   coordinator at Metropolitan?
 7         A.   All I do remember regarding is that
 8   he was told to contact Dr. Wandel and that I
 9   was notified that he was going to come down
10   strictly to shadow.
11         Q.   And did he take a medical
12   examination?
13         A.   I do not remember right now.  I
14   would have to check with our employees health
15   department to see if that happened.
16         Q.   Okay.  Do you know when Dr. Wandel,
17   the residency program had at New York Medical
18   College told Dr. Ali to contact you to
19   accelerate your entry, do you know what he
20   meant by that?
21         A.   No, I do not.
22         Q.   Okay.  Would that mean accelerate
23   his entry into the residency program?
24         A.   I can't speak for Dr. Wandel
25   because, like I said, the only thing I do
```



```
 1                RANDI JOY HARTMAN
 2    remember is that I was told that he was
 3    coming down to strictly shadow and that was
 4    over three years ago.  So, I don't know what
 5    I did with Dr. Ali on that time.
 6         Q.   Do you know how long Dr. Ali spent
 7    at Metropolitan?
 8         A.   I believe it was a week, possibly
 9    two, but I'm not 100 percent sure.
10         Q.   Do you know why he left after a
11    week or two?
12         A.   I was under the impression that he
13    went back up to Westchester.
14         Q.   Okay.  And do you know why he went
15    back up to Westchester?
16         A.   No, I do not.
17         Q.   Okay.
18              MR. SADOWSKI:  I have no more
19         questions of this witness.
20              MR. MILLUS:  I have none.
21              MR. SADOWSKI:  All right.  We are
22         concluded.
23
24
25
```



```
 1                  RANDI JOY HARTMAN

 2               (Time noted:  12:50 p.m.)

 3

 4

 5                      _____

 6                   RANDI JOY HARTMAN

 7

 8   Subscribed and sworn to before me

 9   this ___ day of _____, 2020.

10

11   _____
```



```
 1              RANDI JOY HARTMAN
 2           C E R T I F I C A T E
 3   STATE OF NEW YORK      )
 4                          : ss.
 5   COUNTY OF KINGS        )
 6
 7           I, DIANE BUCHANAN, a Notary Public
 8      within and for the State of New York, do
 9      hereby certify:
10           That RANDI JOY HARTMAN, the witness
11      whose deposition is hereinbefore set
12      forth, was duly sworn by me and that
13      such deposition is a true record of the
14      testimony given by the witness.
15           I further certify that I am not
16      related to any of the parties to this
17      action by blood or marriage, and that I
18      am in no way interested in the outcome
19      of this matter.
20           IN WITNESS WHEREOF, I have hereunto
21      set my hand this 5th day of November,
22      2020.
23                 _____
24                      DIANE BUCHANAN
25
```



```
 1              RANDI JOY HARTMAN
 2   --------------- I N D E X -------------------
 3   WITNESS              EXAMINATION BY         PAGE
 4   RANDI JOY HARTMAN    MR. SADOWSKI             4
 5
 6   --------- INFORMATION REQUESTS --------------
 7   DIRECTIONS:  None
 8   RULINGS:  None
 9   TO BE FURNISHED:  None
10   REQUESTS:  None
11   MOTIONS:  None
12
13   ---------------- EXHIBITS -------------------
14                  (None)
15
16
17
18
19
20
21
22
23
24
25
```



```
 1        DEPOSITION ERRATA SHEET
 2
 3   Our Assignment No.:  J6115997
 4   Case Caption:  Amro Ali vs. Westchester
 5   Medical Center
 6
 7        DECLARATION UNDER PENALTY OF PERJURY
 8
 9            I declare under penalty of perjury
10   that I have read the entire transcript of my
11   Deposition taken in the captioned matter or
12   the same has been read to me, and the same is
13   true and accurate, save and except for
14   changes and/or corrections, if any, as
15   indicated by me on the DEPOSITION ERRATA
16   SHEET hereof, with the understanding that I
17   offer these changes as if still under oath.
18                         _____
19                         Randi Joy Hartman
20   Subscribed and sworn to on the ____ day of
21   _____, 20 ____ before me.
22   _____
23   Notary Public,
24   in and for the State of
25   _____.
```



```
 1         DEPOSITION ERRATA SHEET
 2   Page No.____Line No.____Change to:_____
 3   _____
 4   Reason for change:_____
 5   Page No.____Line No.____Change to:_____
 6   _____
 7   Reason for change:_____
 8   Page No.____Line No.____Change to:_____
 9   _____
10   Reason for change:_____
11   Page No.____Line No.____Change to:_____
12   _____
13   Reason for change:_____
14   Page No.____Line No.____Change to:_____
15   _____
16   Reason for change:_____
17   Page No.____Line No.____Change to:_____
18   _____
19   Reason for change:_____
20   Page No.____Line No.____Change to:_____
21   _____
22   Reason for change:_____
23
24   SIGNATURE:_____DATE:_____
25              Randi Joy Hartman
```



```
 1         DEPOSITION ERRATA SHEET
 2   Page No._____Line No._____Change to:_____
 3   _____
 4   Reason for change:_____
 5   Page No._____Line No._____Change to:_____
 6   _____
 7   Reason for change:_____
 8   Page No._____Line No._____Change to:_____
 9   _____
10   Reason for change:_____
11   Page No._____Line No._____Change to:_____
12   _____
13   Reason for change:_____
14   Page No._____Line No._____Change to:_____
15   _____
16   Reason for change:_____
17   Page No._____Line No._____Change to:_____
18   _____
19   Reason for change:_____
20   Page No._____Line No._____Change to:_____
21   _____
22   Reason for change:_____
23
24   SIGNATURE:_____DATE:_____
25              Randi Joy Hartman
```

