# EXHIBIT 24


SPRING 2018
Volume 1, Issue 1





Westchester Medical Center and New York Medical College

# Department of Ophthalmology



Kelly Hutcheson, MD MBA
Director and Chair

**Inside this issue:**

| | |
|---|---|
| *Resident Graduation* | 1 |
| *2018-19 New Residents* | 1 |
| *Research Updates* | 2 |
| *Clinical Excellence* | 3 |
| *New Ophthalmologist* | 4 |

**Did you know?**
- Resident's Intro Course is scheduled for July 9-11
- We have a new Residency Program Coordinator. Read more on page 2

## 2018 RESIDENT GRADUATION

The Department of Ophthalmology at New York Medical College is proud to announce the graduation of its senior residents, Dr. Jennifer Yong and Dr. Lauren Doss.

Dr. Yong will be starting an Anterior Segment Fellowship at Massachusetts Eye and Ear Infirmary and Harvard Medical School for Comprehensive training in the management of complex IOL and cataract cases, anterior segment reconstruction, and corneal and refractive disorders.

Dr. Doss will be returning to her home state of California. She will be starting in private practice in Comprehensive Ophthalmology, joining into practice with her father.

Drs. Yong and Doss participated in a surgical outreach humanitarian mission trip as the capstone experience of their training in


Residents working in the Dominican Republic


*Dr. Doss, Dr. Hutcheson and Dr. Yong*

May. We wish them the best of success in their future endeavors.


EXHIBIT ALI 21

## 2018 - 2019 NEW RESIDENTS

The Department of Ophthalmology at New York Medical College welcomes its incoming class of 2021.

**Dr. Daniel Elefant**
Dr. Elefant is a graduate of New York Medical College and has an undergraduate degree in Biology, with honors, from Yeshiva University. His past experience includes working in the laboratory of Dr. Sansar Sharma at NYMC, on axonal guidance mechanisms. He is completing his internship at Westchester Medical Center. His career interest is to work in graduate medical education teaching ophthalmology.

**Dr. Sameer Shweiki**
Dr. Shweiki comes to the

*(Continued on page 2)*

## 2018 - 2019 NEW RESIDENTS CONT.


*Dr. Daniel Elefant*


*Dr. Sameer Shweiki*


*Dr. Scott Sullivan*

department from Hamad Medical Corporation in Doha, Qatar, where he has completed 2 years of Ophthalmology residency training. Prior to that, he completed a surgical internship at Johns Hopkins University in Baltimore. He graduated with honors from medical school in Amman, Jordan at University of Jordan Faculty of Medicine. Dr. Shweiki's career interests are in academic medicine.

**Dr. Scott Sullivan**
Dr. Sullivan is a graduate of LSU Health Science Center School of Medicine. He has an undergraduate degree in biochemistry from the same organization, and has research experience in corneal wound healing. He belongs to many professional associations and has served in leadership roles for the AMA and the Louisiana State Medical Society. He has an interest in healthcare policy and advocacy.

> **MORE NEWS**
>
> **A big welcome to Donna B. Hemmings!**
> Donna is our new Residency Program Coordinator. She comes to NYMC and WMC from the Icahn School of Medicine at Mt. Sinai where she served as the Fellowship Program Coordinator. We are so excited to have Donna on board just in time for the new academic year. When you get a chance, stop by Macy 1044A to introduce yourself.

## Research Updates

The ophthalmic research program is active at New York Medical College. **Dr. Sansar Sharma, PhD**, leads a team of researchers who are engaged in the study of apoptosis, or programmed cell death, in the retina. The research aims to understand the specific steps during apoptosis and to develop strategies to interfere with the death signals that may contribute to the development of glaucoma and other eye disorders. **Dr. Amro Ali**, a fellowship trained ophthalmologist and research scientist, works closely with Dr. Sharma and his group and together they have published extensively in both clinical and translational research areas. Some of the studies include the impact of bariatric surgery on the course of diabetic retinopathy; the effects of isoflurane on retinal pigment epithelial cells; the therapeutic effects of stem cells on optic nerve compression injury; the role of female sex hormones on the course of uveitis; and the role of steroid

> *"In the future, I see the Ophthalmology Department with a core team of full-time Ophthalmologists covering all the subspecialties and a full-time Director of Research. This core group will recruit part-time clinical, research and technical staff to provide tertiary care for patients in the Hudson Valley catchment area of the Westchester Medical Center Healthcare System and beyond"*
>
> ~ **Dr. Tad Wandel, Director of Residents Training**


*Detection of Apoptosing Retinal Cells*

## Clinical Excellence

### YOUNG MAN GETS DREAM JOB AFTER SURGERY



*Dr. Gerald Zaidman*

Dr. Zaidman should be used to the success stories that occur after his surgeries, but they still affect him deeply. One such patient visited Dr. Zaidman for the first time at 17 years old. He had keratoconus and could no longer see well with his contact lenses. His best vision was OD 20/30 and OS 20/150 and was told that he could not become a corrections officer because he didn't meet the vision requirements. Dr. Zaidman did a penetrating keratoplasty (corneal transplant) of the left eye and after a rejection episode it eventually healed.

In 2013, the patient had a photorefractive keratectomy (PRK) to treat his residual refractive error and now has uncorrected visual acuity of 20/40 in his left eye. Later in 2013, Dr. Zaidman also did a penetrating keratoplasty (corneal transplant) of the patient's right eye resulting in uncorrected visual acuity of 20/20 after healing.

With uncorrected/unaided visual acuity of 20/40 and 20/20, the patient was recently accepted into corrections officer training as he now meets the visual requirements for the job. Another very happy ending!



*More celebration pictures*



"It was so nice to be able to mingle with the WMC and MET attendings and staff since we are so rarely in the same room."

## Research Updates, cont.

treatment in cataract surgery in uveitis patients. Another study reported the effect of intraventricular hemorrhage on retinal angiogenesis in preterm neonate in animal's model.

**Dr. Jerry Zaidman's** research was presented at the American Society for Cataract and Refractive Surgery meeting in Washington, DC and at the New York Academy of Ophthalmology meeting in Manhattan.

**Dr. Thaddeus Wandel** is working on the completion of an implantable trans-corneal glaucoma shunt. The department is also active in the area of research into corneal diseases and dry eye. Over 25 publications were produced last year.

Westchester Medical Center
and New York Medical College

100 Woods Road
Valhalla, NY 10595



## Advanced EYE Specialty Services



*We hope you enjoyed our first department newsletter. Please send story ideas, comments and pictures to Michelle Hodge (michelle.hodge@wmchealth.org). The next newsletter will be published at the end of the summer.*

Coming up in the next issue:

    Fall Meeting

    Employee Highlights

## Introducing Dr. Abha Amin



*Dr. Abha Amin*

Dr. Abha Amin is double specialty trained in cornea and glaucoma and will join our team in the fall.

She completed a fellowship in glaucoma at Massachusetts Eye and Ear Infirmary and a fellowship in cornea and refractive surgery at New York Eye and Ear Infirmary. She did a residency in ophthalmology at University of Rochester. Dr. Amin has a long history of mentoring residents and teaching them surgical skills. She has been on the teaching staff at New York Eye and Ear, Manhattan Eye and Ear, and New York Medical College.

Dr. Amin has received many honors and awards and has published book chapters and journal articles on her areas of expertise. Dr. Amin will accept referrals for patients with complex anterior segment pathology and difficult cataract cases.