Robert W. Sadowski
Robert W. Sadowski PLLC
800 3rd Avenue, 28th Floor
New York, New York 10022
Tel. No.: (646) 503-5341
rsadowski@robertwsadowski.com

*Attorneys for Plaintiff Amro Ali, M.D.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMRO ALI, M.D.,

        Plaintiff,

- against -

WESTCHESTER MEDICAL CENTER and
NEW YORK MEDICAL COLLEGE,

        Defendants.

No. 19-cv-08324 (DLC)(DCF)

---

## DECLARATION OF DR. AMRO ALI

1. I, Dr. Amro Ali make the following declaration under penalties of perjury pursuant to 28 U.S.C. § 1746 in opposition to the Defendants' Motion for Summary Judgment:

2. Attached hereto as Exhibit A is a true copy of a text exchange between me and Dr. Eric Rosenberg.

3. Attached hereto as Exhibit B is a true copy of a publicly available reference to scientists who have received National Institute of Health ("NIH") grants, which shows Dr. Sameer Shweiki has not received such a grant.

4. Attached hereto as Exhibit C is a true copy of a publicly available reference to scientists who have received NIH grants, which shows that Dr. Sharma has not received an NIH grant since 2004.

5. Attached hereto as Exhibit D a true copy of the Accreditation Council for Graduate Medica Education ("ACGME") Program Directors' Guide to the Common Program Requirements for Residency.

6. Attached hereto as Exhibit E is a copy of the Westchester Medical Center ("WMC") Accredited as Sponsoring Institution by ACGME, showing that Dr. Frederick Bierman is **not** the Designated Institutional Official for the Ophthalmology Residency Program and has no responsibility or authority for oversight of the ophthalmology residency program to maintain compliance with Institutional, Common and Program specific requirements and conformity of the clinical learning environment with standards of the ACGME.

Executed: November 28, 2020         By: _____
                                         Amro Ali