# EXHIBIT A



.ıl AT&T 5G<sub>E</sub>                    10:44 PM



Maybe: Eric Rosenberg ›

Hi Eric please call me important
Amro

Did you remember if you interview
me when I was interviewed for
residency or star white on
December 6 2016,
were you away in vacation
Caribbean?
Please let me know
Best

Yeah I think I was in Hawaii for your
interview

Sorry just saw

You are sure

Would you please confirm for me

I need to put names of people
interviewed me, my recollection you
was on vacation but I do not want to
make mistake.

iMessage

.ıll AT&T 5G E          10:44 PM

Maybe: Eric Rosenberg ›

You are sure

Would you please confirm for me

I need to put names of people interviewed me, my recollection you was on vacation but I do not want to make mistake.
Would you please confirm and let Me know

Thx

Yeah I have no proof but I know I didn't interview you and I wasn't there for sure. I think I was actually at met doing surgery

No proof needed

Whatever the case I for sure wasn't there

Thanks no proof needs

iMessage