# EXHIBIT B

OER Home Page | grants.nih.gov    NIH Research Portfolio Online Reporting Tools (RePORT)    Search Results - NIH RePORTER - NIH Research Portfolio Online Reporting...

U.S. Department of Health & Human Services    Text Size A A A

NIH Research Portfolio Online Reporting Tools (RePORT)

Search

HOME | ABOUT RePORT | FAQs | GLOSSARY | CONTACT US

QUICK LINKS | RESEARCH | ORGANIZATIONS | WORKFORCE | FUNDING | REPORTS | LINKS & DATA

**Check out the new RePORT and RePORTER tools. Read more on the NIH Open Mike blog!**

Home > RePORTER > Search Results    RePORTER    Login | Register | RePORTER Manual    System Health: GREEN

# Search Results

Back to Query Form    Save Query

***Search in:*** Projects **Admin IC:** All, **Principal Investigator / Project Leader:** Sameer, Al-Shweiki, **Fiscal Year:** Active Projects

**Attention:**

Your search resulted in 0 projects.
To execute same query through all fiscal years, click on **Search All Fiscal Years**. Otherwise, click on **Back to Query Form**.

SEARCH ALL FISCAL YEARS    BACK TO QUERY FORM

Download Readers:

researchgate.net
Sameer Al-Shweiki
Follow
Overview
Research
Experience New
Stats overview
-- Total Research Interest
0 Citations
0 Recommendations
0 Reads
Research
Research overview
View all
0 Research items
0 Projects
0 Questions
0 Answers
Current affiliation
Hamad Medical Corporation
Location
Doha, Qatar
Department
Department of Ophthalmology
Hamad
Network
Following (11)
View all
Kraig S Bower
36.03 · Johns Hopki...
Follow
Shakeel Parakkatt
Hamad Medical Corpor...
Follow
Choul Yong Park
34.3 · Dongguk Univ...
Follow

OP Office of the Professions

**Office of the Professions**

Search OP

RSS | News | Online Services | Professions | State Boards | Enforcement | Corporate Entities | Consumers | Find Answers

## Online Services

### Verifications

- Licensees, by name
- Licensees, by license number
- Permits, by name
- Pharmacy Establishments
- Professional Business Entities (other than pharmacies)
- Help with Searches
- Terms of Use

### Registration Renewal

- Renewal Information

NYSED / OP / Online Services

## Verification Searches

The information furnished at this web site is from the Office of Professions' official database and is updated daily, Monday through Friday. The Office of Professions considers this information to be a secure, primary source for license verification.

Please page back, no more matching name records found for profession.



NEW YORK STATE

Services News Government Local

Department of Health

Individuals/Families Providers/Professionals Health Facilities Search

**Medical Conduct**

Search for a Disciplined Physician

Details, Instructions and Tips on Searching for a Disciplined Physician

Find a Physician's License Number

File a Complaint

Reports, Forms and Publications

Statements and Reference Information

Frequently Asked Questions

Relevant New York State Laws

Contact Us

New York State Physician Profile

Professional Medical Conduct and Physician Discipline Home

You are Here: Home Page > Professional Medical Conduct and Physician Discipline > Find a Physician's License Number

# Find a Physician's License Number

## Using this Section

- Type in the last name and then the first name separated by a space, not a comma.
- When you get the results, the highlighted number next to the name includes a two-digit prefix and then the license number. Do not use the two-digit prefix for search purposes. (e.g.: 60 123456; the license number is 123456).

### Physicians

**Licensee Name:**

**(last name first, separated by a space, not a comma)**

Al-Shweiki Sameer  Search for License Number

### Physician Assistant

**Licensee Name:**

**(last name first, separated by a space, not a comma)**

Search for License Number

A physician assistant may perform medical services, but only when under the supervision of a physician and only when such acts and duties as are assigned to him/her are within the scope of practice of such supervising physician.

Questions or comments: opmc@health.state.ny.us

Revised: July 2017

Department of Health

OP Office of the Professions

**Office of the Professions**

Search OP

RSS | News | Online Services | Professions | State Boards | Enforcement | Corporate Entities | Consumers | Find Answers

## Online Services

### Verifications

- Licensees, by name
- Licensees, by license number
- Permits, by name
- Pharmacy Establishments
- Professional Business Entities (other than pharmacies)
- Help with Searches
- Terms of Use

### Registration Renewal

- Renewal Information

NYSED / OP / Online Services

# Verification Searches

The information furnished at this web site is from the Office of Professions' official database and is updated daily, Monday through Friday. The Office of Professions considers this information to be a secure, primary source for license verification.

Permittee List

**MEDICINE**

Click on permit number link to the left of professional's name for detailed information.

**Permit # Name - City and State**

60 030013-00 AL-TURETHI FARRAH - MOUNT VERNON, NY
60 034737-00 ALA AFTAB - NEW YORK, NY
60 096686-00 ALA VENKATESWARA RAO - LIVERPOOL, NY
60 066628-00 ALABBAS ABBAS - AMHERST, NY
60 002699-00 ALABDULKAREEM HANAN MOHAMMED - REGO PARK, NY

Continue with this list



Laws & Regulations | About OP | Contact | Forms | Site Feedback
University of the State of New York - New York State Education Department
Contact NYSED | Index A - Z | Terms of Use