# EXHIBIT C

U.S. Department of Health & Human Services



Research Portfolio Online Reporting Tools (RePORT)

Search _____

HOME | ABOUT RePORT | FAQs | GLOSSARY | CONTACT US

QUICK LINKS    RESEARCH    ORGANIZATIONS    WORKFORCE    FUNDING    REPORTS    LINKS & DATA

RePORTER    Login | Register | RePORTER Manual    System Health: GREEN

# Search Results

Back to Query Form | Save Query | Share Query

Export _____

PROJECTS

There were **21** results matching your search criteria.
Click on the column header to sort the results

T: Application Type; Act: Activity Code; Project: Admin IC,Serial No.; Year: Support Year/Supplement/Amendment

| T | Act | Project | Year Sub # | Project Title | Contact PI/ Project Leader | Organization | FY | Admin IC | Funding IC | FY Total Cost by IC | Similar Projects |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | R01 | EY011295 | 08 | GLAUCOMA DAMAGE: TROPHIC FACTORS AND GENE THERAPY | SHARMA, SANSAR C | NEW YORK MEDICAL COLLEGE | 2004 | NEI | NEI | $313,000 | |
| 5 | R01 | EY011295 | 07 | GLAUCOMA DAMAGE: TROPHIC FACTORS AND GENE THERAPY | SHARMA, SANSAR C | NEW YORK MEDICAL COLLEGE | 2003 | NEI | NEI | $313,000 | |
| 5 | R01 | EY011295 | 06 | GLAUCOMA DAMAGE: TROPHIC FACTORS AND GENE THERAPY | SHARMA, SANSAR C | NEW YORK MEDICAL COLLEGE | 2002 | NEI | NEI | $313,000 | |
| 2 | R01 | EY011295 | 05A2 | GLAUCOMA DAMAGE: TROPHIC FACTORS AND GENE THERAPY | SHARMA, SANSAR C | NEW YORK MEDICAL COLLEGE | 2001 | NEI | NEI | $333,311 | |
| 5 | U10 | EY010427 | 07 | OCULAR HYPERTENSION TREATMENT STUDY (OHTS) | LIEBMANN, JEFFREY M | NEW YORK MEDICAL COLLEGE | 2000 | NEI | NEI | $129,078 | |
| 5 | R01 | EY011295 | 04 | GLAUCOMA DAMAGE--TROPHIC FACTORS AND GENE THERAPY | SHARMA, SANSAR C | NEW YORK MEDICAL COLLEGE | 1999 | NEI | NEI | $249,156 | |
| 5 | U10 | EY009142 | 07 | COLLABORATIVE INITIAL GLAUCOMA TREATMENT STUDY | RITCH, ROBERT H | NEW YORK MEDICAL COLLEGE | 1999 | NEI | NEI | $76,796 | |
| 5 | U10 | EY010427 | 06 | OCULAR HYPERTENSION TREATMENT STUDY (OHTS) | LIEBMANN, JEFFREY M | NEW YORK MEDICAL COLLEGE | 1999 | NEI | NEI | $127,345 | |
| 5 | R01 | EY011295 | 03 | GLAUCOMA DAMAGE--TROPHIC FACTORS AND GENE THERAPY | SHARMA, SANSAR C | NEW YORK MEDICAL COLLEGE | 1998 | NEI | NEI | $239,575 | |
| 5 | U10 | EY009142 | 06 | COLLABORATIVE INITIAL GLAUCOMA TREATMENT STUDY | RITCH, ROBERT H | NEW YORK MEDICAL COLLEGE | 1998 | NEI | NEI | $95,110 | |
| 5 | U10 | EY010427 | 05 | OCULAR HYPERTENSION TREATMENT STUDY (OHTS) | LIEBMANN, JEFFREY M | NEW YORK MEDICAL COLLEGE | 1998 | NEI | NEI | $132,616 | |
| 5 | R01 | EY011295 | 02 | GLAUCOMA DAMAGE--TROPHIC FACTORS AND GENE THERAPY | SHARMA, SANSAR C | NEW YORK MEDICAL COLLEGE | 1997 | NEI | NEI | $230,362 | |
| 5 | U10 | EY009142 | 05 | COLLABORATIVE INITIAL GLAUCOMA TREATMENT STUDY | RITCH, ROBERT H | NEW YORK MEDICAL COLLEGE | 1997 | NEI | NEI | $91,448 | |
| 5 | U10 | EY010427 | 04 | OCULAR HYPERTENSION TREATMENT STUDY (OHTS) | LIEBMANN, JEFFREY M | NEW YORK MEDICAL COLLEGE | 1997 | NEI | NEI | $117,453 | |
| 1 | R01 | EY011295 | 01 | GLAUCOMA DAMAGE--TROPHIC FACTORS AND GENE THERAPY | SHARMA, SANSAR C | NEW YORK MEDICAL COLLEGE | 1996 | NEI | NEI | $236,402 | |
| 5 | U10 | EY009142 | 04 | COLLABORATIVE INITIAL GLAUCOMA TREATMENT STUDY | RITCH, ROBERT H | NEW YORK MEDICAL COLLEGE | 1996 | NEI | NEI | $101,001 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | 5 U10 EY010427 03 | OCULAR HYPERTENSION TREATMENT STUDY (OHTS) | LIEBMANN, JEFFREY M | NEW YORK MEDICAL COLLEGE | 1996 | NEI | NEI | $106,391 |
| ☐ | 5 U10 EY009142 03 | COLLABORATIVE INITIAL GLAUCOMA TREATMENT STUDY | RITCH, ROBERT H | NEW YORK MEDICAL COLLEGE | 1995 | NEI | NEI | $109,862 |
| ☐ | 5 U10 EY010427 02 | OCULAR HYPERTENSION TREATMENT STUDY (OHTS) | LIEBMANN, JEFFREY M | NEW YORK MEDICAL COLLEGE | 1995 | NEI | NEI | $117,114 |
| ☐ | 1 U10 EY010427 01 | OCULAR HYPERTENSION TREATMENT STUDY (OHTS) | LIEBMANN, JEFFREY M | NEW YORK MEDICAL COLLEGE | 1994 | NEI | NEI | $161,476 |
| ☐ | 5 U10 EY009142 02 | COLLABORATIVE INITIAL GLAUCOMA TREATMENT STUDY | RITCH, ROBERT H | NEW YORK MEDICAL COLLEGE | 1994 | NEI | NEI | $143,075 |

Download Readers:

https://exporter.nih.gov/

RePORTER1N