# EXHIBIT E

**WMC Health | Westchester Medical Center**
Westchester Medical Center Health Network

# Westchester Medical Center Accredited as Sponsoring Institution by Accreditation Council for Graduate Medical Education (ACGME)

## Transition Overview and Frequently Asked Questions:

### GME Overview

- In alignment with our mission to provide the highest quality care to communities of the Hudson Valley, Westchester Medical Center - in academic affiliation with New York Medical College - is committed to the highest standard of graduate medical education. Through our graduate medical education residency and fellowship programs, we are advancing research and education while preparing the next generation of physicians.

- Our primary mission is to continue be our region's premier academic medical center and leading provider of healthcare, and will do so by realizing opportunities that enhance the clinical learning environment of Westchester Medical Center, the flagship of the Westchester Medical Center Health Network (WMCHealth). As an ACGME accredited Sponsoring Institution aligned in an enduring academic affiliation with New York Medical College, Westchester Medical Center is committed to innovation in graduate medical education and improving access to care for the communities it serves.

### Transition in GME Sponsorship

- **Westchester Medical Center legacy of providing Graduate Medical Education (GME).**
    - For decades, we have partnered with New York Medical College as a tertiary care clinical learning environment for Graduate and Undergraduate Medical Education.

- **Our vision: to remain the premier academic medical center in our region.**
    - By continually seeking opportunities to advance medical education and enhance the clinical learning environment at Westchester Medical Center and WMCHealth.
    - By educating the next generation of caregivers as an ACGME accredited Institutional Sponsor of GME committed, to scholastic, clinical and research innovation in affiliation with New York Medical College.

- **Transition process**

    - Westchester Medical Center has been providing advanced care to the Hudson Valley since 1917. Combined with New York Medical College's nearly 160 years of educating medical students, Westchester Medical Center's sponsorship of 30 ACGME accredited residency and fellowship programs will build upon our history of collaboration to advance a contemporary, agile academic partnership that promotes innovation in graduate and undergraduate medical education.

    - **Effective July 1, 2018, 30 ACGME accredited Residency and Fellowship programs will transfer sponsorship from New York Medical College to Westchester Medical Center.**

    - With GME programs under our direct sponsorship, Westchester Medical Center will build upon its affiliation and education collaboration with New York Medical College to align the training of the next generation of physicians with the expectations of the communities we serve and contemporary health care delivery systems.

## Frequently Asked Questions

### Q. What is being announced?

A. Westchester Medical Center announced that it has been accredited as a Sponsoring Institution (January 2018) by the Accreditation Council for Graduate Medical Education (ACGME). Effective July 1, 2018, 30 ACGME-accredited residency and fellowship programs will transfer sponsorship from New York Medical College to Westchester Medical Center.



### Q. What is the role of the Accreditation Council for Graduate Medical Education (ACGME) specialty (residency) and subspecialty (fellowship) programs?

A. The ACGME was established in 1981 and directed by the federal government's Centers for Medicare and Medicaid Services (Department of Health and Human Services) to set standards, render accreditation and monitor compliance of graduate medical education programs in teaching hospitals. As a longstanding teaching hospital, Westchester Medical Center is recognized by the ACGME as providing a clinical learning environment in which specialty (residency) and subspecialty (fellowship) training occurs.

### Q. What is an ACGME-accredited Sponsoring Institution?

When a teaching hospital is accredited as an ACGME Sponsoring Institution, it is charged with direct oversight, authority and performance of its ACGME-accredited graduate medical education training programs. With this transition in sponsorship and recognition as an ACGME-accredited Sponsoring Institution, Westchester Medical Center will incorporate the legacy of academic collaboration with New York Medical College into its strategy for health care delivery as a regional health network.

### Q. Why is this happening?

A. Accreditation as a Sponsoring Institution aligns Westchester Medical Center's longstanding administrative, workforce and financial support of Graduate Medical Education with its role and responsibilities as a regional health care delivery network The transition in Sponsorship of 30 specialty and subspecialty training programs permits Westchester Medical Center to meet the demands and expectations of unique clinical learning environments across the expanse of our regional health care delivery network.

### Q. How is this different from our previous affiliation? What will change?

A. As the Sponsoring Institution, Westchester Medical Center will be fully responsible for administrative oversight of all aspects of GME programs sited at the Valhalla campus. Westchester Medical Center sponsorship will preserve the legacy of its academic affiliation with New York Medical College as well as the engagement of the School of Medicine's faculty in the clinical learning environment of residents, fellows and medical students.

**Q. Who is responsible for overseeing Westchester Medical Center's GME programs?**

**A.** The Board of Directors of the Westchester County Health Care Corporation and the President and CEO of Westchester Medical Center are designated by the ACGME as the Governing Body with authority and responsibility over the Sponsoring Institution.

Fredrick Z. Bierman, MD, is the Sponsoring Institution's Designated Institutional Official (DIO) responsible for oversight and administration of Westchester Medical Center's ACGME-accredited specialty and subspecialty training programs. Dr. Bierman and the Westchester Medical Center's Graduate Medical Education Committee maintain Sponsoring Institution compliance with Institutional, Common and program specific requirements and conformity of the clinical learning environment with standards of the ACGME.

**Q. What Residency and Fellowship programs will transfer sponsorship to Westchester Medical Center Graduate Medical Education?**

**A.** The residency and fellowship programs that will transfer sponsorship to Westchester Medical Center include:

Anesthesiology
Internal Medicine
Cardiovascular Disease
Interventional Cardiology
Clinical Cardiac Electrophysiology
Advanced Heart Failure and Transplant Cardiology
Pulmonary Disease and Critical Care Medicine
Endocrinology, Diabetes and Metabolism
Gastroenterology
Hematology and Medical Oncology
Infectious Disease
Nephrology
Rheumatology
Neurology
Vascular Neurology
Neurological Surgery
Orthopedic Surgery
Pathology-Anatomic and Clinical
Pediatrics
Neonatal-Perinatal Medicine
Pediatric Gastroenterology
Pediatric Hematology/Oncology
Pediatric Pulmonology
Psychiatry
Child and Adolescent Psychiatry
Psychosomatic Medicine
Radiology-Diagnostic
Surgery
Surgical Critical Care
Urology

**Q. How can I learn more about Westchester Medical Center's GME?**

**A:** For more information about Westchester Medical Center Graduate Medical Education in affiliation with New York Medical College and the full suite of programs offered, please visit https://www.westchestermedicalcenter.com/gme or contact the Office of Graduate Medical Education at (914) 493-6814.