UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
AMRO ALI, M.D.,

              Plaintiff,

v.

WESTCHESTER MEDICAL CENTER
and NEW YORK MEDICAL COLLEGE,

              Defendants.
------------------------------------------ X

Civil Action No. 19-CV-8324-DLC-DCF

**REPLY DECLARATION OF PAUL F. MILLUS IN FURTHER SUPPORT OF DEFENDANTS' MOTION <u>FOR SUMMARY JUDGMENT</u>**

PAUL F. MILLUS, declares the following pursuant to 28 U.S.C. § 1746:

1. I am a Member of Meyer, Suozzi, English & Klein, P.C, attorneys for the defendants in the above-referenced action, and, as such, I am fully familiar with the facts and circumstances set forth herein.

2. I submit this Reply Declaration in further support of the motion for summary judgment of Defendants Westchester Medical Center and New York Medical College.

3. Annexed hereto as "Exhibit A" is a true and correct copy of the United States Medical Licensing Examination ("USMLE") Step 1 Score Report of Dr. Sameer Awni Al-Shweiki ("Dr. Al-Shweiki").

4. Annexed hereto as "Exhibit B" is a true and correct copy of the USMLE Step 2 Score Report of Dr. Al-Shweiki.

5. Annexed hereto as "Exhibit C" is a true and correct copy of the USMLE Step 3 Score Report of Dr. Al-Shweiki.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    Garden City, New York
            December 23, 2020

                                                  *s/ Paul F. Millus*
                                                  PAUL F. MILLUS

4479561