

# UNITED STATES MEDICAL LICENSING EXAMINATION ®

## STEP 1 SCORE REPORT

This score report is provided for the use of the examinee.
Third party users of USMLE information are advised to rely solely on official USMLE transcripts.

**AL-Shweiki, Sameer Awni**

**USMLE ID:   0-832-456-8**                                                                 **Test Date:   March 20, 2013**

The USMLE is a single examination program consisting of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. Step 1 is designed to assess whether an examinee understands and can apply important concepts of the sciences basic to the practice of medicine, with special emphasis on principles and mechanisms underlying health, disease, and modes of therapy. The inclusion of Step 1 in the USMLE sequence is intended to ensure mastery of not only the sciences underlying the safe and competent practice of medicine in the present, but also the scientific principles required for maintenance of competence through lifelong learning. Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. This score§ represents your result for the administration of Step 1 on the test date shown above.

| | |
|---|---|
| **PASS** | This result is based on the minimum passing score recommended by USMLE for Step 1. Individual licensing authorities may accept the USMLE-recommended pass/fail result or may establish a different passing score for their own jurisdictions. |

| | |
|---|---|
| **250** | This score is determined by your overall performance on Step 1. For recent administrations, the mean and standard deviation for first-time examinees from U.S. and Canadian medical schools are approximately 224 and 22, respectively, with most scores falling between 140 and 260. A score of 188 is set by USMLE to pass Step 1. The standard error of measurement (SEM)‡ for this scale is six points. |

§Effective April 1, 2013, test results are reported on a three-digit scale only. Test results reported as passing represent an exam score of 75 or higher on a two-digit scoring scale.

‡Your score is influenced both by your general understanding of the basic biomedical sciences and the specific set of items selected for this Step 1 examination. The Standard Error of Measurement (SEM) provides an index of the variation in scores that would be expected to occur if an examinee were tested repeatedly using different sets of items covering similar content.

**INFORMATION PROVIDED FOR EXAMINEE USE ONLY**

The Performance Profile below is provided solely for the benefit of the examinee.
These profiles are developed as self-assessment tools for examinees only and will not be reported or verified to any third party.

## USMLE STEP 1 PERFORMANCE PROFILE

|  | Lower Performance | Borderline Performance | Higher Performance |
|---|---|---|---|
| **DISCIPLINE** | | | |
| Behavioral Sciences | | | xxxxxxxxxxxxxxxxxxxxxx |
| Biochemistry | | | xxxxxxxxxxxxxxx |
| Genetics | | | xxxxxxxxxxxxxxxxxx* |
| Gross Anatomy & Embryology | | | xxxxxxxxxxxxx* |
| Histology & Cell Biology | | | xxxxxxxxxxxxxxx* |
| Microbiology & Immunology | | | xxxxxxxxx* |
| Nutrition | | xxxxxxxxxxxxxxxxxxxxxxxxx | |
| Pathology | | | xxxxxxxxxxxx |
| Pharmacology | | | xxxxxxxxxxx* |
| Physiology | | | xxxxxxxxxxxxxx |
| **ORGAN SYSTEM** | | | |
| Cardiovascular System | | | xxxxxxxxxxxxxxxxxxxxx |
| Gastrointestinal System | | | xxxxxxxxxxxxxxxxxx* |
| General Principles of Health & Disease | | | xxxxxxxxxxxx |
| Hematopoietic & Lymphoreticular Systems | | | xxxxxxxxxxxxxxxxxxxx* |
| Immune System | | | xxxxxxxxxxxxxxxxxx* |
| Musculoskeletal, Skin & Connective Tissue | | | xxxxxxxxxxxxxxxxxxxxx |
| Nervous System/Special Senses | | | xxxxxxxxxxxxxx* |
| Renal/Urinary System | | | xxxxxxxxxxxxxxx* |
| Reproductive & Endocrine Systems | | | xxxxxxxxxxxxxx* |
| Respiratory System | | | xxxxxxxxxxxxxx* |

The above Performance Profile is provided to aid in self-assessment. The shaded area defines a borderline level of performance for each content area; borderline performance is comparable to a HIGH FAIL/LOW PASS on the total test.

Performance bands indicate areas of relative strength and weakness. Some bands are wider than others. The width of a performance band reflects the precision of measurement: narrower bands indicate greater precision. The band width for a given content area is the same for all examinees. An asterisk indicates that your performance band extends beyond the displayed portion of the scale. Small differences in the location of bands should not be over-interpreted. If two bands overlap, performance in the associated areas should be interpreted as similar. Because Step 1 is designed to be integrative, many items contribute to more than one content area. As a consequence, caution should be used when interpreting differences in performance across content areas.

**This profile should not be compared to those from other Step 1 administrations.**

Additional information concerning the topics covered in each content area can be found in the *USMLE Step 1 Content Description and Sample Test Materials*.