

# UNITED STATES MEDICAL LICENSING EXAMINATION ®

## STEP 3 SCORE REPORT

This score report is provided for the use of the examinee.
Third-party users of USMLE information are advised to rely solely on official USMLE transcripts.

**Al-Shweiki, Sameer Awni**

**USMLE ID:**   0-832-456-8                                         **Test Date:**   January 15, 2014

The USMLE is a single examination program consisting of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care.  Step 3 is designed to assess whether an examinee possesses the medical knowledge and understanding of biomedical and clinical science essential for the unsupervised practice of medicine, with emphasis on patient management in ambulatory settings.  The inclusion of Step 3 in the USMLE sequence is intended to provide a final assessment of physicians assuming independent responsibility for delivering general medical care. Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. This score§ represents your result for the administration of Step 3 on the test date shown above.

| **PASS** | This result is based on the minimum passing score recommended by USMLE for Step 3. Individual licensing authorities may accept the USMLE-recommended pass/fail result or may establish a different passing score for their own jurisdictions. |
|---|---|

| **241** | This score is determined by your overall performance on Step 3. For recent administrations, the mean and standard deviation for first-time examinees from U.S. and Canadian medical schools are approximately 221 and 17, respectively, with most scores falling between 140 and 260. A score  of  190 is recommended by USMLE to pass Step 3. The standard error of measurement (SEM)‡ for this scale is approximately six points. |
|---|---|

§Effective April 1, 2013, test results are reported on a three-digit scale only. Test results reported as passing represent an exam score of 75 or higher on a two-digit scoring scale.

‡Your score is influenced both by your general understanding of clinical medicine and by the specific set of items selected for this Step 3 examination.  The Standard Error of Measurement (SEM) provides an index of the variation in scores that would be expected to occur if an examinee were tested repeatedly using different sets of items covering similar content.

**INFORMATION PROVIDED FOR EXAMINEE USE ONLY**

The Performance Profile below is provided solely for the benefit of the examinee.

These profiles are developed as assessment tools for examinees only and will not be reported or verified to any third party.

**USMLE STEP 3 PERFORMANCE PROFILE**

| | Lower Performance | Borderline Performance | Higher Performance |
|---|---|---|---|
| ***CLINICAL ENCOUNTERS*** | | | |
| **Initial Work-ups** | | | xxxxxxxxxxxx |
| **Continuing Care** | | | xxxxxxxxxxxx |
| **Urgent Care** | | | xxxxxxxxxxxxxx |
| ***PHYSICIAN TASKS*** | | | |
| **History/Physical/Diagnostic Studies** | | | xxxxxxxxxxxxxx |
| **Diagnosis/Prognosis** | | | xxxxxxxxxxxxxxxx |
| **Health Maintenance/Systems/Legal & Ethical** | | xxxxxxxxxxxxxxxxxx | |
| **Clinical Intervention** | | | xxxxxxxxxxxxx |
| **Clinical Therapeutics** | | | xxxxxxxxxxxxxxxx |
| **Applying Scientific Concepts** | | | xxxxxxxxxxxxxxxxx |
| ***CLINICAL SETTINGS*** | | | |
| **Office/Health Center** | | | xxxxxxxxxx |
| **In-patient Facilities** | | | xxxxxxxxxxxxxxx |
| **Emergency Department** | | | xxxxxxxxxxxxxx |
| ***DISORDERS BY ORGAN SYSTEM*** | | | |
| **Nervous System & Special Senses** | | | xxxxxxxxxxxxxxxx |
| **Cardiovascular** | | | xxxxxxxxxxxxxxx |
| **Neoplasms & Blood** | | | xxxxxxxxxxxxxxxxxx |
| **Respiratory** | | | xxxxxxxxxxxxxxxxx |
| **Nutritional, Digestive & Endocrine** | | | xxxxxxxxxxxxxxx |
| **Behavioral/Emotional** | | xxxxxxxxxxxxxxx | |
| **Musculoskeletal & Skin/Subcutaneous** | | | xxxxxxxxxxxxxxx |
| **Female Reproductive** | | | xxxxxxxxxxxxxx |
| **Renal, Urinary & Male Reproductive** | | xxxxxxxxxxxxxxxxxxx | |
| **Infectious & Immune** | | | xxxxxxxxxxxxxxx |
| ***PATIENT AGE*** | | | |
| **Neonatal/Preschool (Birth-5 yrs)** | | | xxxxxxxxxxxxxxx |
| **School-age/Adolescent (6-17 yrs)** | | xxxxxxxxxxxxxxx | |
| **Young Adult/Middle-aged Adult (18-54 yrs)** | | | xxxxxxxxxxx |
| **Older Adult (55-74 yrs)** | | | xxxxxxxxxxxx |
| **Elderly (Older than 74 yrs)** | | xxxxxxxxxxxxxxx | |
| | | | |
| **COMPUTER-BASED CASE SIMULATIONS** | | | xxxxxxxxxxxxx* |

The above Performance Profile is provided to aid in self-assessment.  The shaded area defines a borderline level of performance for each content area; borderline performance is comparable to HIGH FAIL / LOW PASS on the total test.

Performance bands indicate areas of relative strength and weakness.  Some bands are wider than others.  The width of a performance band reflects the precision of measurement: narrower bands indicate greater precision.  The band width for a given content area is the same for all examinees.  An asterisk indicates that your performance band extends beyond the displayed portion of the scale.  Small differences in the location of bands should not be over interpreted.  If two bands overlap, the performance in the associated areas should be interpreted as similar.

Descriptions of the topics covered in these content areas can be found in the informational materials for USMLE  Step 3.  Performance on the Computer-based Case Simulation portion of Step 3 is reflected in the last profile. All other profiles are based upon performance in the multiple-choice question sections.