UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 AMRO ALI, M.D.,                         :
                         Plaintiff,      :         19cv8324 (DLC)
                                         :
         -v-                             :         ORDER
                                         :
 WESTCHESTER MEDICAL CENTER and NEW      :
 YORK MEDICAL COLLEGE,                   :
                                         :
                         Defendants.     :
                                         :
----------------------------------------X

DENISE COTE, District Judge:

    On February 23, 2021, counsel for the plaintiff submitted a
letter pursuant to Rule 4.G. of the Court's Individual Practices
in Civil Cases, noting that a motion has been fully submitted
for sixty days.  The parties are hereby advised that the Court
is aware of the fully submitted motion, and will decide it as
expeditiously as possible.


Dated:    New York, New York
          February 24, 2021


                         _____
                              DENISE COTE
                         United States District Judge