# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

AMRO ALI, M.D.,

                Plaintiff,                19 **CIVIL** 8324 (DLC)

      -against-                    **JUDGMENT**

WESTCHESTER MEDICAL CENTER and NEW YORK MEDICAL COLLEGE,

                Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March, 2021, The defendants' October 30, 2020 motion for summary judgment is granted, judgment is entered for defendants, and the case is closed.

**Dated:** New York, New York
         March 17, 2021

                                                  **RUBY J. KRAJICK**

                                                   **Clerk of Court**

                                 **BY:**

                                                   **Deputy Clerk**