Robert W. Sadowski
Robert W. Sadowski PLLC
800 3rd Avenue, 28th Floor
New York, New York 10022
Tel. No.: (646) 503-5341
rsadowski@robertwsadowski.com
*Attorneys for Plaintiff Amro Ali, M.D.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMRO ALI, M.D.,

        Plaintiff,

- against -

WESTCHESTER MEDICAL CENTER and
NEW YORK MEDICAL COLLEGE,

        Defendants.

No. 19-cv-08324 (DLC)(DCF)

---

**NOTICE OF MOTION FOR RECONSIDERATION UNDER FED. R. CIV. P. 59 AND LOCAL CIVIL RULE 6.3**

**PLEASE TAKE NOTICE** that, upon the accompanying Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Reconsideration under Fed. R. Civ. P 59(e) and Local Civil Rule 6.3, and all other proceedings and papers contained in the record, Counsel for Plaintiff hereby moves, at return date and time to be determined by the Court, for and order (1) vacating its Opinion and Order dated and filed on March 17, 2021, and (2) denying Defendants' Motion for Summary Judgment, and (3) granting such other and further relief as this Court deems just and proper.

New York, New York
March 30, 2012

                          ROBERT W. SADOWSKI PLLC

                          *Attorneys for Plaintiff Amro Ali, M.D.*

By: /s Robert W. Sadowski
     Robert W. Sadowski
     800 Third Avenue, 28th Floor
     New York, New York 10022
     Tel. No.: (646) 503-5341
     rsadowski@robertwsadowski.com