UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMRO ALI, M.D.,

            Plaintiff,

- against -

WESTCHESTER MEDICAL CENTER and
NEW YORK MEDICAL COLLEGE,

           Defendants.

No. 19-cv-08324 (DLC)(DCF)

---

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Amro Ali, M.D., hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order dated and entered March 17, 2021 (Document No. 50) granting Defendants Westchester Medical Center and New York Medical College summary judgment; from the Memorandum and Order denying Plaintiff's Motion for Reargument and Reconsideration under Fed. R. Civ. P. 59(e) and Local Civil Rule 6.3 dated and entered on April 2, 2021 (Document No. 54).

Dated: April 5, 2021

                                            ROBERT W. SADOWSKI PLLC

                                            By: /s  Robert W. Sadowski
                                                 800 3rd Avenue, 28th Floor
                                                 New York, New York 10022
                                                 Tel. No.: (646) 503-5341
                                                 rsadowski@robertwsadowski.com

                                                 *Attorneys for Plaintiff Amro Ali, M.D.*

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on April 5, 2021, a true and correct copy of the foregoing Notice of Appeal in a Civil Case was served via ECF, email and United States Mail upon

Name:

Paul Millis
Daniel Rinaldi
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530